United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 21-20971-jjt |
| John Wayne Mocadlo | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 04, 2022 | Form ID: 100 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Wayne Mocadlo, 221 Trumbull Street, Unit 2805, Hartford, CT 06103-1528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 06, 2022 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com |
| James G. Verrillo | on behalf of Creditor Charles Klewin jverrillo@znclaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 3, 2022

In re:
John Wayne Mocadlo
Last four digits of Social−Security No or other Individual
Taxpayer−Identification No (ITIN): xxx−xx−0917
Debtor

Case Number: 21−20971 jjt
Chapter: 7

### NOTICE OF REQUIREMENT TO FILE CERTIFICATION OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE

PLEASE BE ADVISED that pursuant to 11 U.S.C. § 727(a)(11), each Debtor, subject to statutory exceptions, is required to complete an approved instructional course concerning personal financial management within 60 days of the first date set for the meeting of creditors in order to receive a discharge.

Pursuant to Fed. R. Bankr. P. 1007(b)(7), unless an approved provider of an instructional course concerning personal financial management has notified the court that a Debtor has completed the course after filing the petition, each Debtor must complete and file a "Debtor's Certification About a Financial Management Course" (Official Form B423).

Failure to file the certification by the date specified below will result in the case being closed without an entry of discharge. If your case is closed without a discharge being issued, you may file a motion to reopen the case to request that a discharge be granted. A filing fee (currently $260.00) will be charged for filing the motion to reopen, whether or not the motion to reopen or the discharge is granted.

**Official Form B423 from Debtor or Personal Financial Management Course Certificate from Course Provider Due: January 18, 2022**

The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

Staff members of the Bankruptcy Court Clerk's Office are available to assist with procedural matters; however they are not allowed to provide legal advice. Please do not contact the staff for legal advice.

Dated: January 3, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 100