**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | |
| | Chapter 7 |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**UNITED STATES TRUSTEE'S MOTION TO EXTEND**
**THE TIME TO FILE A MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)**
**AND TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727**
**OBJECTING TO DEBTOR'S DISCHARGE**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully moves, through counsel, for this Court to extend up to and including March 19, 2022, the time during which the United States Trustee or the chapter 7 trustee, Bonnie Mangan ("Trustee Mangan") may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states as follows:

1. On October 20, 2021, John Wayne Mocadlo (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. ECF 1. Attorney Gary Greene ("Counsel") signed the petition as Debtor's counsel. *Id*. at Signature of Attorney.

2. On October 20, 2021, Trustee Mangan was appointed as Chapter 7 Trustee.

3. On October 27, 2021, The United States Trustee contacted Counsel and requested several documents, including, but not limited to tax returns, bank statements, and explanations of the debts listed on the Debtor's schedules, of which many have been provided.

4. Upon information and belief, based upon information provided by Counsel's office, they are waiting for responses from financial institutions that are to produce documents that the

1

United States Trustee requires in order to properly evaluate the financial situation of the Debtor.

5. The first meeting of creditors (the "341 Meeting") was scheduled for and held on November 17 2021, and had been subsequently continued twice, to December 15, 2021 and January 5, 2022 for documents requested by Trustee Mangan. ECF 9, 11.

6. Trustee Mangan closed the 341 Meeting on January 5, 2022. ECF 14.

7. The last day to file a motion under 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is January 18, 2022. Thus, this motion is timely made.

8. The United States Trustee believes the extension of time will allow him to obtain and review the information and documents requested that will either support or negate the basis to file a motion to dismiss pursuant to 11 U.S.C. §707(b) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727(a).

9. On January 11, 2022, pursuant to Local District Court Rule 7(b), undersigned counsel requested and obtained consent from Counsel to this motion.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE**, the United States Trustee respectfully requests that this Court enter an order (a) extending until March 19, 2022 the time within which the United States Trustee and Trustee Mangan may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or file a complaint pursuant to 11 U.S.C. § 727; and (b) and granting such other relief as this Court deems equitable under the circumstances.

Dated:  New Haven, Connecticut  
       January 14, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By:  */s/ Kari A. Mitchell*  
Kari A. Mitchell /phv08341  
Trial Attorney  
Office of the United States Trustee  
Giaimo Federal Building  
150 Court Street, Room 302  
New Haven, CT 06510-7016  
(203) 773-2210  
Kari.Mitchell@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | |
| | Chapter 7 |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION**
**TO EXTEND THE TIME TO FILE A MOTION TO DISMISS UNDER**
**11 U.S.C. § 707(b) AND TO EXTEND THE TIME TO FILE**
**A COMPLAINT UNDER 11 U.S.C. § 727**
**OBJECTING TO DEBTOR'S DISCHARGE**

The United States Trustee having filed a motion seeking to extend the time to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and to extend the time to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, with consent of the parties, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Bonnie Mangan, chapter 7 trustee, to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is extended to **March 19, 2022.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

In re

**JOHN WAYNE MOCADLO,**

Debtor.

Chapter 7

Case No. 21-20971 (JJT)

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of January 2022, the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below.

1. **Documents Served**

   a. United States Trustee's Motion to Extend the time to File a Motion to Dismiss Under 11 U.S.C. § 707(b) and to Extend the Time to File a Complaint Under 11 U.S.C. § 727; and
   b. Proposed Order Granting Motion to Extend.

2. **Parties Served Via First Class Mail**

John Wayne Mocadlo
221 Trumbull Street
Unit 2805
Hartford, CT 06103-1528
(Debtor)

Ally Financial
Attn: President
200 Renaissance Ctr # B0
Detroit, MI 48243-1300

Amex
Attn: President
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Barclays Bank Delaware
Attn: President
P.O. Box 8803
Wilmington, DE 19899-8803

Ally Bank
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Guardian Warranty Services, Inc.
Attn: President
4450 Weaver Parkway
Warrenville, IL 60555-3252

Attention to Detail
Attn: President
195 deKoven Drive
Middletown, CT 06457-3459

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Milford, CT 06776

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Preston Marble Dale, CT 06777-1508

Credit Collection Serv
Attn: President
725 Canton Street
Norwood, MA 02062-2679

Gordon Wisbach
18 Ripley Terrace
Newton Centre, MA 02459-2147

Hartford 21, LLC
Attn: President/Manager
221 Trumbull Street
Hartford, CT 06103-1500

Ian Bjorkman
900 Chapel Street, Unit 621
New Haven, CT 06510-2806

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

Nordstrom/Td Bank USA
Attn: President
13531 E Caley Ave
Englewood, CO 80111-6504

Rolls-Royce Motor Cars NA, LLC
Attn: President
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7739

State of Connecticut
Department of Revenue Services
Attn: Collections Unit
P.O. Box 2936
Hartford, CT 06104-2936

Connecticut Office of the Attorney General
Attn: Processing Clerk
165 Capitol Avenue
Hartford, CT 06106-1668

Evans, Feldman & Associates
Attn: Richard Feldman
P.O. Box 1694
New Haven, CT 06507-1694

Guarino Homes, LLC
Attn: President
258 Rye Street
Broad Brook, CT 06016-9560

Hartford Hospital
Attn: President
80 Seymour Street
Hartford, CT 06106-3300

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Levine Paint & Auto Supply, Inc.
Attn: President
118 South Street
Danbury, CT 06810-8070

Premier Financial Services LLC
Attn: President
47 Sherman Hill Road
Woodbury, CT 06798-3649

Small Business Association
Attn: Manager
280 Trumbull Street, 2nd Floor
Hartford, CT 06103-5303

Steve Courtney
767 Bridgeport Avenue
Milford, CT 06460-3132

| | |
|---|---|
| Tom Pippoli<br>c/o Attorney Richard Zeisler<br>1000 Lafayette Boulevard<br>Bridgeport, CT 06604-4725 | U.S. Attorney General<br>Connecticut Financial Center<br>Attn: Processing Clerk<br>157 Church Street, 23rd Floor<br>New Haven, CT 06510-2102 |
| Wells Fargo<br>Attn: President<br>P.O. Box 94435<br>Albuquerque, NM 87199-4435 | Wells Fargo<br>Attn: President<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 |

3. **Parties Served Via ECF on January 14, 2022**

**Gary J. Greene**    bankruptcy@greenelawpc.com
**Bonnie C. Mangan**    Trusteemangan@yahoo.com, ct19@ecfcbis.com;
becky.avery@manganlaw.com
**James G. Verrillo**    jverrillo@znclaw.com

Dated:   New Haven, Connecticut        Respectfully submitted,
         January 14, 2022

                                       WILLIAM K. HARRINGTON
                                       UNITED STATES TRUSTEE FOR REGION 2

                                By:    /s/ Kari A. Mitchell
                                       Kari A. Mitchell /phv08341
                                       Trial Attorney
                                       Office of the United States Trustee
                                       Giaimo Federal Building
                                       150 Court Street, Room 302
                                       New Haven, CT 06510-7016
                                       (203) 773-2210
                                       Kari.Mitchell@usdoj.gov