**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re** | |
| | **Chapter 7** |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**UNITED STATES TRUSTEE'S MOTION TO FURTHER EXTEND THE TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b) AND TO FURTHER EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 OBJECTING TO DEBTOR'S DISCHARGE**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully moves for this Court to further extend up to and including July 18, 2022, the time during which the United States Trustee and the chapter 7 trustee, Bonnie Mangan ("Trustee Mangan") may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states as follows:

1. On October 20, 2021, John Wayne Mocadlo (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. ECF 1. Attorney Gary Greene ("Counsel") signed the petition as Debtor's counsel. *Id*. at Signature of Attorney.

2. On October 20, 2021, Trustee Mangan was appointed as Chapter 7 Trustee.

3. On October 27, 2021, the United States Trustee contacted Counsel and requested several documents, including, but not limited to tax returns, bank statements, and explanations of the debts listed on the Debtor's schedules. The United States has been receiving documents intermittently.

4. The first meeting of creditors (the "341 Meeting") was scheduled for and held on November 17 2021, and had been subsequently continued twice, to December 15, 2021 and January 5, 2022 for documents requested by Trustee Mangan. ECF 9, 11. Trustee Mangan closed the 341 Meeting on January 5, 2022. ECF 14.

5. To date, the Debtor is still in the process of providing all of the documents requested by the United States Trustee. Further, based on the documentation provided to date, and based on omissions from the Debtor's bankruptcy documents, Trustee Mangan and the United States Trustee have determined that this case requires further inquiry and additional documents, and both have requested that the Debtor agree to a Rule 2004 examination. As such, both Trustee Mangan and the United States Trustee need additional time to understand and evaluate the Debtor's financial affairs.

6. Pursuant to a prior order of this Court, the United States Trustee obtained an extension to March 19, 2022 of the deadline under 11 U.S.C. § 707(b) and the deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727. ECF 16. Thus, this motion is timely made.

7. The United States Trustee believes the extension of time to July 18, 2022 will allow time to review the information and documents requested that will either support or negate the basis to file a motion to dismiss pursuant to 11 U.S.C. §707(b) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.

8. On March 3, 2022, pursuant to Local District Court Rule 7(b), undersigned counsel requested and obtained consent from Counsel to this motion.

**WHEREFORE**, the United States Trustee respectfully requests that this Court enter an order (a) extending until July 18, 2022, the time within which the United States Trustee and Trustee Mangan may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or file a complaint pursuant to 11 U.S.C. § 727; and (b) and granting such other relief as this Court deems equitable under the circumstances.

Dated:  New Haven, Connecticut
         March 9, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:    /s/ Holley L. Claiborn
        Holley L. Claiborn
        Trial Attorney
        Office of the United States Trustee
        Giaimo Federal Building, Room 302
        150 Court Street
        New Haven, CT 06510
        Holley.L.Claiborn@usdoj.gov
        Federal Bar No.: ct17216 (Connecticut)
        (203) 773-2210

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re

JOHN WAYNE MOCADLO,

Debtor.

Chapter 7

Case No. 21-20971 (JJT)

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION**
**TO FURTHER EXTEND THE TIME TO FILE A MOTION**
**UNDER 11 U.S.C. § 707(b) AND TO FURTHER EXTEND THE TIME**
**TO FILE A COMPLAINT UNDER 11 U.S.C. § 727**
**OBJECTING TO DEBTOR'S DISCHARGE**

The United States Trustee having filed a motion seeking to further extend the time to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and to further extend the time to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, with consent of the parties, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Bonnie Mangan, chapter 7 trustee, to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is extended to **July 18, 2022.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re | |
| | Chapter 7 |
| **JOHN WAYNE MOCADLO,** | |
| | |
| Debtor. | Case No. 21-20971 (JJT) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 9, 2022, the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below.

1. **Documents Served**

    a. United States Trustee's Motion to Further Extend the time to File a Motion to Dismiss Under 11 U.S.C. § 707(b) and to Further Extend the Time to File a Complaint Under 11 U.S.C. § 727; and
    b. Proposed Order Granting Motion to Extend.

2. **Parties Served Via First Class Mail**

| | |
|---|---|
| John Wayne Mocadlo<br>221 Trumbull Street<br>Unit 2805<br>Hartford, CT 06103-1528<br>(Debtor) | Ally Bank<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>Attn: President<br>200 Renaissance Ctr # B0<br>Detroit, MI 48243-1300 | American Guardian Warranty Services, Inc.<br>Attn: President<br>4450 Weaver Parkway<br>Warrenville, IL 60555-3252 |
| Amex<br>Attn: President<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Attention to Detail<br>Attn: President<br>195 deKoven Drive<br>Middletown, CT 06457-3459 |
| Barclays Bank Delaware<br>Attn: President<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Carreira & Wojciechowski, LLC<br>Attn: Member<br>19 New Preston Hill Road<br>New Milford, CT 06776 |

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Preston Marble Dale, CT 06777-1508

Connecticut Office of the Attorney General
Attn: Processing Clerk
165 Capitol Avenue
Hartford, CT 06106-1668

Credit Collection Serv
Attn: President
725 Canton Street
Norwood, MA 02062-2679

Evans, Feldman & Associates
Attn: Richard Feldman
P.O. Box 1694
New Haven, CT 06507-1694

Gordon Wisbach
18 Ripley Terrace
Newton Centre, MA 02459-2147

Guarino Homes, LLC
Attn: President
258 Rye Street
Broad Brook, CT 06016-9560

Hartford 21, LLC
Attn: President/Manager
221 Trumbull Street
Hartford, CT 06103-1500

Hartford Hospital
Attn: President
80 Seymour Street
Hartford, CT 06106-3300

Ian Bjorkman
900 Chapel Street, Unit 621
New Haven, CT 06510-2806

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

Levine Paint & Auto Supply, Inc.
Attn: President
118 South Street
Danbury, CT 06810-8070

Nordstrom/Td Bank USA
Attn: President
13531 E Caley Ave
Englewood, CO 80111-6504

Premier Financial Services LLC
Attn: President
47 Sherman Hill Road
Woodbury, CT 06798-3649

Rolls-Royce Motor Cars NA, LLC
Attn: President
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7739

Small Business Association
Attn: Manager
280 Trumbull Street, 2nd Floor
Hartford, CT 06103-5303

State of Connecticut
Department of Revenue Services
Attn: Collections Unit
P.O. Box 2936
Hartford, CT 06104-2936

Steve Courtney
767 Bridgeport Avenue
Milford, CT 06460-3132

Tom Pippoli
c/o Attorney Richard Zeisler
1000 Lafayette Boulevard
Bridgeport, CT 06604-4725

U.S. Attorney General
Connecticut Financial Center
Attn: Processing Clerk
157 Church Street, 23rd Floor
New Haven, CT 06510-2102

Wells Fargo
Attn: President
P.O. Box 94435
Albuquerque, NM 87199-4435

Wells Fargo
Attn: President
P.O. Box 14517
Des Moines, IA 50306-3517

**3. Parties Served Via ECF on March 9, 2022**

**Gary J. Greene**     bankruptcy@greenelawpc.com
**Bonnie C. Mangan**   Trusteemangan@yahoo.com, ct19@ecfcbis.com;
                       becky.avery@manganlaw.com
**James G. Verrillo**  jverrillo@znclaw.com

Dated:  New Haven, Connecticut
        March 9, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:     /s/ Holley L. Claiborn
        Holley L. Claiborn
        Trial Attorney
        Office of the United States Trustee
        Giaimo Federal Building, Room 302
        150 Court Street
        New Haven, CT 06510
        Holley.L.Claiborn@usdoj.gov
        Federal Bar No.: ct17216 (Connecticut)
        (203) 773-2210