United States Bankruptcy Court
District of Connecticut

In re:  Case No. 21-20971-jjt
John Wayne Mocadlo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2  User: admin  Page 1 of 2
Date Rcvd: Mar 10, 2022  Form ID: pdfdoc1  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 221 Trumbull Street, Unit 2805, Hartford, CT 06103-1528 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |
| 9325203 | + | American Guardian Warranty Services, Inc., Attn: President, 4450 Weaver Parkway, Warrenville, IL 60555-3252 |
| 9325205 | + | Attention to Detail, Attn: President, 195 deKoven Drive, Middletown, CT 06457-3459 |
| 9325208 | + | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Preston Marble Dale, CT 06777-1508 |
| 9325207 | | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Milford, CT 06776 |
| 9325210 | + | Connecticut Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106-1668 |
| 9325212 | + | Evans, Feldman & Associates, Attn: Richard Feldman, PO Box 1694, New Haven, CT 06507-1694 |
| 9325213 | + | Gordon Wisbach, 18 Ripley Terrace, Newton Centre, MA 02459-2147 |
| 9325214 | + | Guarino Homes, LLC, Attn: President, 258 Rye Street, Broad Brook, CT 06016-9560 |
| 9325215 | + | Hartford 21, LLC, 221 Trumbull Street, Hartford, CT 06103-1500 |
| 9325216 | + | Hartford Hospital, Attn: President, 80 Seymour Street, Hartford, CT 06106-3300 |
| 9325217 | + | Ian Bjorkman, 900 Chapel Street, Unit 621, New Haven, CT 06510-2806 |
| 9325221 | + | Levine Paint & Auto Supply, Inc., Attn: President, 118 South Street, Danbury, CT 06810-8070 |
| 9325223 | + | Premier Financial Services LLC, Attn: President, 47 Sherman Hill Road, Woodbury, CT 06798-3649 |
| 9325224 | + | Rolls-Royce Motor Cars NA, LLC, Attn: President, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677-7739 |
| 9325225 | + | Small Business Association, 280 Trumbull Street, 2nd Floor, Hartford, CT 06103-5303 |
| 9325226 | + | State of Connecticut, Department of Revenue Services, PO Box 2936, Hartford, CT 06104-2936 |
| 9325227 | + | Steve Courtney, 767 Bridgeport Avenue, Milford, CT 06460-3132 |
| 9325228 | + | Tom Pippoli, c/o Richard Zeisler, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 9325229 | + | U.S. Attorney General, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven, CT 06510-2102 |
| 9325230 | + | Wells Fargo, Attn: President, Po Box 14517, Des Moines, IA 50306-3517 |
| 9325231 | + | Wells Fargo, Attn: President, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2022 18:35:22 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9325202 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 10 2022 18:28:00 | Ally Financial, Attn: President, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 9325204 | + | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 18:35:22 | Amex, Attn: President, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 9325206 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 10 2022 18:28:00 | Barclays Bank Delaware, Attn: President, Po Box 8803, Wilmington, DE 19899-8803 |
| 9325211 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 10 2022 18:28:00 | Credit Collection Serv, Attn: President, 725 Canton St, Norwood, MA 02062-2679 |
| 9325218 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2022 18:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9325219 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 18:35:17 | Jpmcb Auto, Attn: President, 700 Kansas Ln, Monroe, LA 71203 |

| District/off: 0205-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: pdfdoc1 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 9325220 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 18:35:17 | Jpmcb Card, Attn: President, Po Box 15369, Wilmington, DE 19850 |
| 9325222 | + Email/Text: bnc@nordstrom.com | Mar 10 2022 18:28:23 | Nordstrom/Td Bank Usa, Attn: President, 13531 E Caley Ave, Englewood, CO 80111-6504 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| James G. Verrillo | on behalf of Creditor Charles Klewin jverrillo@znclaw.com |
| Kari A. Mitchell | on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| JOHN WAYNE MOCADLO, | Case No. 21-20971 (JJT) |
| Debtor. | Re: ECF No. 19 |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION
TO FURTHER EXTEND THE TIME TO FILE A MOTION
UNDER 11 U.S.C. § 707(b) AND TO FURTHER EXTEND THE TIME
TO FILE A COMPLAINT UNDER 11 U.S.C. § 727
OBJECTING TO DEBTOR'S DISCHARGE**

The United States Trustee having filed a motion seeking to further extend the time to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and to further extend the time to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, with consent of the parties, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Bonnie Mangan, chapter 7 trustee, to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is extended to **July 18, 2022.**

Dated at Hartford, Connecticut this 10th day of March, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

4