UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                            : CASE NO. 21-20971
                                  :
JOHN WAYNE MOCADLO               : CHAPTER 7
                                  :
              Debtor              :
                                  : MAY 6, 2022

NOTICE OF PARTY IN INTEREST STATUS,
APPEARANCE OF AND REPRESENTATION BY COUNSEL,
AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned is counsel for American Guardian Warranty Services, Inc., a party in interest in the above-captioned case.  Pursuant to Bankruptcy Rules 2002 and 9007, American Guardian Warranty Services, Inc. demands that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

Please take further notice that the foregoing demand includes not only notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand-delivery, telephone,

telegraph, telex, fax, email or otherwise which affects John Wayne Mocadlo.

Houston Putnam Lowry, Esq.
Ford & Paulekas, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 6th day of May, 2022 to:

John Mocadlo a/k/a Johnny Mac (debtor)
221 Trumbull Street #2805
Hartford, Connecticut 06103

Bonnie C. Mangan, trusee
Law Office of Bonnie C. Mangan
1050 Sullivan Avenue-Suite A3
South Windsor, CT 06074

Gary J. Greene, Esq. (debtor's counsel)
Greene Law, PC
11 Talcott Notch Road
Farmington, CT 06032

Houston Putnam Lowry, Esq.

- 2 -