UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

          Debtor

Case No. 21-20971-JJT

Chapter 13

## **REQUEST FOR CONTINUANCE**

The Debtor, by and through his undersigned counsel, respectfully requests a continuance of the Status Conference scheduled for May 26, 2022 [ECF 24].

Undersigned counsel will be traveling out of the country on the state of the status conference and will be returning on June 11, 2022.

The Office of the United States Trustee consents to the relief requested herein, but requests that the hearing be rescheduled to a Thursday. The Chapter 13 Trustee has not indicated whether she agrees or objects to the continuance.

WHEREFORE, the Debtor requests the status conference be rescheduled to June 30, 2022.

DATED:    May 13, 2022          THE DEBTOR
                Farmington, Connecticut    John Wayne Mocadlo

                By:    */s/ Gary J. Greene*
                          Gary J. Greene, Esq. (ct09039)
                          Greene Law, P.C.
                          11 Talcott Notch Road
                          Farmington, CT 06032
                          860-676-1336 (t)
                          860-676-2250 (f)
                          bankruptcy@greenelawpc.com (e)
                          *Counsel for John Wayne Mocadlo*

## Certification of Service

I hereby certify that on May 13, 2022, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                             */s/ Gary J. Greene*
                                                                             Gary J. Greene