**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re

**JOHN WAYNE MOCADLO,**

Debtor.

Chapter 7

Case No. 21-20971 (JJT)

---

### UNITED STATES TRUSTEE'S MOTION TO FURTHER EXTEND THE TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b) AND TO FURTHER EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 <u>OBJECTING TO DEBTOR'S DISCHARGE</u>

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully moves for this Court to further extend the time up to and including October 17, 2022, during which the United States Trustee and the chapter 7 trustee, Bonnie Mangan ("Trustee Mangan") may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states as follows:

1. On October 20, 2021, John Wayne Mocadlo (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. ECF 1. Attorney Gary Greene ("Counsel") signed the petition as Debtor's counsel. *Id*. at Signature of Attorney.

2. On October 20, 2021, Trustee Mangan was appointed as Chapter 7 Trustee ("Trustee Mangan").

3. On May 5, 2022, the United States Trustee filed a Notice of a Rule 2004 Agreement for the examination of the Debtor pursuant to Rule 2004 ("Rule 2004 Agreement"). ECF 25.

4. On June 17, 2022, the United States Trustee and Trustee Mangan conducted the Rule 2004 Examination of the Debtor ("Rule 2004 Exam"). The United States Trustee and Trustee

1

Mangan need additional time to investigate some issues and facts that came to the attention of the United States Trustee and Trustee Mangan during the Rule 2004 Exam. Such investigation will include a Rule 2004 examination of other persons. Further, the Debtor has not yet produced all of the documents that were to be provided pursuant to the Rule 2004 Agreement and were due to be provided by May 19, 2022. An extension of the deadline to seek dismissal or object to discharge is needed to provide time for the Debtor to provide the outstanding documents, time for further investigation, and time to review the Debtor's documentary submissions to clarify any misunderstandings or misconceptions regarding the Debtor's circumstances.

5. Pursuant to prior orders of this Court, the United States Trustee obtained extensions of the deadline under 11 U.S.C. § 707(b) and the deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727. ECF 16 and ECF 20. The current deadline is July 18, 2022. ECF 20. Thus, this motion is timely made.

6. The United States Trustee seeks an extension of time to October 17, 2022 for both the United States Trustee and Trustee Mangan to allow time to review the information and documents requested that will either support or negate the basis to file a motion to dismiss pursuant to 11 U.S.C. §707(b) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.

7. On June 28, 2022, pursuant to Local District Court Rule 7(b), undersigned counsel requested and obtained consent from Counsel to this motion.

**WHEREFORE**, the United States Trustee respectfully requests that this Court enter an order (a) extending until October 17, 2022, the time within which the United States Trustee and Trustee Mangan may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or file a complaint pursuant to 11 U.S.C. § 727; and (b) and granting such other relief as this Court deems equitable under the circumstances.

Dated:  New Haven, Connecticut
        June 29, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Holley L. Claiborn
      Holley L. Claiborn
      Trial Attorney
      Office of the United States Trustee
      Giaimo Federal Building, Room 302
      150 Court Street
      New Haven, CT 06510
      Holley.L.Claiborn@usdoj.gov
      Federal Bar No.: ct17216 (Connecticut)
      (203) 773-2210

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re** | |
| | **Chapter 7** |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION
TO FURTHER EXTEND THE TIME TO FILE A MOTION
UNDER 11 U.S.C. § 707(b) AND TO FURTHER EXTEND THE TIME
TO FILE A COMPLAINT UNDER 11 U.S.C. § 727
<u>OBJECTING TO DEBTOR'S DISCHARGE</u>**

The United States Trustee having filed a motion seeking a further extension of time for United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, and with consent of the Debtor, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is extended to **October 17, 2022.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re

                                            Chapter 7

**JOHN WAYNE MOCADLO,**

              Debtor.                          Case No. 21-20971 (JJT)

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on June 29, 2022, the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below.

1. **Documents Served**

   a. United States Trustee's Motion to Further Extend the time to File a Motion to Dismiss Under 11 U.S.C. § 707(b) and to Further Extend the Time to File a Complaint Under 11 U.S.C. § 727; and
   b. Proposed Order Granting Motion to Extend.

2. **Parties Served Via First Class Mail**

| | |
|---|---|
| John Wayne Mocadlo<br>221 Trumbull Street<br>Unit 2805<br>Hartford, CT 06103-1528<br>(Debtor) | Ally Bank<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>Attn: President<br>200 Renaissance Ctr # B0<br>Detroit, MI 48243-1300 | American Guardian Warranty Services, Inc.<br>Attn: President<br>4450 Weaver Parkway<br>Warrenville, IL 60555-3252 |
| Amex<br>Attn: President<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Attention to Detail<br>Attn: President<br>195 deKoven Drive<br>Middletown, CT 06457-3459 |
| Barclays Bank Delaware<br>Attn: President<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Carreira & Wojciechowski, LLC<br>Attn: Member<br>19 New Preston Hill Road<br>New Milford, CT 06776 |

5

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Preston Marble Dale, CT 06777-1508

Credit Collection Serv
Attn: President
725 Canton Street
Norwood, MA 02062-2679

Gordon Wisbach
18 Ripley Terrace
Newton Centre, MA 02459-2147

Hartford 21, LLC
Attn: President/Manager
221 Trumbull Street
Hartford, CT 06103-1500

Ian Bjorkman
900 Chapel Street, Unit 621
New Haven, CT 06510-2806

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

Nordstrom/Td Bank USA
Attn: President
13531 E Caley Ave
Englewood, CO 80111-6504

Rolls-Royce Motor Cars NA, LLC
Attn: President
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7739

State of Connecticut
Department of Revenue Services
Attn: Collections Unit
P.O. Box 2936
Hartford, CT 06104-2936

Connecticut Office of the Attorney General
Attn: Processing Clerk
165 Capitol Avenue
Hartford, CT 06106-1668

Evans, Feldman & Associates
Attn: Richard Feldman
P.O. Box 1694
New Haven, CT 06507-1694

Guarino Homes, LLC
Attn: President
258 Rye Street
Broad Brook, CT 06016-9560

Hartford Hospital
Attn: President
80 Seymour Street
Hartford, CT 06106-3300

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Levine Paint & Auto Supply, Inc.
Attn: President
118 South Street
Danbury, CT 06810-8070

Premier Financial Services LLC
Attn: President
47 Sherman Hill Road
Woodbury, CT 06798-3649

Small Business Association
Attn: Manager
280 Trumbull Street, 2nd Floor
Hartford, CT 06103-5303

Steve Courtney
767 Bridgeport Avenue
Milford, CT 06460-3132

| | |
|---|---|
| Tom Pippoli<br>c/o Attorney Richard Zeisler<br>1000 Lafayette Boulevard<br>Bridgeport, CT 06604-4725 | U.S. Attorney General<br>Connecticut Financial Center<br>Attn: Processing Clerk<br>157 Church Street, 23rd Floor<br>New Haven, CT 06510-2102 |
| Wells Fargo<br>Attn: President<br>P.O. Box 94435<br>Albuquerque, NM 87199-4435 | Wells Fargo<br>Attn: President<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 |

3. **Parties Served Via ECF**

- **Gary J. Greene**    bankruptcy@greenelawpc.com
- **Houston Putnam Lowry**    ptl@hplowry.com
- **Bonnie C. Mangan**    Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com
- **James G. Verrillo**    jverrillo@znclaw.com

Dated:  New Haven, Connecticut
         June 29, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:    /s/ Holley L. Claiborn
       Holley L. Claiborn
       Trial Attorney
       Office of the United States Trustee
       Giaimo Federal Building, Room 302
       150 Court Street
       New Haven, CT 06510
       Holley.L.Claiborn@usdoj.gov
       Federal Bar No.: ct17216 (Connecticut)
       (203) 773-2210