United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 30, 2022     Form ID: 2040     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 221 Trumbull Street, Unit 2805, Hartford, CT 06103-1528 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |
| 9356927 | + | American Guardian Warranty Services, Inc., Houston Putnam Lowry c/o Ford & Paulekas, 280 Trumbull Street-Suite 2200, Hartford, CT 06103-3509 |
| 9325205 | + | Attention to Detail, Attn: President, 195 deKoven Drive, Middletown, CT 06457-3459 |
| 9325208 | + | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Preston Marble Dale, CT 06777-1508 |
| 9325207 | | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Milford, CT 06776 |
| 9325210 | + | Connecticut Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106-1668 |
| 9325212 | + | Evans, Feldman & Associates, Attn: Richard Feldman, PO Box 1694, New Haven, CT 06507-1694 |
| 9325213 | + | Gordon Wisbach, 18 Ripley Terrace, Newton Centre, MA 02459-2147 |
| 9325214 | + | Guarino Homes, LLC, Attn: President, 258 Rye Street, Broad Brook, CT 06016-9560 |
| 9325215 | + | Hartford 21, LLC, 221 Trumbull Street, Hartford, CT 06103-1500 |
| 9325216 | + | Hartford Hospital, Attn: President, 80 Seymour Street, Hartford, CT 06106-3300 |
| 9325203 | + | Houston Putnam Lowry, c/o Ford & Paulekas, 280 Trumbull Street-Suite 2200, Hartford, CT 06103-3508 |
| 9325217 | + | Ian Bjorkman, 900 Chapel Street, Unit 621, New Haven, CT 06510-2806 |
| 9325221 | + | Levine Paint & Auto Supply, Inc., Attn: President, 118 South Street, Danbury, CT 06810-8070 |
| 9325223 | + | Premier Financial Services LLC, Attn: President, 47 Sherman Hill Road, Woodbury, CT 06798-3649 |
| 9325224 | + | Rolls-Royce Motor Cars NA, LLC, Attn: President, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677-7739 |
| 9325225 | + | Small Business Association, 280 Trumbull Street, 2nd Floor, Hartford, CT 06103-5303 |
| 9325226 | + | State of Connecticut, Department of Revenue Services, PO Box 2936, Hartford, CT 06104-2936 |
| 9325227 | + | Steve Courtney, 767 Bridgeport Avenue, Milford, CT 06460-3132 |
| 9325228 | + | Tom Pippoli, c/o Richard Zeisler, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 9325229 | + | U.S. Attorney General, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven, CT 06510-2102 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 30 2022 22:33:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9325202 | + | EDI: GMACFS.COM | Jun 30 2022 22:33:00 | Ally Financial, Attn: President, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 9325204 | + | Email/PDF: bncnotices@becket-lee.com | Jun 30 2022 18:32:57 | Amex, Attn: President, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 9325206 | + | EDI: TSYS2 | Jun 30 2022 22:33:00 | Barclays Bank Delaware, Attn: President, Po Box 8803, Wilmington, DE 19899-8803 |
| 9325211 | + | EDI: CCS.COM | Jun 30 2022 22:33:00 | Credit Collection Serv, Attn: President, 725 Canton St, Norwood, MA 02062-2679 |
| 9325218 | + | EDI: IRS.COM | Jun 30 2022 22:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9325219 | | EDI: JPMORGANCHASE | Jun 30 2022 22:33:00 | Jpmcb Auto, Attn: President, 700 Kansas Ln, |

| District/off: 0205-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: 2040 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 9325220 | EDI: JPMORGANCHASE | Jun 30 2022 22:33:00 | Monroe, LA 71203 Jpmcb Card, Attn: President, Po Box 15369, Wilmington, DE 19850 |
| 9325222 | + Email/Text: bnc@nordstrom.com | Jun 30 2022 18:30:53 | Nordstrom/Td Bank Usa, Attn: President, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 9325230 | + EDI: WFHOME | Jun 30 2022 22:33:00 | Wells Fargo, Attn: President, Po Box 14517, Des Moines, IA 50306-3517 |
| 9325231 | + EDI: WFCCSBK | Jun 30 2022 22:33:00 | Wells Fargo, Attn: President, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Houston Putnam Lowry | on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com |
| James G. Verrillo | on behalf of Creditor Charles Klewin jverrillo@znclaw.com |
| Kari A. Mitchell | on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 8

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 30, 2022

In re:
    John Wayne Mocadlo
    Debtor*

Case Number: 21−20971
Chapter: 7

### NOTICE SETTING PROOF OF CLAIM DEADLINE
### AFTER TRUSTEE'S REPORT OF ASSETS

  On October 20, 2021, John Wayne Mocadlo (the "Debtor") filed this Chapter 7 case. An Official Form 309A, Notice of Chapter 7 Bankruptcy Case − No Proof of Claim Deadline, was issued and served based upon the information filed in the Debtor's case that there were insufficient assets to pay a dividend to creditors. After Official Form 309A was issued, the Chapter 7 Trustee filed a Report of Assets on April 29, 2022, ECF No. 23, which states one or more assets or claims have been discovered that may provide a dividend to creditors.

  **Creditors who wish to share in any distribution of funds must file a Proof of Claim in the Debtor's case by filing it with the Bankruptcy Court on or before: October 28, 2022 ("the Proof of Claim Deadline").** Creditors who do not file a Proof of Claim on or before the Proof of Claim Deadline will not share in any distribution from the Debtor's estate.

  A Proof of Claim form, Official Form B 410, must be used to file a Proof of Claim. If you would like to obtain a Proof of Claim form, Official Form B 410, one can be obtained at the Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut. You can also obtain a Proof of Claim form, Official Form B 410, in fillable format on the Bankruptcy Court's website, www.ctb.uscourts.gov by clicking on the *Official Forms* tab and typing *"B 410"* in the *"Search by form number, name or keyword"* search bar, or at https://www.uscourts.gov/forms/bankruptcy−forms/proof−claim−0.

   The Proof of Claim form may be filed in the Bankruptcy Court by mailing it through the U.S. Mail. If you wish to receive proof of the receipt of the Proof of Claim, please enclose a copy of the Proof of Claim together with a self−addressed, stamped envelope, or go to the Court's PACER system (www.pacer.psc.uscourts.gov) to view the filed Proof of Claim form. A creditor may also file a Proof of Claim by registering to become a CM/ECF User. *See* D. Conn. Bankr. L. R. Appendix A, Section 2(b), page A−2.
See, https://www.ctb.uscourts.gov/how−obtain−login−and−password−cmecf, and, download "CM/ECF User Registration Form." There is no filing fee to file a Proof of Claim.

  **Any creditor who has filed a Proof of Claim in this case does need not to file another Proof of Claim.**

  **Government Agencies** who wish to file a Proof of Claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered in the Debtor's, whichever is the latter.

Dated: June 30, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 2040 − kpb

*For the purposes of this order, "Debtor" means "Debtors" where applicable.