United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 21-20971-jjt |
| John Wayne Mocadlo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Wayne Mocadlo, 221 Trumbull Street, Unit 2805, Hartford, CT 06103-1528 |
| cr | + American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2022 18:32:57 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 30, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry
    on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
    on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
    on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 8

ct140

06/2021

# United States Bankruptcy Court
## District of Connecticut

In re:

John Wayne Mocadlo

Case Number: 21-20971

Chapter: 7

Debtor*

## ORDER GRANTING EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE

William K. Harrington, the United States Trustee for Region 2, (the "Movant"), filed a Motion for Extension of Time to File a Complaint Objecting to Discharge of a Debt Pursuant to 11 U.S.C. § 727 (the "Motion", ECF No. 33). After notice, and on consent of all parties of interest, it appearing that the relief in Motion should be granted; it is hereby

**ORDERED:** The time for the the United States Trustee and the Chapter 7 Trustee are to file a Complaint pursuant to 11 U.S.C. §727 is extended to October 27, 2022; and it is further

**ORDERED:** The time for the United States Trustee and the Chapter 7 Trustee are to file a Motion to Dismiss this case under 11 U.S.C. § 707(b) is extended to October 27, 2022.

Dated: June 30, 2022

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.