Connecticut Local Form Change of Address                                                                  06/2020

# United States Bankruptcy Court
# District of Connecticut

| Name(s) of Debtor(s) listed on the bankruptcy case:<br>John Wayne Mocadlo | Case No.: 21-20971 (JJT)<br>Adversary Proceeding No.:<br>Chapter: 7 |
|---|---|

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☒ Debtor  ☐ Joint Debtor  ☐ Creditor  ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: John Wayne Mocadlo

*Separate forms must be completed for each requestor updating their address.*

| List the address previously provided to the Court: | 221 Trumbull Street |
|---|---|
| | Street Address - Line 1 |
| | Unit 2805 |
| | Street Address - Line 2 |
| | ATTN: Line (if applicable, for Creditor) |
| | Hartford, CT 06103 |
| | City, State and Zip Code |
| List the new address: | 18 Laurel Heights |
| | (new) Street Address - Line 1 |
| | (new) Street Address - Line 2 |
| | (new) ATTN: Line (if applicable, for Creditor) |
| | Meriden, CT 06451 |
| | (new) City, State and Zip Code |

Gary J. Greene                                      Attorney for the Debtor
Filer's printed full name                           Title of corporate officer, partner, or agent (if applicable)

/s/ Gary J. Greene                                  July 27, 2022
Filer's signature                                   Date

## Certification of Service

    I hereby certify that on July 27, 2022, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                         */s/ Gary J. Greene*
                                         Gary J. Greene

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com