United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 26, 2022      Form ID: pdfdoc2      Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
|  | ##+ | Robert Urrutia, 1474 3rd Avenue, Apt. 2S, New York, NY 10028-1931 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Houston Putnam Lowry | on behalf of Creditor American Guardian Warranty Services Inc. ptl@hplowry.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdfdoc2 | Total Noticed: 0 |

James G. Verrillo
                              on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
                              on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee
                              USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| JOHN WAYNE MOCADLO, | |
| Debtor. | Case No. 21-20971 (JJT) |

ORDER AUTHORIZING
RULE 2004 EXAMINATION OF ROBERT URRUTIA

Upon consideration of the motion of the United States Trustee ("Movant") seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of Robert Urrutia (the "Motion", ECF No. 34), after notice and a hearing, see 11 U.S.C. § 102(1), and in compliance with Local Bankruptcy Rule 2004-1(a) and (c), it appearing that cause exists to grant the requested relief as conditioned hereafter; it is hereby

**ORDERED**: The Movant may examine Robert Urrutia pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b); and it is further

**ORDERED**: The attendance of Robert Urrutia and the production of documents shall be by agreement or compelled in the manner provided in Fed. R. Bankr P. 9016, see also Fed R. Bankr. P. 2004(c); and it is further

**ORDERED**: The examination shall not occur until a date that is at least fourteen (14) days after the service of a Fed. R. Bankr. P. 2004 subpoena, unless otherwise agreed upon by the parties.

Dated at Hartford, Connecticut this 26th day of July, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut