United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 10, 2022      Form ID: 160      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2022 18:40:35 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Gary J. Greene | |

District/off: 0205-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 10, 2022 | Form ID: 160 | Total Noticed: 4

| | |
|---|---|
| | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com |
| Holley L. Claiborn | |
| | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Houston Putnam Lowry | |
| | on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com |
| James G. Verrillo | |
| | on behalf of Creditor Charles Klewin jverrillo@znclaw.com |
| Kari A. Mitchell | |
| | on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 8

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 10, 2022

In re:
    John Wayne Mocadlo
    Debtor*

Case Number: 21−20971
Chapter: 7

### DEFICIENCY NOTICE REGARDING MOTIONS/APPLICATIONS

U.S. Trustee has filed a/an Motion to Compel, ECF No. 47, not in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure, for the reason(s) indicated below:

**D. Conn. Bankr. L.R. 9014−1:**

• Deficient Certificate of Service (Not in Compliance with Fed. R. Bankr. P. 7004). ***Proposed Order and Notice of Contested Matter not listed under Documents Served***

You may file an Amended Certificate of Service only if service was properly made on the same date as the original motion/application. If service was made on a different date than the original motion, you must file an amended motion consisting of the motion, notice of response date and certificate of service.

Failure to cure this deficiency within five (5) business days from the date of this notice may result in no action taken on your motion/application.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: August 10, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 − kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.