U.S. Department of Justice

Office of the United States Trustee
District of Connecticut

---

150 Court Street, Suite 302    Phone: (203) 773-2210
New Haven, CT 06510          Fax:    (203) 773-2217

October 27, 2021

**_VIA ELECTRONIC MAIL_**

Attorney Gary J. Greene
Greene Law, PC
11 Talcott Notch Road
Farmington, CT 06032
Email: bankruptcy@greenelawpc.com

**Re:    John Wayne Mocadlo**
**Case Number: 21-20971 (JJT)**

Dear Attorney Greene:

The United States Trustee's Office is responsible for reviewing Chapter 7 cases for potential abuse pursuant to 11 U.S.C. § 707(b), and potential objections to discharge pursuant to 11 U.S.C. § 727.

We generally accomplish our investigation by having debtors furnish copies of documents in support of their financial history; however, we also realize that there may be undisclosed facts or extenuating circumstances relating to the bankruptcy case that would influence our determination as to whether or not a case is abusive. Therefore, we ask that you provide by letter, any additional information, in as much detail as possible, to assist this office in conducting its review. Such information may include the fact that the majority of the debts incurred were business related; the debtor was unemployed for a lengthy period or experienced sudden illness or other calamity that affected the ability to pay obligations as they became due.

Using electronic means, via email or CD, please include a detailed letter of explanation, if appropriate, with the documentation noted on the attached list no later than **November 10, 2021**. If you cannot make this deadline due to current public health concerns, and if you cannot send the documents using electronic means, please contact the undersigned.

Thank you for your anticipated cooperation.

Sincerely,

_/s/Jennifer J. Morey_
Jennifer J. Morey
Paralegal Specialist

cc:    Bonnie C. Mangan, Chapter 7 Trustee
       Kari A. Mitchell, UST Trial Attorney

## DOCUMENT REQUEST LIST

1. Copies of the Federal and State Income Tax Returns filed for 2018, 2019 and 2020, including all schedules, worksheets, W-2 forms, and forms 1098 and 1099.

2. Documentation to support the income received from April 1, 2021 through October 20, 2021, that supports the income figures listed on Form 122A-1 and Schedule I.

3. For the period of January 1, 2021 through October 20, 2021 copies of financial statements for all accounts held or controlled by the Debtor, including, but not limited to checking, savings, certificates of deposit, securities, retirement, investment, and credit union accounts. **Please ensure copies of canceled checks are included with each bank statement.**

4. Copy of the automobile loan application with Ally Financial in the amount of $116,287.00, as reflected Schedule D.

5. Documentation to support the debt with American Guardian Warranty Services, Inc. of $890,508.72, as reflected on Schedule E/F.

6. Documentation to support the debt with Premier Financial Services, LLC in the amount of $183,854.66, as reflected on Schedule E/F.

7. Documentation to support the debt with Rolls-Royce Motor Cars, N.A., LLC in the amount of $280,000.00, as reflected on Schedule E/F.

8. An Affidavit signed by the debtor explaining the primary reason for the filing of the bankruptcy petition initiating this case, over what period the debtor incurred the $2,415,349.38 of unsecured debt as listed on Schedule E/F, and how the debtor anticipated repayment of the debt.

9. A copy of the lease agreement for 221 Trumbull Street, Unit 2805, Hartford, Connecticut.

10. Documentation to support the following expenses reflected on Schedule J:
    (a) Installment and/or lease payment of $2,222.00.
    (b) Support payments of $1,500.00

11. Copy of a credit report that was issued no later than 30-days preceding the filing of the petition initiating this case.

12. In reviewing the State of Connecticut Judicial Branch website and the District Court website for the State of Connecticut, the following cases may be related to the debtor:

    | | Case Name | Case Number |
    |---|---|---|
    | (a) | Wells Fargo Bank, N.A v. Mocadlo, John W. | CV21-6148264-S |
    | (b) | Nissan Motors Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation and Nissan Extended Services North America, Inc., v. John Mocadlo | 21-cv-01196 |

    If the debtor is a party to any of these cases, please amend question 9 of the Statement of Financial Affairs to add the appropriate cases so that these parties are on notice of the chapter 7 case.