

11 Talcott Notch Road
Farmington, CT 06032
860-676-1336 (T)
860-676-2250 (F)
www.greenelawpc.com

Attorneys and Counselors at Law

**VIA EMAIL – jennifer.j.morey@usdoj.gov**

November 2, 2021

Jennifer J. Morey
Office of the United States Trustee
150 Court Street, Ste. 302
New Haven, CT 06510

Re:    In re: John Wayne Mocadlo – 21-20971(JJT)

Dear Ms. Morey:

I am in receipt of your letter of October 27, 2021 and have reviewed the same with my client. By way of background, for nearly two (2) decades Mr. Mocadlo operated multiple successful car dealerships under Mac Auto Group. In the few years prior to the Petition Date, Mr. Mocadlo owned and operated The Hartford Auto Group, Inc. ("Hartford Auto") and Straits Turnpike Automotive, LLC ("Straits Turnpike") with two (2) business partners, Mr. Herlof Sorensen ("Sorensen") and Mr. Tony Urrutia ("Urrutia").

In August of 2019, Mr. Mocadlo was poised to open a new General Motors dealership in Milford, Connecticut. Unfortunately, at that time the country began to experience a financial decline. Then, in early 2020, the COVID-19 pandemic struck and decimated numerous industries, including the vehicle sales industry. Despite investing over $500,000.00 for buildout costs and carrying costs, the new dealership never opened, and that money was unrecoverable.

Mr. Mocadlo then suffered from ███████████████████████ and, in fact, ███████████████ ██████. Upon his release from ██████████, Mr. Mocadlo's mother began experiencing shortness of breath. Mr. Mocadlo transported her to the hospital, and thereafter he was informed she had been diagnosed with an acute form of lymphoma which attacked her heart. Mr. Mocadlo's mother passed away on January 14, 2020.

Due to the traumatic personal events outlined above, Mr. Mocadlo was understandably preoccupied and was not involved with the day-to-day operation of his businesses. Mr. Mocadlo intended to sell his businesses to his business partners, and executed various documents which, in effect, transferred operational control of Hartford Auto and Straits Turnpike to Sorenson and Urrutia. On or about January 30, 2020, Mr. Mocadlo was advised by the companies' comptroller



that the businesses were on the verge of insolvency and had fallen out of trust[1]. Due to his signing the aforesaid documents, Mr. Mocadlo was prevented from taking any actions to rehabilitate the dealerships. Mr. Mocadlo did, in fact, attempt to take back operational control of the dealerships but he was repeatedly denied entry and access to the books and records by Sorensen and Urrutia and their counsel. Eventually Hartford Auto and Straits Turnpike closed their operations and defaulted on all of its financial obligations, including some of its payroll.

After investing the majority of his liquid assets into the new Milford dealership that never opened, Mr. Mocadlo did not have the ability to pay his creditors. Thus, he elected to file Chapter 7 bankruptcy. Mr. Mocadlo does not have any of the business records belonging to Hartford Auto and Straits Turnpike, therefore in his petition he chose to list all known creditors and assumed there were personal guarantees attached to the accounts. He also used his best estimate based upon the information he had to determine the outstanding debt.

With respect to your itemized list of documentation:

1. Enclosed herewith are the Debtor's 2018, 2019 and 2020 tax returns;

2. Enclosed herewith is the Debtor's latest paystub; he earns a flat $1,000.00 per week;

3. The Debtor's bank accounts were frozen due to bank garnishments; he is working to have access restored by the financial institutions and will provide the records once received;

4. The Debtor did not retain a copy of the loan application; he contacted Ally Financial and was advised it also did not retain a copy after the loan closed;

5. Enclosed;

6. Enclosed;

7. The Debtor is not in possession of documents responsive to this request;

8. Enclosed;

9. Enclosed;

---

[1] Typically, a local motor vehicle dealership does not purchase its inventory using its own money. A dealership is "out of trust" when it is found that a vehicle was sold and the dealership did not remit enough proceeds from the sale to the lender.



10. Enclosed (lease and divorce judgment);

11. Enclosed;

12. The Debtor shall amend its SOFA

If your office has any further questions regarding the precipitation of Mr. Mocadlo's Chapter 7 filing, he will certainly do his best to provide answers. However, please be advised that he continues to not have access to the business records so specifics may be difficult to ascertain.

Sincerely,

*/s/ Gary J. Greene*

Gary J. Greene, Esq.
ggreene@greenelawpc.com
(860) 676-1336 x.201


GJG\cev

# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Tuesday, November 2, 2021 2:44 PM |
| **To:** | jennifer.j.morey@usdoj.gov |
| **Cc:** | Gary Greene; Christopher Vargo |
| **Subject:** | In re Mocadlo 21-20971 |
| **Attachments:** | Letter to UST re history.pdf |

Ms. Morey,

Please see attached correspondence. Supporting documents have been uploaded to Dropbox. I will email you the password under separate cover.

https://www.dropbox.com/sh/a1dp4hghzroknrf/AABpiFOuBFXxUyxsZa4qR3pCa?dl=0

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.