# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Friday, November 5, 2021 3:18 PM |
| **To:** | Morey, Jennifer J. (USTP); Bankruptcy |
| **Cc:** | Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Mitchell, Kari (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo (21-20971) |
| **Attachments:** | Johnny Car Statement - SEPT2021.pdf |

Attached is the Ally statement for the BMW



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Friday, November 5, 2021 11:00 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** RE: Mocadlo (21-20971)

Thank you.

I did receive the lease agreement. In my letter I was requesting documentation to support the motor vehicle installment payment. Schedule J lists a payment of $2,222.00.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Friday, November 5, 2021 10:41 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Ms. Morey,

I have requested the paystubs; the installment payment is for his apartment which I sent the lease.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, November 4, 2021 4:03 PM
**To:** Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Christopher Vargo <CVargo@greenelawpc.com>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** Mocadlo (21-20971)

Attorney Greene,

Thank you for the documents in your November 2, 2021 email to our office. In addition to the financial statements that remain outstanding, we also appear to be missing the following documents:

1. Pay stubs covering April 1, 2021 through October 17, 2021. We received one pay stub covering the pay period of 10/18/2021 through 10/23/2021; and
2. Documentation to support the installment/lease payment for the motor vehicle in the amount of $2,222.00, as reflected on Schedule J.

Please respond no later than Tuesday, November 9, 2021.

If you have any questions or concerns, please contact the undersigned.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217