# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Friday, November 12, 2021 3:36 PM |
| **To:** | Morey, Jennifer J.  (USTP); Bankruptcy |
| **Cc:** | Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Mitchell, Kari (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo (21-20971) |
| **Attachments:** | 2021-0530 Key Bank Statement.pdf; 2021-0630 Key Bank Statement.pdf; 2021-0930 Key Bank Statement.pdf; 2021-1031 Key Bank Statement.pdf; 2021-0131 Key Bank Statement.pdf; 2021-0228 Key Bank Statement.pdf; 2021-0331 Key Bank Statement.pdf; 2021-0430 Key Bank Statement.pdf; 2021-0331 Wells Fargo Statement.pdf; 2021-0430 Wells Fargo Statement.pdf; 2021-0531 Wells Fargo Statement.pdf; 2021-0630 Wells Fargo Statement.pdf; 2021-0731 Wells Fargo Statement.pdf; 2021-0831 Wells Fargo Statement.pdf; 2021-0131 Wells Fargo Statement.pdf; 2021-0228 Wells Fargo Statement.pdf |

Of course; see attached.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Friday, November 12, 2021 3:29 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** RE: Mocadlo (21-20971)

Chris,

Let me get back to you regarding the amendments.  Also, would you be able to resend the financial statements in PDF format?  I'm having difficulty opening the Zipfiles.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238

Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Friday, November 12, 2021 3:15 PM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Ms. Morey,

Apologies if you didn't receive the attached earlier. Here are the statements the Debtor was able to obtain.

Regarding amending the SOFA; the Debtor's 341 meeting is scheduled for November 17th; would you be agreeable to our filing the amendment after the meeting in case the Ch17 Trustee requests additional amendments?

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Friday, November 12, 2021 10:44 AM
**To:** Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Christopher Vargo <CVargo@greenelawpc.com>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** Mocadlo (21-20971)

Attorney Greene,

Please provide a status as to when I can expect to receive the financial statements outlined in my October 27, 2021 inquiry letter, and when you expect to the file an amended Statement of Financial Affairs.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217