# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Thursday, December 9, 2021 1:05 PM |
| **To:** | Morey, Jennifer J. (USTP); Mitchell, Kari (USTP); Bankruptcy |
| **Cc:** | Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo (21-20971) |
| **Attachments:** | KeyBank Response to Subpoena.pdf |

Good afternoon,

Attached are the records received from KeyBank in response to the subpoena.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Monday, December 6, 2021 10:57 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>
**Subject:** RE: Mocadlo (21-20971)

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Monday, December 6, 2021 10:41 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>;
Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Christopher Vargo

1

<CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Please see attached marshal returns for the subpoenas. We are working on procuring a copy of the Wakefield agreement.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Friday, December 3, 2021 10:22 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>
**Subject:** RE: Mocadlo (21-20971)

Mr. Vargo,

Thank you for the explanations.   Also, can you please forward a copy of the Wakefield Court Agreement.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, December 2, 2021 2:54 PM
**To:** Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Atty. Mitchell,

I hope the below is what you were looking for. If not, please let me know.

**KeyBank deposits/transfers**

1/13 $2000 check deposit working for LTO
1/13 $3000 cash deposit
1/21 $14506 reimbursement of renovations done to house before sale in September
1/29 $40,000 deposit  per agreement with Wakefield count (UST has agreement)
6/23 $1202 Impossible Kicks purchase of sneakers
6/1 $5000 withdrawal of cash

**Wells Fargo deposits/transfers**
1/4 $4000 deposit in cash to pay bills
1/6 $3071.16 deposit in cash (I may have had a small check from something which made change)
1/7 $384.99 sale of personal shoes to GOAT (they buy new and used sneakers)
1/11 $1553.79 sale of personal sneakers to GOAT
1/12 $4000 deposit in cash to pay bills
1/13 $2000 check from Wakefield court for working
1/15 $5000 chase from Wakefield court and cash to pay bills
1/21 $2000 Check from Wakefield Court
1/26 $495 transfer from Venmo from Sale of personal sneakers
1/28 sale of personal sneaker through Venmo
2/9 $1912 sale of personal sneakers through GOAT
2/9 $2000 cash deposited to pay bills
2/11 $2913 sale of personal sneakers to GOAT
2/19 $1315.71 sales of personal sneakers to GOAT
2/23 $516 Mohegan hotel (canceled reservation)
2/23 $2254 GOAT sale of personal sneakers
2/24 $789 payroll check
2/25 $196 Paywise (left over residual commission) from car business days
2/25 $701.07 GOAT sale of personal sneakers
3/8 $3793.20 Payroll checks and cash to pay bills
3/8 $4.24 cancel of amazon prime subscription
3/22 $10.46 credit for shipping from GOAT
3/22 $1890.98 check and cash deposit for bills
3/24 $1740 cash deposit for bills
3/25 $100.01 Paywise residual commissions from car business
4/1 $2,222 deposit from Wakefield court agreement
4/15 $3356.47 payroll checks and cash deposit
5/4 $2222.22 deposit from Wakefield Court agreement
5/11 $4570 payroll checks and cash deposit for bills
5/20 $2490 sale of personal sneakers proceeds
5/24 $594 transfer borrowed money because I went negative
5/25 $494 borrowed money because I went negative
6/1 $198 borrowed money because I went negative
6/7 $148 borrowed money due to being negative
6/8 $2222.22 money from Wakefield court agreement
6/11 $3141.96 deposit of cash and payroll checks to pay bills
6/24 $1570.98 deposit of payroll checks
6/28 $396 borrowed money because I went negative



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Sent:** Monday, November 29, 2021 11:15 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>
**Subject:** RE: Mocadlo (21-20971)

Thank you for the update, Mr. Vargo.

Kari A. Mitchell
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, Connecticut 06510
Telephone:  203.773.2210, ext. 226
Facsimile:  203.773.2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Monday, November 29, 2021 10:13 AM
**To:** Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Atty. Mitchell,

I've requested the policy information from the Debtor and subpoenas to KeyBank, Wells Fargo and PayPal/Venmo are going out today.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Sent:** Tuesday, November 23, 2021 11:11 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>
**Subject:** RE: Mocadlo (21-20971)

Thank you. To follow up, however, we are requiring the policies that were in effect from October 1, 2020 through today. Also, I believe Jennifer sent the follow up emails with the outstanding bank statements and other documents listed – if this is a duplicative request, please disregard!

Kari

Kari A. Mitchell
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, Connecticut 06510
Telephone:  203.773.2210, ext. 226
Facsimile:  203.773.2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Friday, November 19, 2021 3:29 PM
**To:** Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Attached is the vehicle declaration page. I'm working on the balance. I apologize for the piecemeal fashion of the submission but I want to provide you the information upon receipt.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Sent:** Friday, November 19, 2021 3:07 PM

**To:** Christopher Vargo <CVargo@greenelawpc.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>
**Subject:** RE: Mocadlo (21-20971)

Please do. Just because there was a garnishment doesn't necessarily mean there were no statements issued – though the ones that were may show no monies.

Kari A. Mitchell
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, Connecticut 06510
Telephone:  203.773.2210, ext. 226
Facsimile:  203.773.2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Friday, November 19, 2021 3:05 PM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

I'm waiting for the itemization of those transactions and the insurance policy. The Debtor advises the statements for July and August don't exist because the account was garnished in June.

If you'd like we'd be happy to include these dates on the subpoena to confirm with the bank once we receive the list.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Friday, November 19, 2021 1:26 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** RE: Mocadlo (21-20971)

Mr. Vargo,

Thank you for your responses.   Please advise when we can expect to receive the following documents/explanations:

1. The statements for the Wells Fargo checking account ending ▮▮▮▮, covering July, 2021 and August, 2021.
2. For the KeyBank checking account ending ▮▮▮▮, an explanation for the withdrawal in the amount of $5,000.00 on 6/1/2021, and for the withdrawal in the amount of $1,202.85 on 6/23/2021.
3. A copy of the motor vehicle and renter's insurance policies in effect between October 1, 2020 through the present.

Thank you,

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, November 18, 2021 11:45 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Ms. Morey,

Please see below responses from the Debtor:

1. The WF account ▮▮▮▮ was closed by the bank and there are no statements for September or October.
2. Should be able to provide.
3. WF purged all of the statements and they are not available at the branch or online. The Debtor states that credit cards ending in ▮▮▮▮ and ▮▮▮▮ were not used for over a year.
4. Since the account is closed the Debtor is unable to obtain statements, however he states the deposits were from cash he previously set aside and used to pay living expenses.
5. The transactions mostly had to do with making the Debtor's child support payments. Prior to his learning his bank accounts were frozen, the Debtor tried to use the PayPal and Venmo accounts but the transactions were rejected. The accounts were deemed fraudulent and shut down.
6. Wakefield Court is the monthly repayment of a prior investment listed in the Debtor's schedules. Goat is a deposit from the sale of a personal set of sneakers the Debtor had owned.
7. WF has purged the records.
8. Should be able to provide.
9. The deposits are from the repayment of the Wakefield investment. The Debtor made withdrawals against this money to pay his expenses.
10. A pair of personal sneakers he sold.
11. Should be able to provide.
12. The Debtor has a vehicle insurance policy. Renter's insurance is purchased through the building.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Monday, November 15, 2021 3:15 PM
**To:** Bankruptcy <bankruptcy@greenelawpc.com>
**Cc:** Christopher Vargo <CVargo@greenelawpc.com>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <Bonnie.Mangan@Manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** Mocadlo (21-20971)

Attorney Greene,

In reviewing the documents in your November 12, 2021 email to our office, I have some additional questions and requests. Please have the debtor provide the following:

1. For the Wells Fargo accounts, please provide statements for September, 2021 and October, 2021.
2. For the Wells Fargo checking account ending ▮▮▮▮ please provide statements for July, 2021 and August, 2021.
3. In reviewing the Wells Fargo Bank account statements covering January, 2021 through March, 2021, I noted the statements reflected a credit card ending ▮▮▮▮ and a line of credit ending ▮▮▮▮ The statements covering April, 2021 through July, 2021 do not reflect the credit card balance or the line of credit. If these two accounts were closed, please provide a copy of the closing statement for these accounts, reflecting the balances of each account at the time of closing.
4. In reviewing the Wells Fargo bank account statements ending ▮▮▮▮ covering the period of January, 2021 through August, 2021, I noted several eDeposits and In Branch deposits. Please explain the source of these deposits and provide documentation to support the same.
5. In reviewing the Wells Fargo bank account statements ending ▮▮▮▮ I noted several withdrawals from this account to Venmo and PayPal. If the debtor has a PayPal or Venmo account, please provide statements covering January, 2021 through October, 2021.
6. In reviewing the statements for the Wells Fargo bank account ending ▮▮▮▮ I noted multiple deposits from Wakefield Court, Goat and money transfers from John Mocadlo. Please provide an explanation for these deposits.
7. In reviewing the statements for the Wells Fargo bank account ending ▮▮▮▮ I noted several withdrawals to Valley Bank, check withdrawals on 3/3/21, 5/11/21 and 6/14/21, and a withdrawal on 1/5/21 in the amount of $1,580.00. Please provide an explanation for the Valley Bank, check withdrawals, and the withdrawal on 1/5/21. Please provide copies of the cancelled checks.
8. For the KeyBank account ending ▮▮▮▮ please provide statements for July, 2021 and August, 2021.
9. For KeyBank checking account ending ▮▮▮▮ I noted multiple deposits from 1/13/21 through 1/26/21 totaling $59,506.92 and multiple withdrawals from 1/15/21 through 1/29/21 totaling $57,975.00. Please explain the source of these deposits and withdrawals and provide documentation of the same.
10. For KeyBank checking account ending ▮▮▮▮ I noted an internet transfer of $2,500.00 on 5/24/21. Please explain the source of this transfer.
11. For KeyBank checking account ending x8176, please explain the following withdrawals on 6/1/21 and 6/23/21.
12. A copy of all insurance policies, related riders, and addenda that were issued or in effect at any time between October 1, 2020 through the present, which insure or apply to any property owned, controlled or used by the debtor.

Please respond no later than Monday, November 22, 2021. If you have any questions or concerns, please contact the undersigned.

Thank you.

Jennifer J. Morey

Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217