# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Monday, December 20, 2021 10:46 AM |
| **To:** | Morey, Jennifer J. (USTP); Bonnie Mangan; Gary Greene |
| **Cc:** | Becky Avery; Mitchell, Kari (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo (21-20971) |

Subpoenas to WF and PayPal have been served. WF responded that it would not comply with the subpoena since it read "Attn: Branch Manager." A second subpoena is out for service. We have not received a reply from PayPal.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Monday, December 20, 2021 9:32 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Bonnie Mangan <Bonnie.Mangan@manganlaw.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Becky Avery <becky.avery@manganlaw.com>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** RE: Mocadlo (21-20971)

Mr. Vargo,

When you have an opportunity, please provide a status regarding the outstanding bank statements.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Tuesday, December 14, 2021 12:11 PM
**To:** Bonnie Mangan <Bonnie.Mangan@manganlaw.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Becky Avery <becky.avery@manganlaw.com>; Gabriela Bromley <Gabriela.Bromley@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>; Christopher Vargo

<CVargo@greenelawpc.com>
**Subject:** RE: [External] RE: Mocaldo 21-20971

Hi Atty. Mangan,

We received compliance to our subpoena to KeyBank which has been forwarded to the UST and I believe your office. We just received notice that Wells Fargo won't comply because the subpoena was addressed to a branch manager. A new subpoena is going to the marshal this week. We have not heard back from PayPay/Venmo.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Bonnie Mangan <Bonnie.Mangan@manganlaw.com>
**Sent:** Tuesday, December 14, 2021 10:47 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Becky Avery <becky.avery@manganlaw.com>; Gabriela Bromley <Gabriela.Bromley@manganlaw.com>; Morey, Jennifer J. (USTP) <jennifer.j.morey@usdoj.gov>; Mitchell, Kari (USTP) <Kari.Mitchell@usdoj.gov>
**Subject:** RE: [External] RE: Mocaldo 21-20971

Hello Chris, I will continue it to January 5, 2022 for follow up. Has your office provided everything to the UST? I am reviewing the documents that I have and will let you know if I need anything else. Thanks, Bonnie C. Mangan.

Bonnie C. Mangan, Chapter 7 Trustee
Westview Office Park
1050 Sullivan Avenue, A3
South Windsor, CT 06074
Phone 860-644-4204
Fax 860-644-4934
bonnie.mangan@manganlaw.com

**WARNING: FRAUD ALERT.** If you receive an email from this office requesting that you wire or otherwise transfer funds, you must confirm the request and any corresponding instructions via telephone before you initiate any transfer. Hackers are targeting emails of attorneys, real estate brokers and other businesses in attempts to initiate fraudulent wire requests. CONFIRM THE TELEPHONE NUMBER OF THIS OFFICE WITH PREVIOUS EMAILS YOU HAVE RECEIVED FROM THIS OFFICE TO BE SURE IT IS ACCURATE.

This email message and any files attached hereto are subject to the attorney client privilege and may contain confidential information intended only for the person to whom this email is addressed. If you have received this email in

error, please notify the sender immediately by telephone or return email and delete the original email without making a copy of it and delete any attached files without printing or saving them.

**IRS CIRCULAR 230 DISCLOSURE:**  To insure compliance with the U.S. Treasury regulations governing tax practice, we inform you that any U.S. tax advice contained in this email or any attachments to this email was not written to be used for and cannot be used for: 1) purpose of avoiding any tax related penalties that may be imposed under Federal Tax Laws; or 2) the promotion, marketing or recommendation to another party of any transaction  or matter addressed herein.

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Tuesday, December 14, 2021 9:14 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Bonnie Mangan <Bonnie.Mangan@manganlaw.com>
**Cc:** Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [External] RE: Mocaldo 21-20971

Atty. Mangan,

Is tomorrow's continued 341 meeting going forward? If so, may we have the call info?

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Wednesday, November 17, 2021 12:34 PM
**To:** Bonnie.Mangan@Manganlaw.com
**Cc:** Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** Mocaldo

Bonnie,
    Attached are the documents for the closing

    Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.