UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

          Debtor

Case No. 21-20971-JJT

Chapter 7

### AFFIDAVIT OF RAY BASTARACHE

I, Ray Bastarache, being duly sworn, depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am the managing member of Impossible Kicks Holding Company LLC ("IKHC").

3. IKHC is the sole member of Impossible Kicks LLC ("Impossible Kicks").

4. The Bank of America business account ending in 3456 (the "Account") is held in the name of IKHC. Attached hereto is a true and correct copy of the redacted first page of the Account statement for the period including October 20, 2021.

5. The Debtor, John Wayne Mocadlo, is not a member and has no financial interest in either Impossible Kicks or IKHC. Mr. Mocadlo has no interest in the Bank of America business account ending in 3456, nor is Mr. Mocadlo a signatory on said account.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

DATED: **1/31/22**  AFFIANT

_____

Subscribed and sworn before me in **Marco Island FL** on this **31st** day of **JAN**, 2022.

Notary Public
My commission expires: **7/19/2024**

HEIDI J. KELLNER
Notary Public, State of Florida
Commission# GG 987695
My comm. expires July 19, 2024

2

Greene Law, P.C. | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

IMPOSSIBLE KICKS LLC
541 WESTFARMS MALL
FARMINGTON, CT 06032-2635

BANK OF AMERICA
Preferred Rewards
For Business

Customer service information

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for October 1, 2021 to October 31, 2021

**IMPOSSIBLE KICKS LLC**

Account number: [Redacted]

### Account summary

| | |
|---|---|
| Beginning balance on October 1, 2021 | Redacted |
| Deposits and other credits | Redacted |
| Withdrawals and other debits | Redacted |
| Checks | Redacted |
| Service fees | Redacted |
| Ending balance on October 31, 2021 | Redacted |

# of deposits/credits: 34
# of withdrawals/debits: 187
# of items-previous cycle[1]: 31
# of days in cycle: 31
Average ledger balance: $28,390.72

[1] Includes checks paid, deposited items & other debits

Your account is enrolled in Balance Connect™ for overdraft protection. You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.

---

BANK OF AMERICA BUSINESS ADVANTAGE

**Remember, you've got a banking partner ready to help.**

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs. If you'd like to meet, please contact me.

Marcus Taylor
407.839.9159
marcus.a.taylor@bofa.com

SSM-07-21-0006.B | 3646943