# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Tuesday, February 1, 2022 10:27 AM |
| **To:** | Morey, Jennifer J.  (USTP) |
| **Cc:** | Claiborn, Holley L.  (USTP); Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Becky Avery; Gary Greene |
| **Subject:** | Re: Mocadlo (21-20971) |

Subpoenas to WF, KeyBank and PayPal/Venmo are going to the marshal; we have not heard from WF relating to our first subpoena and a letter has gone out to their subpoena department



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Tuesday, February 1, 2022 7:26 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Gary Greene <GGreene@greenelawpc.com>
**Subject:** RE: Mocadlo (21-20971)

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Monday, January 31, 2022 3:03 PM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo

&lt;CVargo@greenelawpc.com&gt;
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971)

Good afternoon,

Attached is an affidavit from Mr. Bastarche attesting that the BoA account is a business account for Impossible Kicks.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) &lt;Jennifer.J.Morey@usdoj.gov&gt;
**Sent:** Wednesday, January 26, 2022 12:42 PM
**To:** Christopher Vargo &lt;CVargo@greenelawpc.com&gt;
**Cc:** Claiborn, Holley L. (USTP) &lt;Holley.L.Claiborn@usdoj.gov&gt;; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) &lt;bonnie.mangan@manganlaw.com&gt;; Becky Avery &lt;becky.avery@manganlaw.com&gt;; Gary Greene &lt;GGreene@greenelawpc.com&gt;
**Subject:** RE: Mocadlo (21-20971)

Mr. Vargo,

Thank you for the update. Also, please confirm that you will be requesting statements for the Bank of America account ending 

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238
Fax (203) 773-2217

---

**From:** Christopher Vargo &lt;CVargo@greenelawpc.com&gt;
**Sent:** Wednesday, January 26, 2022 12:13 PM
**To:** Morey, Jennifer J. (USTP) &lt;Jennifer.J.Morey@usdoj.gov&gt;
**Cc:** Claiborn, Holley L. (USTP) &lt;Holley.L.Claiborn@usdoj.gov&gt;; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) &lt;bonnie.mangan@manganlaw.com&gt;; Becky Avery &lt;becky.avery@manganlaw.com&gt;; Gary Greene &lt;GGreene@greenelawpc.com&gt;
**Subject:** [EXTERNAL] Re: Mocadlo (21-20971)

Ms. Morey,

The Debtor believes that KeyBank 5032 is an internal account when a check is cashed rather than deposited. We will see if we are able to confirm this.

We will subpoena statements for KeyBank account 

We'll subpoena the 10/2020-12/2020 records for the other KB and WF accounts.

We'll subpoena Venmo & Paypal for the 10/2021 statement.

We'll subpoena Ally Financial for the BMW docs.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Christopher Vargo
**Sent:** Wednesday, January 26, 2022 7:53 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Gary Greene <GGreene@greenelawpc.com>
**Subject:** Re: Mocadlo (21-20971)

Ms. Morey,

We have not received a response to our subpoena to WF. We are sending a letter to the "Summons and Subpoenas Department" which is the department that contacted us regarding the first rejected subpoena. If we don't receive a timely response to that letter, we'll file a motion with the Court.

Regarding the other requested bank records, if the Debtor is not in possession of the statements, we'll have to send a subsequent subpoena to the institutions. I'll advise after we speak with the Debtor.

As an -fyi- Attorney Greene is having back surgery on February 7th. He is expected to out of pocket for approx. 7-14 days and then will be working from home, on a limited basis, for an additional 2-3 weeks thereafter. He'll then start easing back into the office.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Tuesday, January 25, 2022 3:23 PM
**To:** Bankruptcy <bankruptcy@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>
**Subject:** Mocadlo (21-20971)

Attorney Greene and Mr. Vargo,

I am following up on my email of January 13, 2022. Have you received the production link from Wells Fargo? Please send this link as soon as possible.

In reviewing the documents we have received thus far, it appears that there are bank accounts for which we did not receive statements. Please provide bank statements for the period of October 1, 2020 through October 20, 2021 for the following financial accounts:

   a.   KeyBank account ending ▇▇▇▇
   b.   KeyBank account ending ▇▇▇▇
   c.   Bank of America account ending ▇▇▇▇

Based on the statements provided thus far for the KeyBank account ending ▇▇▇▇ and the Wells Fargo account ending ▇▇▇▇ and ▇▇▇▇ we have determined that we would like the Debtor to provide bank statements for these accounts for the period of October 1, 2020 through December 31, 2020.

Also, please provide statements for the PayPal and Venmo accounts showing the amounts in these accounts as of the date of the bankruptcy filing, October 20, 2021.

Lastly, please ask the Debtor to obtain a copy of the sales contract and loan application from the dealership where the 2020 BMW 840i was purchased.

Please respond no later than Tuesday, February 8, 2022.

Should you have any questions, do not hesitate to contact me or Attorney Holley L. Claiborn.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2210 ext. 238

Fax (203) 773-2217