# Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Wednesday, May 4, 2022 2:17 PM |
| **To:** | Gary Greene; Claiborn, Holley L.  (USTP) |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Becky Avery; Morey, Jennifer J. (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor -  dates to be determined |
| **Attachments:** | 2004 Examination.zip |

Good afternoon,

Attached please find the documents we have to date which are responsive to the lists for the Debtor's 2004 Examination. We still have a number of subpoenas outstanding.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, March 24, 2022 2:53 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Holley,
     The documents you previously requested were subpoenaed and were given to you when received from the banks; as to the other requested information, we have already sent out subpoenas and doubt we will have responses prior to May 1.
     As to dates, I leave for Europe on May 24 and will be back June 10. I am requesting that the 2004 take place after that date
Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, March 24, 2022 2:22 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Gary

Good afternoon. I apologize for the delay in responding.

Many of the items requested have been previously requested and because of that should be produced very soon.

Bonnie and I ask for production of documents on the dates listed below. Should you be able to produce documents earlier than proposed, we'd appreciate and welcome that.

With respect to the 2004 examination date, please provide available dates during the weeks of May 16, May 23 and May 30.

I would like to get the notice setting forth the agreed dates filed with the court by the end of next week and look forward to hearing from you.

Thank you.

Holley

**Trustee Mangan Document Requests (sent to you on March 9)**

April 13: Produce documents for request numbers 1-13, 29-31, and 34

April 29: Produce documents for request numbers 14-28, 32-33

**UST Document Requests (sent to you on March 9)**

April 13: Produce documents for request numbers 1, 21-25, 16-18

April 29: Produce documents for request numbers 2-15, 19-20

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, March 17, 2022 5:38 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - follow up (3/17)

Holley,
    Good afternoon.
    My fear is that a number of the documents you are seeking are not in my client's possession, nor can he easily obtain them. We may need to subpoena them from 3d parties. If that is the case, we honestly don't know how long it will take to obtain them. I would propose a target date of May 15 to get them to you and a 2004 date in mid June so you can review and we can, hopefully, get other documents that are lagging

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336  and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, March 17, 2022 5:30 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - follow up (3/17)

Gary

Good afternoon.

I am circling back on this case. We need to pick a deadline for the production of documents and for the Rule 2004 exam. Please propose a date by which the debtor will produce the documents.  Once we have that date, Bonnie and I can propose an examination date.

Once we've agreed on production and examination dates, I can file 2004 notice pursuant to Local Rule 2004-1(b)(1).

Please let us know when the debtor can produce the documents.

Thanks
Holley

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.2210, Ext. 230
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

---

**From:** Claiborn, Holley L. (USTP)
**Sent:** Wednesday, March 9, 2022 8:53 AM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Gary

Good morning. Thanks very much for agreeing to a Rule 2004 exam.

The UST is not expecting the debtor to produce things he has already produced.  I believe Trustee Mangan would say the same -  hopefully she can confirm.

As to when the examination can take place and the documents can be produced, please evaluate that further and propose dates.  Some of the items requested have been outstanding for a long time, so we're hoping you will have some of the documents for us soon.  Ideally, I'd like to file the notice of the Rule 2004 exam by end of next week – that is the notice required by Local Rule 2004-1(b)(1) that requires the date of the examination, the date of the document production, and other details the parties have agreed to.

We look forward to hearing from you.

Thanks.
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Wednesday, March 9, 2022 7:55 AM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Attorney Claiborn,
      We have no objection to the 20014 exam, but obtaining some documentation may be impossible to get without further litigation or subpoenas; I will also have to check with my client to see if his 2021 tax returns have been filed. IF you are seeking any documentation from his auto dealerships, this will be hard to obtain within a 3 weeks as he was locked out of the businesses and has no access to any of this information. We will have to subpoena or litigate in order to obtain this information.
I also am assuming that to the extant some of the requests include information already given to either you are the trustee, will not have to be provided again? In the meantime, we can work on gathering the information currently in possession of my client

Gary J. Greene, Esq.
Greene Law, PC
11 Talcott Notch Road
Farmington, CT 06032
PH: (860) 676-1336 x 201
FAX: (860) 676-2250
ggreene@greenelawpc.com
www.greenelawpc.com

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Tuesday, March 8, 2022 3:47 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Attorney Greene

Good afternoon.

The UST and Trustee Mangan would like to examine the Debtor pursuant to Rule 2004.

Pursuant to Local Rule 2004-1(b), this email is a request for the Debtor's consent to such an examination and attached are the document requests for the examination – one for the UST and one for Trustee Mangan. The document requests overlap on several areas.

Please confer with the Debtor and advise if the Debtor will consent to a Rule 2004 examination. If the Debtor consents, please provide a date by which the Debtor will provide the requested documents and proposed dates for the examination. We propose to conduct our examinations at the same time and date – so the Debtor does not have to appear at separate examinations. As of now, we expect to conduct the examination over Zoom (but that is subject to change). We would ask for the documents by early April and, based on that timeline, we'd conduct the 2004 examination in early May. If there is consent to such a process, then the UST and Trustee Mangan will file a notice on the docket pursuant to Local Rule 2004-1(b)(1) once we've agreed on dates for the examination and document production.

Should the Debtor be unwilling to consent, the UST and Trustee Mangan will file motions for a Rule 2004 examination with the court (per Local Rule 2004-1(c)).

We look forward to hearing from you. Thank you in advance for your cooperation.

Holley (and Bonnie)

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.2210, Ext. 230
Fax: 203.773.2217
Email: Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662