## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Wednesday, May 18, 2022 12:52 PM |
| **To:** | Gary Greene; Claiborn, Holley L.  (USTP) |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Becky Avery; Morey, Jennifer J. (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor -  dates to be determined |

Good afternoon all,

We received the subpoena compliance from Atty. Bjorkman. The production is too large to email; am I able to share a Dropbox link or should I mail USB drives to your offices?

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Tuesday, May 17, 2022 2:26 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon,

Please see attached records received from Paypal/Venmo in response to our subpoena.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Monday, May 16, 2022 3:25 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon,

Attached please find documents received from Wells Fargo.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Friday, May 13, 2022 9:13 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good morning,

Attached please find documents received from Attorney Zeisler in response to our subpoena.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Wednesday, May 11, 2022 8:33 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; 'Claiborn, Holley L. (USTP)' <Holley.L.Claiborn@usdoj.gov>
**Cc:** 'Bonnie C. Mangan (bonnie.mangan@manganlaw.com)' <bonnie.mangan@manganlaw.com>; 'Becky Avery' <becky.avery@manganlaw.com>; 'Morey, Jennifer J. (USTP)' <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good morning,

Attached please find documents received from Nutmeg FCU.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Wednesday, May 4, 2022 2:17 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon,

Attached please find the documents we have to date which are responsive to the lists for the Debtor's 2004 Examination. We still have a number of subpoenas outstanding.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, March 24, 2022 2:53 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Holley,

The documents you previously requested were subpoenaed and were given to you when received from the banks; as to the other requested information, we have already sent out subpoenas and doubt we will have responses prior to May 1.

As to dates, I leave for Europe on May 24 and will be back June 10. I am requesting that the 2004 take place after that date

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336  and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, March 24, 2022 2:22 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Gary

Good afternoon. I apologize for the delay in responding.

Many of the items requested have been previously requested and because of that should be produced very soon.

Bonnie and I ask for production of documents on the dates listed below.  Should you be able to produce documents earlier than proposed, we'd appreciate and welcome that.

With respect to the 2004 examination date, please provide available dates during the weeks of May 16, May 23 and May 30.

I would like to get the notice setting forth the agreed dates filed with the court by the end of next week and look forward to hearing from you.

Thank you.

Holley

**<u>Trustee Mangan Document Requests (sent to you on March 9)</u>**

April 13:  Produce documents for request numbers 1-13, 29-31, and 34

April 29: Produce documents for request numbers 14-28, 32-33

**<u>UST Document Requests (sent to you on March 9)</u>**

April 13: Produce documents for request numbers 1, 21-25, 16-18

April 29: Produce documents for request numbers 2-15, 19-20

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, March 17, 2022 5:38 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - follow up (3/17)

Holley,

Good afternoon.

My fear is that a number of the documents you are seeking are not in my client's possession, nor can he easily obtain them. We may need to subpoena them from 3d parties. If that is the case, we honestly don't know how long it will take to obtain them. I would propose a target date of May 15 to get them to you and a 2004 date in mid June so you can review and we can, hopefully, get other documents that are lagging

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336  and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, March 17, 2022 5:30 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery
<becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo
<CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - follow up (3/17)

Gary

Good afternoon.

I am circling back on this case. We need to pick a deadline for the production of documents and for the Rule 2004 exam. Please propose a date by which the debtor will produce the documents.  Once we have that date, Bonnie and I can propose an examination date.

Once we've agreed on production and examination dates, I can file 2004 notice pursuant to Local Rule 2004-1(b)(1).

Please let us know when the debtor can produce the documents.

Thanks
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

**From:** Claiborn, Holley L. (USTP)
**Sent:** Wednesday, March 9, 2022 8:53 AM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery
<becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo

<CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Gary

Good morning. Thanks very much for agreeing to a Rule 2004 exam.

The UST is not expecting the debtor to produce things he has already produced.  I believe Trustee Mangan would say the same -  hopefully she can confirm.

As to when the examination can take place and the documents can be produced, please evaluate that further and propose dates.  Some of the items requested have been outstanding for a long time, so we're hoping you will have some of the documents for us soon.  Ideally, I'd like to file the notice of the Rule 2004 exam by end of next week – that is the notice required by Local Rule 2004-1(b)(1) that requires the date of the examination, the date of the document production, and other details the parties have agreed to.

We look forward to hearing from you.

Thanks.
Holley

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.2210, Ext. 230
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Wednesday, March 9, 2022 7:55 AM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Attorney Claiborn,
        We have no objection to the 20014 exam, but obtaining some documentation may be impossible to get without further litigation or subpoenas; I will also have to check with my client to see if his 2021 tax returns have been filed. IF you are seeking any documentation from his auto dealerships, this will be hard to obtain within a 3 weeks as he was locked out of the businesses and has no access to any of this information. We will have to subpoena or litigate in order to obtain this information.
I also am assuming that to the extant some of the requests include information already given to either you are the trustee, will not have to be provided again? In the meantime, we can work on gathering the information currently in possession of my client

Gary J. Greene, Esq.

Greene Law, PC
11 Talcott Notch Road
Farmington, CT 06032
PH: (860) 676-1336 x 201
FAX: (860) 676-2250
ggreene@greenelawpc.com
www.greenelawpc.com

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Tuesday, March 8, 2022 3:47 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery
<becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo
<CVargo@greenelawpc.com>
**Subject:** Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Attorney Greene

Good afternoon.

The UST and Trustee Mangan would like to examine the Debtor pursuant to Rule 2004.

Pursuant to Local Rule 2004-1(b), this email is a request for the Debtor's consent to such an examination
and attached are the document requests for the examination – one for the UST and one for Trustee
Mangan. The document requests overlap on several areas.

Please confer with the Debtor and advise if the Debtor will consent to a Rule 2004 examination.  If the
Debtor consents, please provide a date by which the Debtor will provide the requested documents and
proposed dates for the examination.  We propose to conduct our examinations at the same time and date
– so the Debtor does not have to appear at separate examinations. As of now, we expect to conduct the
examination over Zoom (but that is subject to change).  We would ask for the documents by early April
and, based on that timeline, we'd conduct the 2004 examination in early May. If there is consent to such a
process, then the UST and Trustee Mangan will file a notice on the docket pursuant to Local Rule 2004-
1(b)(1) once we've agreed on dates for the examination and document production.

Should the Debtor be unwilling to consent, the UST and Trustee Mangan will file motions for a Rule 2004
examination with the court (per Local Rule 2004-1(c)).

We look forward to hearing from you.  Thank you in advance for your cooperation.

Holley (and Bonnie)

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

**Christopher Vargo**

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Wednesday, May 18, 2022 1:13 PM |
| **To:** | Morey, Jennifer J.  (USTP); Gary Greene; Claiborn, Holley L.  (USTP) |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Becky Avery; Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor -  dates to be determined |

Thanks; I wanted to make sure the Government would allow that as we've had issues with other agencies. I'll upload everything we have to date to a shared Dropbox and send links to everyone on this chain. I'll then send an email when items are added instead of emailing the files.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Wednesday, May 18, 2022 1:10 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good Afternoon,

If you can share the documents through a Dropbox link, that may be best.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Wednesday, May 18, 2022 12:52 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>

**Cc:** Bonnie C. Mangan ([bonnie.mangan@manganlaw.com](mailto:bonnie.mangan@manganlaw.com)) <[bonnie.mangan@manganlaw.com](mailto:bonnie.mangan@manganlaw.com)>; Becky Avery <[becky.avery@manganlaw.com](mailto:becky.avery@manganlaw.com)>; Morey, Jennifer J. (USTP) <[Jennifer.J.Morey@usdoj.gov](mailto:Jennifer.J.Morey@usdoj.gov)>; Christopher Vargo <[CVargo@greenelawpc.com](mailto:CVargo@greenelawpc.com)>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon all,

We received the subpoena compliance from Atty. Bjorkman. The production is too large to email; am I able to share a Dropbox link or should I mail USB drives to your offices?

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
[cvargo@greenelawpc.com](mailto:cvargo@greenelawpc.com) | [www.greenelawpc.com](http://www.greenelawpc.com)

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Christopher Vargo
**Sent:** Tuesday, May 17, 2022 2:26 PM
**To:** Gary Greene <[GGreene@greenelawpc.com](mailto:GGreene@greenelawpc.com)>; Claiborn, Holley L. (USTP) <[Holley.L.Claiborn@usdoj.gov](mailto:Holley.L.Claiborn@usdoj.gov)>
**Cc:** Bonnie C. Mangan ([bonnie.mangan@manganlaw.com](mailto:bonnie.mangan@manganlaw.com)) <[bonnie.mangan@manganlaw.com](mailto:bonnie.mangan@manganlaw.com)>; Becky Avery <[becky.avery@manganlaw.com](mailto:becky.avery@manganlaw.com)>; Morey, Jennifer J. (USTP) <[Jennifer.J.Morey@usdoj.gov](mailto:Jennifer.J.Morey@usdoj.gov)>; Christopher Vargo <[CVargo@greenelawpc.com](mailto:CVargo@greenelawpc.com)>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon,

Please see attached records received from Paypal/Venmo in response to our subpoena.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
[cvargo@greenelawpc.com](mailto:cvargo@greenelawpc.com) | [www.greenelawpc.com](http://www.greenelawpc.com)

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Monday, May 16, 2022 3:25 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocaldo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon,

Attached please find documents received from Wells Fargo.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Friday, May 13, 2022 9:13 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocaldo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good morning,

Attached please find documents received from Attorney Zeisler in response to our subpoena.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Wednesday, May 11, 2022 8:33 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; 'Claiborn, Holley L. (USTP)' <Holley.L.Claiborn@usdoj.gov>
**Cc:** 'Bonnie C. Mangan (bonnie.mangan@manganlaw.com)' <bonnie.mangan@manganlaw.com>; 'Becky Avery' <becky.avery@manganlaw.com>; 'Morey, Jennifer J. (USTP)' <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good morning,

Attached please find documents received from Nutmeg FCU.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Wednesday, May 4, 2022 2:17 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Good afternoon,

Attached please find the documents we have to date which are responsive to the lists for the Debtor's 2004 Examination. We still have a number of subpoenas outstanding.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, March 24, 2022 2:53 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Holley,

The documents you previously requested were subpoenaed and were given to you when received from the banks; as to the other requested information, we have already sent out subpoenas and doubt we will have responses prior to May 1.

As to dates, I leave for Europe on May 24 and will be back June 10. I am requesting that the 2004 take place after that date

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, March 24, 2022 2:22 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - dates to be determined

Gary

Good afternoon. I apologize for the delay in responding.

Many of the items requested have been previously requested and because of that should be produced very soon.

Bonnie and I ask for production of documents on the dates listed below. Should you be able to produce documents earlier than proposed, we'd appreciate and welcome that.

With respect to the 2004 examination date, please provide available dates during the weeks of May 16, May 23 and May 30.

I would like to get the notice setting forth the agreed dates filed with the court by the end of next week and look forward to hearing from you.

Thank you.

Holley

## Trustee Mangan Document Requests (sent to you on March 9)

April 13:  Produce documents for request numbers 1-13, 29-31, and 34

April 29: Produce documents for request numbers 14-28, 32-33

## UST Document Requests (sent to you on March 9)

April 13: Produce documents for request numbers 1, 21-25, 16-18

April 29: Produce documents for request numbers 2-15, 19-20

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.2210, Ext. 230
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, March 17, 2022 5:38 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - follow up (3/17)

Holley,

      Good afternoon.

      My fear is that a number of the documents you are seeking are not in my client's possession, nor can he easily obtain them. We may need to subpoena them from 3d parties. If that is the case, we honestly don't know how long it will take to obtain them. I would propose a target date of May 15 to get them to you and a 2004 date in mid June so you can review and we can, hopefully, get other documents that are lagging

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, March 17, 2022 5:30 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor - follow up (3/17)

Gary

Good afternoon.

I am circling back on this case. We need to pick a deadline for the production of documents and for the Rule 2004 exam. Please propose a date by which the debtor will produce the documents.  Once we have that date, Bonnie and I can propose an examination date.

Once we've agreed on production and examination dates, I can file 2004 notice pursuant to Local Rule 2004-1(b)(1).

Please let us know when the debtor can produce the documents.

Thanks
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

_____

**From:** Claiborn, Holley L. (USTP)
**Sent:** Wednesday, March 9, 2022 8:53 AM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Gary

Good morning. Thanks very much for agreeing to a Rule 2004 exam.

The UST is not expecting the debtor to produce things he has already produced. I believe Trustee Mangan would say the same - hopefully she can confirm.

As to when the examination can take place and the documents can be produced, please evaluate that further and propose dates. Some of the items requested have been outstanding for a long time, so we're hoping you will have some of the documents for us soon. Ideally, I'd like to file the notice of the Rule 2004 exam by end of next week – that is the notice required by Local Rule 2004-1(b)(1) that requires the date of the examination, the date of the document production, and other details the parties have agreed to.

We look forward to hearing from you.

Thanks.
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.2210, EXT. 230
FAX: 203.773.2217
EMAIL: Holley.L.Claiborn@usdoj.gov

CELL PHONE: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Wednesday, March 9, 2022 7:55 AM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Attorney Claiborn,
        We have no objection to the 20014 exam, but obtaining some documentation may be impossible to get without further litigation or subpoenas; I will also have to check with my client to see if his 2021 tax returns have been filed. IF you are seeking any documentation from his auto dealerships, this will be hard to obtain within a 3 weeks as he was locked out of the businesses and has no access to any of this information. We will have to subpoena or litigate in order to obtain this information.
I also am assuming that to the extant some of the requests include information already given to either you are the trustee, will not have to be provided again? In the meantime, we can work on gathering the information currently in possession of my client

Gary J. Greene, Esq.
Greene Law, PC
11 Talcott Notch Road
Farmington, CT 06032
PH: (860) 676-1336 x 201
FAX: (860) 676-2250
ggreene@greenelawpc.com
www.greenelawpc.com

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Tuesday, March 8, 2022 3:47 PM
**To:** Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** Mocadlo 21-20971 - Request for agreement to Rule 2004 exam of Debtor

Attorney Greene

Good afternoon.

The UST and Trustee Mangan would like to examine the Debtor pursuant to Rule 2004.

Pursuant to Local Rule 2004-1(b), this email is a request for the Debtor's consent to such an examination and attached are the document requests for the examination – one for the UST and one for Trustee Mangan. The document requests overlap on several areas.

Please confer with the Debtor and advise if the Debtor will consent to a Rule 2004 examination.  If the Debtor consents, please provide a date by which the Debtor will provide the requested documents and proposed dates for the examination.  We propose to conduct our examinations at the same time and date – so the Debtor does not have to appear at separate examinations. As of now, we expect to conduct the examination over Zoom (but that is subject to change).  We would ask for the documents by early April and, based on that timeline, we'd conduct the 2004 examination in early May. If there is consent to such a process, then the UST and Trustee Mangan will file a notice on the docket pursuant to Local Rule 2004-1(b)(1) once we've agreed on dates for the examination and document production.

Should the Debtor be unwilling to consent, the UST and Trustee Mangan will file motions for a Rule 2004 examination with the court (per Local Rule 2004-1(c)).

We look forward to hearing from you.  Thank you in advance for your cooperation.

Holley (and Bonnie)

_____
*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.2210, Ext. 230
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

**Christopher Vargo**

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Monday, May 23, 2022 9:18 AM |
| **To:** | Claiborn, Holley L.  (USTP); Gary Greene |
| **Cc:** | Morey, Jennifer J.  (USTP); Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |
| **Attachments:** | Letter to UST re 2004 production.pdf |

Good morning,

Please see attached letter responding to the email below. A few moments ago I shared a Dropbox folder containing the Debtor's Rule 2004 Exam production. Please let me know if you do not receive the link or have difficulties access any of the documents.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, May 19, 2022 4:03 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached).  Unfortunately, we have not received many of the documents we requested.  You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response <span style="color:red">Nothing Produced in red</span>), or we received an incomplete response (<span style="color:red">as noted in red</span>):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit. Nothing produced.
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. Nothing produced.
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. Nothing produced.
5. All correspondence between the Debtor and the SBA. Nothing produced.
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. Nothing produced.
7. All communications with Raymond Bastarche. Nothing produced.
8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect to the making of the loan.
9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect use of the funds loaned by Raymond Bastarche.
10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Are there other documents ?
11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
    (a) Purchase and sale agreement;
    (b) Mortgage loan applications;
    (c) Documents provided to mortgage lender concerning any mortgages at the Real Property;
    (d) Appraisals; and
    (e) Closing documents
        Nothing produced in response to request number 11.
12. All documents concerning the transfer of the Real Property to Raymond Bastarche. We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT.  Are there other documents ?
13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. Nothing produced.
14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.
17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?
19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.
20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced
21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.
23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920.  Nothing produced.
25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395.  Nothing produced.

With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents. We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL: Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Thursday, May 26, 2022 1:59 PM |
| **To:** | Claiborn, Holley L.  (USTP); Gary Greene |
| **Cc:** | Morey, Jennifer J.  (USTP); Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |

Good afternoon,

We just received over 200MB of data from the Debtor's accountant. I uploaded everything received to Dropbox under "Accountant Production"

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, May 19, 2022 4:03 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached).  Unfortunately, we have not received many of the documents we requested.  You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response Nothing Produced in red), or we received an incomplete response (as noted in red):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit. Nothing produced.
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. Nothing produced.
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. Nothing produced.
5. All correspondence between the Debtor and the SBA. Nothing produced.
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. Nothing produced.
7. All communications with Raymond Bastarche. Nothing produced.
8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Nothing produced with respect to the making of the loan.
9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Nothing produced with respect use of the funds loaned by Raymond Bastarche.
10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Are there other documents ?
11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
    (a) Purchase and sale agreement;
    (b) Mortgage loan applications;
    (c) Documents provided to mortgage lender concerning any mortgages at the Real Property;
    (d) Appraisals; and
    (e) Closing documents
        Nothing produced in response to request number 11.
12. All documents concerning the transfer of the Real Property to Raymond Bastarche. We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT. Are there other documents ?
13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. Nothing produced.
14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.
17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?
19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.
20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced
21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.
23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920. Nothing produced.
25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395. Nothing produced.

With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents. We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Thursday, May 26, 2022 6:17 PM |
| **To:** | Morey, Jennifer J.  (USTP); Gary Greene |
| **Cc:** | Claiborn, Holley L.  (USTP); Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo (21-20971) - Request for statements for Wells Fargo account x4451 |

Ms. Morey,

These WF records will need to be subpoenaed. I will not have an attorney in the office tomorrow to sign the subpoena but will have one go out Tuesday. We'll do our best to obtain the records by the 10th.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 1:37 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo (21-20971) - Request for statements for Wells Fargo account x4451

Good afternoon.

In reviewing the documents produced from Wells Fargo, we noted a letter from Wells Fargo dated May 5, 2017 that refers to a checking/savings account ending x4451 for the Debtor.  Please provide statements for account x4451 for the period of January 1, 2019 to present.  If this account has been closed, please also provide proof of when the account was closed.

Kindly provide this information by June 10, 2022.

Thank you,

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302

New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**Christopher Vargo**

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Tuesday, May 31, 2022 11:38 AM |
| **To:** | Morey, Jennifer J.  (USTP); Gary Greene |
| **Cc:** | Claiborn, Holley L.  (USTP); Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo (21-20971) - Request for statements for Wells Fargo account x4451 |

Good morning,

In the main 2004 Examination folder on Dropbox I added a PDF called GOAT Transaction History; this relates to Request 20.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Friday, May 27, 2022 7:46 AM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo (21-20971) - Request for statements for Wells Fargo account x4451

Mr. Vargo,

Thank you for the update.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, May 26, 2022 6:17 PM

**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo (21-20971) - Request for statements for Wells Fargo account x4451

Ms. Morey,

These WF records will need to be subpoenaed. I will not have an attorney in the office tomorrow to sign the subpoena but will have one go out Tuesday. We'll do our best to obtain the records by the 10th.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 1:37 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo (21-20971) - Request for statements for Wells Fargo account x4451

Good afternoon.

In reviewing the documents produced from Wells Fargo, we noted a letter from Wells Fargo dated May 5, 2017 that refers to a checking/savings account ending x4451 for the Debtor.  Please provide statements for account x4451 for the period of January 1, 2019 to present.  If this account has been closed, please also provide proof of when the account was closed.

Kindly provide this information by June 10, 2022.

Thank you,

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Tuesday, June 7, 2022 11:56 AM |
| **To:** | Claiborn, Holley L. (USTP); Gary Greene |
| **Cc:** | Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com); Becky Avery; Morey, Jennifer J. (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of June 7 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |

Hi Atty. Claiborn,

**Request 3** – a new subpoena went out to the East Hartford address on June 6th. We have not received a response.

**Request 8** – we have provided what we have been able to obtain from the Debtor. He will be able to testify as to the nature and use of the loan at his deposition.

**Request 9** – we have provided what we have been able to obtain from the Debtor. He will be able to testify as to the nature and use of the loan at his deposition.

**Request 14** – we provided the documents we were able to obtain; I believe at least one document was unsigned. We have spoken with the Debtor as well as the other individuals part of the transaction. I uploaded an email to the Wakefield Joint Venture folder on June 3rd. The Debtor will also be able to testify as to this transaction at his deposition.

**Request 19** – The company was formed in December of 2020 and the store opened in February of 2021. He is an at-will employee with no employment contract.

**Request 21** – I've asked for a copy of the filed extension form.

**Request 23** – The Debtor has not been able to obtain unredacted documents as of yet.

**Request 25** – We have produced everything received from the subpoenas and the Debtor advises he's attempted to obtain the missing documents. He has not been successful.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or

telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Tuesday, June 7, 2022 9:40 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Subject:** RE: Mocadlo 21-20971 - Status as of June 7 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris

Good morning.

I am following up on Jennifer Morey's email of May 26 because we haven't received any further information on certain requests – see the requests noted below:

**Request 3:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 8:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 9:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 14:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 19:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 21:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 23:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

**Request 25:** Nothing has been provided in follow up to Jennifer Morey's May 26 email.

For ease of reference, Jennifer Morey's May 26 email is in the trail below.  If you believe you did produce documents responsive to the above identified requests in response to Jennifer Morey' s email of May 26, we have not been able to locate them in the Dropbox and would ask you to send them separately by email.

Lastly, we are also still expecting statements for the Wells Fargo Acct. ending x4451 per Jennifer Morey' s separate email of May 26.

Your prompt attention to this is appreciated.

Thanks,
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302

New Haven, CT 06510
Office Phone: 203.773.5504
Fax: 203.773.2217
Email: Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 11:38 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Bonnie C. Mangan Esq. (Bonnie.Mangan@Manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 26 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good morning,

Thank you for your letter to our office received on May 23, 2022 via email, and for the documents provided on May 23, 2022 via Dropbox.  We are still sorting through the documents that have been provided, but in reviewing the documents and your responses thus far, we noted some incomplete responses.  The list below addresses some of the issues we have found and the list uses the numbers on the UST document request. We ask that you respond to each request number:

Request 3: This request sought all documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D for the 2020 BMW, including, but not limited to, financial statements or credit applications.  Pursuant to a letter from Ally dated March 3, 2022 you sent to us, nothing was produced by Ally and it says that requests for auto loan information should be mailed to an address in East Hartford. It appears, however, that your Subpoena was not sent to that East Hartford address and that may be why nothing was produced.  Please follow up and obtain the documents.  Also, given the loan from Ally was likely done in either 2019 or 2020, the Debtor should have records in his possession and we ask that he explain what efforts he has engaged in to look for the documents (in the form of an affidavit from the Debtor).

Request 8:  This request sought all documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor.  Pursuant to your letter dated May 23, 2022, you state that the Debtor put these funds into the businesses, but no documents were provided and your letter provided no identification of what business the money was put into. The Debtor should have some documentation of the loan, as well as documentation of where the loan proceeds were deposited, and then disbursed (bank statements and copies of negotiated checks). Further, a loan disbursement/payment history may exist.  Please provide the missing documentation and if nothing is provided, the Debtor needs to explain why and should do so in an affidavit.

Request 9: This request sought all documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  No documents were provided and the response in your letter dated May 23, 2022 was the same response as to request number 8.  Please see our reply to request 8 above and we ask that you address and respond to request 9 in the same way.

Request 14: This request sought copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC.  In reviewing the Amortization Schedule produced to us, the first payment date was March 1, 2021.  The release and settlement agreement and the Commercial Term Promissory Note that were produced are unsigned. Given the March 1, 2021 date on the Amortization Schedule, it follows that these documents would have been executed last year and thus signed copies should be available.  Provide signed copies of the release and settlement agreement and the Commercial Term Promissory Note.

**Request 19:** This request sought all documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. The pay stubs produced cover the period of February 19, 2021 through November 5, 2021. Our request asked for pay stubs for the period of <u>January 1, 2019 through the date of response and production</u>, thus we are missing the pay stubs for <u>January 1, 2019 through February 18, 2021 and for November 6, 2021 to present</u>. Please produce the missing pay stubs for the period of <u>January 1, 2019 through February 18, 2021 and for November 6, 2021 to present</u> or explain why no pay stubs were produced. Please also advise if an employment agreement exists (and if it exists, please provide it).

**Request 20:** This request sought all documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Pursuant to your letter dated May 23, 2022, you state that the Debtor is unable to locate these documents. The Debtor needs to explain what efforts he has made to locate the documents. The explanation should be in the form of an affidavit.

**Request 21:** This request sought copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Pursuant to your letter dated May 23, 2022, you state that the Debtor is on an extension to file. Please provide proof of the extension to file, as well as copies of all forms 1099 and forms W2. Once the tax returns are completed, please provide copies.

**Request 23:** This request sought, for the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920. Pursuant to your letter dated May 23, 2022, you state that you have provided statements given to you by Wells Fargo and that Wells Fargo redacted the statements. The Debtor needs to follow up with Wells Fargo to provide unredacted statements. The Debtor is the account holder and is entitled to full unredacted copies. Please provide the unredacted copies as requested.

**Request 25:** This request sought, for the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395. We note that your Subpoena to Key Bank requests statements for account ending x5395 for the period of October 1, 2020 through October 20, 2021, and yet Key Bank only produced statements covering October 6, 2020 through January 7, 2021. Accordingly, we are missing statements for January 8, 2021 to October 31, 2021. Please obtain and provide these statements.

Kindly respond by June 2, 2022.

Thank you,

Jennifer Morey and Holley Claiborn

_____

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Monday, May 23, 2022 1:18 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com)

<bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004
exam of Debtor

Good afternoon.

Thanks. We are able to access the dropbox and will be in touch when we have done an inventory.

Thanks
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Monday, May 23, 2022 9:18 AM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com)
<bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for
the Rule 2004 exam of Debtor

Good morning,

Please see attached letter responding to the email below. A few moments ago I shared a Dropbox folder
containing the Debtor's Rule 2004 Exam production. Please let me know if you do not receive the link or have
difficulties access any of the documents.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient,
please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or
telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, May 19, 2022 4:03 PM

**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached).  Unfortunately, we have not received many of the documents we requested.  You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response Nothing Produced in red), or we received an incomplete response (as noted in red):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit.  Nothing produced.
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. Nothing produced.
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. Nothing produced.
5. All correspondence between the Debtor and the SBA. Nothing produced.
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. Nothing produced.
7. All communications with Raymond Bastarche. Nothing produced.
8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect to the making of the loan.
9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect use of the funds loaned by Raymond Bastarche.
10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Are there other documents ?
11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
    (a)  Purchase and sale agreement;
    (b)  Mortgage loan applications;
    (c)  Documents provided to mortgage lender concerning any mortgages at the Real Property;
    (d)  Appraisals; and
    (e)  Closing documents
         Nothing produced in response to request number 11.
12. All documents concerning the transfer of the Real Property to Raymond Bastarche. We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT.  Are there other documents ?
13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. Nothing produced.
14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.

17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?

19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.

20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced

21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.

23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920. Nothing produced.

25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395. Nothing produced.


With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents. We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey


_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.5504
Fax: 203.773.2217
Email: Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

**Christopher Vargo**

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Wednesday, June 8, 2022 11:24 AM |
| **To:** | Morey, Jennifer J.  (USTP); Claiborn, Holley L.  (USTP); Gary Greene |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |

Good morning,

I added a folder called 2021 Taxes which contains the extension. I've asked for the backup documents sent to the accountant for the return (W2, etc).

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Friday, June 3, 2022 11:30 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good morning,

In the Dropbox folder I added a PDF titled "Email re Wakefield Court" in the Wakefield joint Venture folder.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 2:10 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Thank you, Chris.

I was able to access the "Accountant Production" folder.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, May 26, 2022 1:59 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good afternoon,

We just received over 200MB of data from the Debtor's accountant. I uploaded everything received to Dropbox under "Accountant Production"

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, May 19, 2022 4:03 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached).  Unfortunately, we have not received many of the documents we requested.  You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response <span style="color:red">Nothing Produced in red</span>), or we received an incomplete response (<span style="color:red">as noted in red</span>):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit.  <span style="color:red">Nothing produced.</span>
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. <span style="color:red">Nothing produced.</span>
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. <span style="color:red">Nothing produced.</span>
5. All correspondence between the Debtor and the SBA. <span style="color:red">Nothing produced.</span>
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. <span style="color:red">Nothing produced.</span>
7. All communications with Raymond Bastarche. <span style="color:red">Nothing produced.</span>
8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. <span style="color:red">We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect to the making of the loan.</span>
9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  <span style="color:red">We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect use of the funds loaned by Raymond Bastarche.</span>
10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  <span style="color:red">We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Are there other documents ?</span>
11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
    (a) Purchase and sale agreement;
    (b) Mortgage loan applications;
    (c) Documents provided to mortgage lender concerning any mortgages at the Real Property;
    (d) Appraisals; and
    (e) Closing documents
    <span style="color:red">Nothing produced in response to request number 11.</span>
12. All documents concerning the transfer of the Real Property to Raymond Bastarche. <span style="color:red">We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT.  Are there other documents ?</span>
13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. <span style="color:red">Nothing produced.</span>

14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.

17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?

19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.

20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced

21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.

23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920. Nothing produced.

25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395. Nothing produced.

With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents. We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.5504
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Thursday, June 9, 2022 12:59 PM |
| **To:** | Morey, Jennifer J.  (USTP); Claiborn, Holley L.  (USTP); Gary Greene |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Renee Cotnoir; Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |

In the Paystubs folder I just uploaded three files with today's date. These are records directly from ADP.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Wednesday, June 8, 2022 12:29 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Wednesday, June 8, 2022 11:24 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good morning,

I added a folder called 2021 Taxes which contains the extension. I've asked for the backup documents sent to the accountant for the return (W2, etc).

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Christopher Vargo
**Sent:** Friday, June 3, 2022 11:30 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good morning,

In the Dropbox folder I added a PDF titled "Email re Wakefield Court" in the Wakefield joint Venture folder.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 2:10 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>

**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Thank you, Chris.

I was able to access the "Accountant Production" folder.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, May 26, 2022 1:59 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good afternoon,

We just received over 200MB of data from the Debtor's accountant. I uploaded everything received to Dropbox under "Accountant Production"

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, May 19, 2022 4:03 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached). Unfortunately, we have not received many of the documents we requested. You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response Nothing Produced in red), or we received an incomplete response (as noted in red):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit. Nothing produced.
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. Nothing produced.
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. Nothing produced.
5. All correspondence between the Debtor and the SBA. Nothing produced.
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. Nothing produced.
7. All communications with Raymond Bastarche. Nothing produced.
8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Nothing produced with respect to the making of the loan.
9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Nothing produced with respect use of the funds loaned by Raymond Bastarche.
10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Are there other documents ?
11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
    (a) Purchase and sale agreement;
    (b) Mortgage loan applications;
    (c) Documents provided to mortgage lender concerning any mortgages at the Real Property;
    (d) Appraisals; and
    (e) Closing documents
        Nothing produced in response to request number 11.
12. All documents concerning the transfer of the Real Property to Raymond Bastarche. We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT. Are there other documents ?
13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. Nothing produced.
14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.
17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?
19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.
20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced
21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.

23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920. <span style="color:red">Nothing produced.</span>

25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395. <span style="color:red">Nothing produced.</span>

With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents. We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL: Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

**Christopher Vargo**

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Friday, June 3, 2022 11:30 AM |
| **To:** | Morey, Jennifer J.  (USTP); Claiborn, Holley L.  (USTP); Gary Greene |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |

Good morning,

In the Dropbox folder I added a PDF titled "Email re Wakefield Court" in the Wakefield joint Venture folder.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 2:10 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Thank you, Chris.

I was able to access the "Accountant Production" folder.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, May 26, 2022 1:59 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com)

\<bonnie.mangan@manganlaw.com\>; Christopher Vargo \<CVargo@greenelawpc.com\>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good afternoon,

We just received over 200MB of data from the Debtor's accountant. I uploaded everything received to Dropbox under "Accountant Production"

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) \<Holley.L.Claiborn@usdoj.gov\>
**Sent:** Thursday, May 19, 2022 4:03 PM
**To:** Gary Greene \<GGreene@greenelawpc.com\>; Christopher Vargo \<CVargo@greenelawpc.com\>
**Cc:** Morey, Jennifer J. (USTP) \<Jennifer.J.Morey@usdoj.gov\>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) \<bonnie.mangan@manganlaw.com\>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached).  Unfortunately, we have not received many of the documents we requested.  You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response Nothing Produced in red), or we received an incomplete response (as noted in red):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit.  Nothing produced.
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. Nothing produced.
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. Nothing produced.
5. All correspondence between the Debtor and the SBA. Nothing produced.
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. Nothing produced.
7. All communications with Raymond Bastarche. Nothing produced.

8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Nothing produced with respect to the making of the loan.

9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Nothing produced with respect use of the funds loaned by Raymond Bastarche.

10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT. Are there other documents ?

11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
    (a) Purchase and sale agreement;
    (b) Mortgage loan applications;
    (c) Documents provided to mortgage lender concerning any mortgages at the Real Property;
    (d) Appraisals; and
    (e) Closing documents
        Nothing produced in response to request number 11.

12. All documents concerning the transfer of the Real Property to Raymond Bastarche. We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT. Are there other documents ?

13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. Nothing produced.

14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.

17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?

19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.

20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced

21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.

23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920. Nothing produced.

25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395. Nothing produced.


With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents. We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey

_____

*Holley L. Claiborn*

Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.5504
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Thursday, June 9, 2022 3:49 PM |
| **To:** | 'Morey, Jennifer J.  (USTP)'; 'Claiborn, Holley L.  (USTP)'; Gary Greene |
| **Cc:** | 'Bonnie C. Mangan (bonnie.mangan@manganlaw.com)'; 'Renee Cotnoir'; Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor |

I uploaded a document to the main Dropbox folder titled "2022-0609 Ally Production (BMW)" which was received today.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Thursday, June 9, 2022 12:59 PM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Renee Cotnoir <rcotnoir@vlpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

In the Paystubs folder I just uploaded three files with today's date. These are records directly from ADP.



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Wednesday, June 8, 2022 12:29 PM

**To:** Christopher Vargo <CVargo@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

---

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Wednesday, June 8, 2022 11:24 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good morning,

I added a folder called 2021 Taxes which contains the extension. I've asked for the backup documents sent to the accountant for the return (W2, etc).

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Christopher Vargo
**Sent:** Friday, June 3, 2022 11:30 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>

**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good morning,

In the Dropbox folder I added a PDF titled "Email re Wakefield Court" in the Wakefield joint Venture folder.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, May 26, 2022 2:10 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Thank you, Chris.

I was able to access the "Accountant Production" folder.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

**From:** Christopher Vargo <CVargo@greenelawpc.com>
**Sent:** Thursday, May 26, 2022 1:59 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Good afternoon,

We just received over 200MB of data from the Debtor's accountant. I uploaded everything received to Dropbox under "Accountant Production"

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, May 19, 2022 4:03 PM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>
**Subject:** Mocadlo 21-20971 - Status as of May 19 re Debtor's Response to UST Document Request for the Rule 2004 exam of Debtor

Gary and Chris,

As you are aware, today (May 19) is the deadline for the debtor, Mr. Mocadlo ("Debtor"), to provide the documents requested in the UST's document request issued in connection with the agreement for the Rule 2004 exam of the debtor (*see* ECF 25 attached).  Unfortunately, we have not received many of the documents we requested.  You have had this request since March 8, 2022 when it was originally emailed to you (*see* attached March 8, 2022 email) – the document request is the same as was filed in ECF 25.

Using the Request Numbers in the UST document request, below is a list of the outstanding document request categories for which we either received no responsive documents (see response Nothing Produced in red), or we received an incomplete response (as noted in red):

1. All documents concerning any cryptocurrency held by the Debtor or for the Debtor's benefit.  Nothing produced.
3. All documents concerning the debt owed to Ally Financial listed in the Debtor's bankruptcy Schedule D, including, but not limited to, financial statements or credit applications. Nothing produced.
4. All documents concerning any applications to the SBA for any loans the Debtor obtained on behalf of any business, including for the Paycheck Protection Programs. Nothing produced.
5. All correspondence between the Debtor and the SBA. Nothing produced.
6. All financial statements or credit applications submitted by the Debtor to Raymond Bastarche. Nothing produced.
7. All communications with Raymond Bastarche. Nothing produced.
8. All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect to the making of the loan.
9. All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.  We only received the attached PDF called Closing

Documents.27TurnberryRd.Wallingford.CT.  Nothing produced with respect use of the funds loaned by Raymond Bastarche.

10. All documents concerning the repayment of the $325,000.00 the Debtor borrowed from Raymond Bastarche. We only received the attached PDF called Closing Documents.27TurnberryRd.Wallingford.CT.  Are there other documents ?

11. All documents concerning the purchase of the Real Property including, but not limited to, the following:
   (a) Purchase and sale agreement;
   (b) Mortgage loan applications;
   (c) Documents provided to mortgage lender concerning any mortgages at the Real Property;
   (d) Appraisals; and
   (e) Closing documents
   Nothing produced in response to request number 11.

12. All documents concerning the transfer of the Real Property to Raymond Bastarche. We only received the attached PDF called Closing Documents.27Turnberry Rd.Wallingford.CT.  Are there other documents ?

13. All documents concerning the receivable due from a joint venture investment listed on the Debtor's bankruptcy Schedule A/B. Nothing produced.

14. Copies of any and all contracts and/or agreements between the Debtor (and/or any entity in which the Debtor has an interest) and Wakefield Court, Wakefield Towing and Autobody, LLC, and LTO Holdings LLC. Nothing produced.

17. All documents concerning any debt owed by the Debtor to Steve Courtney, including, but not limited to, the "deficiency balance" as set forth in the Debtor's bankruptcy Schedule E/F. Nothing produced to explain or document the amount of the debt. Are there other documents ?

19. All documents concerning the Debtor's employment at Impossible Kicks, including, but not limited to, pay stubs and employment agreements. Nothing produced.

20. All documents concerning the Debtor's purchase and/or sale of sneakers or other footwear. Nothing produced

21. Copies of all state and federal income tax returns for the year 2021 with all schedules, forms, and attachments. Nothing produced.

23. For the period of October 1, 2020 through December 31, 2020, and July 31, 2021, *unredacted copies* of the financial statements related to the Wells Fargo accounts ending x7751 and x0920.  Nothing produced.

25. For the period of January 1, 2021 through October 31, 2021, copies of all financial statements for the KeyBank account ending in x5395.  Nothing produced.

With respect to Request Numbers 15, 16, and 18, please confirm you have provided all responsive documents.  We cannot tell based on the way documents have been intermittently produced without any reference to the Request Numbers in the UST document request.

**Please provide the outstanding documents and a response by close of business on Monday, May 23.**

Thank you in advance for your prompt attention to the issues raised in this email.

Holley Claiborn and Jennifer Morey

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217

Email: Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662

## Christopher Vargo

| | |
|---|---|
| **From:** | Christopher Vargo |
| **Sent:** | Monday, June 13, 2022 3:37 PM |
| **To:** | Claiborn, Holley L. (USTP); Gary Greene |
| **Cc:** | Bonnie C. Mangan (bonnie.mangan@manganlaw.com); Becky Avery; Morey, Jennifer J. (USTP); Christopher Vargo |
| **Subject:** | RE: Mocadlo 21-20971 - Need complete copy of 2020 management agreement |

I uploaded a draft we had but it looks like pages 8-9 are there. In the main DB folder it titled "Mitsu Management Agreement v5 MARKUP"



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Monday, June 13, 2022 3:30 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Subject:** Mocadlo 21-20971 - Need complete copy of 2020 management agreement

Good afternoon.

We received the attached Feb 2020 management agreement between Mocadlo, Sorenson, and Urrutia.  It is incomplete however – it ends at page 7, then goes to page 10, then is missing Exhibit C.

Please provide a complete copy.

Thanks,
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

## Christopher Vargo

**From:** Christopher Vargo
**Sent:** Monday, June 20, 2022 12:26 PM
**To:** 'Morey, Jennifer J.  (USTP)'; Gary Greene; 'Claiborn, Holley L.  (USTP)'
**Cc:** 'Bonnie C. Mangan (bonnie.mangan@manganlaw.com)'; 'Becky Avery'; Christopher Vargo
**Subject:** RE: Mocadlo 21-20971 - 2004 exam going forward

Good afternoon,

In the Dropbox folder there is a folder called Taxes. The Debtor's 2021 Extension and W2's have been uploaded there.

Chris



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Christopher Vargo
**Sent:** Friday, June 17, 2022 10:55 AM
**To:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>; Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Subject:** RE: Mocadlo 21-20971 - 2004 exam going forward

2018 tax return



**Christopher E. Vargo, Jr. | Paralegal**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 213 | f: 860-676-2250
cvargo@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336 and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Sent:** Thursday, June 16, 2022 11:50 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>
**Subject:** RE: Mocadlo 21-20971 - 2004 exam going forward

Attorney Greene,

Please provide our office with Mr. Mocadlo's email.

Thank you.

Jennifer J. Morey
Paralegal Specialist
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Suite 302
New Haven, CT 06510
Telephone (203) 773-2214
Fax (203) 773-2217

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, June 16, 2022 11:47 AM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - 2004 exam going forward

Holley,
        Mr. Mocadlo will not be in our office. He will be separate.
We are still trying to obtain as much information as possible in regards to your 6/14 email

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336  and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Thursday, June 16, 2022 11:42 AM
**To:** Gary Greene <GGreene@greenelawpc.com>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery

<becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Subject:** RE: Mocadlo 21-20971 - 2004 exam going forward

Yes – we are going forward. The link will be circulated at some point today by Lexitas.  I don't generate it so I also have to wait to be sent the link.

Mr. Mocadlo will be with you at your office for the examination, correct?

Lastly, I sent an email on Tuesday, June 14 about the items still outstanding that need to be produced. A copy of that email is attached.  I did not receive any response. Please advise.

Thanks
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL:  Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

---

**From:** Gary Greene <GGreene@greenelawpc.com>
**Sent:** Thursday, June 16, 2022 11:32 AM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Christopher Vargo <CVargo@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Subject:** [EXTERNAL] RE: Mocadlo 21-20971 - Need complete copy of 2020 management agreement

Is the 2004 still going forward tomorrow? If so I don't have a link yet

Gary



**Gary J. Greene, Esq.**
**GREENE LAW, P.C.**
11 Talcott Notch Road | Farmington, CT 06032
t: 860-676-1336 ext. 201 | f: 860-676-2250
ggreene@greenelawpc.com | www.greenelawpc.com

*Please be advised that among the legal services this law firm provides is debt collection and any information provided by you will be used for that purpose.*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email or telephone at 860-676-1336  and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Monday, June 13, 2022 3:30 PM
**To:** Christopher Vargo <CVargo@greenelawpc.com>; Gary Greene <GGreene@greenelawpc.com>
**Cc:** Bonnie C. Mangan (bonnie.mangan@manganlaw.com) <bonnie.mangan@manganlaw.com>; Becky Avery <becky.avery@manganlaw.com>; Morey, Jennifer J. (USTP) <Jennifer.J.Morey@usdoj.gov>
**Subject:** Mocadlo 21-20971 - Need complete copy of 2020 management agreement

Good afternoon.

We received the attached Feb 2020 management agreement between Mocadlo, Sorenson, and Urrutia.  It is incomplete however – it ends at page 7, then goes to page 10, then is missing Exhibit C.

Please provide a complete copy.

Thanks,
Holley

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Office Phone: 203.773.5504
Fax: 203.773.2217
Email:  Holley.L.Claiborn@usdoj.gov
Cell Phone: 202-834-1662