United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 29, 2022      Form ID: pdfdoc2      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| 9356927 | + | American Guardian Warranty Services, Inc., Houston Putnam Lowry c/o Ford & Paulekas, 280 Trumbull Street-Suite 2200, Hartford, CT 06103-3509 |
| 9325205 | + | Attention to Detail, Attn: President, 195 deKoven Drive, Middletown, CT 06457-3459 |
| 9325207 | | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Milford, CT 06776 |
| 9325208 | + | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Preston Marble Dale, CT 06777-1508 |
| 9325210 | + | Connecticut Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106-1668 |
| 9325212 | + | Evans, Feldman & Associates, Attn: Richard Feldman, PO Box 1694, New Haven, CT 06507-1694 |
| 9325213 | + | Gordon Wisbach, 18 Ripley Terrace, Newton Centre, MA 02459-2147 |
| 9325214 | + | Guarino Homes, LLC, Attn: President, 258 Rye Street, Broad Brook, CT 06016-9560 |
| 9325215 | + | Hartford 21, LLC, 221 Trumbull Street, Hartford, CT 06103-1500 |
| 9325216 | + | Hartford Hospital, Attn: President, 80 Seymour Street, Hartford, CT 06106-3300 |
| 9325203 | + | Houston Putnam Lowry, c/o Ford & Paulekas, 280 Trumbull Street-Suite 2200, Hartford, CT 06103-3508 |
| 9325217 | + | Ian Bjorkman, 900 Chapel Street, Unit 621, New Haven, CT 06510-2806 |
| 9367922 | + | L. Thomas Pipoli, c/o Richard D. Zeisler, Esq., Zeldes Needle & Cooper, P.C., 1000 Lafayette Boulevard, 7th Floor, Bridgeport, CT 06604-4725 |
| 9325221 | + | Levine Paint & Auto Supply, Inc., Attn: President, 118 South Street, Danbury, CT 06810-8070 |
| 9325223 | + | Premier Financial Services LLC, c/o Evans, Feldman & Associates, LLC, 261 Bradley Street, New Haven, CT 06510-1110 |
| 9325224 | + | Rolls-Royce Motor Cars NA, LLC, Attn: President, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677-7739 |
| 9325225 | + | Small Business Association, 280 Trumbull Street, 2nd Floor, Hartford, CT 06103-5303 |
| 9325226 | + | State of Connecticut, Department of Revenue Services, PO Box 2936, Hartford, CT 06104-2936 |
| 9325227 | + | Steve Courtney, 767 Bridgeport Avenue, Milford, CT 06460-3132 |
| 9325228 | + | Tom Pippoli, c/o Richard Zeisler, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 9325229 | + | U.S. Attorney General, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven, CT 06510-2102 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2022 18:33:32 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9325202 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 29 2022 18:20:00 | Ally Financial, Attn: President, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 9370979 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2022 18:33:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9325204 | + | Email/PDF: bncnotices@becket-lee.com | Aug 29 2022 18:33:36 | Amex, Attn: President, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 9325206 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 29 2022 18:20:00 | Barclays Bank Delaware, Attn: President, Po Box 8803, Wilmington, DE 19899-8803 |
| 9367709 | + | Email/Text: documentfiling@lciinc.com | Aug 29 2022 18:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 9325211 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 29 2022 18:20:00 | Credit Collection Serv, Attn: President, 725 |

Case 21-20971    Doc 56    Filed 08/31/22    Entered 09/01/22 00:15:08    Page 2 of 5

| District/off: 0205-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: pdfdoc2 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Canton St, Norwood, MA 02062-2679 |
| 9325218 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2022 18:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9325219 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2022 18:33:27 | Jpmcb Auto, Attn: President, 700 Kansas Ln, Monroe, LA 71203 |
| 9325220 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2022 18:33:31 | Jpmcb Card, Attn: President, Po Box 15369, Wilmington, DE 19850 |
| 9368714 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 29 2022 18:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 9325222 | + | Email/Text: bnc@nordstrom.com | Aug 29 2022 18:20:13 | Nordstrom/Td Bank Usa, Attn: President, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 9366180 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2022 18:33:28 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 9325230 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 29 2022 18:33:37 | Wells Fargo, Attn: President, Po Box 14517, Des Moines, IA 50306-3517 |
| 9325231 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 29 2022 18:33:33 | Wells Fargo, Attn: President, Po Box 94435, Albuquerque, NM 87199-4435 |
| 9366077 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 29 2022 18:33:33 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9370980 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9371485 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | |

| District/off: 0205-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: pdfdoc2 | Total Noticed: 39 |

Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com

Gary J. Greene

    on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com  greene.garyb116292@notify.bestcase.com

Holley L. Claiborn

    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry

    on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo

    on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell

    on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee

    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 8

## File an order :

21-20971 John Wayne Mocadlo

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hartford) |
| Assets: y | Judge: jjt | Case Flag: 727EXT, DebtEd |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Clerks Office dd entered on 8/29/2022 at 2:53 PM EDT and filed on 8/29/2022

**Case Name:**     John Wayne Mocadlo
**Case Number:**     21-20971
**Document Number:** 53

**Docket Text:**
**SCHEDULING ORDER ON AMENDED MOTION TO COMPEL:** On August 10, 2022, the United States Trustee filed an Amended Motion to Compel Debtor's Compliance with Rule 2004 Agreement (the 'Motion', ECF No. 49); accordingly, it is hereby
**ORDERED:** That a hearing on the Motion will be held on September 15, 2022 at 11:00 a.m. at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, room 175B, Hartford, CT3; and it is further
**ORDERED:** That the Debtor, John Wayne Mocado, is directed to appear in person at the scheduled hearing (RE: [49] Motion to Compel filed by U.S. Trustee U. S. Trustee). Signed by Judge James J. Tancredi on August 29, 2022. (dd)

The following document(s) are associated with this transaction:


**21-20971 Notice will be electronically mailed to:**

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Gary J. Greene on behalf of Debtor John Wayne Mocadlo
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc.
ptl@hplowry.com

Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U. S. Trustee
kari.mitchell@usdoj.gov

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin
jverrillo@znclaw.com

**21-20971 Notice will not be electronically mailed to:**

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118