**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------------------X

In re:

JOHN WAYNE MOCADLO,

                Debtor.

Case No: 21-20971

Chapter 7

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that ROBERT URRUTIA hereby appears, by his attorneys Milman Labuda Law Group PLLC, in the above captioned bankruptcy case under Chapter 7 of the United States Bankruptcy Code, and – pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and 1109 (b) of the United States Bankruptcy Code – demands that any and all notices given or required to be given in the above captioned case, be given to and served upon the undersigned at the post office address and telephone number set forth below:

    Emanuel Kataev, Esq.
    Milman Labuda Law Group PLLC
    3000 Marcus Avenue, Suite 3W8
    Lake Success, NY 11042
    (516) 328-8899 (office)
    (516) 303-1395 (direct dial)
    (516) 328-8899 (facsimile)
    emanuel@mllaborlaw.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, *ex parte* or on notice written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise which affect or seek to affect in any way the Debtor or the property of the Debtor or any rights or interest of the aforementioned party-in-interest with respect to the Debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the above-named entity's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory of discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated:   Lake Success, New York
         September 7, 2022

                                                              /s/ Emanuel Kataev, Esq.
                                                              Emanuel Kataev, Esq.

To:    all parties of record (via ECF).