**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOHN WAYNE MOCADLO | ) | CASE NO. 21-20971 (JJT) |
| Debtor | ) | |
| | ) | September 14, 2022 |

**APPLICATION FOR AUTHORITY TO**
**EMPLOY AND APPOINT ACCOUNTANTS**

To the Honorable JAMES J. TANCREDI, United States Bankruptcy Judge:

Now comes Bonnie C. Mangan, Trustee in the above referenced Chapter 7 case and hereby moves for the entry of an Order approving the employment of Verdolino & Lowey, P.C. as accountants for the above bankruptcy estate. The Trustee respectfully represents:

1. This case was commenced by a creditor filing an involuntary petition under Chapter 7 of the United States Bankruptcy Code on October 20, 2021.

2. On October 20, 2021, the Order of Relief was entered, and undersigned was appointed as Trustee in this matter qualified and is duly acting (the "Trustee").

3. After examining the Debtor at the First Meeting of Creditors the Trustee concluded that the Debtor's financial affairs were complex, and that further investigation into the Debtor's financial affairs is necessary. To that end, the Trustee and the Office of the United States Trustee conducted a joint 2004 examination of the Debtor on June 17, 2022 and investigation is ongoing. The Trustee is reviewing information about the Debtor's assets and the Debtor's

finances including but not limited to bank statements, records of electronic accounts, and records of real estate transactions.

4. Accordingly, the Trustee believes it is necessary to hire an accountant in connection with this case to assist with the analysis of the information produced by the Debtor so that the Trustee, in carrying out her duties, can accurately analyze and evaluate the financial affairs of the Debtor and identify any issues in including, but not limited to, fraudulent conveyances and/or preferential transfers.

5. The Trustee is moving to employ and appoint the firm of Verdolino & Lowey, P.C., (collectively "V&L") whose office is located at 124 Washington Street, Foxborough, Massachusetts 02035, as accountants. The Trustee has selected V&L because of their considerable experience and their expertise in bankruptcy, bankruptcy taxation and forensic accounting.

6. The Trustee believes it is in the best interest of the Estate to hire V &L and to authorize said firm to render any services necessary to assist the Trustee in reviewing the financial documents produced by the Debtor and analyze the various interaction between the Debtor, the Debtor's former business, and to discover possible fraudulent conveyances and/or preferential transfers. Among the services V&L will provide to the estate include the following:

    a. Assist the Trustee in obtaining and retaining records, including ensuring the electronic records were available to assist in administering the case;

b. Assist the Trustee in reviewing the financial records of the Debtor generally and in locating records necessary for possible prosecution of avoidance actions;

c. Assist the Trustee in summarizing transactions that could be avoidable under the Bankruptcy Code, including review of possible defenses;

d. Assist the Trustee in testing insolvency, including review of records, and building spreadsheet analyses at various points in time pre-petition, including research and documentation and discussion with Trustee;

e. Prepare expert analyses, reports, assist with litigation including discovery requests and review of discovery, deposition, and trail testimony;

f. Prepare all appropriate federal and state income tax returns, informational returns, and any other returns, schedules, or documents which are necessary or appropriate for the Trustee to file with the various taxing authorities.

g. Prepared a request for expedited review of all tax returns for all periods by all taxing authorities; and,

h. Review the Debtor's records to the extent necessary to prepare the various returns, schedules, and other supporting documents.

i. Advise the Trustee on issues of federal and state tax compliance, assist in negotiations with federal and state tax authorities and prepare any documents in support of negotiations.

j. Advise the Trustee on claims reconciliations, particularly related to taxing authorities.

k. Advise the Trustee as to the valuation and tax implications for the sale of assets and other transactions of the estate.

l. Assist the Trustee in the preparation of any additional required reports.

7. The terms of the employment of V&L, subject to the Court's approval, are as follows:

a. The hourly rates for the partners, principals and directors of the firm is $515 per hour; manager rates are $275 to $425; staff rates are $225 to $395 per hour and; Bookkeepers rates are $225 to $255. At this time, V&L believes that the fees for said services should not exceed $25,000.00.

b. V&L shall also be reimbursed for actual necessary expenses.

c. Application for Compensation for services and expenses shall be submitted to the Court for approval.

8. Except as outlined in the Affidavit of Proposed Accountant, V&L has no other connections to the Debtor or creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee and do not hold or represent an interest adverse to the bankruptcy estate and are disinterested parties under 11 U.S.C. §101(14).

**WHEREFORE**, the Trustee, pursuant to 11 U.S.C. §327, requests that the Court approve the employment of V&L as accountants to perform the professional services described in this Application.

Dated at Enfield, Connecticut, this 14th day of September 2022

By: /s/ Bonnie C, Mangan
Bonnie C, Mangan, Trustee
CT 03759
The Law Office of Bonnie C. Mangan, P.C.
Westview Office Park
1050 Sullivan Avenue, Suite A3
South Windsor, CT 06074
(860) 644-4204 Phone
(860) 644-4934 Fax
bonnie.mangan@manganlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| JOHN WAYNE MOCADLO ) | CASE NO. 21-20971 (JJT) |
|     Debtor ) | |
| ) | |

**ORDER APPROVING APPLICATION TO EMPLOY**

      Upon the Application of Bonnie C. Mangan, Chapter 7 Trustee of the above captioned Estate, requesting approval of the employment of Verdolino & Lowey, PC. as Accountant for this Estate, all as set forth in the Application for Authority to Employ and Appoint Accountant and it is appearing that Verdolino & Lowey, P.C. does not hold or represent any interest adverse to this Estate and that Verdolino & Lowey, P.C. is a disinterested party within the meaning of Section 327(a) of the Bankruptcy Code and that Verdolino & Lowey, P.C. does not appear to have any connection with the Debtor, the creditors, or any other party in interest, it is

      ORDERED:  That Bonnie C. Mangan as Chapter 7 Trustee, is authorized to employ Verdolino & Lowey, P.C. as accountant for this Estate, in accordance with the terms and conditions as outlined in the Application for Authority to Employ and Appoint Accountant provided, however, that the maximum hourly rate shall not exceed $515.00, and the maximum amount of compensation shall be $25,000.00. V&L reserves the right to request an increase in the maximum amount of compensation; and it is further

      ORDERED, that ten (10) business days prior to any increases in rates for any individual employed by Verdolino & Lowey, P.C., Verdolino & Lowey, P.C.

shall file a supplemental affidavit with the Court setting forth the basis for the requested increase pursuant to 11 U.S.C. §330(a)(3)(F). Parties in interest, including the United States Trustee, retain rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. §330. Supplemental affidavits are not required for increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee, and it is further

ORDERED, that the allowance and payment of reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further orders of this court pursuant to Code Section 330(a) and Section 331 after notice and hearing upon proper Application.

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:                                ) | |
| JOHN WAYNE MOCADLO,    ) | Chapter   7 |
|                                         ) | Case No. 21-20971-JJT |
|             Debtor.             ) | |

## Affidavit of Proposed Accountant

I, **CRAIG R. JALBERT**, of Verdolino & Lowey, P.C. ("V&L"), hereby make solemn oath:

1. I am a Certified Insolvency and Restructuring Advisor and a principal of V&L.

2. V&L maintains an office at 124 Washington Street, Foxborough, Massachusetts 02035.

3. Neither I, V&L, nor any of its shareholders and employees have any connection with the Debtor, or any creditor or other party in interest, their respective attorneys and accountants as defined in Rule 2014(a) of the Federal rules of Bankruptcy Procedure except for the following:

   (a) My Firm represents Bonnie C. Mangan, Esq., ("Mangan") the Chapter 7 Trustee in this case, in her capacity as Chapter 7 Trustee in many other wholly unrelated matters including but not limited to : Roy's Pool's LLC (Case No. 21-21153) where the V&L is the Trustee's proposed Accountant.

   (b) Mangan represents various parties of interest in other unrelated bankruptcy cases in which the Firm and its employees are employed including, but not limited to: Paul Fiano, Sr. (Case No. 15-21410-AMN) where Mangan represents an

        Interested Party and the Firm is the Trustee's Accountant.

(c)      Ford & Paulekas, LLP ("F&P") represents a creditor in this case. F&P represents various parties of interest in other wholly unrelated bankruptcy cases where the Firm and its employees are employed, but not limited to: Scott F. White (Case No. 14-10537-FJB) where F&P represents the creditor and the Firm is the Trustee's Accountant, Harbor Hill at Provincetown Condominium Trust (Case No. 16-13349-JNF) where F&P represents an Interested Party and the Firm is the Trustee's Accountant.

4.      Notwithstanding the foregoing, I hereby represent that I and each member of my Firm are "disinterested persons" as that term is defined in 11 U.S.C. Sec. 101(14).

5.      I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect or (b) there is any change of circumstance relating thereto.

6.      The professional services to be rendered by V&L will include those required by the Trustee and detailed in the Application for the Authority to Employ and Appoint Accountants.

7.      The terms of the employment of said accountants agreed to by the Applicant, subject to the approval of the Court, is as follows:

- Principals      $525
- Managers      $275 - $425
- Staff      $225 - $395
- Bookkeepers      $175 - $255

In the normal course of business, V&L. revises its hourly rates in September of each year. V&L request the rates be revised to regular hourly rate which will be in effect at that time, recognizing that payment of any compensation is subject to approval by the Court.

Signed under the pains and penalties of perjury this 9th day of September 2022.

_____
Craig R. Jalbert, CIRA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035
(508) 543-1720

Subscribed and sworn to before me this 9th day of September 2022.

_____
Notary Public
My Commission Expires: July 29, 2027



LYNDA J. WHITE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
July 29, 2027