UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

                    Debtor

Case No. 21-20971-JJT

Chapter 13

## AMENDED CERTIFICATION OF SERVICE

The undersigned certifies that the following documents were served on September 16, 2022 on all appearing parties via the Court's electronic filing system and by first class mail on the parties listed below.

**Documents Served**

a. Debtor's Motion to Compel

**Parties Served Via CM/ECF**

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc. ptl@hplowry.com

Bonnie C. Mangan Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin jverrillo@znclaw.com

**Parties Served Via First Class Mail**

John Mocadlo (Debtor)
18 Laurel Heights
Meriden, CT 06451

KeyBank
Subpoena Processing Department
4900 Tiedman Road
Brooklyn, OH 44144

Wells Fargo
Summons and Subpoenas Department
PO Box 1415 MAC D1111-016
Charlotte, NC 28201

DATED:   September 16, 2022           THE DEBTOR
         Farmington, Connecticut      John Wayne Mocadlo

                                      By:   */s/ Gary J. Greene*
                                             Gary J. Greene, Esq. (ct09039)
                                             Greene Law, P.C.
                                             11 Talcott Notch Road
                                             Farmington, CT 06032
                                             860-676-1336 (t)
                                             860-676-2250 (f)
                                             bankruptcy@greenelawpc.com
                                             *Counsel for John Wayne Mocadlo*

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com