UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

Debtor

Case No. 21-20971-JJT

Chapter 13

## AMENDED CERTIFICATION OF SERVICE

The undersigned certifies that the following documents were served on September 16, 2022 on all appearing parties via the Court's electronic filing system and by first class mail on the parties listed below.

**Documents Served**

a. Notice of Contested Matter
b. Debtor's Motion to Compel KeyBank and Wells Fargo to Comply with Subpoena
c. Proposed Order
d. Certification of Service

**Parties Served Via CM/ECF**

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc. ptl@hplowry.com

Bonnie C. Mangan Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin jverrillo@znclaw.com

**Parties Served Via First Class Mail**

John Mocadlo (Debtor)
18 Laurel Heights
Meriden, CT 06451

KeyBank
Subpoena Processing Department
4900 Tiedman Road
Brooklyn, OH 44144

Wells Fargo
Summons and Subpoenas Department
PO Box 1415 MAC D1111-016
Charlotte, NC 28201

| | | | |
|---|---|---|---|
| DATED: | September 20, 2022<br>Farmington, Connecticut | | THE DEBTOR<br>John Wayne Mocadlo |
| | | By: | */s/ Gary J. Greene*<br>Gary J. Greene, Esq. (ct09039)<br>Greene Law, P.C.<br>11 Talcott Notch Road<br>Farmington, CT 06032<br>860-676-1336 (t)<br>860-676-2250 (f)<br>bankruptcy@greenelawpc.com<br>*Counsel for John Wayne Mocadlo* |