**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re** | |
| | **Chapter 7** |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**UNITED STATES TRUSTEE'S FOURTH MOTION TO EXTEND THE TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b) AND TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 OBJECTING TO DEBTOR'S DISCHARGE**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully moves this Court to further extend the time up to and including February 14, 2023, during which the United States Trustee and the chapter 7 trustee, Bonnie Mangan ("Trustee Mangan") may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states as follows:

1. On October 20, 2021, John Wayne Mocadlo (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. ECF 1. Attorney Gary Greene ("Counsel") signed the petition as Debtor's counsel. *Id*. at Signature of Attorney.

2. On October 20, 2021, Trustee Mangan was appointed as Chapter 7 Trustee ("Trustee Mangan").

3. On May 5, 2022, the United States Trustee filed a Notice of a Rule 2004 Agreement for the examination of the Debtor pursuant to Rule 2004 ("Rule 2004 Agreement"). ECF 25.

4. On June 17, 2022, the United States Trustee and Trustee Mangan conducted the Rule 2004 Examination of the Debtor ("Debtor 2004 Examination"). The Debtor 2004 Examination

1

was not concluded due to outstanding documents and information owed by the Debtor. Following the Debtor 2004 Examination, the Debtor was to produce the remaining documents that were to be provided pursuant to the Rule 2004 Agreement. In addition, as a result of the Debtor's testimony at the Debtor 2004 Examination, the United States Trustee intends to conduct the Rule 2004 Examination of other persons.

5. On June 29, 2022, the United States Trustee filed a Motion for 2004 Examination of Robert Urrutia. ECF 34.

6. On July 26, 2022, the Court granted the United States Trustee's Motion for 2004 Examination of Robert Urrutia. ECF 43.

7. On August 10, 2022, the United States Trustee filed a Motion to Compel Compliance with the United States Trustee's Rule 2004 Agreement to address the Debtor's outstanding obligations to produce bank statements and other documents ("UST Motion to Compel"). ECF 49.

8. On August 11, 2022, the United States Trustee filed a Notice of Rule 2004 Examination of Robert Urrutia to be held September 14, 2022. ECF 50. On September 12, 2022, the United States Trustee was advised that Mr. Robert Urrutia was currently out of the country. The Rule 2004 Examination of Mr. Robert Urrutia was postponed to a date to be determined.

9. On August 16, 2022, the Debtor filed an objection to the UST Motion to Compel, which in part noted incomplete and/or redacted bank statements from Wells Fargo and KeyBank despite the Debtor's subpoenas to the banks ("Debtor's Objection"). ECF 52.

10. On September 15, 2022, the Court held a hearing on the UST Motion to Compel and the Debtor's Objection. The Court granted interim relief to the United States Trustee and the Debtor agreed to file a motion to compel Wells Fargo and KeyBank to produce bank statements.

11. Pursuant to prior orders of this Court, the United States Trustee has obtained three prior extensions of the deadline under 11 U.S.C. § 707(b) and the deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727. *See* ECF 16, ECF 20, ECF 38. The current deadline is October 17, 2022. ECF 38. Thus, this motion is timely made.

12. The United States Trustee seeks a further extension of time to February 14, 2023 for both the United States Trustee and Trustee Mangan. This further extension is necessary because the Debtor has not produced all the documents requested in the Rule 2004 Agreement, the United States Trustee has been unable to complete the Debtor 2004 Examination due to the outstanding documents not yet provided, and the United States Trustee has not yet been able to conduct the Rule 2004 examination of Robert Urrutia. This extension will allow time for the United States Trustee and Trustee Mangan to obtain and review the Debtor's documentary submissions, the facts obtained from which will either support or negate the basis to file a motion to dismiss pursuant to 11 U.S.C. §707(b) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.

13. On September 15, 2022, pursuant to Local District Court Rule 7(b), undersigned counsel requested and obtained consent from Counsel and the Debtor to this motion.

**WHEREFORE**, the United States Trustee respectfully requests that this Court enter an order (a) further extending until February 14, 2023, the time within which the United States Trustee and Trustee Mangan may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or file

a complaint pursuant to 11 U.S.C. § 727; and (b) and granting such other relief as this Court deems equitable under the circumstances.

Dated:  New Haven, Connecticut  
        September 21, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By:    <u>/s/ Holley L. Claiborn</u>  
       Holley L. Claiborn  
       Trial Attorney  
       Office of the United States Trustee  
       Giaimo Federal Building, Room 302  
       150 Court Street  
       New Haven, CT 06510  
       Holley.L.Claiborn@usdoj.gov  
       Federal Bar No.: ct17216 (Connecticut)  
       (203) 773-2210

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | **Chapter 7** |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S FOURTH**
**MOTION TO EXTEND THE TIME TO FILE A MOTION**
**UNDER 11 U.S.C. § 707(b) AND TO EXTEND THE TIME**
**TO FILE A COMPLAINT UNDER 11 U.S.C. § 727**
**OBJECTING TO DEBTOR'S DISCHARGE**

The United States Trustee having filed a motion seeking a fourth extension of time for United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, and with consent of the Debtor, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is further extended to **February 14, 2023.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

In re

JOHN WAYNE MOCADLO,

Debtor.

Chapter 7

Case No. 21-20971 (JJT)

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 21, 2022, the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below.

1. **Documents Served**

    a. United States Trustee's Fourth Motion to Extend the time to File a Motion to Dismiss Under 11 U.S.C. § 707(b) and to Extend the Time to File a Complaint Under 11 U.S.C. § 727 and proposed order on same.

2. **Parties Served Via First Class Mail**

| | |
|---|---|
| John Wayne Mocadlo<br>18 Laurel Heights<br>Meriden, CT 06451-5425<br>(Debtor) | Ally Bank<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>Attn: President<br>200 Renaissance Ctr # B0<br>Detroit, MI 48243-1300 | American Guardian Warranty Services, Inc.<br>Attn: President<br>4450 Weaver Parkway<br>Warrenville, IL 60555-3252 |
| Amex<br>Attn: President<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | American Express National Bank<br>c/o Beckett and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Attention to Detail<br>Attn: President<br>195 deKoven Drive<br>Middletown, CT 06457-3459 | Barclays Bank Delaware<br>Attn: President<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 |

Comcast
Attn: President
P.O. Box 1931
Burlingame, CA 94011-1931

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Milford, CT 06776

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Preston Marble Dale, CT 06777-1508

Connecticut Office of the Attorney General
Attn: Processing Clerk
165 Capitol Avenue
Hartford, CT 06106-1668

Credit Collection Serv
Attn: President
725 Canton Street
Norwood, MA 02062-2679

Evans, Feldman & Associates
Attn: Richard Feldman
P.O. Box 1694
New Haven, CT 06507-1694

Gordon Wisbach
18 Ripley Terrace
Newton Centre, MA 02459-2147

Guarino Homes, LLC
Attn: President
258 Rye Street
Broad Brook, CT 06016-9560

Hartford 21, LLC
Attn: President/Manager
221 Trumbull Street
Hartford, CT 06103-1500

Hartford Hospital
Attn: President
80 Seymour Street
Hartford, CT 06106-3300

Ian Bjorkman
900 Chapel Street, Unit 621
New Haven, CT 06510-2806

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A,
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001-9013

Levine Paint & Auto Supply, Inc.
Attn: President
118 South Street
Danbury, CT 06810-8070

Nordstrom/Td Bank USA
Attn: President
13531 E Caley Ave
Englewood, CO 80111-6504

PYOD, LLC
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Premier Financial Services LLC
c/o Evans, Feldman & Associates, LLC
261 Bradley Street
New Haven, CT 06510-1110

Rolls-Royce Motor Cars NA, LLC
Attn: President
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7739

State of Connecticut
Department of Revenue Services
Attn: Collections Unit
P.O. Box 2936
Hartford, CT 06104-2936

Tom Pippoli
c/o Attorney Richard Zeisler
1000 Lafayette Boulevard
Bridgeport, CT 06604-4725

Wells Fargo
Attn: President
P.O. Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Bank, N.A.
Attn: President
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4938

Small Business Association
Attn: Manager
280 Trumbull Street, 2nd Floor
Hartford, CT 06103-5303

Steve Courtney
767 Bridgeport Avenue
Milford, CT 06460-3132

U.S. Attorney General
Connecticut Financial Center
Attn: Processing Clerk
157 Church Street, 23rd Floor
New Haven, CT 06510-2102

Wells Fargo
Attn: President
P.O. Box 14517
Des Moines, IA 50306-3517

3. **Parties Served Via ECF September 21, 2022**

- **Gary J. Greene**            bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com
- **Houston Putnam Lowry**      ptl@hplowry.com
- **Bonnie C. Mangan**          Trusteemangan@yahoo.com, ct19@ecfcbis.com, becky.avery@manganlaw.com
- **James G. Verrillo**         jverrillo@znclaw.com
- **Emanuel Kataev**            emanuel@mllaborlaw.com

Dated:  New Haven, Connecticut              Respectfully submitted,
        September 21, 2022

                                            WILLIAM K. HARRINGTON
                                            UNITED STATES TRUSTEE FOR REGION 2

                                    By:     /s/ Holley L. Claiborn
                                            Holley L. Claiborn
                                            Trial Attorney
                                            Office of the United States Trustee
                                            Giaimo Federal Building, Room 302
                                            150 Court Street
                                            New Haven, CT 06510
                                            Holley.L.Claiborn@usdoj.gov
                                            Federal Bar No.: ct17216 (Connecticut)
                                            (203) 773-2210