**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re | Chapter 7 |
| **JOHN WAYNE MOCADLO,** | **Case No. 21-20971 (JJT)** |
| Debtor. | Re: ECF 49 |

***PROPOSED***
***INTERIM* ORDER GRANTING UNITED STATES TRUSTEE'S
AMENDED MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH RULE 2004
EXAMINATION DOCUMENT AGREEMENT**

The United States Trustee having filed a motion requesting the entry of an order compelling debtor John Wayne Mocadlo ("Debtor") to produce documents required by the Notice Of Agreement For Oral Examination Of And Production Of Documents By John Wayne Mocaldo Pursuant To Fed. R. Bankr. P. 2004 And D. Conn. Bankr. L. R. 2004-1 (ECF 25) filed on May 5, 2022 ("Rule 2004 Agreement") and full unredacted statements for the Wells Fargo account in the Debtor's name ending in x4451 ("WF x4451 Account") for the period of January 1, 2019 to present (ECF 49) ("Motion"), and a hearing on the Motion having been held on September 15, 2022 and the Court having found cause to grant the Motion on an *interim* basis subject to the United States Trustee's right to seek additional relief in connection with the Motion; it is hereby

**ORDERED** that the Debtor shall, within 10 days of the date of this order, file a motion to compel Wells Fargo and KeyBank to provide full unredacted statements described in the Motion and as set forth below:

    **i)** **Wells Fargo:** *For accounts ending x7751 and x0920:*  Statements for the period of October 1, 2020 through December 31, 2020, and the month of July 31, 2021; and
    **(ii) Key Bank:** *For the account ending in x5395*, statements for the period of January 1, 2021 through October 31, 2021; and it is further

**ORDERED** that the Debtor shall, within 30 days of the date of this order, provide the United States Trustee with *unredacted full* statements for the Wells Fargo x4451 account for the period of January 1, 2019 to present. If the Debtor is unable to obtain such statements without the aid of a subpoena or a court order, the Debtor shall serve a subpoena and/or file a motion to compel within 40 days of the date of this order; and it is further

**ORDERED** that the Debtor shall undertake a good faith effort to provide the United States Trustee with the following documents as set forth in the Rule 2004 Agreement:

a. **Request 7:** All communications with Raymond Bastarche;
b. **Request 8:** All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor; and
c. **Request 9:** All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.

(collectively "Bastarche Documents").  Such good faith efforts to obtain and produce the Bastarche Documents shall include, but are not limited to, obtaining bank statements for any financial accounts into which all (or part) of the $325,000 was deposited and disbursed therefrom (including, but not limited to, accounts at Wells Fargo and KeyBank); and it is further

**ORDERED** that the Debtor shall, within 30 days of the date of this order, provide the Bastarche Documents to the United States Trustee and shall file an affidavit with the Court attesting to his compliance with this order, and to the extent the Debtor is unable to comply with this order, the Debtor shall describe with specificity in such affidavit his efforts to comply; and it is further

**ORDERED** that the United States Trustee may seek further relief from this Court in the event of the Debtor's unjustified and/or unexplained failure to comply with this order; and a further hearing on the Motion is set for November _____, 2022 at _____ to consider whether further relief is warranted and/or necessary.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

**In re**

                                                 **Chapter 7**

**JOHN WAYNE MOCADLO,**

      **Debtor.**                                   **Case No. 21-20971 (JJT)**

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing proposed order was served on September 22, 2022 on all appearing parties via the court's electronic filing system as listed below.

- **Gary J. Greene**   bankruptcy@greenelawpc.com
- **Houston Putnam Lowry**   ptl@hplowry.com
- **Bonnie C. Mangan**   Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com
- **James G. Verrillo**   jverrillo@znclaw.com

Dated: September 22, 2022         WILLIAM K. HARRINGTON
       New Haven, CT                  UNITED STATES TRUSTEE FOR REGION 2

                                       By:   /s/ Holley L. Claiborn
                                                 Holley L. Claiborn ct 17216
                                                 Trial Attorney
                                                 Office of the United States Trustee
                                                 Giaimo Federal Building
                                                 150 Court Street, Room 302
                                                 New Haven, CT 06510-7016
                                                 (203) 773-2210
                                                 Holley.L.Claiborn@usdoj.gov