United States Bankruptcy Court

District of Connecticut

In re:

John Wayne Mocadlo

Debtor

Case No. 21-20971-jjt

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0205-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 160 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2022 18:39:48 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robert Urrutia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |

| District/off: 0205-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 160 | Total Noticed: 4 |

Bonnie C. Mangan

        Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com

Emanuel Kataev

        on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com

Gary J. Greene

        on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com  greene.garyb116292@notify.bestcase.com

Holley L. Claiborn

        on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry

        on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo

        on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell

        on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee

        USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 9

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 20, 2022

In re:

    John Wayne Mocadlo
    Debtor*

Case Number: 21–20971
Chapter: 7

### DEFICIENCY NOTICE REGARDING MOTIONS/APPLICATIONS

    Debtor has filed a/an Motion to Compel, ECF No. 62 and 69, not in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure, for the reason(s) indicated below:

#### D. Conn. Bankr. L.R. 9014–1:

    • Deficient Certificate of Service (Not in Compliance with Fed. R. Bankr. P. 7004).

        • Service on an insured depository institution shall be made by certified mail.

You may file an Amended Certificate of Service only if service was properly made on the same date as the original motion/application. If service was made on a different date than the original motion, you must file an amended motion consisting of the motion, notice of response date and certificate of service.

    Failure to cure this deficiency within five (5) business days from the date of this notice may result in no action taken on your motion/application.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: September 20, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 – kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.