United States Bankruptcy Court
District of Connecticut

In re:                                                                                      Case No. 21-20971-jjt
John Wayne Mocadlo                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2
Date Rcvd: Sep 22, 2022      Form ID: pdfdoc2      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 18:23:41 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robert Urrutia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

**Name**      **Email Address**
Bonnie C. Mangan
     on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com    ct19@ecfcbis.com;becky.avery@manganlaw.com

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

Bonnie C. Mangan
    Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com

Emanuel Kataev
    on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com

Gary J. Greene
    on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com greene.garyb116292@notify.bestcase.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry
    on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
    on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
    on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 9

ct140

08/2022

# United States Bankruptcy Court

### District of Connecticut

In re: John Wayne Mocadlo

Debtor*

Case Number: 21-20971

Chapter: 7

## ORDER GRANTING EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE

William K. Harrington, the United States Trustee for Region 2, (the "Movant"), filed a Motion for Extension of Time to File a Complaint Objecting to Discharge of a Debt Pursuant to 11 U.S.C. § 727 (the "Motion", ECF No. 71). After notice, and on consent of all parties of interest, it appearing that the relief in Motion should be granted; it is hereby

**ORDERED:** The time for the United States Trustee and the Chapter 7 Trustee Bonnie Mangan are to file a Complaint pursuant to 11 U.S.C. § 727 is extended to February 14, 2023; and it is further

**ORDERED:** The time for the United States Trustee and the Chapter 7 Trustee Bonnie Mangan are to file a Motion to Dismiss this case under 11 U.S.C. § 707(b) is extended to February 14, 2023.

Dated: September 22, 2022

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.