United States Bankruptcy Court
District of Connecticut

In re:                                                 Case No. 21-20971-jjt
John Wayne Mocadlo                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0205-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 112 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2022 18:25:13 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robert Urrutia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com   ct19@ecfcbis.com;becky.avery@manganlaw.com |

District/off: 0205-2                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 27, 2022                    Form ID: 112                                 Total Noticed: 4

Bonnie C. Mangan
                          Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com

Emanuel Kataev
                          on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com

Gary J. Greene
                          on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com  greene.garyb116292@notify.bestcase.com

Holley L. Claiborn
                          on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry
                          on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
                          on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
                          on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee
                          USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 9

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 27, 2022

In re:

    John Wayne Mocadlo
    Debtor*

Case Number: 21–20971
Chapter: 7

<u>**NOTICE OF HEARING**</u>

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **September 29, 2022** at **11:00 AM** to consider and act upon the following matter(s):

> **Amended Motion to Compel Debtor's Compliance with Rule 2004 Agreement (Filed by Holley L. Claiborn on behalf of U. S. Trustee, U.S. Trustee (RE: 47 Motion to Compel filed by U.S. Trustee U. S. Trustee) (Re: Doc #49)**

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.**

**If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.**

Dated: September 27, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw