United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 28, 2022      Form ID: 144      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Emanuel Kataev | on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com greene.garyb116292@notify.bestcase.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Houston Putnam Lowry | on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2022 | Form ID: 144 | Total Noticed: 1 |

James G. Verrillo
        on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
        on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee
        USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 9

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 28, 2022

In re:

    John Wayne Mocadlo
    Debtor*

Case Number: 21−20971
Chapter: 7

### CLERK'S NOTICE REGARDING NON−COMPLIANCE WITH THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND THIS COURT'S LOCAL RULES OF BANKRUPTCY PROCEDURE

    Debtor (the "Movant"), having filed a Motion to Compel dated September 16, 2022, (the "Motion", ECF No. 62), and it appearing that the Motion was not filed in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure; accordingly,

    No further action will be taken on the Motion for the following reason(s):

☐ Fee Application cover sheet not filed in accordance with D. Conn. Bankr. L.R. 2016−1.

☐ Motion for Relief from Stay work sheet not filed in accordance with D. Conn. Bankr. L.R. 4001−1.

☐ Motion/Application not in compliance with D. Conn. Bankr. L.R. 9013−1.

☐ Contested Matter Procedure not followed in accordance with D. Conn. Bankr. L.R. 9014−1.

☑ Deficient Certificate of Service not in compliance with Fed. R. Bankr. P. 7004−1. ***Service on an insured depository institution not made via certified mail***

☐ Deficient Response Deadline.

The Motion is moot and no further action will be taken.

Dated: September 28, 2022

                                                          Pietro Cicolini
                                                          Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 144 − kpb

*For the purposes of this order, "Debtor" means "Debtors" where applicable.