United States Bankruptcy Court
District of Connecticut

In re:  Case No. 21-20971-jjt
John Wayne Mocadlo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2
Date Rcvd: Sep 30, 2022      Form ID: pdfdoc2      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2022 18:23:26 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robert Urrutia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

Bonnie C. Mangan
    Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com

Emanuel Kataev
    on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com

Gary J. Greene
    on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com greene.garyb116292@notify.bestcase.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry
    on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
    on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
    on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | Chapter 7 |
| **JOHN WAYNE MOCADLO,** | Case No. 21-20971 (JJT) |
| Debtor. | Re: ECF No. 49 |

***INTERIM* ORDER GRANTING UNITED STATES TRUSTEE'S**
**AMENDED MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH RULE 2004**
**EXAMINATION DOCUMENT AGREEMENT**

The United States Trustee having filed a motion requesting the entry of an order compelling debtor John Wayne Mocadlo ("Debtor") to produce documents required by the Notice Of Agreement For Oral Examination Of And Production Of Documents By John Wayne Mocaldo Pursuant To Fed. R. Bankr. P. 2004 And D. Conn. Bankr. L. R. 2004-1 (ECF 25) filed on May 5, 2022 ("Rule 2004 Agreement") and full unredacted statements for the Wells Fargo account in the Debtor's name ending in x4451 ("WF x4451 Account") for the period of January 1, 2019 to present (ECF 49) ("Motion"), and a hearing on the Motion having been held on September 15, 2022 and the Court having found cause to grant the Motion on an *interim* basis subject to the United States Trustee's right to seek additional relief in connection with the Motion; it is hereby

**ORDERED** that the Debtor shall, within 10 days of the date of this order, file a motion to compel Wells Fargo and KeyBank to provide full unredacted statements described in the Motion and as set forth below:

i) **Wells Fargo:** *For accounts ending x7751 and x0920:* Statements for the period of October 1, 2020 through December 31, 2020, and the month of July 31, 2021; and
(ii) **Key Bank:** *For the account ending in x5395*, statements for the period of January 1, 2021 through October 31, 2021; and it is further

**ORDERED** that the Debtor shall, within 30 days of the date of this order, provide the United States Trustee with *unredacted full* statements for the Wells Fargo x4451 account for the period of January 1, 2019 to present. If the Debtor is unable to obtain such statements without the aid of a subpoena or a court order, the Debtor shall serve a subpoena and/or file a motion to compel within 40 days of the date of this order; and it is further

**ORDERED** that the Debtor shall undertake a good faith effort to provide the United States Trustee with the following documents as set forth in the Rule 2004 Agreement:

   a. **Request 7:** All communications with Raymond Bastarche;
   b. **Request 8:** All documents concerning the loan from Raymond Bastarche in the amount of $325,000.00 to the Debtor; and
   c. **Request 9:** All documents concerning the use of the $325,000.00 the Debtor borrowed from Raymond Bastarche.

(collectively "Bastarche Documents").  Such good faith efforts to obtain and produce the Bastarche Documents shall include, but are not limited to, obtaining bank statements for any financial accounts into which all (or part) of the $325,000 was deposited and disbursed therefrom (including, but not limited to, accounts at Wells Fargo and KeyBank); and it is further

**ORDERED** that the Debtor shall, within 30 days of the date of this order, provide the Bastarche Documents to the United States Trustee and shall file an affidavit with the Court attesting to his compliance with this order, and to the extent the Debtor is unable to comply with this order, the Debtor shall describe with specificity in such affidavit his efforts to comply; and it is further

**ORDERED** that the United States Trustee may seek further relief from this Court in the event of the Debtor's unjustified and/or unexplained failure to comply with this order; and a further hearing on the Motion to consider whether further relief is warranted and/or necessary is set for November 17, 2022 at 11:00 AM, at United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT.

Dated at Hartford, Connecticut this 29th day of September, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut