United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 14, 2022      Form ID: pdfdoc2      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| acc | + | Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Emanuel Kataev | on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com greene.garyb116292@notify.bestcase.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Houston Putnam Lowry | |

| District/off: 0205-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdfdoc2 | Total Noticed: 2 |

        on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
        on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
        on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

Richard D. Zeisler
        on behalf of Creditor Charles Klewin rzeisler@znclaw.com

U. S. Trustee
        USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| JOHN WAYNE MOCADLO ) | CASE NO. 21-20971 (JJT) |
| Debtor ) | |
| ) | RE: ECF No. 58 |

**ORDER APPROVING APPLICATION TO EMPLOY**

Upon the Application of Bonnie C. Mangan, Chapter 7 Trustee of the above captioned Estate, requesting approval of the employment of Verdolino & Lowey, PC. as Accountant for this Estate, all as set forth in the Application for Authority to Employ and Appoint Accountant and it is appearing that Verdolino & Lowey, P.C. does not hold or represent any interest adverse to this Estate and that Verdolino & Lowey, P.C. is a disinterested party within the meaning of Section 327(a) of the Bankruptcy Code and that Verdolino & Lowey, P.C. does not appear to have any connection with the Debtor, the creditors, or any other party in interest, it is

ORDERED:  That Bonnie C. Mangan as Chapter 7 Trustee, is authorized to employ Verdolino & Lowey, P.C. as accountant for this Estate, in accordance with the terms and conditions as outlined in the Application for Authority to Employ and Appoint Accountant provided, however, that the maximum hourly rate shall not exceed $515.00, and the maximum amount of compensation shall be $25,000.00. V&L reserves the right to request an increase in the maximum amount of compensation; and it is further

ORDERED, that ten (10) business days prior to any increases in rates for any individual employed by Verdolino & Lowey, P.C., Verdolino & Lowey, P.C.

shall file a supplemental affidavit with the Court setting forth the basis for the requested increase pursuant to 11 U.S.C. §330(a)(3)(F). Parties in interest, including the United States Trustee, retain rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. §330. Supplemental affidavits are not required for increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee, and it is further

ORDERED, that the allowance and payment of reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further orders of this court pursuant to Code Section 330(a) and Section 331 after notice and hearing upon proper Application.

Dated at Hartford, Connecticut this 14th day of October, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut