UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____

IN RE:

Case No. 21-20971-JJT

John Wayne Mocadlo

Debtor                          Chapter 7

_____

## **DECLARATION OF GARY J. GREENE, ESQ.**

I, Gary J. Greene, being duly sworn, depose and say:

1.      I am over the age of eighteen (18) and believe in the obligation of an oath.

2.      I am an attorney licensed to practice law in the State of Connecticut, and am counsel of record for John Way Mocadlo, the Debtor herein.

3.      I make this declaration in furtherance of the Debtor's compliance with the Court's Interim Order Granting United States Trustee's Amended Motion to Compel Debtor's Compliance with Rule 2004 Examination Document Agreement [ECF 81].

4.      On September 28, 2022, I, on behalf of the Debtor, filed a Motion to Compel Compliance with Subpoenas Duces Tecum directed toward Wells Fargo Bank and KeyBank [ECF 79].

5.      Subsequent to receiving the Motion to Compel, I was contacted by Attorney Stefanie Cerrone of Troutman Pepper. Attorney Cerrone advised that the subpoenas needed to be directed to both Wells Fargo Bank and Wells Fargo Advisors. Attorney Cerrone agreed to accept new subpoenas on behalf of Wells Fargo and to assist in obtaining the requested records.

6.      On October 11, 2022, the new subpoenas directed to Wells Fargo and Wells Fargo Advisors were emailed to Attorney Cerrone.

7.    On or about October 17, 2022, my office received an email from Wells Fargo containing certain bank statements. The statements were for account ending in 0096 for the period of January 2019 through October 2019. My office also received statements for accounts ending in 4451, 7751 and 0920 for the period of January 2019 through September 2019. These records have been provided to the United States Trustee.

8.    Thereafter, my office contacted Attorney Cerrone and advised that the aforementioned statements were received, but they were not the records requested in the subpoenas.

9.    On October 26, 2022, Attorney Cerrone spoke with a member of my staff and advised she will contact Wells Fargo and request an update with its compliance with the Debtor's subpoena.

10.    On October 27, 2022, Attorney Cerrone advised that account 0096 closed on October 2019. She further advised she is researching accounts 4451, 7751 and 0920 and will provide an update once one is available.

11.    On or about October 25, 2022, I received statements from KeyBank for accounts 8176 for the period of February 2020 to November 2021, and 5395 for the period of March 2020 to September 2021. These records have been transmitted to the United States Trustee.

12.    I have emailed Mr. Bastarche and requested copies of any and all communications between he and the Debtor relating to the subject $325,000.00 loan. I shall promptly provide whatever communications received from Mr. Bastarche to the United States Trustee. However, I have been advised no communications exist and discussions were had verbally.

13.    Mr. Bastarche provided my office with copies of the loan documents which have been forwarded to the United States Trustee.

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com

14.     The Debtor has prepared a list of vendors, contractors and amounts to account for the use of the $325,000.00 loan to the best of my knowledge and recollection. This list has been provided to the United States Trustee. I have written to each of the vendors and requested their records relating to the Debtor's former property. I have not received any documents as of this date, however the Debtor has been contacted by several of the contractors and has been told they will provide whatever documents they have.

DATED: October 27, 2022                          DECLARANT


_/s/ Gary J. Greene, Esq._
Gary J. Greene, Esq.

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com