UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re: JOHN WAYNE MOCADLO                                    Case No. 21-20971

       Debtor.

---

## APPEARANCE OF COUNSEL

To:    Clerk of Court and All Parties of Record

    I am admitted or otherwise authorized to practice in this Court, and I appear in the above-

captioned bankruptcy case as counsel for Wells Fargo Bank, N.A.


Date:  October 27, 2022          /s/ Bennet J. Moskowitz
                                 Bennet J. Moskowitz
                                 Attorney's Bar No. 31035
                                 Troutman Pepper Hamilton Sanders LLP
                                 875 Third Avenue
                                 New York, New York 10022
                                 Telephone: (212) 704-6087
                                 Facsimile:  (212) 704-6288
                                 Email: bennet.moskowitz@troutman.com
                                 *Counsel for Wells Fargo Bank, N.A.*

132697221v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re: JOHN WAYNE MOCADLO                                    Case No. 21-20971

      Debtor.

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the following document was served on October 27, 2022

on all appearing parties via the Court's electronic filing system listed below:

Document Served:     Notice of Appearance on behalf of Wells Fargo Bank, N.A.

Parties served via CM/ECF:

Holley L. Claiborn on behalf of U.S. Trustee U.S. Trustee holley.lclaiborn@usdoj.gov

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc. ptl@hplowry.com

Bonnie C. Mangan Trusteemanganyahoo.com; ct19@ecfcbis.com; becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com; ct19@ecfcbis.com; becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U.S. Trustee kari.mitchell@usdoj.gov

U.S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Date:  October 27, 2022

          /s/ Bennet J. Moskowitz
          Bennet J. Moskowitz
          Attorney's Bar No. ct31035
          Troutman Pepper Hamilton Sanders LLP
          875 Third Avenue
          New York, New York 10022
          Telephone: (212) 704-6087
          Facsimile:  (212) 704-6288
          Email: bennet.moskowitz@troutman.com
          *Counsel for Wells Fargo Bank, N.A.*

132697221v1