UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

          Debtor

Case No. 21-20971-JJT

Chapter 7

**AFFIDAVIT OF JOHN WAYNE MOCADLO**

I, John Wayne Mocadlo, being duly sworn, depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am the Debtor herein.

3. I make this affidavit in compliance with the Court's Interim Order Granting United States Trustee's Amended Motion to Compel Debtor's Compliance with Rule 2004 Examination Document Agreement [ECF 81].

4. I spoke with a representative of KeyBank regarding the requests of the United States Trustee. KeyBank provided my counsel with statements for the period of 02/2020-11/2021 for account 8176 and for the period of 05/2020-09/2021 for account 5395.

5. On September 28, 2022, I, through my counsel, filed a Motion to Compel Compliance with Subpoenas Duces Tecum directed toward Wells Fargo Bank and KeyBank [ECF 79]. For additional information, see the declaration of Gary J. Greene, Esq. which is docketed separately but filed contemporaneously herewith.

6. I do not recall any written communications with Mr. Bastarche and a review of my email and text messages did not turn up any such communications.

7. Mr. Bastarche provided my counsel with copies of the loan documents which have been provided to the United States Trustee.

8. I have prepared a list of vendors, contractors and amounts to account for the use of the $325,000.00 loan to the best of my knowledge and recollection. This list has been provided to my attorney, who has provided the same to the United States Trustee.

9. I will work diligently with my attorney to contact the contractors and vendors and request a voluntary turnover of any records relating to any work done on my prior residence.

DATED: 10/27/22       AFFIANT

_[signature]_

Subscribed and sworn before me in ORLANDO FLORIDA on this 27 day of OCTOBER, 2022.

_[signature]_
Notary Public
My commission expires: 12/10/2025



VIDAYWETEE CHANKAR
Notary Public - State of Florida
Commission # HH 192318
My Comm. Expires Dec 10, 2025

Greene Law, P.C. | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com