**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

**In re:**

John Wayne Mocadlo

**Case No.** 21-20971-JJT

**Debtor(s)**

## REQUEST AND CONSENT TO ELECTRONIC
## NOTICE AND SERVICE OF DOCUMENTS IN A BANKRUPTCY CASE

In accordance with D. Conn. L. R. 9036-1(a) and the Court's Administrative Procedures for Electronic Case Filing (Local Rules of Bankruptcy Procedure, Appendix A), this form is to be used by a Pro Se Filer/Litigant, creditor, and party-in-interest who wishes to request and consent to the electronic notice and service of documents in the Debtor's bankruptcy case.

**NOTE**: A separate form must be filed for each bankruptcy case and each adversary proceeding for which electronic notice and service of documents is requested.

**Please complete the following:**

**Your full name:** Richard | A. | Braden
First name | Middle initial (if any) | Last name

**Your mailing address:**

Goldberg Segalla LLP, 665 Main Street

Street address (including any apartment number or floor number)

| Buffalo | NY | 14203 |
| City | State | Zip Code |

(716) 844-3418

Phone number

## CONSENT TO ELECTRONIC NOTICE AND SERVICE OF NOTICES AND ORDERS ISSUED BY THE COURT AND ELECTRONIC RECEIPT OF PLEADINGS BY CM/ECF FILERS AND USERS

**[Complete this section if you consent to electronic notice and service of documents filed in Debtor's bankruptcy case, instead of receipt by U.S. Mail.]**

I, Richard A. Braden, hereby request and consent to the electronic (e-mail) notice and service of all notices and orders issued by the Court and electronic notice and service of all pleadings and documents filed in the Debtor's bankruptcy case at the e-mail address I have provided below in this form.

**NOTE:** A Summons and Complaint must be served in accordance with Federal Rule of Bankruptcy Procedure 7004 and a Subpoena must be served in accordance with Federal Rule of Civil Procedure 45 and Federal Rule of Bankruptcy Procedure 9016, and not via electronic means.

**PROVIDE YOUR E-MAIL ADDRESS:**
Enter your e-mail address in the blocks below - Only one e-mail address is permitted.

**Use capital letters only**

RBRADEN@GOLDBERGSEGALLA.COM

☐ Check here ONLY if you are changing or correcting the e-mail address that the Court has on file for you to receive electronic service and notice.

### By providing consent above and signing this form, I agree to the following:

1. My e-mail address will be part of the public record.

2. My consent to electronic (e-mail) notice and service of notices and orders issued by the Court and/or electronic (e-mail) notice and service of documents by CM/ECF Filers constitutes **proper notice and service** made by a party filing any document in the Debtor's bankruptcy case pursuant to D. Conn. L. Civ. 5, D. Conn. Bankr. R. 1001-1(b) and 9036-1, and the Court's Administrative Procedures for Electronic Filing (Local Rules of Bankruptcy Procedure, Appendix A).

3. I understand that consent to electronic (e-mail) notice and service of notices and orders issued by the Court and electronic (e-mail) notice and service of all documents filed by CM/ECF Filers and Users will result in electronic (e-mail) notice and service instead of notice and service through the United States Mail.

4. I understand that this form must be completed, signed, e-mailed to the Court, and approved through Court Order before my consent to electronic (e-mail) notice and service of documents in the Debtor's bankruptcy case will become effective.

5. I understand that if I am changing my e-mail address, that I checked the box above indicating this is a change of e-mail address, and that I acknowledge and agree that once the change is approved by Court Order, future electronic (e-mail) notice and service of documents will be sent to this new e-mail address only.

6. I understand that if I want to withdraw my consent to electronic (e-mail) notice and service of documents in the Debtor's bankruptcy case, I must complete, sign, and e-mail Local Connecticut Form Request to Withdraw Consent to Electronic Notice and Service of Documents in a Bankruptcy Case to the Court before my consent will be withdrawn, which will become effective upon Court Order.

7. If a joint debtor exists in the Debtor's bankruptcy case in which I am a debtor and such joint debtor also wishes to request and consent to electronic notice and service of documents, I understand that such joint debtor must submit his/her own request and consent to electronic notice and service of documents in the Debtor's bankruptcy case.

8. I understand that electronic (e-mail) notice and service of documents may arrive in my e-mail spam or junk folders and I should regularly check those folders for electronic service of documents. I also understand that my consent to electronic service of documents may be deactivated by the Clerk of Court if an e-mail is returned undelivered or "bounces back," and the Clerk will then serve orders and court-generated notices by United States mail to my most recent mailing address on file.

9. **I understand only the first viewing of the electronic (e-mail) service of documents served is free of charge. Additional access to the same document will require me to pay an access fee.**

Date: 10/28/2022

Richard A. Braden
Name (type or print your name)

Signature (sign in ink)

Once you have completed this form, signed it, and dated it, please **e-mail** it to the Court at:
**E_Service_Request@ctb.uscourts.gov**

**NOTE**: The e-mail address you use to submit this form to the Court MUST be the same e-mail address that you provided above to receive electronic notice and service of documents.

| | |
|---|---|
| **From:** | Braden, Richard A. (Rick) <rbraden@goldbergsegalla.com> |
| **Sent:** | Tuesday, November 1, 2022 2:58 PM |
| **To:** | E_Service_Request |
| **Subject:** | Request-Consent Electronic Service Form Attached |
| **Attachments:** | Mocadlo - eServiceFORM1_REQUEST-CONSENT ELECTRONIC SERV_BK.v3.pdf |

**CAUTION - EXTERNAL:**

Thank you.

Rick

**Richard A. Braden, Esq.**  |  **Partner**

665 Main Street  |  Buffalo, NY 14203-1425
**DIRECT** 716.566.5436  |  **EXT** 5436  |  **FAX** 716.566.5401  |  **MOBILE** 716.510.3473
rbraden@goldbergsegalla.com  |  Biography
**goldbergsegalla.com**



California | Connecticut | Florida | Illinois | Maryland | Missouri
New Jersey | New York | North Carolina | Pennsylvania

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.