UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

              Debtor

Case No. 21-20971-JJT

Chapter 13

### NOTICE RE WELLS FARGO BANK AND KEYBANK'S COMPLAINCE WITH SUBPOENAS DUCES TECUM

**NOTICE IS HEREBY GIVEN** that KeyBank has provided the undersigned with statements and canceled checks from January 1, 2017 through present or account closing for accounts ending in 8176 and 5395 in compliance with the Debtor's subpoena.

**NOTICE IS HEREBY FURTHER GIVEN** that Wells Fargo and/or Wells Fargo Advisors have provided the undersigned with statements from January 1, 2017 to present or account closing for accounts ending in 7751 and 0920, and from January 1, 2019 to present or account closing for account ending in 4451 in compliance with the Debtor's subpoena.

Based upon the above, the Debtor considers KeyBank and Wells Fargo and/or Wells Fargo Advisors to be in compliance with his subpoenas duces tecum, and does not intend to take further action with respect to his Motion for Order of Compliance [ECF 79].

DATED:  November 8, 2022            THE DEBTOR
        Farmington, Connecticut     John Wayne Mocadlo


                                    By:   */s/ Gary J. Greene*
                                          Gary J. Greene, Esq. (ct09039)
                                          Greene Law, P.C.
                                          11 Talcott Notch Road
                                          Farmington, CT 06032
                                          860-676-1336 (t)
                                          860-676-2250 (f)
                                          bankruptcy@greenelawpc.com (e)
                                          *Counsel for John Wayne Mocadlo*


### Certification of Service

I hereby certify that on November 8, 2022, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                          */s/ Gary J. Greene*
                                          Gary J. Greene

2

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com