UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

              Debtor

Case No. 21-20971-JJT

Chapter 7

## MOTION TO RESCHEDULE HEARING

The Debtor, by and through his undersigned counsel, hereby moves to reschedule the hearings scheduled for November 17, 2022, and represents as follows:

1. Scheduled for November 17, 2022 at 11:00 a.m. is an in-person hearing on the US Trustee's Amended Motion to Compel [ECF 49].

2. Also scheduled for November 17, 2022 at 2:30pm is a remote hearing on the Debtor's Motion to Compel [ECF 79].

3. The undersigned is scheduled to travel out-of-state the afternoon of November 17, 2022 to attend a relative's Celebration of Life service in Florida.

4. In the interests of judicial economy, the undersigned requests both matters be consolidated, and a _remote_ hearing be held at 11:00 a.m.

5. Counsel for the US Trustee and Wells Fargo consent to this request. The Chapter 7 Trustee has not responded to the undersigned's request for consent.

WHEREFORE, the Debtor requests the two (2) hearings scheduled for November 17, 2022 be consolidated and held remotely at 11:00 a.m.

2

| | | |
|---|---|---|
| DATED: | November 14, 2022<br>Farmington, Connecticut | THE DEBTOR<br>John Wayne Mocadlo |

                    By:    */s/ Gary J. Greene*
                            Gary J. Greene, Esq. (ct09039)
                            Greene Law, P.C.
                            11 Talcott Notch Road
                            Farmington, CT 06032
                            860-676-1336 (t)
                            860-676-2250 (f)
                            bankruptcy@greenelawpc.com (e)
                            *Counsel for John Wayne Mocadlo*

## Certification of Service

     I hereby certify that on November 14, 2022, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      */s/ Gary J. Greene*
                                                      Gary J. Greene

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com