**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | **Chapter 7** |
| **JOHN WAYNE MOCADLO,** | **Case No. 21-20971 (JJT)** |
| Debtor. | **RE: ECF No. 109** |

---

**ORDER AUTHORIZING**
**RULE 2004 EXAMINATION OF NUTMEG STATE FNANCIAL CREDIT UNION**

Upon consideration of the motion of the United States Trustee ("Movant") seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of Nutmeg State Financial Credit Union ("Nutmeg") after notice and a hearing, see 11 U.S.C. § 102(1), and in compliance with Local Bankruptcy Rule 2004-1(a) and (c), it appearing that cause exists to grant the requested relief as conditioned hereafter; it is hereby

**ORDERED**: The Movant may examine Nutmeg pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b); and it is further

**ORDERED**: The attendance of Nutmeg and the production of documents shall be by agreement or compelled in the manner provided in Fed. R. Bankr P. 9016, see also Fed R. Bankr. P. 2004(c); and it is further

**ORDERED**: The examination shall not occur until a date that is at least fourteen (14) days after the service of a Fed. R. Bankr. P. 2004 subpoena, unless otherwise agreed upon by the parties.

Dated at Hartford, Connecticut this 17th day of November, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut