United States Bankruptcy Court
District of Connecticut

In re:   
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 18, 2022      Form ID: pdfdoc2      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bennet J. Moskowitz | on behalf of Interested Party Wells Fargo Bank N.A. bennet.moskowitz@troutman.com |
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Emanuel Kataev | on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com greene.garyb116292@notify.bestcase.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Houston Putnam Lowry
    on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
    on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Kari A. Mitchell
    on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

Richard A. Braden
    rbraden@goldbergsegalla.com

Richard D. Zeisler
    on behalf of Creditor Charles Klewin rzeisler@znclaw.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 12

**File an order :**

21-20971 John Wayne Mocadlo

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hartford) |
| Assets: y | Judge: jjt | Case Flag: 727EXT, DebtEd |

U.S. Bankruptcy Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office nsm entered on 11/18/2022 at 10:04 AM EST and filed on 11/18/2022
**Case Name:** John Wayne Mocadlo
**Case Number:** 21-20971
**Document Number:** 121

**Docket Text:**

**SCHEDULING ORDER:** Pursuant to the statements made on the record during a hearing held on November 17, 2022, it is hereby
**ORDERED:** That the Debtor's Motion to Compel Compliance with Subpoenas Dues Tecum, ECF No. 79, is hereby RESOLVED pursuant to the statements made on the record by Debtor's counsel; and it is further
**ORDERED:** That counsel for Wells Fargo Bank is directed to file and serve a supplemental Affidavit addressing the U. S. Trustee's question as to why transaction entries were redacted from the documents produced in its initial efforts of subpoena compliance, ECF No. 113; and it is further
**ORDERED:** The supplemental Affidavit shall be filed on or before December 7, 2022; and it is further
**ORDERED:** In the event the U. S. Trustee indicates satisfaction with the disclosure, Wells Fargo will not be required to appear before the court again. Signed by Judge James J. Tancredi on November 18, 2022. (RE: [49] Motion to Compel filed by U.S. Trustee, [79] Motion to Compel filed by Debtor, [99] Scheduling Order, [113] Affidavit filed by Interested Party Wells Fargo Bank, N.A.). (nsm)

The following document(s) are associated with this transaction:

**21-20971 Notice will be electronically mailed to:**

Richard A. Braden
rbraden@goldbergsegalla.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Gary J. Greene on behalf of Debtor John Wayne Mocadlo
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Emanuel Kataev on behalf of Creditor Robert Urrutia
emanuel@mllaborlaw.com

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc.

ptl@hplowry.com

Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U. S. Trustee
kari.mitchell@usdoj.gov

Bennet J. Moskowitz on behalf of Interested Party Wells Fargo Bank, N.A.
bennet.moskowitz@troutman.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin
jverrillo@znclaw.com

Richard D. Zeisler on behalf of Creditor Charles Klewin
rzeisler@znclaw.com

**21-20971 Notice will not be electronically mailed to:**

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035