Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022



troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

December 1, 2022

The Hon. James J. Tancredi
United States Bankruptcy Court
Abraham Ribicoff Federal Building
450 Main Street, 7th Floor
Hartford, CT  06103

**In re:  John Wayne Mocadlo, Case No. 21-20971**

Your Honor:

This firm represents non-party Wells Fargo Bank, N.A. ("Wells Fargo Bank"). We write with the consent of the U.S. Trustee to request that the Court vacate its Order dated November 18, 2022 (ECF No. 121) directing the undersigned to file and serve a supplemental Affidavit addressing the U.S. Trustee's question as to why transaction entries were redacted from the documents produced in Wells Fargo Bank's initial efforts of subpoena compliance.

Per the U.S. Trustee's Statement entered November 23, 2022 (ECF. No. 126), "[t]he United States Trustee has further reviewed the records produced by Wells Fargo and has conferred with counsel for Wells Fargo, and as a result of same, the United States Trustee is satisfied with the response of Wells Fargo and has no further inquiry."

Thank you for your attention to this matter.

Respectfully submitted,

s/ *Bennet J. Moskowitz*
Bennet J. Moskowitz

136082102v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the following document was served on December 1, 2022 on all appearing parties via the Court's electronic filing system listed below:

<u>Document Served</u>:   Statement on behalf of Wells Fargo Bank, N.A.

<u>Parties served via CM/ECF</u>:

Gary J. Greene on behalf of Debtor John Wayne Mocadlo ggreene@greenelawpc.com

Holley L. Claiborn on behalf of U.S. Trustee U.S. Trustee holley.lclaiborn@usdoj.gov

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc. ptl@hplowry.com

Bonnie C. Mangan Trusteemanganyahoo.com; ct19@ecfcbis.com; becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com; ct19@ecfcbis.com; becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U.S. Trustee kari.mitchell@usdoj.gov

U.S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin jverrillo@znclaw.com

| | |
|---|---|
| Date:  December 1, 2022 | /s/ Bennet J. Moskowitz<br>Bennet J. Moskowitz<br>Attorney's Bar No. ct31035<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 704-6087<br>Facsimile:  (212) 704-6288<br>Email: bennet.moskowitz@troutman.com<br>*Counsel for Wells Fargo Bank, N.A.* |

136082102v1