Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022



troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

December 7, 2022

The Hon. James J. Tancredi
United States Bankruptcy Court
Abraham Ribicoff Federal Building
450 Main Street, 7th Floor
Hartford, CT  06103

**In re:  John Wayne Mocadlo, Case No. 21-20971**

Your Honor:

This firm represents non-party Wells Fargo Bank, N.A. ("Wells Fargo Bank").  We write to seek clarity of Your Honor's Order dated December 2, 2022 (ECF No. 128), stating: "Upon review of the U.S. Trustee's Statement (ECF No. 126) regarding Wells Fargo's subpoena compliance, wherein the U.S. Trustee states she is satisfied with the response of Wells Fargo and has no further inquiry, the U.S. Trustee's Amended Motion to Compel Debtor's Compliance with Rule 2004 Agreement (ECF No. 49) is hereby deemed moot on the record."

Per our correspondence dated December 1, 2022 (ECF No. 127), we requested – based on the same Trustee's submission referenced in the Court's December 2, 2022 Order – that the Court vacate its November 18, 2022 Order directing Wells Fargo Bank to file a supplemental Affidavit. Accordingly, we write to confirm our understanding that the Court, via its December 2, 2022 Order, intended to dispense with Wells Fargo Bank's need to submit a supplemental Affidavit on what is now a moot issue.

Thank you for your attention to this matter.

Respectfully submitted,

s/ *Bennet J. Moskowitz*
Bennet J. Moskowitz

136082102v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the following document was served on December 7, 2022 on all appearing parties via the Court's electronic filing system listed below:

<u>Document Served</u>:   Statement on behalf of Wells Fargo Bank, N.A.

<u>Parties served via CM/ECF</u>:

Gary J. Greene on behalf of Debtor John Wayne Mocadlo ggreene@greenelawpc.com

Holley L. Claiborn on behalf of U.S. Trustee U.S. Trustee holley.lclaiborn@usdoj.gov

Houston Putnam Lowry on behalf of Creditor American Guardian Warranty Services, Inc. ptl@hplowry.com

Bonnie C. Mangan Trusteemanganyahoo.com; ct19@ecfcbis.com; becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com; ct19@ecfcbis.com; becky.avery@manganlaw.com

Kari A. Mitchell on behalf of U.S. Trustee U.S. Trustee kari.mitchell@usdoj.gov

U.S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Charles Klewin jverrillo@znclaw.com

| | |
|---|---|
| Date:  December 7, 2022 | /s/ Bennet J. Moskowitz<br>Bennet J. Moskowitz<br>Attorney's Bar No. ct31035<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 704-6087<br>Facsimile:  (212) 704-6288<br>Email: bennet.moskowitz@troutman.com<br>*Counsel for Wells Fargo Bank, N.A.* |

136082102v1