**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | |
| | **Chapter 7** |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**UNITED STATES TRUSTEE'S FIFTH MOTION TO EXTEND**
**THE TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b) AND TO**
**EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727**
**OBJECTING TO DEBTOR'S DISCHARGE**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully moves this Court to further extend the time up to and including May 24, 2023, during which the United States Trustee and the chapter 7 trustee, Bonnie Mangan ("Trustee Mangan") may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states as follows:

1. On October 20, 2021, John Wayne Mocadlo (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. ECF 1. Attorney Gary Greene ("Counsel") signed the petition as Debtor's counsel. *Id*. at Signature of Attorney.

2. On October 20, 2021, Trustee Mangan was appointed as Chapter 7 Trustee ("Trustee Mangan").

3. On May 5, 2022, the United States Trustee filed a Notice of a Rule 2004 Agreement for the examination of the Debtor pursuant to Rule 2004 ("Rule 2004 Agreement"). ECF 25.

4. On June 17, 2022, the United States Trustee and Trustee Mangan conducted the Rule 2004 Examination of the Debtor ("Debtor 2004 Examination"). The Debtor 2004 Examination

was not concluded due to outstanding documents and information owed by the Debtor. Following the Debtor 2004 Examination, the Debtor was to produce the remaining documents that were to be provided pursuant to the Rule 2004 Agreement. In addition, as a result of the Debtor's testimony at the Debtor 2004 Examination, the United States Trustee intends to conduct the Rule 2004 Examination of other persons.

5. On June 29, 2022, the United States Trustee filed a Motion for 2004 Examination of Robert Urrutia. ECF 34.

6. On July 26, 2022, the Court granted the United States Trustee's Motion for 2004 Examination of Robert Urrutia. ECF 43.

7. On August 10, 2022, the United States Trustee filed a Motion to Compel Compliance with the United States Trustee's Rule 2004 Agreement to address the Debtor's outstanding obligations to produce bank statements and other documents ("UST Motion to Compel"). ECF 49.

8. On August 11, 2022, the United States Trustee filed a Notice of Rule 2004 Examination of Robert Urrutia to be held September 14, 2022. ECF 50. On September 12, 2022, the United States Trustee was advised that Mr. Robert Urrutia was currently out of the country and the examination was postponed.

9. On August 16, 2022, the Debtor filed an objection to the UST Motion to Compel, which in part noted incomplete and/or redacted bank statements from Wells Fargo and KeyBank despite the Debtor's subpoenas to the banks ("Debtor's Objection"). ECF 52.

10. On September 15, 2022, the Court held a hearing on the UST Motion to Compel and the Debtor's Objection. The Court granted interim relief to the United States Trustee and the Debtor agreed to file a motion to compel Wells Fargo and KeyBank to produce bank statements. ECF 81 ("UST Compel Order").

11. The Rule 2004 Examination of Mr. Robert Urrutia was held on October 21, 2022. Based in part on that examination, the United States Trustee determined that further information from Nutmeg State Financial Credit Union ("Nutmeg") was necessary.

12. On November 8, 2022, the United States Trustee filed a motion for a Rule 2004 examination of Nutmeg ("Nutmeg 2004 Motion"). ECF 109.

13. On November 17, 2022, the Court granted the Nutmeg 2004 Motion. ECF 119.

14. On November 22, 2022, the United States Trustee issued a Rule 2004 subpoena to Nutmeg. ECF 125.

15. On December 16, 2022, the United States Trustee received extensive documents from Nutmeg in response to the Rule 2004 subpoena. The United States Trustee is now in the process of reviewing the documents produced by Nutmeg.

16.  As required by the UST Compel Order, the Debtor has continued efforts to locate documents responsive to the requests contained in the Rule 2004 Agreement. Between October 2022 and present, the Debtor has been periodically providing documentation and information, including as recently as yesterday. The United States Trustee intends to reconvene the Debtor 2004 Examination in February 2023 (date to be determined).[1]

17. Pursuant to prior orders of this Court, the United States Trustee has obtained four prior extensions of the deadline under 11 U.S.C. § 707(b) and the deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727. *See* ECF 16, ECF 20, ECF 38, and 74. The current deadline is February 14, 2023. ECF 74. Thus, this motion is timely made.

---

[1] The undersigned will be unavailable for part of January 2023 due some health issues and this has impacted scheduling of a new date for the continued Debtor 2004 Examination.

18. The United States Trustee seeks a further extension of time to May 24, 2023 for both the United States Trustee and Trustee Mangan. This further extension is necessary because the Debtor has not produced all the documents requested in the Rule 2004 Agreement, the United States Trustee has been unable to complete the Debtor 2004 Examination due to the outstanding documents not yet provided, and the United States Trustee is still in the process of reviewing the document production from Nutmeg that arrived in mid-December 2022. This extension will allow time for the United States Trustee and Trustee Mangan to obtain and review the Debtor's documentary submissions, the facts obtained from which will either support or negate the basis to file a motion to dismiss pursuant to 11 U.S.C. §707(b) or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.

19. On December 22, 2022, pursuant to Local District Court Rule 7(b), undersigned counsel contacted Counsel and the Debtor about the requested extension. On December 23, 2022, Counsel provided his consent to the relief requested in this motion.

**WHEREFORE**, the United States Trustee respectfully requests that this Court enter an order (a) further extending until May 24, 2023, the time within which the United States Trustee and Trustee Mangan may file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or file

a complaint pursuant to 11 U.S.C. § 727; and (b) and granting such other relief as this Court deems equitable under the circumstances.

| | |
|---|---|
| Dated:  New Haven, Connecticut<br>　　　　January 5, 2023 | Respectfully submitted,<br><br>WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE FOR REGION 2<br><br>By:　<u>/s/ Holley L. Claiborn</u><br>　　　Holley L. Claiborn<br>　　　Trial Attorney<br>　　　Office of the United States Trustee<br>　　　Giaimo Federal Building, Room 302<br>　　　150 Court Street<br>　　　New Haven, CT 06510<br>　　　Holley.L.Claiborn@usdoj.gov<br>　　　Federal Bar No.: ct17216 (Connecticut)<br>　　　(203) 773-2210 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re | |
| | Chapter 7 |
| **JOHN WAYNE MOCADLO,** | |
| Debtor. | Case No. 21-20971 (JJT) |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S FIFTH MOTION TO EXTEND THE TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b) AND TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 <u>OBJECTING TO DEBTOR'S DISCHARGE</u>**

The United States Trustee having filed a motion seeking a fifth extension of time for United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, and with consent of the Debtor, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is further extended to **May 24, 2023.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

In re

JOHN WAYNE MOCADLO,

        Debtor.

Chapter 7

Case No. 21-20971 (JJT)

## CERTIFICATE OF SERVICE

The undersigned certifies that the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below on the dates noted below.

1. **Documents Served**

    a. United States Trustee's Fifth Motion to Extend the time to File a Motion to Dismiss Under 11 U.S.C. § 707(b) and to Extend the Time to File a Complaint Under 11 U.S.C. § 727 and proposed order on same.

2. **Parties Served Via First Class Mail on January 5, 2023**

| | |
|---|---|
| John Wayne Mocadlo<br>18 Laurel Heights<br>Meriden, CT 06451-5425<br>(Debtor) | Ally Bank<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>Attn: President<br>200 Renaissance Ctr # B0<br>Detroit, MI 48243-1300 | American Guardian Warranty Services, Inc.<br>Attn: President<br>4450 Weaver Parkway<br>Warrenville, IL 60555-3252 |
| Amex<br>Attn: President<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | American Express National Bank<br>c/o Beckett and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Attention to Detail<br>Attn: President<br>195 deKoven Drive<br>Middletown, CT 06457-3459 | Barclays Bank Delaware<br>Attn: President<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 |

Comcast
Attn: President
P.O. Box 1931
Burlingame, CA 94011-1931

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Milford, CT 06776

Carreira & Wojciechowski, LLC
Attn: Member
19 New Preston Hill Road
New Preston Marble Dale, CT 06777-1508

Connecticut Office of the Attorney General
Attn: Processing Clerk
165 Capitol Avenue
Hartford, CT 06106-1668

Credit Collection Serv
Attn: President
725 Canton Street
Norwood, MA 02062-2679

Evans, Feldman & Associates
Attn: Richard Feldman
P.O. Box 1694
New Haven, CT 06507-1694

Gordon Wisbach
18 Ripley Terrace
Newton Centre, MA 02459-2147

Guarino Homes, LLC
Attn: President
258 Rye Street
Broad Brook, CT 06016-9560

Hartford 21, LLC
Attn: President/Manager
221 Trumbull Street
Hartford, CT 06103-1500

Hartford Hospital
Attn: President
80 Seymour Street
Hartford, CT 06106-3300

Ian Bjorkman
900 Chapel Street, Unit 621
New Haven, CT 06510-2806

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A,
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001-9013

Levine Paint & Auto Supply, Inc.
Attn: President
118 South Street
Danbury, CT 06810-8070

Nordstrom/Td Bank USA
Attn: President
13531 E Caley Ave
Englewood, CO 80111-6504

PYOD, LLC
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Premier Financial Services LLC
c/o Evans, Feldman & Associates, LLC
261 Bradley Street
New Haven, CT 06510-1110

| | |
|---|---|
| Rolls-Royce Motor Cars NA, LLC<br>Attn: President<br>300 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677-7739 | Small Business Association<br>Attn: Manager<br>280 Trumbull Street, 2nd Floor<br>Hartford, CT 06103-5303 |
| State of Connecticut<br>Department of Revenue Services<br>Attn: Collections Unit<br>P.O. Box 2936<br>Hartford, CT 06104-2936 | Steve Courtney<br>767 Bridgeport Avenue<br>Milford, CT 06460-3132 |
| Tom Pippoli<br>c/o Attorney Richard Zeisler<br>1000 Lafayette Boulevard<br>Bridgeport, CT 06604-4725 | U.S. Attorney General<br>Connecticut Financial Center<br>Attn: Processing Clerk<br>157 Church Street, 23rd Floor<br>New Haven, CT 06510-2102 |
| Wells Fargo Bank, N.A<br>Wells Fargo Servicing Center<br>MAC Q2132-023<br>P.O. Box 94423<br>Albuquerque, NM 87199 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>MAC F8235-02F<br>P.O. Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>Attn: President<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Brigette Sorenson<br>160 Boggs Hill Road<br>Newtown, CT 06470-1969 |
| Herlof Sorenson<br>160 Boggs Hill Road<br>Newtown, CT 06470-1969 | Verdolino & Lowey, P.C.<br>Attn: President<br>124 Washington Street<br>Foxborough, MA 02035-1368 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>P.O Box 788<br>Kirkland, WA 98083-0788 | |

3. **Parties Served Via ECF on January 5, 2023**

- **Richard A. Braden**  rbraden@goldbergsegalla.com
- **Gary J. Greene**  bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com
- **Emanuel Kataev**  emanuel@mllaborlaw.com
- **Houston Putnam Lowry**  ptl@hplowry.com
- **Bonnie C. Mangan**  Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com
- **Bennet J. Moskowitz**  bennet.moskowitz@troutman.com
- **James G. Verrillo**  jverrillo@znclaw.com
- **Richard D. Zeisler**  rzeisler@znclaw.com

Dated: New Haven, Connecticut
January 5, 2023

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Holley L. Claiborn
Holley L. Claiborn
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building, Room 302
150 Court Street
New Haven, CT 06510
Holley.L.Claiborn@usdoj.gov
Federal Bar No.: ct17216 (Connecticut)
(203) 773-2210