UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| JOHN WAYNE MOCADLO, | Case No. 21-20971 (JJT) |
| Debtor. | RE: ECF NO. 132 |

ORDER GRANTING THE UNITED STATES TRUSTEE'S FIFTH
MOTION TO EXTEND THE TIME TO FILE A MOTION
UNDER 11 U.S.C. § 707(b) AND TO EXTEND THE TIME
TO FILE A COMPLAINT UNDER 11 U.S.C. § 727
OBJECTING TO DEBTOR'S DISCHARGE

The United States Trustee having filed a motion seeking a fifth extension of time for United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, and with consent of the Debtor, and it appearing that the relief in the Motion should be granted, it is hereby

**ORDERED,** that the time for the United States Trustee and Chapter 7 Trustee Bonnie Mangan to file a motion pursuant to 11 U.S.C. § 707(b) or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is further extended to **May 24, 2023.**

Dated at Hartford, Connecticut this 10th day of January, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut