UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-20971 (JJT) |
| JOHN WAYNE MOCADLO, | CHAPTER 7 |
| DEBTOR(S) | January 26, 2023 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 26th day of January, 2022 the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section II below.

I. <u>Documents Served:</u>

    1. Application to Employ Special Counsel (ECF No. 134);

    2. Any Exhibits to the Motion;

    3. Proposed Order;

    4. Notice of Hearing (ECF No. 135)

II. <u>Parties Served:</u>

John Wayne Mocadlo
18 Laurel Heights
Meriden, CT 06451
(Debtor)

Attorney Gary J. Greene
Greene Law, P.C.    bankruptcy@greenelawpc.com
11 Talcott Notch Road
Farmington, CT 06032
(Counsel for the Debtor)

Emanuel Kataev, Esq.
Milman Labuda Law Group, PLLC   emanuel@mllaborlaw.com
3000 Marcus Avenue, Stuite 3W8
Lake Success, NY 11042
Craig Jarlbert, CPA
Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035


Attorney Joanna M. Kornafel   jkornafel@gs-lawfirm.com
Green & Sklarz, LLC
One Audubon St. 3rd Floor
New Haven, CT 06511

All creditors on attached Schedule A


Dated at South Windsor, CT this 26th day of January, 2023


　　　/s/ Bonnie C. Mangan　　

Bonnie C. Mangan
TR 03759

21-20971 John Wayne Mocadlo
Schedule A

List of Creditors Served

**Ally Financial**
Attn: President
200 Renaissance Ctr # B0
Detroit, MI 48243

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**American Express National Bank**
c/o Becket and Lee LLP
Attn: Managing Member
PO Box 3001
Malvern PA 19355-0701

**American Guardian Warranty Services, Inc.**
Houston Putnam Lowry c/o Ford & Paulekas
280 Trumbull Street-Suite 2200
Hartford, CT 06103

**Amex**
Attn: President
Po Box 297871
Fort Lauderdale, FL 33329

**Attention to Detail**
Attn: President
195 deKoven Drive
Middletown, CT 06457

**Barclays Bank Delaware**
Attn: President

Po Box 8803
Wilmington, DE 19899

**Carreira & Wojciechowski, LLC**
19 New Preston Hill Road
New Preston Marble Dale, CT 06777

**Carreira & Wojciechowski, LLC**
**Attn: Managing Member**
19 New Preston Hill Road
New Milford, CT 06776

**COMCAST**
**Attn: President**
PO BOX 1931
Burlingame, CA 94011

**Connecticut Office of the Attorney General**
**Attn: Attorney General**
165 Capitol Avenue
Hartford, CT 06106

**Credit Collection Serv**
Attn: President
725 Canton St
Norwood, MA 02062

**Evans, Feldman & Associates**
Attn: Richard Feldman
PO Box 1694
New Haven, CT 06507

**Gordon Wisbach**
18 Ripley Terrace
Newton Centre, MA 02459

**Guarino Homes, LLC**
Attn: President
258 Rye Street
Broad Brook, CT 06016

**Hartford 21, LLC**
Attn: Managing Member
221 Trumbull Street
Hartford, CT 06103

**Hartford Hospital**
Attn: President

80 Seymour Street
Hartford, CT 06106

**Attorney Houston Putnam Lowry**
c/o Ford & Paulekas
280 Trumbull Street-Suite 2200
Hartford, CT 06103

**Ian Bjorkman**
900 Chapel Street, Unit 621
New Haven, CT 06510

**Internal Revenue Service**
**Attn: Commissioner**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jpmcb Auto**
Attn: President
700 Kansas Ln
Monroe, LA 71203

**Jpmcb Card**
Attn: President
Po Box 15369
Wilmington, DE 19850

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**L. Thomas Pipoli**
c/o Richard D. Zeisler, Esq.
Zeldes Needle & Cooper, P.C.
1000 Lafayette Boulevard, 7th Floor
Bridgeport, CT 06604

**Levine Paint & Auto Supply, Inc.**
Attn: President
118 South Street
Danbury, CT 06810

**Nordstrom/Td Bank Usa**
Attn: President
13531 E Caley Ave
Englewood, CO 80111

**Premier Financial Services LLC**
c/o Evans, Feldman & Associates, LLC
261 Bradley Street
New Haven, CT 06510

**PYOD, LLC**
Resurgent Capital Services
Attn: Managing Member
PO Box 19008
Greenville, SC 29602

**Rolls-Royce Motor Cars NA, LLC**
Attn: President
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

**Small Business Association**
**Attn: Administrator**
280 Trumbull Street, 2nd Floor
Hartford, CT 06103

**State of Connecticut**
Department of Revenue Services
Attn: Collection Unit Bankruptcy Team
450 Columbus Boulevard
Suite 1
Hartford, CT 06103-1837

**Steve Courtney**
767 Bridgeport Avenue
Milford, CT 06460

**Tom Pippoli**
c/o Richard Zeisler
1000 Lafayette Boulevard
Bridgeport, CT 06604

**U.S. Attorney's Office**
**Attn: Civil Processing Clerk**
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510


**Attorney General of the United States**
U.S. Department of Justice
Attn: Attorney General
950 Pennsylvania Avenue

Washington, DC 20530-0001

**Wells Fargo**
Attn: President
Po Box 14517
Des Moines, IA 50306

**Wells Fargo**
Attn: President
Po Box 94435
Albuquerque, NM 87199

**Wells Fargo Bank, N.A.**
**Attn: President**
435 Ford Road, Suite 300
St Louis Park, MN 55426-1063