# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| JOHN WAYNE MOCADLO | : | Case No. 21-20971 (JJT) |
| Debtor | : | |
| | : | February 14, 2023 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel to Bonnie C. Mangan, Chapter 7 Trustee, in the above matter.

                                                    **BONNIE C. MANGAN**
                                                    **CHAPTER 7 TRUSTEE**

By:    */s/Joanna M. Kornafel*
           Joanna M. Kornafel (ct29199)
           Green & Sklarz LLC
           One Audubon Street, Third Floor
           New Haven, CT 06511
           (203) 285-8545
           Fax: (203) 764-2682
           Email: jkornafel@gs-lawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: February 14, 2023

                                            /s/ *Joanna Kornafel*
                                            Joanna Kornafel, Esq.