**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| JOHN WAYNE MOCADLO | : | Case No. 21-20971 (JJT) |
| | : | |
| Debtor | : | Re: ECF No. 134 |
| | : | |

**ORDER APPROVING APPLICATION TO RETAIN GREEN & SKLARZ
LLC AS COUNSEL TO CHAPTER 7 TRUSTEE, BONNIE C. MANGAN**

Upon the *Application to Retain Green & Sklarz LLC as Counsel to Chapter 7 Trustee, Bonnie C. Mangan* (the "Application"), filed by the duly appointed Chapter 7 Trustee for the above-captioned bankruptcy case, Bonnie C. Mangan (the "Trustee"), seeking authorization to employ Green & Sklarz LLC ("G&S"), as counsel for the Trustee of this estate, as set forth in the Application, and the Court being satisfied that, (i) pursuant to Title 11, United States Code, § 327(a), neither G&S nor Joanna M. Kornafel, Esq., who is expected to act as primary counsel to the Trustee, nor any other attorney at G&S, holds or represents an interest adverse to the estate, and that they are disinterested in the matters upon which they are to be engaged, and (ii) pursuant to § 327(a), said employment is in the best interest of the estate, and it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 327(a), effective as of December 25, 2022, the Application is APPROVED, and the Trustee is hereby authorized to retain G&S as her counsel to represent the Trustee (a) on a contingency fee basis of 33% of money recovered for the estate through its efforts, and (b) on an hourly basis for claims objections, except that G&S shall not commence services related to claims objections until after the Trustee has reviewed proofs of claim, made demand upon creditors regarding her assessment of the allowability of their proofs of claim, and been ignored or rebuffed; and it is hereby

**ORDERED**, that G&S is directed to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Procedure; and it is further

**ORDERED** that the allowance and payment or reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further orders of the Court pursuant to 11 U.S.C. §§ 330(a) and 331 after notice and hearing upon proper application.

Dated at Hartford, Connecticut this 17th day of February, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut