United States Bankruptcy Court
District of Connecticut

In re:  
John Wayne Mocadlo  
    Debtor

Case No. 21-20971-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 17, 2023     Form ID: pdfdoc2     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Feb 17 2023 18:33:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bennet J. Moskowitz | on behalf of Interested Party Wells Fargo Bank N.A. bennet.moskowitz@troutman.com |
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdfdoc2 | Total Noticed: 2 |

Emanuel Kataev
    on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com

Gary J. Greene
    on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com greene.garyb116292@notify.bestcase.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry
    on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
    on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Joanna M. Kornafel
    on behalf of Trustee Bonnie C. Mangan jkornafel@gs-lawfirm.com ctecf_admin@gs-lawfirm.com;jkornafel@ecf.courtdrive.com

Kari A. Mitchell
    on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

Richard A. Braden
    rbraden@goldbergsegalla.com

Richard D. Zeisler
    on behalf of Creditor Charles Klewin rzeisler@znclaw.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| JOHN WAYNE MOCADLO | : | Case No. 21-20971 (JJT) |
| Debtor | : | Re: ECF No. 134 |

### ORDER APPROVING APPLICATION TO RETAIN GREEN & SKLARZ LLC AS COUNSEL TO CHAPTER 7 TRUSTEE, BONNIE C. MANGAN

Upon the *Application to Retain Green & Sklarz LLC as Counsel to Chapter 7 Trustee, Bonnie C. Mangan* (the "Application"), filed by the duly appointed Chapter 7 Trustee for the above-captioned bankruptcy case, Bonnie C. Mangan (the "Trustee"), seeking authorization to employ Green & Sklarz LLC ("G&S"), as counsel for the Trustee of this estate, as set forth in the Application, and the Court being satisfied that, (i) pursuant to Title 11, United States Code, § 327(a), neither G&S nor Joanna M. Kornafel, Esq., who is expected to act as primary counsel to the Trustee, nor any other attorney at G&S, holds or represents an interest adverse to the estate, and that they are disinterested in the matters upon which they are to be engaged, and (ii) pursuant to § 327(a), said employment is in the best interest of the estate, and it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 327(a), effective as of December 25, 2022, the Application is APPROVED, and the Trustee is hereby authorized to retain G&S as her counsel to represent the Trustee (a) on a contingency fee basis of 33% of money recovered for the estate through its efforts, and (b) on an hourly basis for claims objections, except that G&S shall not commence services related to claims objections until after the Trustee has reviewed proofs of claim, made demand upon creditors regarding her assessment of the allowability of their proofs of claim, and been ignored or rebuffed; and it is hereby

**ORDERED**, that G&S is directed to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Procedure; and it is further

**ORDERED** that the allowance and payment or reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further orders of the Court pursuant to 11 U.S.C. §§ 330(a) and 331 after notice and hearing upon proper application.

Dated at Hartford, Connecticut this 17th day of February, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut