**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------------------X

In re:                                                                Case No: 2:21-bk-20971

JOHN WAYNE MOCADLO,                                  Chapter 7

                             Debtor.                                              April 21, 2023

-----------------------------------------------------------------------X

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

        Creditors Robert Urrutia, Team Auto Group LLC, Herlof Sorenson, and Bridget Sorenson have filed a Motion to Extend Time to file: (i) a Nondischargeability Complaint; and (ii) Object to Discharge (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than May 8, 2023. In the absence of a timely filed response, the proposed order in the Contested Matter may enter without further notice and hearing, see, 11 U.S.C. § 102(1).

Dated:   Lake Success, New York
             April 21, 2023

                                                              /s/ Emanuel Kataev, Esq.
                                                               Emanuel Kataev, Esq.

To:     all parties of record (via ECF).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No: 2:21-bk-20971 |
| JOHN WAYNE MOCADLO, | Chapter 7 |
| Debtor. | April 21, 2023 |

-----------------------------------------------------------------------X

### MOTION TO EXTEND TIME
### TO FILE NONDISCHARGEABILITY COMPLAINT AND OBJECT TO DISCHARGE

Creditors Robert Urrutia, Team Auto Group LLC, Herlof Sorenson, and Bridget Sorenson (collectively hereinafter the "Creditors") respectfully move to extend their time to file: (i) a Nondischargeability Complaint; and (ii) Object to the Debtor's Discharge to December 31, 2023 as follows:

1. Debtor filed the instant case on October 20, 2021. See ECF Docket Entry 1.

2. On June 30, 2022, this Court entered a notice setting proof of claim deadline after trustee's report of assets, setting October 28, 2022 as the deadline to file any proof of claim. See ECF Docket Entry 37.

3. In or about August 2022, Robert Urrutia was served with a subpoena for a Rule 2004 examination. This was the first time he learned about this bankruptcy.

4. Although the Creditors were not otherwise notified of this bankruptcy petition by the Debtor, they each timely filed a proof of claim. See Claims Nos. 17-20.

5. The bar date for filing of proofs of claim was nondischargeability was originally January 18, 2022, and was set on October 21, 2021. See ECF Docket Entry 5.

6. The Creditors did not meet this deadline because, as set forth above, they were unaware of the existence of this case.

7. Since then, the United States Trustee has requested, and received, five (5) extensions of the deadline for filing a complaint pursuant to 11 U.S.C. §§ 707(b) and 727. <u>See</u> ECF Docket Entries 16, 20, 38, 74, and 133.

8. The current deadline to file a complaint pursuant to 11 U.S.C. §§ 707(b) and 727 is May 24, 2023. <u>See</u> ECF Docket Entry 133.

9. The Debtor consented to each of the United States Trustee's requested extensions.

10. The Creditors' proofs of claim are each for amounts more than a million dollars.

11. The Creditors wish to avail themselves of discovery to determine the viability of a nondischargeability complaint pursuant to 11 U.S.C. §523 or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.

12. The Debtor suffers no prejudice by the requested extension as evidenced by his consent to the United States Trustee's requests for similar extensions.

13. On April 21, 2023, pursuant to Local District Court Rule 7(b), undersigned counsel contacted Counsel for the Debtor about the requested extension.

14. On April 21, 2023, Counsel for the Debtor declined to consent to the relief requested in this motion.

**WHEREFORE**, the Creditors respectfully requests that this Court enter an order (a) further extending until December 31, 2023, the time within which the Creditors may file a nondischargeability complaint pursuant to 11 U.S.C. §523 or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727

Dated:  Lake Success, New York
        April 21, 2023

                                            <u>/s/ Emanuel Kataev, Esq.</u>
                                            Emanuel Kataev, Esq.

To:  all parties of record (via ECF).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

--------------------------------------------------------------------X

In re:                                                                                           Case No: 2:21-bk-20971

JOHN WAYNE MOCADLO,                                              Chapter 7

                    Debtor.

--------------------------------------------------------------------X

**ORDER GRANTING THE CREDITORS' MOTION TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 523(A) AND TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 OBJECTING TO DEBTOR'S DISCHARGE**

      The Creditors Robert Urrutia, Team Auto Group LLC, Herlof Sorenson, and Bridget Sorenson (collectively hereinafter the "Creditors") having filed a motion seeking an extension of time for them to file a complaint pursuant to 11 U.S.C. § 523 and/or to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, and over the objection of the Debtor, and it appearing that the relief in the Motion should be granted, it is hereby

      **ORDERED**, that the time for the Creditors to file a complaint pursuant to 11 U.S.C. § 523 or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is further extended to December 31, 2023.