# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 24, 2023

In re:

John Wayne Mocadlo
Debtor*

Case Number: 21−20971
Chapter: 7

### NOTICE OF APPEARANCE DEFICIENCY NOTICE

Attorney Emanuel Kataev has filed a/an Motion to Extend Time to Object to Discharge, ECF No. 145, but has not complied with D. Conn. L. Civ. R. 5(b), D. Conn. Bankr. L.R. 1001−1(b) and with D. Conn. Bankr. L.R. 9010−1(b)(1) which require an attorney entering an appearance in a case under the Bankruptcy Code, or in any matter commenced by a complaint or motion, shall first file a Notice of Appearance with the Court and serve the same upon the Debtor or the debtor−in−possession, any trustee, any committee and its counsel, the United States Trustee, appearing counsel, and parties requesting notice, and, if in an adversary proceeding, any party to such proceeding. The appearance should contain all of the information with the attorney's signature as set forth in Appendix A, Section 10(c)(i).

Failure to cure this deficiency may result in the Court not addressing the filed Motion to Extend Time to Object to Discharge, ECF No. 145.

Connecticut Local Form: Notice of Appearance can be found at www.ctb.uscourts.gov.

Dated: April 24, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 200 − kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.