UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

John Wayne Mocadlo

Debtor

Case No. 21-20971-JJT

Chapter 7

## OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE NONDISCHARGEABILITY COMPLAINT

The Debtor, by and through his undersigned counsel, hereby objects to Robert Urrutia, Team Auto Group LLC, Herlof Sorenson and Bridget Sorenson (collectively the "Purported Creditors") Motion to Extend Time to File Nondischargeability Complaint and Object to Discharge [ECF 145], and represents as follows:

1. On October 20, 2021, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

2. The Debtor did not list the Purported Creditors on his bankruptcy petition as, to the best of his knowledge and belief, the Purported Creditors were not in possession of a valid claim against his bankruptcy estate.

3. The Purported Creditors seemingly received notice of the Debtor's bankruptcy filing as early as August, 2022 (*see* ECF 145 at ¶3).

4. The Purported Creditors have taken no action since August, 2022 to determine if they have a claim for nondischargeability, and now wish to delay the administration of this case by an additional seven (7) months.

5. It is respectfully submitted that, notwithstanding the Purported Creditors' claim of lack of notice, that their waiting eight (8) months from appearing in this case to file the instant

motion for additional time to seek nondischargeability and engage in further costly discovery is untimely and prejudicial to the administration of the Debtor's case.

WHEREFORE, the Debtor requests that ECF 145 be denied.

DATED:   April 25, 2023                    THE DEBTOR
         Farmington, Connecticut           John Wayne Mocadlo

                                    By:    */s/ Gary J. Greene*
                                           Gary J. Greene, Esq. (ct09039)
                                           Greene Law, P.C.
                                           11 Talcott Notch Road
                                           Farmington, CT 06032
                                           860-676-1336 (t)
                                           860-676-2250 (f)
                                           bankruptcy@greenelawpc.com (e)
                                           *Counsel for John Wayne Mocadlo*

## Certification of Service

I hereby certify that on April 25, 2023, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           */s/ Gary J. Greene*
                                           Gary J. Greene