# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 8, 2023

In re:

    John Wayne Mocadlo  
    Debtor*

Case Number: 21−20971  
Chapter: 7

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable James J. Tancredi on May 11, 2023 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.

Dated: May 8, 2023

    Pietro Cicolini  
    Clerk of Court

United States Bankruptcy Court  
District of Connecticut  
450 Main Street, 7th Floor  
Hartford, CT 06103

Tel. (860) 240−3675  
VCIS* (866) 222−8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form zoomclrk − lbw