United States Bankruptcy Court

District of Connecticut

In re:                                                              Case No. 21-20971-jjt

John Wayne Mocadlo                                         Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0205-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: zoomclrk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 18:38:36 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bennet J. Moskowitz | on behalf of Interested Party Wells Fargo Bank  N.A. bennet.moskowitz@troutman.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Emanuel Kataev | on behalf of Creditor Team Auto Group LLC emanuel@mllaborlaw.com |
| Emanuel Kataev | on behalf of Creditor Bridget Sorenson emanuel@mllaborlaw.com |

District/off: 0205-2                              User: admin                                  Page 2 of 2
Date Rcvd: May 08, 2023                          Form ID: zoomclrk                             Total Noticed: 1

Emanuel Kataev
               on behalf of Creditor Herlof Sorenson emanuel@mllaborlaw.com

Emanuel Kataev
               on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com

Gary J. Greene
               on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com  greene.garyb116292@notify.bestcase.com

Holley L. Claiborn
               on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Houston Putnam Lowry
               on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com

James G. Verrillo
               on behalf of Creditor Charles Klewin jverrillo@znclaw.com

Joanna M. Kornafel
               on behalf of Trustee Bonnie C. Mangan jkornafel@gs-lawfirm.com  ctecf_admin@gs-lawfirm.com;jkornafel@ecf.courtdrive.com

Kari A. Mitchell
               on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov

Richard A. Braden
               rbraden@goldbergsegalla.com

Richard D. Zeisler
               on behalf of Creditor Charles Klewin rzeisler@znclaw.com

U. S. Trustee
               USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 16

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 8, 2023

In re:

    John Wayne Mocadlo
    Debtor*

Case Number: 21−20971
Chapter: 7

**Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing**

The scheduled hearing or conference before the Honorable James J. Tancredi on May 11, 2023 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.

Dated: May 8, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoomclrk − lbw