United States Bankruptcy Court
District of Connecticut

In re:                                                                                      Case No. 21-20971-jjt
John Wayne Mocadlo                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2                                         User: admin                                                   Page 1 of 3
Date Rcvd: May 11, 2023                              Form ID: pdfdoc1                                     Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wayne Mocadlo, 18 Laurel Heights, Meriden, CT 06451-5425 |
| cr | + | American Guardian Warranty Services, Inc., 4450 Weaver Parkway, Suite 200, Warrenville, IL 60555-3253 |
| cr | + | Charles Klewin, c/o James G. Verrillo, Zeldes Needle & Cooper, P.C., 1000 Lafayette Blvd., 7th Floor Bridgeport, CT 06604-4725 |
| acc | + | Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |
| cr | | Wells Fargo Bank, N.A., Wells Fargo Servicing Center, MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 9356927 | + | American Guardian Warranty Services, Inc., Houston Putnam Lowry c/o Ford & Paulekas, 280 Trumbull Street-Suite 2200, Hartford, CT 06103-3509 |
| 9325205 | + | Attention to Detail, Attn: President, 195 deKoven Drive, Middletown, CT 06457-3459 |
| 9385039 | | Brigette Sorenson, 160 Boggs Hill Road, Newtown, CT 06470-1969 |
| 9325208 | + | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Preston Marble Dale, CT 06777-1508 |
| 9325207 | | Carreira & Wojciechowski, LLC, 19 New Preston Hill Road, New Milford, CT 06776 |
| 9381139 | + | Charles Klewin, c/o Richard D. Zeisler, Esq., Zeldes Needle & Cooper, P.C., 1000 Lafayette Boulevard, Bridgeport, CT 06604-4721 |
| 9325210 | + | Connecticut Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106-1668 |
| 9325212 | + | Evans, Feldman & Associates, Attn: Richard Feldman, PO Box 1694, New Haven, CT 06507-1694 |
| 9325213 | + | Gordon Wisbach, 18 Ripley Terrace, Newton Centre, MA 02459-2147 |
| 9325214 | + | Guarino Homes, LLC, Attn: President, 258 Rye Street, Broad Brook, CT 06016-9560 |
| 9325215 | + | Hartford 21, LLC, 221 Trumbull Street, Hartford, CT 06103-1500 |
| 9325216 | + | Hartford Hospital, Attn: President, 80 Seymour Street, Hartford, CT 06106-3300 |
| 9385038 | | Herlof Sorenson, 160 Boggs Hill Road, Newtown, CT 06470-1969 |
| 9325203 | + | Houston Putnam Lowry, c/o Ford & Paulekas, 280 Trumbull Street-Suite 2200, Hartford, CT 06103-3508 |
| 9325217 | + | Ian Bjorkman, 900 Chapel Street, Unit 621, New Haven, CT 06510-2806 |
| 9367922 | + | L. Thomas Pipoli, c/o Richard D. Zeisler, Esq., Zeldes Needle & Cooper, P.C., 1000 Lafayette Boulevard, 7th Floor, Bridgeport, CT 06604-4725 |
| 9325221 | + | Levine Paint & Auto Supply, Inc., Attn: President, 118 South Street, Danbury, CT 06810-8070 |
| 9384702 | + | Nissan Extended Services North America, Inc., Attn: Richard A. Braden, 665 Main Street, Buffalo, NY 14203-1425 |
| 9384645 | + | Nissan Motor Acceptance Co., LLC, Attn: Richard A. Braden, 665 Main Street, Buffalo, NY 14203-1425 |
| 9325223 | + | Premier Financial Services LLC, c/o Evans, Feldman & Associates, LLC, 261 Bradley Street, New Haven, CT 06510-1110 |
| 9384727 | + | Robert Urrutia, c/o Milman Labuda Law Group PLLC, Attn: Emanuel Kataev, Esq., 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073 emanuel@mllaborlaw.com 11042-1009 |
| 9325224 | + | Rolls-Royce Motor Cars NA, LLC, Attn: President, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677-7739 |
| 9325225 | + | Small Business Association, 280 Trumbull Street, 2nd Floor, Hartford, CT 06103-5303 |
| 9325226 | + | State of Connecticut, Department of Revenue Services, PO Box 2936, Hartford, CT 06104-2936 |
| 9325227 | + | Steve Courtney, 767 Bridgeport Avenue, Milford, CT 06460-3132 |
| 9384746 | + | Team Auto Group LLC, c/o Milman Labuda Law Group PLLC, Attn: Emanuel Kataev, Esq., 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1009 |
| 9325228 | + | Tom Pippoli, c/o Richard Zeisler, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 9325229 | + | U.S. Attorney General, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven, CT 06510-2102 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 11 2023 18:29:47 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9325202 | + | Email/Text: ally@ebn.phinsolutions.com | May 11 2023 18:25:00 | Ally Financial, Attn: President, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |

| 9370979 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | May 11 2023 18:41:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9325204 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | May 11 2023 18:41:02 | Amex, Attn: President, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 9325206 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | May 11 2023 18:25:00 | Barclays Bank Delaware, Attn: President, Po Box 8803, Wilmington, DE 19899-8803 |
| 9367709 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | May 11 2023 18:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 9325211 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | May 11 2023 18:25:00 | Credit Collection Serv, Attn: President, 725 Canton St, Norwood, MA 02062-2679 |
| 9325218 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 11 2023 18:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9325219 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 11 2023 18:30:12 | Jpmcb Auto, Attn: President, 700 Kansas Ln, Monroe, LA 71203 |
| 9325220 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 11 2023 18:41:00 | Jpmcb Card, Attn: President, Po Box 15369, Wilmington, DE 19850 |
| 9368714 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | May 11 2023 18:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 9325222 | + | Email/Text: bnc@nordstrom.com | | |
| | | | May 11 2023 18:25:44 | Nordstrom/Td Bank Usa, Attn: President, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 9366180 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 11 2023 18:40:50 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 9383270 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 11 2023 18:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 9366077 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | May 11 2023 18:40:35 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 9380828 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | May 11 2023 18:41:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridget Sorenson |
| cr | | Herlof Sorenson |
| cr | | Robert Urrutia |
| cr | | Team Auto Group LLC |
| intp | | Wells Fargo Bank, N.A. |
| 9370980 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9371485 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0205-2            User: admin            Page 3 of 3
Date Rcvd: May 11, 2023            Form ID: pdfdoc1            Total Noticed: 49

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bennet J. Moskowitz | on behalf of Interested Party Wells Fargo Bank  N.A. bennet.moskowitz@troutman.com |
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com  ct19@ecfcbis.com;becky.avery@manganlaw.com |
| Emanuel Kataev | on behalf of Creditor Herlof Sorenson emanuel@mllaborlaw.com |
| Emanuel Kataev | on behalf of Creditor Robert Urrutia emanuel@mllaborlaw.com |
| Emanuel Kataev | on behalf of Creditor Team Auto Group LLC emanuel@mllaborlaw.com |
| Emanuel Kataev | on behalf of Creditor Bridget Sorenson emanuel@mllaborlaw.com |
| Gary J. Greene | on behalf of Debtor John Wayne Mocadlo bankruptcy@greenelawpc.com  greene.garyb116292@notify.bestcase.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Houston Putnam Lowry | on behalf of Creditor American Guardian Warranty Services  Inc. ptl@hplowry.com |
| James G. Verrillo | on behalf of Creditor Charles Klewin jverrillo@znclaw.com |
| Joanna M. Kornafel | on behalf of Trustee Bonnie C. Mangan jkornafel@gs-lawfirm.com  ctecf_admin@gs-lawfirm.com;jkornafel@ecf.courtdrive.com |
| Kari A. Mitchell | on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov |
| Richard A. Braden | rbraden@goldbergsegalla.com |
| Richard D. Zeisler | on behalf of Creditor Charles Klewin rzeisler@znclaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------------------X

In re:                                                    Case No: 2:21-

JOHN WAYNE MOCADLO,                                       bk-20971 Chapter 7

                         Debtor.                          RE: ECF No. 145

-----------------------------------------------------------------------X

### ORDER ON MOTION TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 523(A) AND TO EXTEND THE TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 OBJECTING TO DEBTOR'S DISCHARGE

      The Creditors Robert Urrutia, Team Auto Group LLC, Herlof Sorenson, and Bridget Sorenson (collectively hereinafter the "Creditors") having filed a motion seeking an extension of time for them to file a complaint pursuant to 11 U.S.C. § 523 and/or to file a complaint objecting to the discharge of John Wayne Mocadlo (the "Debtor") pursuant to 11 U.S.C. § 727, and over the objection of the Debtor, and it appearing that the relief in the Motion should be granted, it is hereby

      **ORDERED**, that the time for the Creditors to file a complaint pursuant to 11 U.S.C. § 523 or to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 of the Bankruptcy Code is further extended to September 15, 2023.

      Dated at Hartford, Connecticut this 11th day of May, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut