

P.O. Box 6
Rocky Hill, CT 06067-0066

📞 860.513.5000 (local)
   800.526.6933 (toll-free)

🌐 nutmegstatefcu.org

E

| Member # | Statement Period | Page |
|---|---|---|
| *******975 | Thru 10/31/21 | 1 of 1 |

| Account Balance Summary | | |
|---|---|---|
| 0001  Business Share Account | $ | 25.00 |
| 0002  Business Checking Account | $ | 26,704.09 |
| 0003  Payroll | $ | 0.00 |
| 0009  Sub Share Account | $ | 0.00 |

THE HARTFORD AUTO GROUP INC
398-412 NEW PARK AVE
HARTFORD CT 06106

## BUSINESS SHARE ACCOUNT  1

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 25.00 | $ 0.00 | $ 0.00 | $ 25.00 | $ 0.00 |

Joint Owner(s): John W Mocadlo

| Date | Deposit | Withdrawal | Balance | Transaction Description |
|---|---|---|---|---|
| OCT01 | | | $ 25.00 | Beginning Balance |
| | | | | No Transactions This Period |
| OCT31 | | | $ 25.00 | Ending Balance |

## BUSINESS CHECKING ACCOUNT  2

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 26,783.03 | $ 0.00 | $ 78.94 | $ 26,704.09 | $ 0.00 |

Joint Owner(s): John W Mocadlo

| Date | Deposit | Withdrawal | Balance | Transaction Description |
|---|---|---|---|---|
| OCT01 | | | $ 26,783.03 | Beginning Balance |
| OCT01 | | -78.94 | 26,704.09 | ACH Withdrawal BANKCARD, MTHLY FEES, MAC MITSUBISHI |
| OCT31 | | | $ 26,704.09 | Ending Balance |

## PAYROLL  3

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Joint Owner(s): John W Mocadlo

| Date | Deposit | Withdrawal | Balance | Transaction Description |
|---|---|---|---|---|
| OCT01 | | | $ 0.00 | Beginning Balance |
| | | | | No Transactions This Period |
| OCT31 | | | $ 0.00 | Ending Balance |

## SUB SHARE ACCOUNT  9

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Joint Owner(s): Daniel Mulryan, John W Mocadlo

| Date | Deposit | Withdrawal | Balance | Transaction Description |
|---|---|---|---|---|
| OCT01 | | | $ 0.00 | Beginning Balance |
| | | | | No Transactions This Period |
| OCT31 | | | $ 0.00 | Ending Balance |