

P.O. Box 6<br>
Rocky Hill, CT 06067-0066

📞 860.513.5000 (local)<br>
800.526.6933 (toll-free)

🌐 nutmegstatefcu.org

| Member # | Statement Period | Page |
|---|---|---|
| *******852 | Thru 12/31/21 | 1 of 1 |

| Account Balance Summary | | |
|---|---|---|
| 0001 Regular Share Account | $ | 5.00 |

JOHN W MOCADLO

## REGULAR SHARE ACCOUNT  1

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 5.00 | $ 0.00 | $ 0.00 | $ 5.00 | $ 1.67 |

Joint Owner(s): Robert Urrutia

| Date | Deposit | Withdrawal | Balance | Transaction Description |
|---|---|---|---|---|
| OCT01 | | | $ 5.00 | Beginning Balance<br>No Transactions This Period |
| DEC31 | | | $ 5.00 | Ending Balance |