# In the Matter Of:

*In re John Wayne Mocadlo*

---

## *JOHN MOCADLO*

### *June 17, 2022*





1

1                                              VOLUME 1
                                               PAGES: 1-196
2                                              EXHIBITS: 31

3

                            UNITED STATES BANKRUPTCY COURT
4                              DISTRICT OF CONNECTICUT
                                  HARTFORD DIVISION
5                           Case Number 21:20971 (JJT)
                                     Chapter 7

6

7

        ****************************************
8                                              *
        In Re:                                 *
9                                              *
        JOHN WAYNE MOCADLO                      *
10                                             *
        ****************************************
11

12

13        VIDEOCONFERENCE DEPOSITION OF JOHN WAYNE MOCADLO
                        Friday, June 17, 2022
14                      9:58 a.m. - 3:13 p.m.

15

16

17

18

19

20

21
        -------------Sandra A. Raymond, CSR, RPR-------------
22            Notary Public State of Connecticut
                            LEXITAS
23        (508) 478-9795  (508) 478-0595 (Fax)
                     www.LexitasLegal.com

24

2

1            A P P E A R A N C E S:

2
     (Counsel, witness, and court reporter appeared
3    remotely)

4
     Representing John Wayne Mocadlo:
5        GREENE LAW, P.C.
         11 Talcott Notch Road
6        Farmington, CT 06032
         BY:    GARY J. GREENE, ESQ.
7        (860) 676-1336
         bankruptcy@greenelawpc.com
8

9    Representing United States Trustee:
         OFFICE OF THE UNITED STATES TRUSTEE
10       Giaimo Federal Building, Room 302
         150 Court Street
11       New Haven, CT  06510
         BY:   HOLLEY L. CLAIBORN, ESQ.
12       (203) 773-2210
         holley.l.claiborn@usdoj.gov
13

14   Representing Chapter 7 Trustee:
         LAW OFFICE OF BONNIE C. MANGAN, P.C.
15       1050 Sullivan Avenue, A3
         South Windsor, CT 06074
16       BY:    BONNIE C. MANGAN, ESQ.
         (860) 644-4204
17       trusteemangan@yahoo.com

18
     Also present:
19       John Thomas, Lexitas Video Monitor
         Jennifer Morey, Paralegal
20

21

22

23

24

3

1                          I N D E X

2

3    WITNESS                                    PAGE

4    John Wayne Mocadlo

5

6    By Miss Claiborn                           11, 188
     By Miss Mangan                             181,190

7

8    EXHIBITS                                   PAGE

9

10      1    Rule 2004 Examination Agreement          5

11      2    E-mail dated 5/26/22                     5

12      3    Copy of Pay Stub                         5

13      5    Ally Bank Documentation for BMW          5

14      6    Chapter 7 Bankruptcy Petition            5

15      7    Chapter 7 Statement of Current Monthly   5
             Income
16
        8    Schedule A/B Property                    6
17
        9    PayPal Account Information               6
18
       10    Venmo Documentation                     6
19
       11    Nutmeg State Financial Credit Union      6
20           Documents

21     11A   Application for Account at Nutmeg State   6
             Financial Credit Union
22
       12    Receipt from Nutmeg State Financial      6
23           Credit Union

24     13    Statements from KeyBank Account          6

4

1   14   Response from Wells Fargo                              7

2   16   Bank Statements for KeyBank                            7

3   17   Documentation Regarding the BMW                       7

4   18   Purchase and Sale Agreement for 27                    7
         Turnberry Road
5
    19   Promissory Note                                       7
6
    21   Promissory Note                                       7
7
    23   Unsigned Release and Settlement                       7
8        Agreement

9   24   E-mails                                               8

10  25   Unsigned Promissory Note                              8

11  32   Managing Agreement                                    8

12  34   Documents Pertaining to Hartford Auto                8
         Group and Team Imports, LLC
13
    45   Printout for Secretary of State's Office             8
14
    47   Printout of Midstate Mac, LLC Search                 8
15
    48   Printout of Enigma Strategies and                    8
16       Acquisitions, LLC Search

17  51   Credit Line for TCA Global Credit Master             9
         Fund
18
    58   Document from Blum Shapiro                            9
19
    60   2018 Tax Return                                       9
20
    67   Financial Documents                                   9
21

22
             (Exhibits attached electronically)
23

24

5

1    ------------------------------------------------------

2                    P R O C E E D I N G S

3                         9:58 a.m.

4    ------------------------------------------------------

5              (Exhibit No. 1, Rule 2004 Examination

6              Agreement, marked for identification)

7

8              (Exhibit No. 2, E-mail dated 5/26/22,

9              marked for identification)

10

11             (Exhibit No. 3, Copy of Pay Stub, marked

12             for identification)

13

14             (Exhibit No. 5, Ally Bank Documentation

15             For BMW, marked for identification)

16

17             (Exhibit No. 6, Chapter 7 Bankruptcy

18             Petition, marked for identification)

19

20             (Exhibit No. 7, Chapter 7 Statement of

21             Current Monthly Income, marked for

22             identification)

23

24

6

1    (Exhibit No. 8, Schedule A/B Property,

2    marked for identification)

3

4    (Exhibit No. 9, PayPal Account

5    Information, marked for identification)

6

7    (Exhibit No. 10, Venmo Documentation,

8    marked for identification)

9

10   (Exhibit No. 11, Nutmeg State Financial

11   Credit Union Documents, marked for

12   identification)

13

14   (Exhibit No. 11A, Application for Account

15   at Nutmeg State Financial Credit Union,

16   marked for identification)

17

18   (Exhibit No. 12, Receipt from Nutmeg

19   State Financial Credit Union, marked for

20   identification)

21

22   (Exhibit No. 13, Statements from KeyBank

23   Account, marked for identification)

24

7

1  (Exhibit No. 14, Response from Wells

2  Fargo, marked for identification)

3

4  (Exhibit No. 16, Bank Statements for

5  KeyBank, marked for identification)

6

7  (Exhibit No. 17, Documentation Regarding

8  the BMW, marked for identification)

9

10  (Exhibit No. 18, Purchase and Sale

11  Agreement for 27 Turnberry Road, marked

12  for identification)

13

14  (Exhibit No. 19, Promissory Note, marked

15  for identification)

16

17  (Exhibit No. 21, Promissory Note, marked

18  for identification)

19

20  (Exhibit No. 23, Unsigned Release and

21  Settlement Agreement, marked for

22  identification)

23

24

8

1    (Exhibit No. 24, E-mails, marked for

2    identification)

3

4    (Exhibit No. 25, Unsigned Promissory

5    Note, marked for identification)

6

7    (Exhibit No. 32, Managing Agreement,

8    marked for identification)

9

10   (Exhibit No. 34, Documents Pertaining to

11   Hartford Auto Group and Team Imports,

12   LLC, marked for identification)

13

14   (Exhibit No. 45, Printout for Secretary

15   of State's Office, marked for

16   identification)

17

18   (Exhibit No. 47, Printout of Midstate

19   Mac, LLC Search, marked for

20   identification)

21

22   (Exhibit No. 48, Printout of Enigma

23   Strategies and Acquisitions, LLC Search,

24   marked for identification)

9

```
 1              (Exhibit No. 51, Credit Line for TCA

 2              Global Credit Master Fund, marked for

 3              identification)

 4

 5              (Exhibit No. 58, Document from Blum

 6              Shapiro, marked for identification)

 7

 8              (Exhibit No. 60, 2018 Tax Return, marked

 9              for identification)

10

11              (Exhibit No. 67, Financial Documents,

12              marked for identification)

13

14              JOHN WAYNE MOCADLO, Deponent, having been

15      satisfactorily identified and duly sworn by the

16      Notary Public, deposes and states as follows:

17              MS. CLAIBORN:  Good morning, everyone.  My

18      name is Holley Claiborn.  I'm a trial attorney in the

19      Office of The United States Trustee, and we are

20      gathered here today on Zoom to do a Rule 2004

21      examination of the Chapter 7 debtor John Mocadlo in

22      connection with Bankruptcy Case Number 21-20971.

23          If I could just read a statement into the record

24      before we get started.  I want to note that this Rule
```

1    2004 examination is being taken using a video

2    connection before a court reporter who is not in the

3    same location as the witness.  Therefore, I request

4    that the parties stipulate that the examination may

5    be taken remotely before this court reporter with the

6    same effect as under Federal Rule of Bankruptcy

7    Procedure 7029 and 9014.  Mr. Greene, do you agree?

8                MR. GREENE:  I agree.

9                MS. CLAIBORN:  Trustee Mangan, do you

10   agree?

11               MS. MANGAN:  Yes.

12               MS. CLAIBORN:  Okay.  Thank you.  Before

13   we get started, I also just want to let you know

14   present with me today in my office is paralegal

15   specialist Jennifer Morey from the Office of the

16   United States Trustee.  She is the only other person

17   in my office.  If I could ask everyone to identify

18   who's in their own space before we get started.

19   Mr. Mocadlo, let's start with you.  Is anyone with

20   you today?

21               THE WITNESS:  No.  I'm alone.

22               MS. CLAIBORN:  Mr. Greene?

23               MR. GREENE:  Other than paralegals and

24   secretaries coming in and out, I'm alone.

11

```
 1            MS. CLAIBORN:  Trustee Mangan?

 2            MS. MANGAN:  I'm here, but my assistant

 3   Rebecca Avery is also outside of this room in the

 4   office, like, tending to phones, et cetera.

 5            MS. CLAIBORN:  Thank you.

 6

 7   EXAMINATION BY MS. CLAIBORN:

 8       Q.    Mr. Mocadlo, where are you testifying

 9   today from?

10       A.    221 Trumbull Street in Hartford,

11   Connecticut.  My residence.

12       Q.    Okay.  Mr. Mocadlo, I want to start

13   today's examination with a little bit of background

14   information.

15       A.    Yes.

16       Q.    First, can you tell me, are you on any

17   medications today that would impair or affect your

18   ability to give testimony?

19       A.    No.

20       Q.    Can you please tell me your date of birth?

21       A.    November 14, 1979.

22       Q.    Okay.  And you said that you're testifying

23   today from your residence on Trumbull Street in

24   Hartford?
```

12

1     A.    Yes.

2     Q.    How long have you lived there?

3     A.    Almost two years.

4     Q.    And do you rent that location?

5     A.    Yes.

6     Q.    And are you current on your rent?

7     A.    Yes.

8     Q.    What is your monthly rent?

9     A.    $2,800.

10    Q.    Mr. Mocadlo, can you tell me a little bit

11 about your educational background?  What was your

12 last year of school like?

13    A.    High school.  Twelfth grade.

14    Q.    Where did you attend high school?

15    A.    Platt High School, Meriden, Connecticut.

16    Q.    In what year did you graduate?

17    A.    1997.

18    Q.    Okay.  Before we get started on further

19 questioning today, I wanted to stop and talk about

20 items that are outstanding pursuant to the document

21 request that went along with today's 2004 examination

22 agreement, and I want to ask the status of some

23 items.  Let me start with a W-2 and 1099 and 1098

24 forms for the year 2021.  Those have not been

1   produced.

2       A.    That's not a problem, actually, and I

3   actually gave permission for my accountant to send

4   them over to Chris Vargo, who is Attorney Greene's

5   paralegal.  So that's not a problem.  I can get that.

6   Actually, I sent over every single pay stub from 2020

7   to Paralegal Vargo.  So, yeah, that shouldn't be a

8   problem whatsoever.

9       Q.    Okay.  Let's next talk about bank

10  statements.  First, let's talk about the bank

11  statements for KeyBank, account number 5395.

12      A.    And what dates?  The problem was is after

13  -- there was a garnishment, and I was locked out of

14  my bank accounts in I believe it was October of last

15  year.  I was only able to access the statements for I

16  believe it was six months, and then I can't log in or

17  get records from those anymore, but everything that I

18  was able to produce, I was able to produce up to

19  current.  So what are the time frames?

20      Q.    We had requested and have not yet received

21  statements for the months of January 2021 through

22  October 2021.

23      A.    Okay.

24      Q.    Do you have those statements?

14

1       A.    No.  I can't access anything, so whatever

2   I gave paralegal Vargo back in I believe it was

3   August or September of last year is the only thing I

4   have access to or are able to get.

5       Q.    Okay.

6       A.    But I believe it does cover those periods

7   as well, though.

8           MS. CLAIBORN:  Attorney Greene, I believe

9   that your office sent over a subpoena, but it's our

10  view of the response from the subpoena that KeyBank

11  for some reason did not comply with it and didn't

12  provide everything you asked for.

13          MR. GREENE:  Correct, and we've reached

14  out to them again to see what the issue is.  If we

15  don't get a response, I guess we'll be filing a

16  motion for an order of compliance.

17          MS. CLAIBORN:  When was the most recent

18  reach out from your end to KeyBank?

19          MR. GREENE:  It was May 23rd, I believe.

20          MS. CLAIBORN:  All right.  We'll note that

21  that's still outstanding.

22  BY MS. CLAIBORN:

23      Q.    Mr. Mocadlo, let's talk about Wells Fargo

24  accounts 7751 and 0920.  We were looking for

15

1    unredacted copies of statements.  So the unredacted

2    ones we were looking for were October 2020 through

3    December 2020 and for the month of July 2021.  The

4    copies that we received were all redacted for those

5    months, and, apparently, they were redacted by the

6    bank.  I'm not sure why.  But we had asked you to

7    follow up and get unredacted copies, so maybe you can

8    explain where we are on that process?

9              MR. GREENE:   Sure.  We reached out to

10   Wells again to find out why they redacted it.  We've

11   not gotten a response.  We've issued, I think, two

12   subpoenas or three subpoenas to Wells Fargo, and each

13   time they've come in redacted for unknown reasons.

14   And we've now reached out to the person who contacted

15   us to say that it was on its way to find out why it

16   was, but we have not gotten a response.  So I don't

17   know the answer.  I'm not sure why they're redacting

18   anything.

19   BY MS. CLAIBORN:

20       Q.    Mr. Mocadlo, do you know why the

21   statements were redacted by Wells Fargo?

22       A.    No.

23       Q.    Are you the sole account holder for those

24   two accounts, 7751 and 0920?

16

```
1         A.    Yes, ma'am.

2              MS. CLAIBORN:  Okay.  Gary -- I'm sorry.

3    Mr. Greene, when was the last time you had contact

4    with Wells Fargo?

5              MR. GREENE:  Me, was in late May.

6    Chris Vargo from my office reached out last week, but

7    no response.

8              MS. CLAIBORN:  All right.  The next was

9    for Wells Fargo 4451, and that was an account that we

10   located during our review of the documents previously

11   provided.  So that request, it only went to you from

12   our office on May 26.  So I believe your office sent

13   a subpoena, Mr. Greene.  What's the status of that?

14             MR. GREENE:  I think the date for a

15   response was last week, and they have not responded

16   for whatever reason, and we've reached out to find

17   out why not.

18   BY MS. CLAIBORN:

19        Q.    Mr. Mocadlo, are you the account holder

20   for Wells Fargo account 4451?

21        A.    I could be.  That doesn't sound familiar.

22   The 7751 and 0917 I know off the top of my head,

23   which are, but the other account number I'm not

24   familiar with, but I could have had a third account
```

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 18 of
In re John Wayne Mocadlo                                    220                              John Mocadlo
                                                                                        June 17, 2022

                                                                                              17

1   there.  I'm just -- but it could have been a very

2   small amount of money.  I'm not familiar off the top

3   of my head.

4        Q.    All right.  Let's next move on to a

5   request for a fully signed copy of the release and

6   settlement agreement and promissory note involving

7   Wakefield Court.  Were you able to locate fully

8   signed copies of those documents?

9        A.    No.  And I believe that Attorney Greene

10  requested copies as well.

11            MS. CLAIBORN:  Did that request go

12  directly to Wakefield Court, Mr. Greene?

13            MR. GREENE:  Yes.

14            MS. CLAIBORN:  When was that done?

15            MR. GREENE:  The day after you asked.  I

16  don't remember what date that was.

17  BY MS. CLAIBORN:

18       Q.    All right.  Next we had asked for a fully

19  signed copy of the February 2020 management agreement

20  with a variety of parties, including you,

21  Mr. Mocadlo.  Were you able to locate a fully signed

22  copy of that?

23       A.    No.  I don't have access to a lot of the

24  older documents.  Attorney Reiner represented me

18

```
1   through a lot of that situation, and I know -- I

2   don't know if he has an unexecuted copy or a copy of

3   it, but my old attorney, Ian Bjorkman, should have an

4   executed copy.

5           MS. CLAIBORN:  We have done our best to go

6   through all of the various documents that were

7   supplied to our office, and in the course of that

8   review, we noted that there were various forms of the

9   agreement, some of which were, I think, PDF and some

10  of which were in Word, but we weren't able to locate

11  a fully executed document that has all of its parts.

12  So does anybody have any idea where one might exist

13  or where one could be located?

14          MR. GREENE:  We -- when we subpoenaed

15  Attorney Bjorkman, his response was, here is

16  basically a copy of my entire file.  So if he doesn't

17  have it, my guess is that it may be locked up in, you

18  know, the businesses or with someone that we cannot

19  get access to, but we do not have it.  And if

20  Attorney Bjorkman doesn't have it, who represented

21  him during this, I don't know where else we can get

22  it.

23          MS. CLAIBORN:  Trustee Mangan, do you have

24  anything you want to inquire about, about documents?
```

19

1           MS. MANGAN:   The only other things I had

2   inquiries about, other than the things that are

3   missing, obviously, for both of us to look at, is the

4   -- when I asked about certain assets such as

5   Mr. Mocadlo's watches, I received a one-page document

6   with just a listing of them, and I was going to ask

7   him about, you know, how he came up with that.

8   That's really the one thing.

9       And then I'm just trying to think of what else.

10  Because a lot of the things that are missing are -- I

11  think are needed to complete some of these questions,

12  but I think for right now that's really the only

13  thing that I was going to -- I can say is actually

14  missing.

15          MS. CLAIBORN:   Okay.   Thank you.

16          MS. MANGAN:   Information about the

17  watches, yeah.

18          MS. CLAIBORN:   All right.   We'll let you

19  come back to that in a little bit.   If I could ask

20  the document technician to put up Exhibits 1 and 2,

21  for the record, I would just like to mark them.

22  Exhibit 1 should be a copy of the Rule 2004

23  examination agreement that was docketed on the

24  docket.

20

1        THE VIDEO TECH:  I apologize.  I haven't

2    been given any documents.

3        (A break was taken from 10:12 to 10:19

4        a.m.)

5        MS. CLAIBORN:  We're going to resume.  If

6    you can put Exhibit 1 on the screen, please.  I just

7    want to mark that as Exhibit 1 for the record.  This

8    is the notice of agreement with the Rule 2004

9    examination that's taking place today, and it was

10   filed in the Bankruptcy Court Docket, ECF Number 25.

11   If I could ask you, Mr. Thomas, to put Exhibit 2 on

12   the screen, please.  Okay.

13       So Exhibit 2 on the screen is just a copy of the

14   e-mail sent by Miss Morey in my office to

15   Attorney Greene and Paralegal Vargo on May 26th

16   requesting statements for the Wells Fargo account

17   4451.  Mr. Thomas, you can take that off the screen.

18   BY MS. CLAIBORN:

19       Q.    Mr. Mocadlo, I'd like to talk about your

20   current employment, if I could?

21       A.    Yes.

22       Q.    Mr. Mocadlo, are you currently employed?

23       A.    Yes.

24       Q.    Where are you employed?

21

```
 1        A.     Impossible Kicks.

 2        Q.     And what is that?

 3        A.     A sneakers company.  Sneaker resale

 4   company.

 5        Q.     Does that company function online?

 6        A.     Somewhat online and mostly in-store.

 7        Q.     And where do you work?  Online or in-store

 8   or both?

 9        A.     In-store.

10        Q.     What's the location of that store?

11        A.     West Farms Mall, 1500 New Britain Avenue

12   in West Hartford, Connecticut.

13        Q.     And do you have a work schedule at

14   Impossible Kicks in that store?

15        A.     No.

16        Q.     Do you have a job title?

17        A.     No.

18        Q.     How long have you been working for

19   Impossible Kicks?

20        A.     Fifteen months.

21        Q.     And what are your job duties?

22        A.     To help manage the stores and to assist

23   and help with the build-outs of the stores.

24        Q.     So you're using "stores" in the plural, so
```

22

1    I take that to mean there's more than one location?

2         A.    Yes.

3         Q.    And what locations are you working on

4    building out?

5         A.    There's a location opening in Woodbury

6    Commons in New York -- in Woodbury, New York.

7         Q.    Any other locations?

8         A.    That's the only one I'm working on right

9    now.

10        Q.    How many stores are there total?

11        A.    Twelve.

12        Q.    Are they spread across the United States?

13        A.    Yes.

14        Q.    And do you help to manage all 12 of those

15   stores?

16        A.    I do put my advice in, yes.

17        Q.    And what is your compensation for the work

18   that you do for Impossible Kicks?

19        A.    I get a $52,000-a-year salary.

20             MS. CLAIBORN:  Okay.  Mr. Thomas, could

21   you put up Exhibit 3, please?

22   BY MS. CLAIBORN:

23        Q.    Exhibit 3 is a copy of a pay stub for you,

24   Mr. Mocadlo, for November 5, 2021, just as an

1   example.

2        A.    Yeah.

3        Q.    So is that a typical example of your pay

4   stub for Impossible Kicks?

5        A.    Yes.

6        Q.    Okay.  And Exhibit 3, your pay stub, does

7   not indicate that it's direct deposited anywhere.

8        A.    No.

9        Q.    Okay.  So is that still the case?  Do you

10  not receive any direct deposit of your compensation

11  from Impossible Kicks?

12       A.    No.  I cash them.

13       Q.    And why don't you have direct deposit?

14       A.    Because my bank accounts were seized in

15  July of 2021, and I haven't been able to use my

16  banking.

17       Q.    And why were your bank accounts seized?

18       A.    From a wage garnishment -- or from a

19  garnishment from -- what was it called -- Woodside

20  Credit.  I believe it was Woodbury Credit out of --

21  yeah.  I can't remember the exact name of the

22  company.

23       Q.    Did that company who did a wage

24  garnishment, did they get a judgment against you?

24

1      A.     Yeah.   They got, yeah, a bank execution or

2   whatever they call it.

3      Q.     Well, those are different things.   A bank

4   execution is different from a wage garnishment.

5      A.     Yeah.   No.   It was just a bank execution

6   where they served the bank, and they took out the

7   money that was in the bank.

8      Q.     Okay.

9      A.     Sorry.

10      Q.     All right.   And what bank did they serve

11   that bank execution on?

12      A.     They served it to Wells Fargo, and they

13   served it to KeyBank.

14      Q.     Okay.   And you said that this happened

15   sometime in July of 2021?

16      A.     Yes.

17      Q.     Since then, have you opened up a bank

18   account at a different bank?

19      A.     No.

20      Q.     Are you still using the accounts at Wells

21   Fargo and KeyBank?

22      A.     No, I am not.

23      Q.     So how are you doing your banking?   How

24   are you paying your bills?

25

```
 1        A.    I take out cash.

 2        Q.    And where do you take the cash from?

 3        A.    Bank of America.

 4        Q.    And when you say that, are you referring

 5   to cashing your pay stubs from Impossible Kicks?

 6        A.    Yes.

 7        Q.    Okay.  Do you use bank accounts at Wells

 8   Fargo and KeyBank for other things?

 9        A.    No.

10        Q.    Okay.  So let me just digress for a

11   minute.  If you're paying your rent for your

12   residence, how do you go about doing that?

13        A.     I put it into a bank account, and I give

14   -- actually, I give the money to my brother, and I

15   use one of his debit cards in order to pay it because

16   that's the only way they accept it.

17        Q.    What's your brother's name?

18        A.    Wayne Mocadlo.

19        Q.    So you got it as a middle name, and he got

20   it as a first name?

21        A.    Yes.

22        Q.    Apparently, your parents enjoy the name

23   Wayne.

24        A.    My father is Wayne John.
```

26

 1       Q.    That makes sense.

 2       So if you're going to pay bills, do you commonly

 3   give money to your brother who puts it into a bank

 4   account, and then he issues payment from his bank?

 5       A.    That's the only one.  There's no other

 6   bills.

 7       Q.    Well, what about electric?  Phone?  Food?

 8       A.    I pay for everything with -- my

 9   grandmother pays for the phone, and food I pay for

10   cash, and my electric bill, I'm really behind on.

11       Q.    Okay.  Other than the $1,000 a week

12   paycheck that we're looking at as an example in

13   Exhibit 3, do you get any other form of compensation

14   from Impossible Kicks?

15       A.    No.

16       Q.    No commissions?

17       A.    No.

18       Q.    No profit sharing?

19       A.    No.

20       Q.    Okay.  Before you worked at Impossible

21   Kicks, were you employed?

22       A.    Yes.

23       Q.    Where were you employed?

24       A.    LTO.

1      Q.    Is that the full name of the company?

2      A.    LTO Auto.

3      Q.    Okay.  And where is that?

4      A.    New Britain, Connecticut on Deming Road.

5      Q.    What was your position at LTO Auto?

6      A.    I didn't have an actual position.  I would

7   just help them establish a dealer network for their

8   credit program.

9      Q.    What type of business is LTO Auto doing?

10     A.    A leasing company.

11     Q.    Leasing of new cars or pre-owned cars or

12  both?

13     A.    New and pre-owned cars, yes.

14     Q.    Can you tell me again, going a little

15  slower and maybe in a little more detail, what it is

16  you were doing for LTO Auto?

17     A.    They had a credit program that was funded

18  by an outside company where I would go to dealerships

19  and sign them up for a program for all of their

20  credit turndowns, people who wouldn't qualify for

21  auto loans, to come into LTO and lease a new or

22  pre-owned car.

23     Q.    Okay.  And who is LTO Auto arranging for

24  credit for people through?

28

```
 1        A.    A publicly traded company called LMP.

 2   They're listed on the NASDAQ as LMPX.

 3        Q.    So LMP funds leases or purchases through

 4   LTO to people with less than stellar credit?

 5        A.    Correct.

 6        Q.    And what was your compensation when you

 7   were working at LTO Auto?

 8        A.    A thousand a week.

 9        Q.    And over what period of time did you work

10   for LTO Auto?

11        A.    From November -- I'm sorry.  October of

12   2020 to January of 2020.  2021.  I'm so sorry.

13        Q.    Okay.  So the dates of your employment

14   with LTO were October 2020 through January of 2021?

15        A.    Yes.

16        Q.    Okay.  And did you go directly from

17   employment at LTO Auto to employment with Impossible

18   Kicks?

19        A.    Yes.

20        Q.    Who owns Impossible Kicks?

21        A.    It's a board of investors.

22        Q.    Do you know any members of the board?

23        A.    Yes.  Will Rondini.  Andre Pechong,

24   P-E-C-H-O-N-G.  Rod Granero and Wayne Mocadlo.
```

29

```
 1         Q.    Is that Wayne Mocadlo your brother?

 2         A.    Yes.

 3         Q.    So other than your salary from Impossible

 4   Kicks, are you currently receiving any money of any

 5   kind from any source?

 6         A.    Yes.  The only other money I'm receiving

 7   is the money from the agreement with Wakefield Court,

 8   which is a little less then $2,300 a month.

 9         Q.    Okay.  I want to come back to that.  As of

10   your bankruptcy filing, which was on

11   October 20, 2021, were you receiving any other income

12   other than your income from Impossible Kicks?

13         A.    No.

14         Q.    Okay.  No other source of monies as of

15   your bankruptcy filing other than Impossible Kicks?

16         A.    No.

17         Q.    In the year 2021, what were your sources

18   of income?

19         A.    Just Impossible Kicks.

20         Q.    I'm sorry.  Did you say only Impossible

21   Kicks?

22         A.    Yes.

23         MS. CLAIBORN:  Mr. Thomas, could you put

24   up Exhibit Number 68, please?  Mr. Thomas, can you
```

30

1  scroll down to page 60?

2  BY MS. CLAIBORN:

3      Q.    Mr. Mocadlo, Exhibit 68 that's on the

4  screen is your 2019 tax return, and I've asked the

5  technician to go to page 60 of that.  Do you see page

6  60 on your screen?

7      A.    I believe this could be page 60.

8      Q.    Well, if you look in the far left corner,

9  you're going to see 60 of 69.  Do you see that?

10     A.    Oh, yes.

11     Q.    When I say "page 60," I'm referring to the

12 PDF page.

13     A.    Yes, it's 60.

14     Q.    Okay.  So in 2019, you had some income

15 from some other sources that I wanted to ask you

16 about.

17     A.    Yes.

18     Q.    So if you can go to -- do you see there's

19 Section C on that page 60?

20     A.    Yes.

21     Q.    And there are three descriptions there.

22 One is Credit Guard Corp., one is Protective Life

23 Insurance Company, and one is Nation Motor Club, LLC.

24     A.    Yes.

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 32 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

31

1      Q.    So if we could just take them in turn, and

2   if you could explain to me what the reason was that

3   you were receiving income from those three sources.

4   So let's start with Credit Guard Corp. for which you

5   received approximately $109,000.  What was that for?

6      A.    Yes.  And all three of them are in the

7   same classification, so I'll explain.  So when I

8   owned the car dealerships, the extended warranties,

9   the gap insurance, and all the ancillary products

10  that were sold through the finance department, I

11  would get an override of the product.  So, for

12  example, when we would sell an extended warranty, I

13  would get a $50 or $100 commission directly from the

14  vendor.  So those three companies represent all of

15  those ancillary products.  Credit Guard, Protective

16  Life, and Nation Motor Club.

17     Q.    Okay.  Can you give me an idea of what you

18  would consider to be an ancillary product?

19     A.    An extended warranty contract.  Gap

20  insurance.  VIN etch.

21     Q.    I'm sorry.  What was --

22     A.    VIN etch, V-I-N, E-T-C-H.  And, like, a

23  paint protectant that we would sell as well.

24     Q.    Okay.  So for 2019, from Credit Guard you

1    got $109,000 approximately; from Protective Life

2    Insurance, you got $106,000; and from Nation Motor

3    Club, you got approximately $54,000?

4         A.    Yes.

5         Q.    How did you get those monies from those

6    companies?  Checks?

7         A.    They were hand-delivered to me as checks

8    every month.

9         Q.    Is there a life span to these sorts of

10   products and your commission?  So, for example, if

11   you were involved in the sale of one of these

12   products back in, say, 2018, how long would the life

13   span of your commission run?

14        A.    It would only run 30 days.

15        Q.    Is that true for all of the products?

16        A.    Yes.  Because in this sense, there's two

17   ways to accept money from companies that do ancillary

18   products.  Either, A, you can take a program that you

19   accrue money, and they pay you out over X amount of

20   years.  That time could be three, four, or five

21   years.  Or, B, you would take an advance up front to

22   fund and help grow your business, and the commissions

23   you get every month are monthly, and that's it.  I

24   always took the option to fund the business up front

33

1   since it was a growing business and I needed all the

2   cash I could to make the business grow.

3            MS. CLAIBORN:  Mr. Thomas, can you go to

4   the first page of this Exhibit 68, and then go down

5   to the next page, page 2.  I'm trying to get to the

6   very first page of what looks like a regular tax

7   return.  So keep going.  There you go.

8   BY MS. CLAIBORN:

9       Q.    So we're now looking at page 8 of 69 for

10  Exhibit 68.  Can you confirm for me, Mr. Mocadlo,

11  that this looks like the tax return that you filed

12  with the IRS?

13      A.    Yes, it looks like the tax return I filed

14  with the IRS.

15           MS. CLAIBORN:  All right.  Mr. Thomas, you

16  can take down Exhibit 68, and if you can please put

17  up Exhibit 67.  Can you scroll down about three or

18  four pages until we hit the very first page of the

19  tax return.  We're going to have to scroll through

20  each page because I'm not so sure if I have the

21  entirety of this particular form.  So, Mr. Thomas, if

22  you could go to the first page, please?  So we're

23  going to go page by page, Mr. Mocadlo.  So this page

24  is an e-mail.  If you go to page 2, page 2 is also

1   more e-mails.  If you go to page 3, that's another

2   part of an e-mail.  Go to page 4.  Page 4 is a W-2

3   for 2018.  The next page, please?  Page 5 is another

4   1099.  The next page, please?

5              MR. GREENE:  1098.

6              MS. CLAIBORN:  Page 6 is a 1099.  Let's go

7   to page 7.  That's a 1099.  Page 8, please.  Page 8

8   is a 1099.

9   BY MS. CLAIBORN:

10     Q.    Page 8.  This 1099 is from something

11  called Smart Payment Plan, LLC.  What is that,

12  Mr. Mocadlo?

13     A.    So we were using a biweekly payment

14  service, and every time we would sign people up for

15  this service, it would pay you a commission over

16  time.  We discontinued using this service in 2018.

17  So it takes you about a year to get all of your

18  commissions.  So I've been fully paid out from that

19  company.

20     Q.    And I don't recall seeing a Smart Payment

21  Plan 1099 for the year 2019.  Would that be

22  consistent with your explanation?

23     A.    No.  I could have been completely paid out

24  and finished by 2018 as well.  It was actually from

35

```
1    when I worked at Barberino Nissan because when we

2    went to the new -- when I went to my own dealership,

3    I didn't use the service.

4            MS. CLAIBORN:  Mr. Thomas, could you go to

5    the next page, please, page 9.  Page 9 is another

6    1099.  Let's go to page 10, which is K-1 for Hartford

7    Auto Group, Inc.  We'll go to page 11.  That's an

8    explanation page for the K-1.  Keep going to page 12,

9    please.  It's another explanation page for the K-1.

10   The next page, page 13, please.  That's an

11   explanation page for the K-1 as well.  Go to page 14,

12   please.  Okay.  So page 14 is another K-1 page.  If

13   you go to page 15, please.  Again, that's another

14   page of the K-1.  Let's go to 16, please.  That is a

15   shareholder basis worksheet for Hartford Auto Group.

16   Let's go to page 17.  That is another page of the

17   shareholder basis worksheet.  Let's go to page 18.

18   This is a worksheet for Saybrook Buick GMC.  Go to

19   page 19, please.  That is a K-1 for 4 Horsemen

20   Entertainment.  We're going to keep going to the end

21   of this document, and then I'm going to come back to

22   page 19.  So let's go to 20.  That's a K-1 for 4

23   Horsemen.  Let's go to page 21, and that is a stock

24   basis worksheet for 4 Horsemen.
```

1   BY MS. CLAIBORN:

2        Q.    So, Mr. Mocadlo, we have now scrolled

3   through all the pages of what was supposed to be a

4   2018 tax return, which looks to be incomplete to me,

5   and I would ask you to go back to Blum Shapiro or

6   CliftonLarson, whatever we're calling it right now,

7   and ask them to provide you with a complete copy of

8   the 2018 return.

9        A.    I'm not aware of what is missing.  I do

10  not know.

11       Q.    Well, for example, it doesn't have the

12  normal page that we talked about -- you know, the

13  very first page that shows your name, your address,

14  your Social Security number, and your various forms

15  of income.  All we seem to have are the documents

16  that are supportive of the income that is disclosed

17  in a tax return and not the actual return itself.

18       A.    So tax return 2018?

19       Q.    Yes.

20       A.    I gave Greene Law a complete authorization

21  to access and get all the files, and I instructed

22  Blum Shapiro to send everything over.  So, yeah, I

23  can make another phone call, but to my knowledge, I

24  thought it was complete, what was sent over.

37

1      Q.    Well, hopefully somewhere between the

2    different copies we can get a full copy sent over to

3    my office.  Thank you.

4      A.    Sure.

5      Q.    So we're going to go back to page 19 of

6    Exhibit 67.  So page 19 of Exhibit 67 is a K-1 for a

7    company called 4 Horsemen Entertainment, Inc. with an

8    address of Temple Street in New Haven.  Can you tell

9    me about that company?  What was it?

10      A.    That was a nightclub and restaurant that

11    opened in August of 2017.

12      Q.    And then what happened after that?

13      A.    It went defunct in, I believe, July 1st of

14    2018.

15      Q.    Did it close down?

16      A.    Yes.

17      Q.    Okay.  And according to this K-1, you were

18    a 45 percent shareholder in that company; is that

19    accurate?

20      A.    Yes.

21      Q.    Okay.  And when the company closed down,

22    did you get any money out of the company?

23      A.    No.

24      Q.    Okay.  Did you contribute any money to the

Case 21-20971  Doc 156-7  Filed 05/19/23  Entered 05/19/23 17:26:27  Page 39 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

38

1   company?

2        A.    Yes.

3        Q.    Did you purchase your 45 percent interest

4   for a sum of money?

5        A.    No.

6        Q.    Okay.  What money did you contribute to

7   the company and what?

8        A.    I contributed about $350,000 upon opening

9   for build-out expenses, all furniture, fixture, and

10  equipment that was needed for the nightclub and

11  restaurant.

12       Q.    And was all of that $350,000 contributed

13  in the year 2017 or earlier?

14       A.    Between 2017 and 2018.

15       Q.    Okay.  And how did you happen to have that

16  $350,000 that you contributed?  Where did it come

17  from?

18       A.    It came from my savings from working at my

19  previous job and the sale of a house in February of

20  2017.

21       Q.    And where was that house?

22       A.    I believe it was 34 Bay Shore Drive in

23  Milford, Connecticut.

24       Q.    And do you remember how much money you

39

1  made off the sale of 34 Bay Shore Drive?

2       A.    I can't say exactly, but it was somewhere

3  in the realm of about $170,000.

4       Q.    Okay.  As of today, are you still a

5  shareholder in 4 Horsemen Entertainment, Inc.?

6       A.    No.

7       Q.    And when did you stop being a shareholder?

8       A.    July 2018.

9       Q.    And how did you stop being a shareholder?

10  Did you transfer your shares?

11       A.    No.  We defaulted on the rent, and we were

12  served with a -- I believe it's called a quit.

13       Q.    And the nature of the business was what?

14  A bar?

15       A.    A bar, nightclub, restaurant, yes.

16       Q.    So the bar, nightclub, restaurant on

17  Temple Street stopped operating in July of 2018?

18       A.    Yes.

19       Q.    Did the company stop operating in July of

20  2018?

21       A.    Yes.

22       Q.    All right.  Did you ever close up the

23  company officially with the Secretary of State's

24  office for Connecticut?

40

1    A.    I can check with my accountant, but I do

2    not know for sure.

3          MS. CLAIBORN:  Mr. Thomas, you can take

4    down Exhibit 67.  Thank you.

5    BY MS. CLAIBORN:

6    Q.    Mr. Mocadlo, according to your bankruptcy

7    documents, at the time of your bankruptcy filing in

8    October of 2021, you owned a 2020 BMW.  The model was

9    an 850 XI?

10   A.    Yes.

11   Q.    Do you still have that vehicle?

12   A.    Yes.

13   Q.    Okay.  And according to the documents we

14   have seen, you were financing that purchase through

15   Ally Financial?

16   A.    Yes.

17   Q.    Are you current on your monthly payments

18   to Ally?

19   A.    I haven't made a payment in almost a year.

20   Q.    Has Ally notified you that they are going

21   to come and collect the car or seek monies?

22   A.    No.

23   Q.    Okay.  And have you volunteered to give

24   the car back?

41

 1      A.    Yes.  I explained to Attorney Greene that

 2   we can actually include that in the bankruptcy

 3   because there's just no way I can pay for it.

 4      Q.    Okay.

 5            MS. CLAIBORN:  Mr. Thomas -- hold that

 6   thought.  I'm going to switch topics.  We're going to

 7   come back to the BMW in a little bit.

 8   BY MS. CLAIBORN:

 9      Q.    So for your 2021 tax return, Mr. Mocadlo,

10   I understand that that is on extension?

11      A.    Yes.

12      Q.    Okay.  And at the beginning of today's

13   examination, we talked about the fact that we had

14   requested the W-2, 1099, et cetera, forms that go

15   with it?

16      A.    Yes.

17      Q.    And you're going to provide those to our

18   office?

19      A.    Yes, ma'am.

20      Q.    Okay.  And earlier today, you testified

21   that the only source of income you had for the year

22   2021 was your salary from Impossible Kicks?

23      A.    Yes.

24      Q.    Okay.  Is there any other income that's

42

1   going to be disclosed on your 2021 tax return other

2   than your money from Impossible Kicks?

3        A.    No.

4        Q.    So there are no other, I'll call them,

5   auto-related sources of income?

6        A.    No.

7              MR. GREENE:  Holley, can I interrupt for a

8   second?

9              MS. CLAIBORN:  Sure.

10             MR. GREENE:  We just e-mailed you and

11  Bonnie the complete 2018 tax returns.

12             MS. CLAIBORN:  Thank you.

13             MR. GREENE:  Okay.

14  BY MS. CLAIBORN:

15       Q.    Mr. Mocadlo, have you ever been affiliated

16  with a reinsurance company?

17       A.    Well, the income that you asked me to

18  explain are -- is a reinsurance company.

19       Q.    And you're referring to the testimony you

20  gave earlier today about your income that's reported

21  on the 2019 and 2018 tax returns for the different

22  companies such as Credit Guard?

23       A.    Protective, and I think it was something

24  Motors.  Yes, ma'am.

43

```
 1         Q.     Nation Motor Club?

 2         A.     Nation Motor Club, yes.

 3         Q.     Are there any other companies that you

 4    would classify as a reinsurance company that we

 5    haven't talked about today that previously paid you

 6    money?

 7         A.     Nissan Motor Acceptance Corp., NMAC,

 8    Nancy, Mary, apple, Charlie.  But, yeah, they would

 9    pay me monthly commissions as well.

10         Q.     Okay.  When was the last year in which you

11    received monthly commissions from Nissan Motor

12    Acceptance Corporation?

13         A.     2019.

14         Q.     Okay.  Mr. Mocadlo, I want to talk now

15    about the reasons for your bankruptcy filing.  What

16    was the reason or reasons for the filing?

17         A.     I operated a very successful group of

18    dealerships my entire career from when I was 18 to 38

19    with one company.  I have an extremely decorated

20    career.  And then I was able to get my own

21    dealerships, which I built up to a small group of

22    them.  It was three stores.  And I was completely

23    current and in good standing with everybody until

24    November of 2019 where I hired a chief operating
```

44

1    officer and took on a minority partner because my

2    other partner had health problems, and I had a mental

3    breakdown in December of 2019 and attempted to commit

4    suicide, and when I was released from the hospital,

5    my mother, who had just moved up from Florida, was

6    diagnosed with a terminal type of cancer and passed

7    away in 12 days upon the day of the release of my

8    attempted suicide.

9        So after being away from the business for 60

10   days, the people I left the business with started to

11   default and went out of trust and operated the

12   business and losing money.  And from there, that was

13   the downfall of everything because up until that

14   moment, I was completely current and in perfect

15   standing with everybody.

16       Q.    What happened to cause the default?

17              MR. GREENE:  Can you explain what "out of

18   trust" is?

19              THE DEPONENT:  Oh, okay.  Would you like

20   me to explain what "out of trust" is, ma'am, or --

21   BY MS. CLAIBORN:

22       Q.    I do generally understand it, but I think

23   it's probably helpful for the record if you did.

24       A.    Okay.  So there's a certain amount of

1   working capital that you need to have on hand at all

2   times to cover all of the contracts in transit.

3   Contracts in transit are when you sell a vehicle and

4   the vehicle turns into a contract, you have to pay

5   the vehicle off in the floor plan.  So, essentially,

6   you're fronting the money for the bank that finances

7   all of your cars.  And when I came back from being

8   away for about 60 days, there was not enough money in

9   the business to cover the contracts that were in

10  transit.

11       Q.    And how is that possible?  If, for

12  example, you sell a car to a person and you process

13  the paperwork for their financing end of it.  So the

14  money comes in from the buyer to the dealership, what

15  happened between the dealership that there wasn't any

16  money that then needed to be transferred to the

17  corporate car end of it to pay for the floor plan

18  financing?

19       A.    So what would happen is they operated the

20  business at a significant loss for two months, and,

21  you know, when you lose -- just to keep you in scope

22  of guide, guide is anywhere between $400,000 in cash

23  to $900,000 in cash per location depending on what it

24  was.  And I believe that all three entities lost in

46

1   excess of over $300,000.  Actually, I think it was

2   almost a half a million dollars in the two months

3   that I was out, which just made the business unable

4   to function.  So, for example, if you came in to buy

5   a car and financed it, before you got paid -- before

6   I got paid, I would have to front your transaction

7   and pay your car off on my floor plan.  Then the bank

8   would pay me.  So the business up until I -- up until

9   I, unfortunately, had to take some medical leave, I

10  never had a problem with this.

11        Q.    And what is your understanding of why the

12  dealerships didn't have enough money?

13        A.    Because they lost money in the end of

14  November, December, and January.

15        Q.    And what were the reasons for the losses?

16        A.    Poor operating.

17        Q.    Is that another way of saying that they

18  sold cars for not enough money, and it didn't meet

19  the cost of running the dealership in the meantime,

20  so they had to use up the cash?

21        A.    Correct.  It was lack of sales and lack of

22  profitability per transaction.

23        Q.    Okay.  And the dealership that you're

24  talking about in this November 2019 through January

47

1    2020 time frame are what?

2         A.    Mac Mitsubishi, which was the Hartford

3    Auto Group.   Saybrook Buick GMC, which is Saybrook

4    Buick GMC, Incorporated.   And then there was Midstate

5    Mitsubishi, which was under Straits Turnpike

6    Automotive, Incorporated.   They were all S Corps.

7         Q.    All right.   So when you returned to the

8    dealerships in the early part of 2020 and you found

9    that there were financial problems, was that the

10   reason that you thought about filing a Chapter 7 at

11   that time?

12        A.    No.

13        Q.    Okay.   Can you lead me to your decision

14   about filing a Chapter 7?   How did that come about,

15   and what was the time frame?

16        A.    So 2020 concluded through.   I didn't work

17   all of 2020 because I hired Attorney Reiner from

18   Attorney Greene's office because I entered a

19   management agreement with my minority partner, and

20   the chief operating officer, because they wanted to

21   inject capital into the company and save it.   So that

22   was January 30th of 2020, and as everybody knows,

23   COVID happened about five weeks later.   So they

24   essentially just let the business go.   They stopped

48

1   paying all the vendors, and the franchises were very

2   nonperforming franchises, and they were Mitsubishi

3   dealerships and Buick GMC dealerships.  So it didn't

4   accentuate business like it did for a lot of the

5   other auto dealers.

6       And then they operated the business so poorly

7   that in March, under their management agreement,

8   which I was not allowed to enter the dealership, the

9   Nissan -- it's M-A-C, Mary, apple, Charlie -- the

10  floor plan that held all the automobiles for credit

11  put me in a state of default and terminated the floor

12  plan in May of 2020.

13      Q.   Okay.  Then the time period between that

14  and your filing of your bankruptcy in October of

15  2021, if you could cover what happened during that

16  frame?  So May 2020 through October 2021.

17      A.   Yeah.  The dealerships were foreclosed on

18  in August of 2020 -- between August, September of

19  2020, and my entire adult life I've -- I didn't

20  really know what to do because I've always been in

21  great standing with all of my creditors.  So I just

22  kind of rode it out to see what was going to happen,

23  and I knew once my bank accounts got seized in July

24  of 2021 that I had to do something because I

49

1    naturally couldn't live like that.

2         Q.    When did you decide you wanted to file

3    your Chapter 7 bankruptcy case?

4         A.    Right after my bank accounts got seized in

5    July of 2021.

6         Q.    Okay.  And how did you go about finding a

7    lawyer to do that bankruptcy filing for you?

8         A.    Well, I was already consulted by

9    Attorney Reiner in Attorney Greene's office, and I

10   consulted with Attorney Greene.

11        Q.    Okay.  Did you consult with any other

12   lawyers for that bankruptcy case other than Attorney

13   Greene's firm?

14        A.    No.

15        Q.    Okay.  I'd like to talk a little bit more

16   specifically about your bankruptcy filing and the

17   process.  Can you tell me, were you involved in the

18   preparation of the bankruptcy documents that were

19   filed with the bankruptcy court?

20        A.    Yes.

21        Q.    What was the nature of your involvement?

22        A.    As far as filling out my -- all of the

23   paperwork that Attorney Greene sent me?

24        Q.    Yes.

                                                                          50

1        A.    I filled it out.

2        Q.    And how did you do that?  Did you get

3   given a blank set of documents and you filled it out

4   by hand and gave it to Attorney Greene, or did it

5   work some other way?

6        A.    No.  It was given to me.  I printed it

7   out, and I filled it out by hand, and I dropped it

8   off at his office.

9        Q.    Okay.  And then did you have a meeting

10  with Attorney Greene at some point to go over what

11  you filled out?

12       A.    Yes.

13       Q.    Did Attorney Greene ask you to provide any

14  documents?

15       A.    Yes.  Attorney Greene and Paralegal Vargo

16  asked me for my bank statements for the entire year,

17  which I produced, along with other documents, which I

18  gladly produced.

19            MS. CLAIBORN:  Okay.  Mr. Thomas, can you

20  put up on the screen Exhibit Number 6, please?

21  BY MS. CLAIBORN:

22       Q.    Okay.  So Exhibit 6 is a copy of your

23  Chapter 7 bankruptcy petition and other associated

24  documents that were filed with the bankruptcy court,

51

1  and you can tell that if you look at the top of the

2  page, Mr. Mocadlo.  Do you see your case number is

3  there, 21-20971?

4       A.   Yes.

5       Q.   And then there is a docket number and

6  there's a date, and then to the far right, there are

7  page numbers?

8       A.   Yes.

9       Q.   When we're talking about page numbers

10 today, I'm going to try to use those page numbers.

11      A.   Okay.

12      Q.   Okay.  So for purposes of Exhibit 6, I'd

13 like you to take a look at the signature page, which

14 I think is page 4.

15           MS. CLAIBORN:  So, Mr. Thomas, can we go

16 to page 4?

17 BY MS. CLAIBORN:

18      Q.   So at the very bottom, Mr. Mocadlo, do you

19 see your printed name under part 7?

20      A.   Yes.

21      Q.   So we're on page 6 of Exhibit 6, and right

22 above your printed name are some important sentences,

23 and I just would like you to take a moment to reread

24 those.

52

1    A.    Yes.

2    Q.    And those sentences disclose to you and

3  make you aware that by signing the documents you are

4  aware that you're signing under penalty of perjury

5  and that by making a false statement, you're

6  subjecting yourself to potential criminal

7  responsibility?

8    A.    Yes.

9    Q.    And did you sign that document, that

10  petition?

11    A.    Yes.

12         MS. CLAIBORN:  Then I'm going to ask you,

13  Mr. Thomas, to go to page 37.

14  BY MS. CLAIBORN:

15    Q.    Mr. Mocadlo, your name, again, appears on

16  this page, and this page is a declaration about

17  individual debtor's schedules, and it -- again, if

18  you read above -- right above your name, it says that

19  "Under penalty of perjury I declare that I have read

20  the summary and schedules filed with this declaration

21  and that they are true and correct"?

22    A.    Yes.

23    Q.    This declaration goes with the information

24  that is covered in the pages preceding that are

1    commonly referred to as the bankruptcy schedules, and

2    they are labeled bankruptcy Schedule A/B, and then

3    they run through Schedule J.  So this declaration is

4    affirming the accuracy and the truth of the

5    information contained in your bankruptcy schedules.

6    At the time you signed this declaration, were you

7    aware that you were affirming the accuracy and truth

8    of the information contained in your bankruptcy

9    schedules?

10        A.    Yes.

11        Q.    Okay.  And did you read your bankruptcy

12   schedules prior to signing this declaration?

13        A.    Yes.

14            MS. CLAIBORN:  Okay.  And now I want to go

15   to page 44, please.

16   BY MS. CLAIBORN:

17        Q.    Mr. Mocadlo, this page is the very last

18   page of the document called the Statement of

19   Financial Affairs, and you'll see right above your

20   printed name on page 44 that there is a sentence,

21   which I'll read for the record that says, "I have

22   read the answers on this statement of financial

23   affairs and any attachments, and I declare under

24   penalty of perjury that the answers are true and

```
 1   correct.  I understand that making a false statement,

 2   concealing property, or obtaining money or property

 3   by fraud in connection with a bankruptcy case can

 4   result in fines up to $250,000 or imprisonment for up

 5   to 20 years or both."  And then there are some

 6   reference to Title 18 of the United States code.

 7   Then there's your name printed below that document --

 8   sorry -- below those sentences?

 9        A.    Yes.

10        Q.    Did you sign that document?

11        A.    Yes.

12        Q.    And at the time you signed it, were you

13   aware that you were affirming the truth and accuracy

14   of the information contained in the statement of

15   financial affairs?

16        A.    Yes.

17        Q.    Okay.  And did you read the statement of

18   financial affairs and the answers you gave to the

19   questions therein before you signed that?

20        A.    Yes.

21        Q.    Okay.  So in terms of the mechanics, you

22   said earlier that you filled out the bankruptcy

23   schedules and the statement of financial affairs by

24   hand, and you gave those documents to
```

55

```
 1   Attorney Greene's office.  Did I understand that

 2   correctly?

 3        A.    Correct.

 4        Q.    Okay.  And then at some point, someone in

 5   Attorney Greene's office translated that handwritten

 6   information into printed information in these

 7   documents?

 8        A.    Yes.

 9        Q.    Okay.  And did you read the printed

10   information in the documents before you signed the

11   declaration about the schedules and before you signed

12   the statement about the financial affairs?

13        A.    Yes.  Attorney Greene and I also went over

14   them.

15        Q.    Okay.  How long would you say it took you

16   to fill out the bankruptcy schedules when you were

17   filling out your drafts?

18        A.    A couple of hours.

19        Q.    And how long would you say it took you to

20   fill out the statement of financial affairs when you

21   were filling that out?

22        A.    I would say a couple of hours.

23        Q.    And then how long would you say was the

24   meeting that you had with Attorney Greene about going
```

56

1    over the schedules and the statement of financial

2    affairs before you signed them?

3         A.    About an hour.

4         Q.    Okay.  Did you ask any questions at that

5    time?

6         A.    I did, but I can't remember what it was.

7         Q.    Okay.  I'm also going to ask you now to

8    take a look at Exhibit 7.

9              MS. CLAIBORN:  Mr. Thomas, if you could

10   put that up?

11   BY MS. CLAIBORN:

12        Q.    Exhibit Number 7 is your Chapter 7

13   statement of your current monthly income that was

14   filed with the bankruptcy court at docket number 3.

15             MS. CLAIBORN:  I'm going to ask you to go

16   to the last page, Mr. Thomas, which is page 3.

17   BY MS. CLAIBORN:

18        Q.    Again, Mr. Mocadlo, your printed name is

19   there.  Did you sign that document?

20        A.    Yes.

21        Q.    And, again, you were signing that document

22   under penalty of perjury?

23        A.    Yes.

24        Q.    At the time you signed it, were you aware

57

1    of that?

2         A.    Yes.

3         Q.    Okay.  Did you have any involvement in

4    filling out the information that's contained within

5    your statement of current monthly income?

6         A.    Yes, I did.

7         Q.    Okay.  You filled that out by hand as

8    well?

9         A.    Yes.

10        Q.    Okay.  And what information did you

11   include when you were calculating your income?

12        A.    What I got from my job and what I got from

13   Wakefield Court.

14             MS. CLAIBORN:  Mr. Thomas, can you go to

15   page 1, please?

16   BY MS. CLAIBORN:

17        Q.    Okay.  So directing your attention,

18   Mr. Mocadlo, to line number 2 on your statement of

19   current monthly income, you disclose income of

20   $4,333.33 per month?

21        A.    Yes.

22        Q.    Okay.  And you're saying today that that

23   income was a combination of your Impossible Kicks

24   income and the money you were getting from Wakefield

58

1    Court?

2        A.    Correct.

3            MS. CLAIBORN:   Mr. Thomas, you can take

4    down Exhibit 7.   Thank you.

5    BY MS. CLAIBORN:

6        Q.    So after your bankruptcy documents were

7    filed with the court, Mr. Mocadlo, the next thing

8    that happens in your bankruptcy case is that you have

9    a meeting of creditors that you attended over the

10   telephone and conducted by Trustee Mangan on

11   November 17, 2021.   Do you recall that event?

12       A.    Yes.

13       Q.    Okay.   And where were you that day when

14   you were testifying at your meeting of creditors?

15       A.    At my residence in Hartford.

16       Q.    And were you on any medication that day,

17   November 17, 2021, that would have impaired your

18   ability to give testimony?

19       A.    No.

20       Q.    Okay.   And do you recall that you

21   testified that day under oath?

22       A.    Yes.

23       Q.    Okay.   And did you testify truthfully on

24   that day at your 341 meeting of creditors?

59

1        A.    Yes.

2        Q.    Okay.  As a result of that meeting of

3   creditors, there were some amendments that needed to

4   be made to your bankruptcy documents, and through

5   your counsel, an amended Schedule A/B and an amended

6   statement of financial affairs were filed with the

7   bankruptcy court.

8              MS. CLAIBORN:  I'm going to ask Mr. Thomas

9   to put up Exhibit Number 8.

10  BY MS. CLAIBORN:

11       Q.    Okay.  So Exhibit Number 8 is actually

12  what was filed with the bankruptcy court at ACF

13  Number 10, and it's an amended Schedule A/B, and then

14  followed by an amended statement of financial

15  affairs.  What were the amendments that you can

16  recall that you made that were a necessity of filing

17  this particular document?

18       A.    I honestly can't remember what was

19  amended.

20             MS. CLAIBORN:  I'm going to ask Mr. Thomas

21  to go to page 2.

22  BY MS. CLAIBORN:

23       Q.    Mr. Mocadlo, I'm going to direct your

24  attention to the bottom of page 2 of Exhibit 8.  This

60

1   is your amended Schedule A/B, and I'm going to ask

2   you to take a look at question number 16.

3        A.    Yes.

4        Q.    Question number 16 asks for the disclosure

5   of the amount of cash that you have as of the

6   bankruptcy's filing, and your answer to that is no

7   cash?

8        A.    No.

9        Q.    Is that an accurate answer?

10       A.    Besides what I cashed my paycheck for, I

11  mean, I only have pocket money just to buy food.  So

12  maybe a few hundred dollars at any given time.

13       Q.    Do you remember how much cash you had on

14  hand as of October 21st -- sorry -- October 20, 2021

15  when your bankruptcy case was filed?

16       A.    No more than $1,000.

17       Q.    And why didn't you list that cash?

18       A.    I didn't -- I maybe missed the question,

19  but that's all I had, or maybe I didn't understand

20  the context.

21       Q.    Okay.  Looking at the question today,

22  you'll see the box above question 16 says, "Do you

23  own or have any legal or equitable interest in any of

24  the following?"  And then question 16 says "cash."

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 62 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

61

1        A.      Yeah.

2        Q.      Is there anything about that that you

3    don't understand, as you look at it today?

4        A.      No.  I get it.  No.  There was -- just

5    besides common spending money, I don't have any other

6    cash, even right now.

7               MS. CLAIBORN:  If we can go to the next

8    page, Mr. Thomas.

9    BY MS. CLAIBORN:

10       Q.      Okay.  Question 17 at the top of page 3 of

11   Exhibit 8, which is ECF 10, that asks about deposits

12   of money and gives examples of the types of deposits

13   it's looking for, and it discloses various different

14   financial accounts, and your answers to those are

15   yes, and then you disclose an account at Wells Fargo,

16   and you disclose an account at KeyBank, and you

17   disclosed that both of those accounts are checking

18   accounts?

19       A.      Yes.

20       Q.      So first question is, as of your

21   bankruptcy filing in October 20, 2021, did you have

22   any bank accounts anywhere in the world at any

23   financial institution other than those two accounts

24   that you've listed here in response to question 17?

62

1      A.    No.

2      Q.    Okay.  The account that you disclosed in

3  response to question 17 at Wells Fargo, is that the

4  account at Wells Fargo that ends in 7751?

5      A.    Yes.

6      Q.    Okay.  And the account that you disclosed

7  in response to question 17 at KeyBank, is that the

8  account at KeyBank that ends in 8176?

9      A.    Yes, I believe so.

10     Q.    Do you have any reason to believe it's a

11  different number?

12     A.    No.  I just -- I'm just not familiar by

13  memory what the exact account number was.

14     Q.    As of your bankruptcy filing on

15  October 20, 2021, did you have more than one account

16  at Wells Fargo?

17     A.    No.

18     Q.    And as of your bankruptcy filing in

19  October 20, 2021, did you have more than one account

20  at KeyBank?

21     A.    No.

22     Q.    Okay.  Where do you currently have bank

23  accounts?

24     A.    I don't.  I haven't since July of 2021.

63

1      Q.    When I say -- I'm asking if you have any

2    bank accounts, I mean are they in existence, not

3    whether or not you're using them, so --

4      A.    No.   No.   There's none in existence.

5      Q.    So as of today, you have no bank accounts

6    in existence at any financial institution?

7      A.    No.

8      Q.    Okay.   And as of your bankruptcy filing on

9    October 20, 2021, you only had accounts at Wells

10   Fargo and KeyBank?

11     A.    Yes.

12     Q.    As of your bankruptcy filing on

13   October 20, 2021, did you have digital currency of

14   any kind?

15     A.    No.

16     Q.    Do you currently have any digital

17   currency?

18     A.    No.

19     Q.    Have you ever had a bank account in a

20   financial institution outside of the United States?

21     A.    No.

22     Q.    Okay.   In response to document requests

23   that we issued to you, Mr. Mocadlo, you produced some

24   information about an account at PayPal that ends in

64

1   7802.

2        A.    Yeah.  Yes.  I believe that's the account

3   number.

4        Q.    Okay.  Your bank -- sorry.  Your PayPal

5   account ending in 7802 was not disclosed in your

6   bankruptcy schedules, either your first original

7   Schedule A/B or in this amended version ACF 10.  Can

8   you explain that?

9        A.    The balance was always zero, so it wasn't

10  -- so, obviously, it just had no value or liability.

11  It was just zero.

12       Q.    And why would you say that the balance was

13  always zero?  How is that possible?

14       A.    Well, because if something needed to be

15  paid from it in the past, it would just be paid.  So,

16  obviously, it wouldn't have a cumulative dollar

17  amount.  It would just be used as a payment service.

18  So money would never sit there.  The balance would

19  always stay at zero.

20       Q.    Okay.  Who had access to your PayPal

21  account?

22       A.    Me, as far as I know.

23       Q.    Did anyone else?

24       A.    No, not that I know of.  No.

65

1        Q.    Okay.  Is your PayPal account open today?

2        A.    No.

3        Q.    When did you close it?

4        A.    It actually got banned and shut down for

5    fraud in, I believe it was, like, December or January

6    of -- it was 2021.

7        Q.    Did you say December 2021 or January 2022?

8        A.    Or 2022.  I'm sorry.  Yes.

9              MS. CLAIBORN:  Mr. Thomas, could you put

10   up Exhibit 9, please?

11   BY MS. CLAIBORN:

12       Q.    Okay.  So Exhibit 9, Mr. Mocadlo, is the

13   information you produced about your PayPal account,

14   and you're going to see on the top right-hand that

15   you opened that account back in 2017?

16       A.    Yup.

17             MS. CLAIBORN:  I'd like, Mr. Thomas, to go

18   to page 5, please.

19   BY MS. CLAIBORN:

20       Q.    Okay.  In the middle of page 5,

21   Mr. Mocadlo, you're going to see a section called

22   "Banks," and there is a checking account listed there

23   and a savings account?

24       A.    Yes.

66

1        Q.    Do you see those?

2        A.    Yeah.

3        Q.    So the checking account is listed there as

4   being a Bank of America, and it ends in 3456.  Did

5   you ever have an ownership interest in that bank

6   account?

7        A.    No.

8        Q.    Who did?

9        A.    I believe that account is my brother's,

10  but I'm not an authorized user or an account holder

11  or anybody on that account.

12       Q.    Okay.  The next account listed there under

13  the banking section is a savings account at KeyBank

14  ending in 5395.

15       A.    Yes.  That one I did hold.  I did hold an

16  interest in.

17       Q.    And that's a bank account for which we

18  still have yet to receive full statements.

19       A.    Okay.  That's the one you need copies of?

20       Q.    Yeah.

21       A.    Okay.

22       Q.    Was your bank account at KeyBank ending in

23  5395 open as of your bankruptcy filing on

24  October 20, 2021?

1        A.     No.

2        Q.     When was it closed?

3        A.     I believe that -- I believe that bank

4    account got closed in August or September of 2021.  I

5    didn't close it.  It was seized.

6        Q.     When you say "it was seized," can you be

7    more specific?

8        A.     There was a bank account execution.

9        Q.     Okay.  So did the bank somehow close the

10    account in connection with that execution?

11        A.     Yes.

12        Q.     What did you typically use your PayPal

13    account for?

14        A.     You know, the last year I had it, I just

15    used it for, you know, miscellaneous things as far

16    as, you know, if someone would have a coffee or

17    whatever, you know, I would do that, and sometimes in

18    the very beginning, I would do purchases for the

19    business for some sneakers.

20        Q.     When you say "the business," are you

21    referring to Impossible Kicks?

22        A.     Yes.

23        Q.     Okay.  Then if you look farther down on

24    page 5, you're going to see credit cards that are

1   linked to this PayPal account.  You can see all the

2   different credit cards that are connected to the

3   PayPal account.  Are these all credit cards that were

4   for accounts that are in your name, Mr. Mocadlo,

5   other than the one that's designated as Impossible

6   Kicks 2 that's on page 6?

7       A.    Well, no.  I mean, some of them are

8   Wayne Mocadlo.  One of them could have probably been

9   my father's at one point for maybe to buy something

10  online.  One of them could have been my brother's,

11  and the Impossible Kicks, obviously, is the business.

12      Q.    What does it mean when it says "Impossible

13  Kicks 2"?

14      A.    So I believe that there's, like, several

15  entities that all hold different businesses in

16  different states.

17      Q.    Is there more than one corporate entity

18  with "Impossible Kicks" in the name?

19      A.    Yes.

20      Q.    Which corporate entity do you work for?

21      A.    Impossible Kicks 1.

22      Q.    Is the name of it actually Impossible

23  Kicks Roman numeral I?

24      A.    No.  I think it's just Impossible Kicks.

69

1    It's just the original entity.

2          Q.    Okay.  Without a number?

3          A.    Yeah.

4          Q.    All right.  Also in connection with your

5    production of documents in response to our request,

6    you produced some information about a Venmo account

7    that you had?

8          A.    Yup.

9          Q.    You did not list your Venmo account on

10   your bankruptcy Schedule A/B.  Can you please explain

11   why?

12         A.    The value of it was zero.

13         Q.    And are you saying that the value of the

14   Venmo account on the day that you filed bankruptcy,

15   October 20, 2021, was zero?

16         A.    Yes.

17         Q.    And how do you know that?

18         A.    Because I never left money in there, and

19   it was just used to, you know, facilitate if it

20   needed to be to pay for something, but it was -- a

21   cumulative balance was never accrued.

22         Q.    The documentation that we received from

23   you, unfortunately, did not clearly corroborate what

24   you're saying today as in you couldn't figure out

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 71 of
220
In re John Wayne Mocadlo                                                    John Mocadlo
June 17, 2022

70

1    from the documents what the balance was in the Venmo

2    account on the day that you filed your bankruptcy

3    case.  Do you know whether or not that information is

4    available from Venmo if you asked them that specific

5    question that they could give you a printout of a

6    screen showing what the balance was on

7    October 20, 2021, if they could do that?

8         A.    No.  And I actually -- because you had a

9    request, I tried to get information, but I couldn't

10   from Venmo.

11        Q.    What did you use your Venmo account for?

12        A.    It would just pay for coffees or if

13   somebody ran to Chick-fil-A, you'd give them the

14   money for Chick-fil-A.  Simple, simple things.

15        Q.    Did you use it for transacting business

16   for Impossible Kicks?

17        A.    I could have, but I don't know when, but

18   it would have been very minimal.

19             MS. CLAIBORN:  Mr. Thomas, could you put

20   up Exhibit Number 10, please?

21   BY MS. CLAIBORN:

22        Q.    Okay.  Mr. Mocadlo, Exhibit Number 10 is

23   the Venmo -- one of the pages of the Venmo

24   documentation that you provided to our office.  In

1    the far left corner of the first page, you see the

2    word "canceled" above your name?

3         A.    Yeah.

4         Q.    Can you explain what that means?

5         A.    Yeah.  It's just not used anymore because

6    I had no bank account to link it to.

7         Q.    Okay.  In my experience, you can actually

8    have a Venmo account that only exists sort of in the

9    Venmo world and is not connected to a bank account.

10   Did you have that kind of a Venmo arrangement?

11        A.    No.  I would not know how to fund it to

12   use it.

13        Q.    Is that your correct user name at the top

14   left-hand corner of @John-Mocadlo?

15        A.    Yes.

16        Q.    Okay.  Is your Venmo account currently

17   open?

18        A.    No.

19        Q.    When was it closed?

20        A.    The end of 2021.

21        Q.    Why was it closed?

22        A.    Just nothing to link it to.

23        Q.    Okay.  So if your Venmo account was not

24   linked to a bank account, how did you cash it out?

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 73 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

72

1        A.     There was no money in it to begin with.

2        Q.     Well, on any given day, there might be

3    money in it, right?

4        A.     No.

5        Q.     Well, let's say if you wanted to use your

6    Venmo account to pay somebody back for a coffee, how

7    would you get the money into the Venmo account if

8    it's not linked to a bank account?

9        A.     It would never go into a bank account.  So

10   what happened was the debit card would trigger the

11   transaction for Venmo and just pay you, for example,

12   if I was paying you back for a coffee.  The account

13   would never populate with money.

14       Q.     I'm not sure I follow your explanation.

15   Let me just see if I can say it out loud.

16       A.     Sure.

17       Q.     If you have no money in your Venmo

18   account, right, and you want to pay somebody back for

19   a coffee they just bought you, how do you get the

20   money into the Venmo account to transfer it to your

21   friend's account?

22       A.     You don't.  I used it when I had a bank

23   account.

24       Q.     Okay.  So what bank account was it linked

1   to when it was operative?

2       A.    It would have been the 7751.

3       Q.    And that's at Wells Fargo?

4       A.    Yes.

5             MS. CLAIBORN:  Mr. Thomas, can you take

6   down 10 and put up Exhibit 11, please?

7   BY MS. CLAIBORN:

8       Q.    Okay.  Exhibit 11, Mr. Mocadlo, are some

9   statements for an account at Nutmeg State Financial

10  Credit Union, and the member number is 852.  The

11  statement on the first page of Exhibit 11 is a

12  statement that covers May and June of 2020, and the

13  opening deposit is $118,000 on May 13.  What is the

14  source of the $118,000 opening deposit?

15      A.    I don't know.  I really don't know.  It

16  could have been -- so the Nutmeg accounts were all

17  business accounts that were tied up together, but I

18  don't know what that deposit could be from.

19      Q.    You refer to this as a business account,

20  but it's in your own personal name.  Do you see that

21  there on the statement?

22      A.    No.  I understand.  All the business

23  accounts were through Nutmeg Financial Credit Union

24  as well.

74

```
 1         Q.    Your individual name is on this statement

 2   for 852, and right below the box that says "regular

 3   share account," there's a joint owner listed, and

 4   that's a Robert Urrutia, U-R-R-U-T-I-A.

 5         A.    Yeah.

 6         Q.    Who is Robert Urrutia?

 7         A.    That is the gentleman that was running the

 8   business.

 9         Q.    Which business?

10         A.    So he was running all of the businesses.

11   He's the one who I got into the problem with where

12   they took over the business.  So I never would have

13   had him as an authorized user to any of my accounts.

14   So this was an account that was probably set up on my

15   behalf, and we had a problem with this where we

16   contacted Nutmeg Credit Union because I never would

17   have had him as an authorized user to any of my

18   personal accounts.

19         Q.    Did you open this account with Mr. Urrutia

20   at Nutmeg State?

21         A.    No, I never would have, and we were

22   actually -- when was this opened?  6/30/2020?

23         Q.    May 2020.

24         A.    May 2020.  This is actually when we were
```

1    in the middle of a, like, legal battle.  So, yeah, I

2    wouldn't have opened it with him.

3        Q.    Do you have any explanation for how

4    Mr. Urrutia could have opened up a bank account in

5    your name without you?

6        A.    No.

7        Q.    I just need a second.

8        A.    Sure.

9            MS. CLAIBORN:  I have a document that was

10   not previously provided to the document technician at

11   Lexitas, but I wanted to ask Mr. Mocadlo some

12   questions about it.  So would it be okay if I posted

13   it as part of a share here on my Zoom?

14           MR. GREENE:  I have no objection.

15           MS. CLAIBORN:  Okay.  I want to see if I

16   can do -- it's easier said than done, but I'm going

17   to try and do this.  Okay.  Can everyone see my

18   screen now?

19           MR. GREENE:  I can.

20   BY MS. CLAIBORN:

21       Q.    Mr. Mocadlo, can you see my screen?

22       A.    Yes, I can.

23           MS. CLAIBORN:  So for the purposes of the

24   record, I'm going to mark this as Exhibit 11A, and

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 77 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

76

1   for identification purposes, this is a member

2   application and ownership information for an account

3   at Nutmeg State Financial Credit Union for member

4   number 189852, and I'm actually going to redact that.

5   Hold on a minute.  I'm trying to redact your Social

6   Security number.  I apologize.

7          THE WITNESS:  It's okay.  It's not worth

8   anything anyways.

9          MS. CLAIBORN:  Well, other people in other

10  countries might disagree with you.  All right.  So

11  now, hopefully, I have redacted it.  Is it big enough

12  that everybody can read it now?

13         MR. GREENE:  It also has the driver's

14  license number.  I don't know if you care about that.

15         MS. CLAIBORN:  No, I do not.  Hopefully,

16  nobody else does either.

17  BY MS. CLAIBORN:

18     Q.   Mr. Mocadlo, this, what we've marked as

19  Exhibit 11A, is what appears to be an application to

20  open up a bank account at Nutmeg State Financial

21  Credit Union, and it's the one that goes with the

22  account statement we were just looking at as Exhibit

23  11, because this account number ends in 852 just like

24  the statement did.  And it shows on this application

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 78 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

77

1    that you would be an owner of the account and

2    Mr. Urrutia would be an owner of the account.  And it

3    has, as we just discussed, a lot of personal

4    information, driver's license number, date of birth,

5    phone numbers, addresses.

6         A.    Yes.

7         Q.    Then I'm going to scroll down, and there's

8    some signatures on what is page 2.  Are either of

9    those signatures that's on page 2 of Exhibit 11A

10   yours?

11        A.    No.

12        Q.    Okay.  And is it your testimony that you

13   did not sign this account application?

14        A.    No.  And the other thing is, is it shows

15   -- it shows that -- I'm sorry.  I'm just plugging my

16   phone in because it's dying.  It shows that my

17   address was a P.O. Box, and I never would have put

18   down a P.O. Box that I hadn't used in years to apply

19   for a bank account.

20        Q.    Okay.  How would Mr. Urrutia have had your

21   Social Security number?

22        A.    Well, every single intimate detail of

23   everything with my life was available for Mr. Urrutia

24   because he was conducting and running my business.

78

1      Q.    All right.  I'm going to go back to page 2

2   and the signature section.  So just to confirm,

3   neither of those signatures, which are in handwriting

4   on Exhibit 11A, are yours?

5      A.    No.

6      Q.    And do you see the box at the bottom that

7   talks about for credit union use only?

8      A.    Yeah.

9      Q.    And there is a section in there that says

10  "Opened/App'd by," and then there's the printed name

11  Javier Roman, Jr.  Do you know who Javier Roman, Jr.

12  is?

13     A.    No.

14     Q.    Okay.  Have you ever been to a Nutmeg

15  Financial Credit Union?

16     A.    Yes.

17     Q.    Okay.  Do you know where you were on

18  May 13, 2020 when this account application was

19  allegedly filled out?

20     A.    No.

21     Q.    And it's your testimony that you had

22  nothing to do with opening up this account ending in

23  852 at Nutmeg State Financial Credit Union?

24     A.    Correct.

79

1          MS. CLAIBORN:  Mr. Thomas, can we go back

2   to Exhibit 11, please?

3   BY MS. CLAIBORN:

4      Q.    So we're back to the first statement for

5   this account 852 at Nutmeg State Financial Credit

6   Union, and a few minutes ago I asked you about the

7   source of $118,000 opening deposit, and you testified

8   that you didn't know what it was?

9      A.    No.

10     Q.    Okay.  Is it possible that that $118,000

11  was money obtained through what we refer to as the

12  PPP programs that were issued by the federal

13  government in connection with the COVID?

14     A.    I don't know.

15          MS. CLAIBORN:  I'm going to ask you,

16  Mr. Thomas, to go to the next page of Exhibit 11.

17          MR. GREENE:  I think we lost Mr. Thomas.

18          MS. CLAIBORN:  Mr. Thomas, are you there?

19  Next page, please.

20  BY MS. CLAIBORN:

21     Q.    So we're now on page 2 of Exhibit 11, and

22  this is a statement for 852 at Nutmeg Financial, and

23  it covers the period of July, August, and September

24  of 2020.  And you're going to see in the

80

1  transactional history on September 11th, there is

2  withdrawal transfer to the Hartford Auto Group, and

3  the reference is loan 0081, and the withdrawal is

4  $7,912.  September 24th, there is a similar

5  withdrawal to the Hartford Auto Group.  Again, loan

6  81, and this amount of transfer is $3,956.43.  Did

7  you have anything to do with those transfers?

8       A.    Wow, this is incredible, no.  I actually

9  had no access to the Hartford Auto Group banking for,

10 like, almost, like, eight or nine months -- actually,

11 it was over 10 months at that point.  And the

12 dealerships were taken in -- they were foreclosed on

13 in August of 2020, so yeah.

14      Q.    When you say "foreclosed," Mr. Mocadlo,

15 that has a certain meaning to me, but I'm not sure if

16 you're using it the same way.  So "foreclose," in my

17 world has to do with real estate, and it's the

18 exercise of a creditor's rights to take back property

19 that is offered as security for a loan.  Are you

20 using it in a more sort of general sense that the

21 dealership was shut down because of the financial

22 flow of money for the dealerships was cut off by the

23 dealer?

24      A.    Yes.

1        Q.    Okay.

2        A.    Yup.

3        Q.    So getting back to this statement -- we're

4    on page 2 of Exhibit 11 -- these transactions that

5    happened on September 11th and September 24th, did

6    you have anything to do with them?

7        A.    No.

8            MS. CLAIBORN:  Mr. Thomas, can we go to

9    the next page, please?

10   BY MS. CLAIBORN:

11       Q.    All right.  Page 3 of Exhibit 11 shows a

12   transaction on October 26, 2020.  Again, it's a

13   withdrawal transfer to the Hartford Auto Group, loan

14   number 81, and the amount is $3,956.43.  Mr. Mocadlo,

15   did you have anything to do with this transactions?

16       A.    No.  This is the first time I've ever

17   known about any of this.

18           MS. CLAIBORN:  Can you go to the next

19   page, Mr. Thomas?

20   BY MS. CLAIBORN:

21       Q.    Again, there's a similar transaction of a

22   withdrawal transfer to the Hartford Auto Group, loan

23   81, on November 24th in the amount of $3,956.43.

24   Mr. Mocadlo, did you have anything to do with this

82

1    transaction?

2       A.   No.

3            MS. CLAIBORN:   The next page, please,

4    Mr. Thomas.

5    BY MS. CLAIBORN:

6       Q.   There is another similar transaction on

7    December 24, 2020 of a withdrawal for Hartford Auto

8    Group, loan 81, in the amount of $3,956.43.

9    Mr. Mocadlo, did you have anything to do with this

10   transaction?

11      A.   No.

12           MS. CLAIBORN:   All right.   Next page,

13   please.

14   BY MS. CLAIBORN:

15      Q.   Okay.   Now, we're in January of 2021.

16   There's a transaction on January 25th.   Again, a

17   transfer to Hartford Auto Group, loan 81.   The amount

18   is $3,956.43.   Mr. Mocadlo, did you have anything to

19   do with this transaction?

20      A.   No.

21           MS. CLAIBORN:   The next page, please.

22   BY MS. CLAIBORN:

23      Q.   All right.   Now we're in February of 2021.

24   There is another transaction to the Hartford Auto

83

1    Group, loan 81.  Again, in the amount of $3,956.43.

2    Mr. Mocadlo, did you have anything to do with this

3    transaction?

4         A.    No, ma'am.

5         Q.    Okay.  I note on this particular statement

6    February 2021, your name is on the statement, but

7    your address is not there.  Do you have any

8    understanding of why that is?

9         A.    This is the first -- ma'am, this is the

10   first time I'm ever seeing anything with this account

11   or dollar amount or anything.  I'm just -- I'm just

12   perplexed at all of this.

13            MS. CLAIBORN:  The next page, please.

14   BY MS. CLAIBORN:

15        Q.    All right.  Now we're looking at page 8 of

16   Exhibit 11, and this is the March 2021 statement.

17   There is an $85,000 withdrawal on March 9th, and the

18   transaction description says, quote, "withdrawal

19   internal transfer by Robert."  Do you know anything

20   about that, Mr. Mocadlo?

21        A.    No.  No.  I'm blown away by this.

22        Q.    On March 24th, there are three

23   transactions.  There are two deposits that appear to

24   be coming from a Hartford Auto Group, share 072 and

84

1    02, which I interpret as those are accounts in

2    Hartford Auto Group's name.  And then there is a

3    withdrawal transfer to the Hartford Auto Group loan

4    81 again of $3,956.43.  Do you know anything about

5    any of those three transactions on March 24, 2021?

6         A.    No.

7              MS. CLAIBORN:  Can we go to page 12,

8    please?  Okay.  So page -- sorry.  I went to the

9    wrong page.  Can you go back one?  Page 11, please.

10   So page 11 of Exhibit 11 is the statement that covers

11   through December 31, 2021, and the statement appears

12   to cover reporting for October of 2021 and December

13   of 2021, and it simply says that there is a

14   five-dollar beginning balance in October and an

15   ending balance on December 31st of five dollars.  So

16   meaning there's no transactional history for that

17   period of time.  So as of the bankruptcy filing, this

18   account is still showing as being open and with a

19   five-dollar balance, and it's still in your name, Mr.

20   Mocadlo, and it's still in the joint owner name of

21   Robert Urrutia.  Okay.  We can close that exhibit.

22   I'm going to ask Mr. Thomas to open up Exhibit 12,

23   please.

24   BY MS. CLAIBORN:

85

1        Q.    So Exhibit 12 is a statement or receipt

2   from Nutmeg State Financial Credit Union of some

3   transactions in the account ending in 852 and an

4   account ending in 975, and these are from

5   May 13, 2020 and May 20, 2020.  So let's take them in

6   order.  The first transaction is a deposit to account

7   852 in the amount of $118,000, and that matches what

8   we just looked at in Exhibit Number 11.  Again,

9   Mr. Mocadlo, you don't know the source of that money?

10       A.    No.  I mean, completely honest under oath,

11  I don't know any of this.  I've never seen any of

12  this.

13       Q.    All right.  Let's go down to the deposit

14  to account number 975, and that looks to be the sum

15  of $352,000, and it looks like if you go to the next

16  box down, there is, again, a reference to account 975

17  and an available balance of $750 on May 13, 2020 and

18  an available balance of $351,250 on May 20, 2020.  Do

19  you know anything, Mr. Mocadlo, about either of those

20  two transactions that are reported there?

21       A.    No.  This is the first time I'm ever even

22  hearing anything about it.

23       Q.    Do you know what the source is of the

24  $352,000?

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 87 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

86

1        A.    No idea.

2        Q.    Okay.  Again, do you have any idea where

3  were you on May 13, 2020?

4        A.    No.

5        Q.    Is there any way for you to figure out

6  where you were on May 13, 2020?  Do you keep a

7  calendar or some other --

8        A.    Yeah.  I mean, obviously, I can look back,

9  yeah.  I'm just perplexed.  Yeah.  I can't believe

10  it.

11            MS. CLAIBORN:  Mr. Thomas, you can take

12  down Exhibit 12, and if you can put up Exhibit 13,

13  please.

14  BY MS. CLAIBORN:

15        Q.    Exhibit 13 is statements for the KeyBank

16  account ending in 5395, and we, again, only have

17  limited statements because that's apparently what

18  KeyBank produced.  The statements that are part of

19  Exhibit 13 run from October 6, 2020 through

20  January 7, 2021.  So, Mr. Mocadlo, let's start with

21  the transaction that's on October 5, 2020 that's on

22  that first page of Exhibit 13.  It's a withdrawal for

23  $5,000.  Do you recall what that was for?

24        A.    No, I don't recall.  It would have just

87

```
 1   been -- I don't.  I really don't.

 2            MS. CLAIBORN:  Can you go to the next page

 3   please, Mr. Thomas?  And the one after that.  So now

 4   we're going to be looking at the statement that

 5   covers October 2020 to November 5, 2020, and there's

 6   no transactional history, but the account balance is

 7   about $25,000.  The next page, please, Mr. Thomas.

 8        Now we're going to be looking at the statement

 9   for 5395 at KeyBank that covers November 5, 2020 to

10   December 4, 2020, and, again, there's no activity.

11   The account balance is still around $25,000.  The

12   next statement, please.

13        So now we're at the last statement that we have,

14   which is December 4, 2020 through January 7, 2021 for

15   KeyBank 5395, and that shows a withdrawal of $8,000

16   and a deposit of $15,000.  Mr. Thomas, if we can go

17   to the next page, please.

18   BY MS. CLAIBORN:

19        Q.    You can see that the deposit of $15,000

20   was on December 28, 2020 and the withdrawal of the

21   $8,000 was on December 30, 2020.  Do you have any

22   ability to explain either of those transactions?

23        A.    No.  I don't know.

24        Q.    A deposit of $15,000 at the end of
```

88

1    December 2020, that would be the time frame, I think,

2    where you were working at LTO; is that right?

3        A.    Yes.

4        Q.    Okay.  Would the money have come from LTO?

5        A.    I don't think so.  No, not in that amount.

6    The only other thing I can think of is it could have

7    been, you know, I may have, you know, had a handful

8    of checks plus something else, but I'm not a hundred

9    percent sure what it could have been.

10       Q.    It's a round number and a substantial

11   number.

12       A.    Yeah.  I just -- it's been a while ago.

13   I've done so much banking over my life and career, I

14   just can't remember what it was for.

15            MS. CLAIBORN:  We can take that down.  I'd

16   like you to put up Exhibit 14, please, Mr. Thomas.  I

17   want to go to page 3 of Exhibit 14, please.

18   BY MS. CLAIBORN:

19       Q.    Exhibit 14 is a response from Wells Fargo

20   to your subpoena, and this particular page 3 of

21   Exhibit 14 talks about accounts that existed that

22   Wells Fargo located, and the second one down in that

23   list is an account ending in 4451.  This is the

24   document that prompted my office to ask you for

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 90 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

89

1    statements for Wells Fargo account ending in 4451.

2    Do you happen to recall having an account at Wells

3    Fargo ending in 4451?

4        A.    I could have.  I've been really wracking

5    by brain thinking about this because I did have an

6    account at one time that had zero dollars in it, and

7    when I would be getting my tax money from either one

8    of the entities or whatever, I would put the tax

9    money in there and then pay it out when my

10   quarterlies came in.  So I think that's what it may

11   have been.

12              MS. CLAIBORN:  Mr. Thomas, you can take

13   down Exhibit 14.

14   BY MS. CLAIBORN:

15       Q.    Mr. Mocadlo, in reviewing your statements

16   for your Wells Fargo account, you've got two accounts

17   at Wells Fargo that you were using, 7751 and 0920.

18   7751 was the checking account.  In reviewing the

19   statements you provided, I noted some transactions

20   where you're paying Valley Bank on a monthly basis,

21   and the payment is about $788.

22       A.    Yeah.

23       Q.    Can you explain that to me?

24       A.    Yeah.  That was an ex-girlfriend's car

1    payment.

2        Q.    Over what period of time did you pay for

3    this ex-girlfriend's car payment?

4        A.    I believe it was maybe, like, five months.

5    I believe it was, like, January to May.

6        Q.    Is this in the year 2021?

7        A.    Yes.

8        Q.    Okay.  Were you financially obligated on

9    the car payment?

10       A.    No.

11       Q.    Why were you paying the car payment

12   directly to Valley Bank instead of giving the money

13   to your ex-girlfriend?

14       A.    Because it was a weird situation.  She had

15   a car loan with her ex-sugar daddy, and she didn't

16   want any of her information on there.  So I paid it

17   so he wouldn't have any interest over where she was.

18       Q.    Is there any documentation with Valley

19   Bank that makes you obligated to pay Valley Bank?

20       A.    No.  No.

21       Q.    Did you pay any other expenses for your

22   ex-girlfriend?

23       A.    No.

24       Q.    Okay.  Let's now talk about Exhibit 16, if

 1    I could?

 2              MS. CLAIBORN:  Could you put that up,

 3    Mr. Thomas?

 4    BY MS. CLAIBORN:

 5        Q.    Exhibit 16 are bank statements for KeyBank

 6    account ending in 8176.

 7        A.    Yeah.

 8              MS. CLAIBORN:  Mr. Thomas, I need to go to

 9    the January 2021 statement.

10    BY MS. CLAIBORN:

11        Q.    So we are looking at a KeyBank statement

12    for January of 2021.  The account ending in 8167.

13    And there are a number of deposits that you can see.

14    January 13, $2,000; January 13, $3,000; January 21,

15    $14,506.86; January 26, $40,000?

16        A.    Yeah.

17        Q.    Can you take each of those transactions

18    and explain them for me?

19        A.    Yup.  Not a problem.  The first deposit

20    was for $2,000.  That was for one of my -- that was a

21    check from LTO.  Then the other $3,000, I believe,

22    was two more checks.

23        Q.    Also from LTO?

24        A.    LTO, yeah.  The $14,506.86, I can't --

92

1   I'll try to, like, recall that.  I can't, but the

2   $40,000 one was in part of my deal with Wakefield

3   Court.

4          MS. CLAIBORN:  If we can go to the

5   February 2021 statement, Mr. Thomas.  I apologize.

6   Can you go back to January to the withdrawals.  There

7   you go.  That's the right page.

8   BY MS. CLAIBORN:

9          Q.    So, Mr. Mocadlo, now we're looking at the

10  page of the January 2021 statement for KeyBank

11  account ending in 8176 that covers withdrawals that

12  were done during the month of January 2021, and you

13  had a bunch of different ones.  January 15, $5,000;

14  January 25, $8,000; January 25, $5,000; January 27,

15  $8,330; January 28, $9,500; January 29, $945; and

16  January 29, $21,200.  Can you please explain each of

17  those transactions for me?

18         A.    Yes.  So some -- all of my banking was

19  linked to my Wells Fargo, so I would withdraw money

20  from that bank to put into Wells Fargo to pay a lot

21  of the bills, and then at that point, I started

22  taking some of the money I had left out of the bank

23  because I started getting threats of bank executions.

24  So I at least wanted to have enough money to sustain

Case 21-20971  Doc 156-7  Filed 05/19/23  Entered 05/19/23 17:26:27  Page 94 of
In re John Wayne Mocadlo                     220                          John Mocadlo
                                                                    June 17, 2022

93

1    to get through to pay bills just in case that did

2    happen.

3         Q.    Which Wells Fargo account would you be

4    putting the money into?

5         A.    It would have been 7751.

6              MS. CLAIBORN:  I don't think we have the

7    statements that cover the January 2021 period.  Oh,

8    no.  I'm mistaken.  We do.  Bear with me.  I'm just

9    going to take a look at those statements and see if I

10   can find the deposits.  I see the deposit of $5,000

11   on January 15 into Wells Fargo 7751.  I see a deposit

12   of $2,000 on January 21st into Wells Fargo.

13   BY MS. CLAIBORN:

14        Q.    Looking at the rest of the Wells Fargo

15   January 2021 statement for account 7751, I don't see

16   deposits that correlates to these withdrawals from

17   this KeyBank having to do with withdrawals on

18   January 25, January 27, January 28, and January 29,

19   and they don't look like they show up in the February

20   statement either.

21        A.    As I explained, I started taking the

22   little bit of money I had left out of the banks

23   because I started getting threats of bank executions,

24   and from that point on, I pretty much started doing a

1    lot of stuff in cash because I knew that something

2    bad was going to happen because I started getting hit

3    with all sorts of lawsuits and legal action.

4         Q.    Okay.  So is it possible that you were

5    then holding those cash withdrawals from

6    January 25 through January 29 that are in the

7    aggregate of about -- close to $50,000?

8         A.    Yes.

9         Q.    Then what did you do with the $50,000 or

10   so?

11        A.    I spent it.

12        Q.    On what?

13        A.    Just living expenses, and, you know, I

14   moved into a new apartment in October.  I bought some

15   new furniture.  You know, I mean, just normal -- you

16   know, normal cost of living.  I mean, I went from

17   making an exorbitant amount of money down to almost

18   nothing, so --

19        Q.    So it's your testimony that the cash that

20   you took out of your KeyBank account in January 2021

21   that's in the neighborhood of about $50,000, that you

22   spent that during the following several months?

23        A.    Yes.

24        Q.    Was it all gone by the time you filed your

95

1  bankruptcy on October 20, 2021?

2      A.    Yes, it was gone before that.

3      Q.    Okay.  Generally, what did you spend the

4  $50 or so thousand dollars on?

5      A.    Between, you know, furniture and just

6  normal living expenses.  You know, just consolidating

7  my life, getting used to not making a lot of money.

8  It was a very hard, sobering transition.

9      Q.    Did you deposit any of that cash from the

10  KeyBank account into another bank account other than

11  the $5,000 we've identified did go into the 7751 at

12  Wells Fargo?

13      A.    No.

14      Q.    In the month of February 2021, your Wells

15  Fargo account shows some transactional history at

16  Mohegan Sun.  Did you lose any of the money gambling

17  at Mohegan Sun?

18      A.    I could have lost a little bit, but I

19  wouldn't say more than a couple thousand dollars.

20      Q.    And you said that you bought some

21  furniture.  When did you buy furniture?

22      A.    I believe it was January.  January or

23  February.  Just what's in my apartment.  There's not

24  too, too much stuff.

1       Q.      How much did you spend on furniture?

2       A.      Probably about $5- or $6,000.

3       Q.      Okay.  And then can you give me some other

4   ideas about what bills you would have paid with the

5   cash?

6       A.      Yeah.  I mean, over the months, I would

7   have put money into my, you know, Wells Fargo account

8   to pay for, you know, rent or car payment or, you

9   know, just normal bills.

10      Q.      And what monies would you have used that

11  were in cash that you didn't deposit into your Wells

12  Fargo account?  What would you use those monies for

13  besides furniture?

14      A.      Going out.  Entertainment.  Just normal

15  living.  You know, if you see my income, I had a

16  pretty exorbitant income, and it went down.  So,

17  obviously, you start to try to wean your life down.

18  You're used to going to nice places, so --

19              MS. CLAIBORN:  Mr. Thomas, can you put up

20  Exhibit 17, please?

21  BY MS. CLAIBORN:

22      Q.      Okay.  Exhibit 17 is documentation that

23  you produced in response to the subpoena that you

24  issued to BMW, and if I could ask you to go to the

1  next page.  So page 2 of Exhibit 17 is a lease in

2  your name, Mr. Mocadlo, with Miller Motor Cars in

3  Greenwich, and it's for a 2019 Rolls-Royce Cullinan?

4       A.    Yes.

5       Q.    The address that's on this lease for you

6  is 42 Watrous Point Road in Old Saybrook.  Have you

7  ever lived at that address?

8       A.    I did for a very, very short time.

9       Q.    And when was that?

10      A.    It was before I moved into my house in

11  2019.

12      Q.    When did you move into your house?

13      A.    September of 2019.

14      Q.    Okay.  So would it be fair to say that you

15  resided at 42 Watrous Point sometime in the summer of

16  2019?

17      A.    Yup.

18      Q.    And who owns 42 Watrous Point Road?

19      A.    John Fuller.

20      Q.    And who is John Fuller to you?

21      A.    Just a friend.

22      Q.    Okay.  What was the reason, if there was

23  one, for this particular lease of this particular

24  model?

98

1      A.     Life was getting good.  Business was

2   really good, and I wanted to splurge on something I

3   always wanted.

4      Q.     At the time that you leased the

5   Rolls-Royce in the summer of 2019, did you have any

6   other vehicles?

7      A.     I only -- I had a Mercedes G wagon that I

8   traded in for the Rolls-Royce.

9           MS. CLAIBORN:  Mr. Thomas, can we scroll

10   down on this page in Exhibit 17?  If you can stop

11   there.

12   BY MS. CLAIBORN:

13      Q.     I realize it's a little blurry.  That's

14   because I think the underlying document was small,

15   and when it got blown up, it sort of blurred itself.

16   When I look at this page 2 of Exhibit 17, which is

17   your lease of the Rolls-Royce, I don't see a credit

18   on there for your Mercedes G wagon that you just said

19   you traded in.

20      A.     Yeah, because it was a lease, and a lease

21   doesn't designate a sales tax credit.  So all they do

22   is pay off the lease.

23      Q.     So where would the number be that would

24   reflect that you got credit for that?

99

```
 1        A.    It wouldn't be because, obviously, it's
 2   not my collateral.  So what happened was they would
 3   just pay off the lease, and the lease got returned,
 4   but the keys and the vehicle were dropped off at the
 5   Rolls-Royce dealership at the time of purchase of
 6   this new vehicle.
 7        Q.    Okay.  And do I understand correctly then
 8   that turning in that Mercedes didn't have any effect
 9   on reducing the amount of money that you owed for the
10   Rolls-Royce?
11        A.    Nope.  The Mercedes was actually a
12   liability.  There was an additional amount owed.
13        Q.    Okay.  Any reason why this dealership took
14   on the obligation to pay your Mercedes note?
15        A.    Because it was a good vehicle that they'd
16   be able to trade -- that they would take for, you
17   know, as a trade-in and pay off and resell.
18        Q.    All right.  I'm going to the payment
19   history, which is found on pages 7 and 8 of this
20   exhibit.  You made payments on this lease until about
21   July of 2020?
22        A.    Yup.
23        Q.    So what prompted you stopping the
24   payments?
```

100

```
 1        A.    I just ran out of money, and at that

 2   point, I knew that I wasn't going to be getting the

 3   dealerships back, and I had to brace for chaos, which

 4   this is.

 5        Q.    At the time that you leased the

 6   Rolls-Royce, were you also leasing a McLaren?

 7        A.    No.

 8        Q.    No.  Did you ever lease a McLaren?

 9        A.    Yes.

10        Q.    When was that?

11        A.    October of 2019.

12        Q.    Okay.  I thought you just said it wasn't

13   at the same time?

14        A.    It wasn't at the same time.  The

15   Rolls-Royce was before.

16        Q.    Oh, no, meaning you had two leases going

17   on at the same time is what I was aiming at.

18        A.    Oh, no.  I'm sorry.

19        Q.    Why did you have a need to have a lease of

20   a Rolls-Royce at the same time you have a lease of a

21   McLaren?

22        A.    Because that's when I had my mental

23   breakdown.  So I wish I could explain a lot of things

24   I did at that point, which included trying to end
```

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 102 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

101

1  myself.

2      Q.    Was anyone else making the payments for

3  the Rolls-Royce?

4      A.    No.

5      Q.    Was anyone else making the payments for

6  the McLaren?

7      A.    No.

8          MS. CLAIBORN:  Now I want to take a look

9  at Exhibit 5, please.

10  BY MS. CLAIBORN:

11     Q.    We're going to talk about your 2020 BMW.

12     A.    Yup.

13     Q.    So Exhibit 5 is the production that Ally

14  did in response to the subpoena issued to it, and I

15  want to direct your attention to page 2.  So page 2

16  looks to be a screenshot of something that was in

17  Ally's computer system about your BMW purchase?

18     A.    Yeah.

19     Q.    So you purchased a BMW 850 XI, and it

20  looks like that that transaction happened around

21  August 3rd, 2020?

22     A.    Yup.

23     Q.    Okay.  So let's stop and talk about why

24  did you lease a BMW 850 in August of 2020?  Sorry.

102

1    Not a lease.  It's a purchase.

2         A.    Because I knew that I couldn't pay for the

3    Rolls-Royce and I couldn't pay for the McLaren, and I

4    had gotten a job with LTO to be on the road, and I

5    still needed a decent car because everybody knew in

6    Connecticut I had an insanely decorated career in

7    automotive, and, you know, I went back out on the

8    road selling.

9         Q.    Okay.  This screenshot shows in the box

10   under "buyer," which is in the middle, some

11   information about you, and it has your employment

12   listed as the Hartford Auto, and it has your

13   occupation as president, and it says that your

14   primary monthly income is $62,500?

15        A.    Yes.

16        Q.    So as of August 30, 2020, were you

17   employed at the Hartford Auto Group?

18        A.    I was still employed, yes, but that's not

19   my income.

20        Q.    As of August 3rd, 2020, were you the

21   president of the Hartford Auto Group?

22        A.    I still was.

23        Q.    And as of August 3rd, 2020, your income at

24   the Hartford Auto Group was not $62,500?

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 104 of
In re John Wayne Mocadlo                               220                        John Mocadlo
                                                                                 June 17, 2022

                                                                                       103

1          A.    Nope.

2          Q.    And so how does that number show up on

3    this screen?

4          A.    They must have artificially inflated it

5    for the sake of getting it approved because

6    originally my grandmother was helping me to cosign

7    with this car, and they turned it down because,

8    obviously, I didn't have that adequate income, and

9    from being in auto for the last 23 years, it looks

10   like they inflated it based upon what my previous

11   income was the previous year to coincide for what

12   needed to be done to get this loan approved.

13         Q.    Okay.  As of August 3rd, 2020, what was

14   your income from the Hartford Auto Group?

15         A.    Zero.

16               MS. CLAIBORN:  Let's go to the next page,

17   please, Mr. Thomas.

18   BY MS. CLAIBORN:

19         Q.    This is the loan application for the BMW.

20   There is a signature block on this page, which is

21   page 3 of Exhibit 4.  Is that your signature,

22   Mr. Mocadlo?

23         A.    Yes.

24         Q.    Okay.  A couple of lines above that, all

104

1   the way to the left, it says your salary on an annual

2   basis is $750,000.  Is that accurate?

3        A.    Nope.  But I didn't fill that application

4   out.

5        Q.    But you did sign it?

6        A.    Yes.  I just went through and signed all

7   the paperwork that they gave me.

8        Q.    Given your history of being in the

9   automotive dealership business that goes back many

10  years, why is it that you didn't read it before you

11  signed it?

12       A.    Because I only looked at the numbers that

13  I needed to because I don't know where they got my

14  income from.  I only explained what I made the

15  previous year.

16            MS. CLAIBORN:  If you can show me the rest

17  of the page 3, Mr. Thomas.

18  BY MS. CLAIBORN:

19       Q.    There's another signature there at the

20  bottom of page 3.  Is that your signature,

21  Mr. Mocadlo?

22       A.    Yes.

23       Q.    So if you go to the next -- actually, two

24  pages up, page 5.  Page 5 should be the resale

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 106 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

105

1   installment contracts.

2          MS. CLAIBORN:  Mr. Thomas, can you go to

3   page 5, please?

4   BY MS. CLAIBORN:

5      Q.   Mr. Mocadlo, according to this, your

6   payment for your BMW under this contract was going to

7   be $222.22 every month for 72 months.  Do you see

8   that?

9      A.   Ma'am, just a correction.  It's $2,000.

10     Q.   I'm sorry.  Did I say a different number?

11     A.   You said $200.

12     Q.   My apologies.  $2,222.22 per month?

13     A.   Yes, ma'am.

14     Q.   And did you have the ability to make that

15  $2,222.22 payment every month based on your income as

16  of August 2020?

17     A.   No.  But I was promised a job at LTO that

18  I would be able to make the payment, which I was able

19  to for a time.

20         MS. CLAIBORN:  Mr. Thomas, can you put up

21  Exhibit 18, please?

22  BY MS. CLAIBORN:

23     Q.   Mr. Mocadlo, I now want to turn your

24  attention to a different topic.  I want to talk about

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 107 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

106

1    your property at 27 Turnberry Road in Wallingford.

2    Exhibit 18 that's on the screen is the document you

3    produced to us, which is the contract for the

4    purchase of 27 Turnberry Road, Wallingford in July of

5    2019.  So in July of 2019, where were you working?

6         A.    At the Hartford Auto Group.

7              MS. CLAIBORN:  Can you go to page 4 of

8    this contract?

9    BY MS. CLAIBORN:

10        Q.    There's a signature there.  Is that your

11   signature?

12        A.    Yes.

13             MS. CLAIBORN:  Can you go to page 11,

14   Mr. Thomas, please?

15   BY MS. CLAIBORN:

16        Q.    That is a prequalification page from

17   Fairway Independent Mortgage Corporation.  Is that

18   the lender who was going to finance your purchase of

19   27 Turnberry?

20        A.    Yes.

21             MS. CLAIBORN:  Mr. Thomas, can you put up

22   Exhibit 19, please?

23   BY MS. CLAIBORN:

24        Q.    So when you purchased 27 Turnberry, I

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 108 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

107

1    think it was for $610,000; is that accurate?

2         A.    Correct.

3         Q.    And I think my recollection is your

4    mortgage was something in the neighborhood of about

5    $580,000?

6         A.    Correct.  I think it was less than that,

7    but okay.

8         Q.    Something over $500,000?

9         A.    Yes, ma'am.

10        Q.    Okay.  And that's July of 2019.  So what

11   I've now put up on the screen is Exhibit 19.  It's a

12   promissory note dated February 6, 2020 in the amount

13   of $325,000, and the lender or the person who has the

14   money who's giving it to you is a Raymond Bastarache?

15   Am I saying his name right?

16        A.    Bastarache.

17        Q.    So Raymond Bastarache lent you $325,000 on

18   or about February 6, 2020; is that correct?

19        A.    Yes, against the house.

20        Q.    Okay.  So if we go to the next page, and

21   then the page after that.  So I'm on page 3 of

22   Exhibit 19.  Is that your signature on the promissory

23   note with Mr. Bastarache?

24        A.    Yes.

108

1      Q.    Then the next page is a Schedule A with a

2   description of the property, and the page after that

3   is another description of the property.  When you get

4   to page 6 --

5            MS. CLAIBORN:  Mr. Thomas, if we can go

6   there?

7   BY MS. CLAIBORN:

8      Q.    Page 6 is a mortgage deed that you granted

9   to Mr. Bastarache to secure the $325,000 loan?

10     A.    Correct.

11     Q.    Okay.  And if you go to the next page of

12  that, so page 7, is that your signature on the

13  signature line of the deed?

14     A.    Yes.

15     Q.    The mortgage deed.  Okay.  So February

16  2020, Mr. Bastarache loans you $325,000.  Let's talk

17  about that.  Why did you need $325,000?

18     A.    Because the house that I bought on

19  Turnberry, if you look at all the comps in that area

20  they're all million-dollar-plus homes.  So the house

21  was bought literally a week out of foreclosure from a

22  lady who went into a convalescent home.  So it was

23  destroyed on the inside, but it was a beautiful piece

24  of property on a vineyard.  So it needed about

Case 21-20971    Doc 156-7    Filed 05/19/23    Entered 05/19/23 17:26:27    Page 110 of
In re John Wayne Mocadlo                         220                                    John Mocadlo
June 17, 2022

109

1    $400,000 worth of work to get up to that par, but it

2    was just a beautiful piece of property.  I bought the

3    house for my mom.  And, obviously, income was good

4    when I was -- when I moved in, but then right around

5    February, I wanted to get the house finished because

6    we started having problems with the dealership, and I

7    knew that the house sat on the market for five -- it

8    was four or five years before I purchased it.  So I

9    wanted to at that point renovate it and sell it or

10    finish renovating it, I should say.

11         Q.    So you've owned the house for less than a

12    year, and you're already thinking about selling it?

13         A.    Well, yeah, because naturally when things

14    started to go sidewise with the dealership, I wanted

15    to consolidate everything down immediately.  So I had

16    already put a substantial amount of money into it,

17    probably about $150,000, and I needed close to

18    $300,000 to finish it.  And I think I listed the

19    house almost exactly when I took that money as I

20    continued renovating it.  The house needed about

21    $180,000 worth of site work anyways.  And I listed it

22    with Amy Rio, and the house sat on the market from

23    February of 2020, which, obviously, was the worst

24    time to list a house, all the way until November of

110

1   2020.

2       Q.    Do you have documentation of the work that

3   you did on the house that was funded by this $325,000

4   that you borrowed from Mr. Bastarache?

5       A.    I don't think I have the records anymore,

6   but, I mean, I have teams of contractors that I can

7   provide all the names.  I don't have a problem with

8   that.

9       Q.    Generally, what work did you do to the

10  house?

11      A.    It needed about $200,000 worth of site

12  work.  It needed about $150,000 worth of, like,

13  bathroom and kitchen renovations.  Then it needed

14  about another $100,000 in mill working and floor

15  refinishing.  Other ancillary stuff, so about another

16  $50,000 of exterior work and about another -- I think

17  the roof was $58,000.

18      Q.    Okay.  Did you ever make any payments to

19  Mr. Bastarache about the loan?

20      A.    Yes.

21      Q.    You did?

22      A.    I did, yeah.

23      Q.    What payments did you make?

24      A.    I made, from when the loan was originated,

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 112 of
In re John Wayne Mocadlo                           220                                    John Mocadlo
                                                                                         June 17, 2022

111

1   to where I knew things were going to start going

2   sidewise, we've talked about the term mortgage

3   foreclosed -- I mean, not the mortgage -- the

4   dealerships foreclosed.  After the dealerships were

5   closed and I knew at that point that I would not be

6   getting the dealerships back, I went to him, and I

7   told him that I was going to default.

8        Q.   Okay.  So what payments did you make to

9   Mr. Bastarache between February of 2020 and August of

10  2020?

11       A.   Whatever the scheduled payment was.  I

12  think it was somewhere along the lines of $2,800 to

13  $3,300.  I can't remember what the amount was.

14       Q.   And would you have made that payment from

15  a bank account?

16       A.   Yeah.  I believe I was giving them

17  certified checks from the KeyBank account.

18       Q.   According to the note, you were to make

19  payments of about -- I'll round it up -- about $3,800

20  a month?

21       A.   Okay.  I'm sorry.  I was wrong.  I

22  apologize.

23       Q.   Okay.  It says that they start on

24  April 1st of 2020.  So did you make the payments for

112

1  April, May, June, July, and August of 2020?

2       A.    Yes.  I believe I did make August's, too.

3  I may have even made September's as well, but I think

4  August was the last payment.

5       Q.    Okay.  In July of 2020, you had a party at

6  your house?

7       A.    June.

8       Q.    It was in June.  I'm sorry.

9       A.    That's okay.

10      Q.    And the town of Wallingford was not happy

11  about your festivities because of the size of the

12  party given the ongoing COVID situation?

13      A.    Yes.  It was silly.

14      Q.    So how did you fund the party?

15      A.    It was funded with everybody.  There was

16  more than 10 people that chipped in or a lot of

17  people did everything for free.  I'm very lucky that

18  I know a lot of people in entertainment.

19      Q.    How much of the party did you pay for?

20      A.    I think everybody put in $2,500.

21      Q.    And when you say "everybody," can you give

22  me an idea of how many people contributed that

23  $2,500?

24      A.    It was nine.  It may have been 10.

113

1      Q.   Going back to the payments that you were

2  making to Mr. Bastarache on a monthly basis, you said

3  you were making them from KeyBank?

4      A.   Yes.

5      Q.   Which KeyBank account were you making them

6  from?

7      A.   I can't remember.  It was just -- I just

8  know it was KeyBank.

9           MS. CLAIBORN:  Mr. Thomas, can you put up

10 Exhibit Number 21, please?

11 BY MS. CLAIBORN:

12     Q.   So Exhibit 21 are a series of different

13 documents that include transactional documents

14 showing that you quitclaimed the property at 27

15 Turnberry Road in Wallingford to Mr. Bastarache at

16 the end of August of 2020.

17     A.   Correct.

18     Q.   Okay.  Why did you quitclaim the property

19 to Mr. Bastarache?

20     A.   Because I knew I couldn't pay for it

21 anymore, and rather than go through -- so let me give

22 you a little backstory.  I worked for a gentleman for

23 19 years at a Nissan dealership that took very good

24 care of me.  I moved into his neighborhood.  I was

114

1  six homes down from him and bought a house that I was

2  very proud of.  And rather than go through the entire

3  foreclosure process and being ridiculed by everybody

4  I used to work for for 19 years, I went to Ray, and I

5  said, I can't sell this house.  I don't want to squat

6  here and be ridiculed by somebody I worked for for 19

7  years, and I met up with him, and I said, hey,

8  listen, I think that it could be sold.  Because,

9  obviously, I got no bids on the house in six or seven

10  months, and I did that to satisfy the debt.

11       Q.    Are you related in any way to

12  Mr. Bastarache?

13       A.    No.

14       Q.    Do you know what the source of the money

15  was that Mr. Bastarache lent you?

16       A.    Where his money came from?

17       Q.    Yes.

18       A.    He's an extremely high net worth

19  individual.  This is what he does for a living.  He

20  does hard money loans on hard assets.

21       Q.    And how did Mr. Bastarache give you the

22  money?

23       A.    Check.

24       Q.    Was it one check?

115

1     A.    Yes.

2     Q.    And where did you deposit it?

3     A.    KeyBank.

4     Q.    Then did you fund the improvements to the

5     house and the repairs from the house from that same

6     KeyBank account?

7     A.    Yes.

8     Q.    And why is it that you went to

9     Mr. Bastarache for some money to improve the house

10    instead of, for example, getting a bank loan?

11    A.    All conventional banking was closed and

12    not taking applications due to COVID.

13         MS. CLAIBORN:  So if we go to -- hold on a

14    minute.  I'm just going to go to the right page.

15    Mr. Thomas, can you put us on page 6, please?

16    BY MS. CLAIBORN:

17    Q.    So page 6 is a general release issued by

18    Mr. Bastarache to you for the deed that secured the

19    $325,000 note, and that general lease is dated

20    September 1st, 2020.  If you go to the next page, and

21    that shows a wire transfer from People's Bank to

22    Shellpoint Mortgage in the amount of $555,257.51 on

23    September 3rd, 2020, and it looks like it's coming

24    from Attorney Bryk's account.  Attorney Bryk was

116

1    counsel for Mr. Bastarache?

2        A.    I believe so.  I'm not a hundred percent

3    sure.

4        Q.    And is this wire transfer a payoff of your

5    existing underlying mortgage that you used to buy the

6    property?

7        A.    Yes.

8        Q.    Okay.  And did Attorney Greene represent

9    you in connection with this transaction?

10       A.    Yes.  Attorney Reiner represented me.

11   He's -- he works in Attorney Greene's office.

12       Q.    So Attorney Reiner is the one who helped

13   do the quitclaim deed in lieu of foreclosure?

14       A.    Yes, ma'am.

15       Q.    Okay.  And did he draft the release that

16   Mr. Bastarache signed?

17       A.    Yes, I believe so.

18             MS. CLAIBORN:  Let's go to the last page

19   of Exhibit 21.

20   BY MS. CLAIBORN:

21       Q.    And this is the conveyance form that you

22   have to fill out for the State of Connecticut when

23   you sell real estate.  So, Mr. Mocadlo, this

24   discloses the transaction where you are giving title

117

1    of 27 Turnberry Road to Mr. Bastarache, and it says

2    that the consideration that changed hands was zero?

3         A.    Correct.

4         Q.    Okay.  So is that accurate?  You didn't

5    get any money for this transaction?

6         A.    No, none at all.

7         Q.    If you go up one page earlier than that,

8    which is page 16, that page is actually a signed

9    version of the conveyance document.  Is that your

10   signature at the bottom there?

11        A.    Yes.

12        Q.    Okay.  And you signed that document on

13   August 31st, 2020; is that right?

14        A.    Yes.

15        Q.    Okay.  It's my understanding that sometime

16   shortly after taking title to 27 Turnberry Road, that

17   Mr. Bastarache was able to sell the property, and

18   that he sold it for $1.185 million?

19        A.    Yeah.  The property still needed about

20   another $100,000 worth of work, which he finished and

21   completed including a new well, so --

22        Q.    So we were talking about Mr. Bastarache's

23   sale of the 27 Turnberry Road property a few months

24   after you gave it to him, and he sells it for $1.185

118

1    million.  You think that happened in December of 2020

2    that he sells the property?

3         A.    Yes.

4         Q.    So how is it that he was able to turn it

5    around just a few months after you sold it him or

6    gave it to him when you weren't able to sell it?

7         A.    The house wasn't complete when I gave it

8    to him.  It was almost complete.  It probably needed

9    about another $100,000 worth of work, which he

10   completed.  And Amy Rio was not their agent anymore.

11   I believe that I chose, unfortunately, the wrong

12   agent.  Laura Friedman, who's probably one of the top

13   real estate agents in the state represented the

14   house, and she did a tremendous job for him.

15        Q.    Okay.  So if I do some quick math, it

16   would look like this.  Mr. Bastarache sells it for

17   $1.185 million.  He's paid off your approximately

18   $555,000 mortgage to Shellpoint?

19        A.    Yup.

20        Q.    And he's paid off your $325,000 loan that

21   you took from him?

22        A.    Yup.

23        Q.    That would net him a profit, just using

24   those numbers, of about $305,000?

119

1      A.    Yeah.  Well, he did put improvements into

2   it, so --

3      Q.    I'm not sure that -- we can't hear you,

4   Mr. Mocadlo.

5      A.    I apologize.  Can you hear me now?  I

6   really apologize.

7      Q.    Much better.  Thank you.

8      A.    I'm so sorry.  I apologize.  Yeah.  He

9   still had about $100,000 worth of improvements, and I

10  don't know what he paid for fees or concessions or

11  whatever.  I wasn't really privy to the whole deal.

12  But if you look at the real estate history on when

13  the house was listed, I mean, it was diligently

14  listed from, you know, February of 2020 even while it

15  was under renovation all the way through, and we had

16  several showings and no offers.  So, I mean, that

17  extra $100,000 really went a long way on what he

18  could do with it to make it work.  I mean, it's

19  public knowledge.  It was for sale, and if you look,

20  I tried to sell it for as much as possible.

21      Q.    Did you have any agreement with

22  Mr. Bastarache to get any money out of the sale when

23  Mr. Bastarache sold it?

24      A.    No.

120

1        Q.    Your 2020 tax return --

2              MS. CLAIBORN:  If you can put up Exhibit

3    22, please, Mr. Thomas.  We need to go to page --

4    bear with me.  I'm trying to find the right page.

5              THE WITNESS:  No problem.  Can I just go

6    get a glass of water real quick?

7              MS. CLAIBORN:  If we can finish up this

8    one little area, and then, I think, we can take a

9    quick break for bathroom and a little food.

10             THE WITNESS:  Sure.  No problem.

11             MS. CLAIBORN:  Can you go to page 19,

12   Mr. Thomas?

13   BY MS. CLAIBORN:

14       Q.    So, again, I'm looking at your 2020 tax

15   return, Mr. Mocadlo, and it says here on page 19 that

16   you sold your house for $1.185 million, and that the

17   adjusted basis of your house was $1.5 million.

18       A.    Yeah.  That's --

19       Q.    How do you account for using those numbers

20   given that you didn't sell your house for $1.185

21   million?

22       A.    Yeah.  That's most certainly an error.  I

23   never noticed that because I never paid attention to

24   my 2020 return just due to the fact that I made

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 122 of
220
In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

121

1  almost no money in 2020.  So I can, obviously, have

2  that amended because that's completely wrong.

3          MS. CLAIBORN:  And then if we go back to

4  page -- the very first page.  Actually, let's go to

5  page 5.  So that's the cover sheet to your 2020 tax

6  return, and then if you go to the next page, page 6,

7  please.  Actually, we're going to go all the way to

8  -- I apologize.  Let's go to page 9.

9          THE VIDEO TECHNICIAN:  What was the page

10  number again?

11          MS. CLAIBORN:  Nine.

12  BY MS. CLAIBORN:

13      Q.    So that's the front page of your tax

14  return for 2020.  And, Mr. Mocadlo, can you just

15  confirm that the copy of the 2020 tax return that you

16  gave to us was a copy of what you actually filed with

17  the IRS?

18      A.    That's correct.

19      Q.    One last question on this area, and then

20  we can take a break.  When you filed your bankruptcy

21  documents, you did not disclose the sale of your

22  residence at 27 Turnberry Road in Wallingford.  Why

23  is that?

24      A.    It actually was there.  I think it was

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 123 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

122

1   just an error that it was left out, but it was -- it

2   was a loss anyway, so -- but it was amended.

3        Q.   And when you filed your bankruptcy

4   documents, you did not disclose your repayment to

5   Mr. Bastarache of his loan for $325,000.  Why is

6   that?

7        A.   I didn't understand that it was actually,

8   like, a repayment because it was just him taking the

9   deed of looming foreclosure.  So, I mean, he could

10  have sold the house and lost money on it, so it

11  wouldn't be covering the whole debt, so I didn't know

12  how that would turn out.

13       Q.   Well, we talked today about the lease that

14  Mr. Bastarache signed for you at the end of August

15  2020 when he did the quitclaim deed.  So as of that

16  point, you'd have no responsibility to Mr. Bastarache

17  anymore; is that right?

18       A.   No.  Correct.  I just -- I didn't know it

19  classified as a repayment.

20       Q.   And, again, there's no agreement with

21  Mr. Bastarache of any kind for any monies that would

22  flow to you on account of the property at 27

23  Turnberry?

24       A.   No, ma'am.

123

1          MS. CLAIBORN:  Okay.  Why don't we take a

2    short break.  It is now 1:04 p.m.  Would everybody

3    like to reconvene at 1:20?

4          MR. GREENE:  Perfect.

5          MS. CLAIBORN:  Does that work for

6    everyone?

7          MR. GREENE:  It works for me.

8          (A break was taken from 1:04 to 1:24 p.m.)

9          MS. CLAIBORN:  We're back on the record

10   after a short break.  It's 1:24 p.m.  Mr. Thomas,

11   could you pull up Exhibit 23?

12   BY MS. CLAIBORN:

13       Q.    All right.  Mr. Mocadlo, Exhibit 23 is an

14   unsigned release and settlement agreement between you

15   and LTO Holdings, LLC, Elite Auto Rentals, LLC,

16   and/or Wakefield Towing and Auto Body, LLC.

17       A.    Yes.

18       Q.    Can you tell me about this?  What is this?

19       A.    That is an agreement where I put money

20   into purchasing a part of a building and, in essence,

21   buying my way into a job, and the company was never

22   really financially super solid, and I was only able

23   to be paid for a short time before they realized they

24   wouldn't be able to continue at the scale they wanted

124

1    to.  So it was kind of like a mutually parting way.

2    So that was the $40,000 in the transaction I

3    explained earlier, and they paid me, I think it was

4    $2,200 a month for -- I think it was, like, 14 months

5    or 16 months.  I can't remember exactly.

6         Q.    Let's break it into smaller pieces, if we

7    could.  What's the address of the building you were

8    investing?

9         A.    Wakefield Court was in -- it completely

10   escapes me.  It's a body shop in New Britain next to

11   a McDonald's.  It's actually, I think, on Wakefield

12   Court, and it's a body shop.

13        Q.    So they have something on Wakefield Court

14   in New Britain?

15        A.    Correct.  And it was a body shop -- I'm

16   sorry.

17        Q.    How much money did you contribute to the

18   purchase of that building?

19        A.    $80,000.

20        Q.    And whose name did the title go into for

21   the building?

22        A.    It actually was never even completed.  It

23   was more of a partnership interest.

24        Q.    And what was your partnership interest in?

125

1       A.    In Wakefield Court and LTO.

2       Q.    Are the full names of the entities

3   Wakefield Court, LLC?

4       A.    I believe so.

5       Q.    And is the other full name of the entity

6   LTO Auto, LLC?

7       A.    Yes, I believe so.  I believe it's an LLC.

8       Q.    Okay.  What, if anything, did it have to

9   do with companies known as LTO Holdings, LLC and

10  Elite Auto Rentals, LLC?

11      A.    What did it have to do with it?  Was that

12  the question?  I just want to make sure I'm answering

13  it correctly.

14      Q.    Yes.  What was the role of those two

15  companies?

16      A.    Yes.  Elite Auto -- Elite Rental was the

17  rental company.  LTO Auto was, we'll call it, the

18  leasing company, and Wakefield Court was the body

19  shop that fixed all of their cars.  So how it worked

20  is when I put up this money to purchase a part of

21  Wakefield Court, I was supposed to instantly get a

22  job establishing the dealer network for LTO Auto, and

23  what happened was that happened, I believe, in March

24  or April, and, obviously, the whole world fell apart,

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 127 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

126

1   so my job didn't even materialize, I believe, until

2   October.

3          Q.    And what year are we talking about?

4          A.    2020.

5          Q.    What was the business purpose of the

6   company known as Wakefield Towing & Auto Body, LLC?

7          A.    Towing and auto body.

8          Q.    And what was the business purpose of

9   Wakefield Court, LLC?

10         A.    That was the company that owned the real

11  estate.

12         Q.    Did you have any kind of membership

13  interest in Wakefield Court, LLC?

14         A.    No.

15         Q.    Have you ever had any membership interest

16  in LTO Holdings, LLC?

17         A.    No.

18         Q.    Have you ever had any ownership or

19  membership interest in Elite Auto Rentals, LLC?

20         A.    No.

21         Q.    And have you ever had any ownership or

22  membership interest in Wakefield Towing & Auto Body,

23  LLC?

24         A.    No.

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 128 of
220
In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

127

1      Q.    I think I may have asked this, but just to

2   be sure.

3      A.    Yeah.  That's no problem.

4      Q.    Have you ever had an ownership or

5   membership interest in Wakefield Court policy?

6      A.    No.

7      Q.    So if we go to the next page of Exhibit 23

8   that's on the screen, you would have been the person

9   to sign this release.  Did you ever sign one?

10     A.    Yes, I did.

11     Q.    Okay.  Were you able to locate a signed

12  release?

13     A.    No.  And Attorney Murdo Smith, that

14  drafted the agreement, actually, to my knowledge, is

15  still employed by Greene Law, and we've asked him on

16  several occasions to produce the document, which he

17  said he doesn't have.  But the person that I made the

18  agreement with said that they would execute a new one

19  for your records if you needed it.

20          MS. CLAIBORN:  Let's, if I could, put up

21  Exhibit 24, please.

22  BY MS. CLAIBORN:

23     Q.    Okay.  So Exhibit 24 is an e-mail that has

24  two e-mails within it.  The first is an e-mail from

128

1   Murdo Smith at murdo@ltoauto.com, Christopher Vargo,

2   who is a paralegal at Attorney Greene's office.  And

3   the e-mail below is from a Randy Roberge at

4   Randy@ltoauto.com to Murdo Smith at

5   murdo@ltoauto.com?

6        A.    Yeah.

7        Q.    So I think a second ago you said Mr. Smith

8   is a lawyer?

9        A.    Yes.

10        Q.    Okay.  And does he work at Attorney

11   Greene's office?

12        A.    Attorney Greene can answer that.  As far

13   as my last knowledge, he did work for Greene Law.

14        Q.    Okay.  Was Mr. Smith also a member of LTO

15   Auto?

16        A.    Yes.

17        Q.    The bottom of this e-mail says "LTO

18   Holdings, LLC," and it has "Randy Roberge, CFO" right

19   above that.  So did Mr. Smith have a membership

20   interest in LTO Holdings, LLC, to your knowledge?

21        A.    Yes.

22        Q.    Okay.  So this e-mail that's Exhibit 24

23   says -- that's coming from Randy Roberge to Mr. Murdo

24   Smith, and it's talking about the fact that Mr. Smith

129

1   gave you, Mr. Mocadlo, $40,000 and that Wakefield

2   Court, LLC entered into a note for $40,000 payable to

3   you over 18 months?

4        A.    Correct.

5        Q.    It says that the combination of these two

6   things, this $40,000 payment and the $40,000 note,

7   are a return of an $80,000 investment that you have

8   in Wakefield Court?

9        A.    Correct.

10       Q.    Is that all accurate?

11       A.    It is all accurate, yes.

12       Q.    Okay.  So according to this e-mail, the

13   payments that you're going to get under the note for

14   $40,000 would come through the period of

15   March 21, 2021 through August 2022?

16       A.    Yup.

17       Q.    Have you been getting monthly payments?

18       A.    Yes.

19       Q.    Okay.  And are they coming in at

20   $2,222.22?

21       A.    Correct.

22            MS. CLAIBORN:  Mr. Thomas, can you put up

23   Exhibit 25, please?

24   BY MS. CLAIBORN:

130

1      Q.    This is an unsigned copy of a $40,000 note

2   from Wakefield Court, LLC to you, Mr. Mocadlo.  Do

3   you have a signed copy of this note?

4      A.    No, I do not.

5      Q.    Okay.  Do you know if anybody else does?

6      A.    There should be one in existence because I

7   did sign this.

8      Q.    Well, this one would be from Wakefield

9   Court payable to you.

10          MS. CLAIBORN:  So if we go to the next

11   page, Mr. Thomas.  Keep going to the end of the

12   document, if you would please, Mr. Thomas.

13   BY MS. CLAIBORN:

14      Q.    The signature line would be for Wakefield

15   Court, LLC by Kevin Sisti, S-I-S-T-I?

16      A.    Yeah.

17      Q.    That's the borrower, and you're actually

18   listed here as the lender.  So it's sort of like it's

19   creating a transaction as if you had loaned $40,000?

20      A.    Yes.  I guess that's how they drafted it

21   up.

22      Q.    But, originally, you had just given

23   somebody connected with this group $80,000 as part of

24   your investment in getting this building on Wakefield

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 132 of
In re John Wayne Mocadlo                                     220                              John Mocadlo
                                                                                          June 17, 2022

131

 1  Court?

 2      A.    Yes, ma'am.

 3      Q.    But now they're turning it into a

 4  transaction by which they look like they've borrowed

 5  $40,000 from you and are going to pay it back to you

 6  over time?

 7      A.    Correct.

 8      Q.    Okay.  Are you related to Mr. Sisti?

 9      A.    No.

10      Q.    Have you had any prior business dealings

11  with Mr. Sisti?

12      A.    No.  This is the only one.

13      Q.    What about with Mr. Roberge?

14      A.    No.

15      Q.    So the last payment, I think, will be due

16  and coming to you for the month of August 2022?

17      A.    Correct.

18      Q.    So in two months' time?

19      A.    Yup.

20      Q.    And I think, from what I've seen, the

21  money comes to you from Wakefield by virtue of a

22  direct payment into your bank account?

23      A.    Correct.

24      Q.    And it goes into, I think it's the Wells

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 133 of
220
In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

132

1   Fargo 7751?

2        A.    Correct.  Yeah.

3        Q.    When did you gift $80,000 to what I'll

4   call the Wakefield Court group?

5        A.    It was January or February -- actually, I

6   think it was February of 2020.

7        Q.    And what was the source of that $80,000?

8        A.    Just personal savings.

9        Q.    And did you ask for the money to be

10  returned to you?

11       A.    Yes, because we couldn't shake hands on me

12  getting steady employment, but mainly the steady

13  employment was due to me being kind of blackballed by

14  the dealerships that they were working with.  So it

15  just wasn't a good business agreement.  I wasn't able

16  to work with them.

17       Q.    Is there any agreement of any kind for any

18  future monies to come to you from any of the people

19  associated with Wakefield Court, LTO Holdings, LTO

20  Auto?

21       A.    No, ma'am.

22       Q.    Do you know who the members of Wakefield

23  Court, LLC are?

24       A.    I couldn't tell you exactly.  I only know

133

1   for sure what one of the members is.

2          Q.     And who is that one you know for sure?

3          A.     Kevin Sisti.

4          Q.     Currently, do you have anything to do with

5   Mr. Sisti or any of the other entities, the LTO

6   entities?

7          A.     Nope.

8          Q.     The Auto Wakefield --

9          A.     No, ma'am.

10          Q.     Okay.  In your Wells Fargo 7751 account,

11   you have deposits that happened from time to time,

12   and they're not in any particular amount, and I'm

13   just curious about the sources of deposits that would

14   have been into your account.  Like, for example, on

15   January 31st, 2021, you -- I'm sorry --

16   January 6, 2021, you had a deposit $3,016.71, and it

17   was just a deposit into a branch at Wells Fargo.

18   There are those sorts of oddball number deposits

19   scattered throughout your bank records, and I

20   wondered if you could explain to me the sources of

21   money that I would be seeing deposited into your bank

22   account?

23          A.     Can you pull up an exhibit just so I can

24   reference it properly?

134

1    Q.    I'll try to do that.  Hold on.

2         MS. CLAIBORN:  Let's try Exhibit 15,

3    Mr. Thomas.  If we can go to page 50, Mr. Thomas.

4    BY MS. CLAIBORN:

5    Q.    Page 50 shows that deposit I was just

6    referencing on January 6 in the amount of $3,016.71.

7    A.    Hold on one second.  No.  I think that

8    probably just could have been -- I may have just

9    deposited some cash, and, you know, just to pay a

10   bill.  And I was still getting paid from LTO at the

11   time, so it just could have been a combination, you

12   know, of cash and a paycheck.

13        MS. CLAIBORN:  Why don't we go to page 75,

14   please, Mr. Thomas.

15   BY MS. CLAIBORN:

16   Q.    There's a transaction on March 8, 2021 for

17   $3,793.20 deposited in a branch.

18   A.    Yeah.  It probably was a paycheck in

19   conjunction with some cash or a couple of paychecks

20   in conjunction with some cash.

21   Q.    And this would have been a paycheck from

22   who at this point?

23   A.    It would have been Impossible Kicks at

24   this point.

135

1          MS. CLAIBORN:  Let's go to March 22, which

2    is on page 76.

3    BY MS. CLAIBORN:

4          Q.    There is a deposit there of $1,890.98 and

5    another deposit on March 24 of $1,740.

6          A.    It probably was a paycheck in conjunction

7    with a little bit of cash because I'm just looking at

8    my balance.  It was just -- you know, my bank account

9    was almost zero the whole entire time.  So I was just

10   trying to keep afloat.

11         Q.    And is the same cash that we talked about

12   earlier today coming from what you took out of your

13   KeyBank account?

14         A.    Yes.

15         Q.    Just as an example of a Wakefield Court

16   payment to you, let's go to page 95.  So on May 4th,

17   you're going to see a deposit of $2,222.22 --

18         A.    Yup.

19         Q.    -- coming from Wakefield Court.  At the

20   bottom of that same page, 95, you're going to see a

21   deposit on May 11th of 2021 for $4,570.98.  Can you

22   explain that transaction?

23         A.    Yeah.  I'm just looking at the deposits.

24   I hadn't deposited a check in a few weeks, so it

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 137 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

136

1   probably was a few paychecks and in conjunction with

2   some cash.

3          MS. CLAIBORN:  If you could go to the

4   next page -- Mr. Thomas, one more page down.

5   BY MS. CLAIBORN:

6      Q.    There's a payment at the top there.  A

7   check was written for $5,700 on May 11th.  Any idea

8   what that was for?

9      A.    May 11th, 5,700.  Let me think here for a

10  minute.  No, I don't know what that was for.  I

11  really don't.  Let me think.  just give me another

12  second just to try to recall.  May 11, 2021, right,

13  ma'am?

14     Q.    Yeah.

15     A.    Okay.  I'm just trying to recall.  I can't

16  remember.  I really can't remember.  It probably had

17  to be something to do with rent or some kind of

18  equivalent or something along those lines.  I was

19  paying rent a little bit in arrearage, too, so there

20  was some times I'd get backed up a month, a month and

21  a half.

22     Q.    I would like to switch topics, if I could,

23  to the car dealerships.

24          THE WITNESS:  Sure.  Can I have a

137

1    30-second bathroom break?  I'm really sorry.

2              MS. CLAIBORN:  Absolutely.  Go ahead.

3              (A break was taken from 1:47 to 1:48 p.m.)

4              MS. CLAIBORN:  So we are back on the

5    record.

6    BY MS. CLAIBORN:

7         Q.    Mr. Mocadlo, I want to talk about the car

8    dealerships.  So let's start with some groundwork.

9    As of the bankruptcy filing on October 20, 2021, did

10   you have an ownership interest in any business?

11        A.    No.

12        Q.    As of the bankruptcy filing on

13   October 20, 2021, did you have a management role in

14   any business?

15        A.    No.

16        Q.    As of October 20, 2021, when you filed

17   your bankruptcy case, did you have any expectation of

18   any future stream of money coming to you from

19   anything having to do with auto sales and car

20   dealerships?

21        A.    No.

22        Q.    Let's talk first about the Hartford Auto

23   Group.

24        A.    Yes.

138

1      Q.    I understand that that company was doing

2  business as Mac Mitsubishi in Hartford?

3      A.    Yes, ma'am.

4      Q.    Was it always on New Park Avenue?

5      A.    Yes.

6      Q.    Okay.  And was the franchise only a

7  Mitsubishi franchise?

8      A.    Yes.

9      Q.    Okay.  At some point in time, you were an

10  owner of that company; is that right?

11      A.    Correct.

12      Q.    When did you become an owner of Hartford

13  Auto Group?

14      A.    August of 2016.

15      Q.    And when did you stop being an owner of

16  Hartford Auto Group, Inc.?

17      A.    Well, I was denied access and able to run

18  the business by February 1st, 2020 where I was not

19  allowed back in the building, and the dealership was

20  closed, not under my supervision, on September --

21  September or October 2020.

22      Q.    Okay.  As of February 2020, when you were

23  cut out or cut off, who were the owners of the

24  company Hartford Auto Group?

139

1      A.    The managing members of the company were

2    Herlof Sorenson, H-E-R-L-O-F, Sorenson,

3    S-O-R-E-N-S-O-N, and Robert Urrutia.

4      Q.    Okay.  And what was the percentage of

5    ownership between you three?

6      A.    Well, I owned 90 percent of it, and Herlof

7    owned 10 percent of it, but the management agreement

8    is they would take over all liability and personally

9    indemnify me against all of the debt that was

10   associated with the businesses as a whole.  So they

11   effectively owned a hundred percent at that point.

12     Q.    Okay.  And when did that happen that they

13   took ownership and control of it all?

14     A.    Exactly January 31st, 2020.

15     Q.    Okay.  So are you referring to the

16   management agreement with Mr. Urrutia and

17   Mr. Sorenson when you're giving me that date?

18     A.    Yes, ma'am.

19            MS. CLAIBORN:  Mr. Thomas, can we put up

20   Exhibit 32?

21   BY MS. CLAIBORN:

22     Q.    So Exhibit 32, is a management agreement

23   February 2020 between Robert Urrutia,

24   Herlof Sorenson, Hartford Auto Group, LLC, Straits

140

1   Turnpike Automotive, LLC, and I believe if you go to

2   the end of this document on page 10, you are the

3   person who would be signing on behalf of the -- this

4   is the problem.  This one doesn't have -- I don't

5   have a full copy of this, so let's go to the very

6   first page again.

7             MS. CLAIBORN:  I'm sorry, Mr. Thomas.

8   BY MS. CLAIBORN:

9        Q.    So this agreement also includes you, but

10  we don't have a fully signed executed copy of this

11  with all of the pages and with all of the exhibits.

12  So I'm going to ask you, again, if somebody could go

13  and try to find me a full copy of this.

14       But if you could, for me, describe generally what

15  your understanding of this agreement was.  What you

16  were going to get out of it, and what you were giving

17  up.

18       A.    So, essentially, I was going to save

19  myself from financial ruin by signing over the

20  businesses to them, and then what they would do is

21  enter a sale with the manufacturers, which was

22  General Motors -- I'm sorry -- Mitsubishi and General

23  Motors.  And so when we entered it, we'll call it the

24  1st of February, you have to go and apply to the

Case 21-20971  Doc 156-7  Filed 05/19/23  Entered 05/19/23 17:26:27  Page 142 of
In re John Wayne Mocadlo                220                                 John Mocadlo
                                                                           June 17, 2022

                                                                              141

 1  franchises, and it takes roughly six to eight months

 2  to have everything transferred from one person's name

 3  to the next after entering a buy-sell agreement.

 4  Unfortunately, what happened was after we entered

 5  this contract, the entire country shut down five

 6  weeks later, which no one knew obviously.  So that's

 7  where this all began.

 8              MS. CLAIBORN:  If we can go to page 2,

 9  Mr. Thomas.

10  BY MS. CLAIBORN:

11       Q.    Starting at paragraph 3, it talks about

12  compensation, and if you go to the next page, page 3,

13  there's a paragraph that talks about you?

14       A.    Yeah.

15       Q.    So that's paragraph 3C?

16       A.    Yeah.

17       Q.    So under paragraph 3C, you're supposed to

18  get 30 percent of the net profits of Straits Turnpike

19  Automotive --

20       A.    Correct.

21       Q.    -- until such time as the debts that exist

22  as of February 1st are satisfied?

23       A.    Yes.

24       Q.    Let me just ask in general.  If the car

142

1  manufacturer dealer -- we'll call it your Mitsubishi.

2  When Mitsubishi approves the transfer of this

3  dealership from you to Mr. Sorenson and Mr. Urrutia,

4  then they would take over responsibility for all of

5  the debts of the dealership?

6      A.    Correct.

7      Q.    Okay.  So you're not getting paid any

8  money for the transfer of your ownership interest?

9      A.    No.

10     Q.    But you're getting absolved of debt that

11 you're currently obligated to pay?

12     A.    Correct.

13     Q.    Okay.  So then in paragraph 3C, a little

14 eye in the hole, you're supposed to get a stipend,

15 and they're supposed to pay for monthly lease

16 payments for vehicles, which are referred to in

17 Exhibit B.  And if you went down to Exhibit B, it

18 refers to a 2019 Rolls-Royce Cullinan and a 2019

19 McLaren 720S?

20     A.    Yes.

21     Q.    So did they pay for your McLaren and your

22 Rolls-Royce?

23     A.    No, ma'am.  They defaulted month one, and

24 that's where Attorney Greene's constituent,

143

1   Mike Reiner, Attorney Reiner, I hired him.  Because

2   they instantly defaulted on this.  I never received a

3   cent of compensation, and they didn't pay for any of

4   the vehicles from the moment the agreement started.

5        Q.    Okay.  The next paragraph down, 3C, a

6   little two in the hole, refers to Allied Maintenance

7   Advance, and it says that they're going to require

8   Allied Maintenance to pay you $20,000 a month.  So

9   let's start with what is Allied Maintenance?

10       A.    So that was a reinsurance company they

11  were setting up to do more extended warranties for

12  the dealership, but I don't know much about it

13  because it never came to fruition because I never saw

14  a cent of the money.

15       Q.    Who was going to be the owner of Allied

16  Maintenance?

17       A.    Herlof Sorenson and Robert Urrutia.

18       Q.    And as of the time of this agreement,

19  February 2020, did Allied Maintenance exist as a

20  company?

21       A.    No.  To my knowledge, no.

22       Q.    Does it currently exist?

23       A.    I do not know.

24       Q.    I will tell you that I tried to find it on

144

```
 1    the Secretary of State's website for the State of

 2    Connecticut and was not able to.  Is it possible that

 3    it was a company formed in another state?

 4         A.    I have no idea.  I do not know.  It could

 5    have just been a reinsurance company that Herlof and

 6    Tony was forming.  They may have never formed it.

 7         Q.    Okay.  And did you get that $20,000 a

 8    month from Allied Maintenance?

 9         A.    I never received any compensation from

10    that company ever.

11         Q.    All right.  Now we're going to go to the

12    next page, which is page 4.  We're going to go to

13    paragraph 3C, a little three in the hole, which is

14    called "overremit income."  That obligates you to be

15    paid 35 percent of the Hartford and 35 percent of

16    Midstate of any overremit income on all reinsurance

17    products.  What does that term "overremit income"

18    mean?

19         A.    So "overremit income" was -- remember when

20    you asked me earlier in the exam about -- it was

21    Credit Guard Corp.  There was three amounts that you

22    were asking me about on my tax return, and I was

23    talking about the reinsurance company.  I don't know

24    if you're familiar with that.
```

145

1        Q.    Yeah.

2        A.    That's what would be considered overremit

3    income.

4        Q.    Okay.  Did you ever get any overremit

5    income --

6        A.    I believe --

7        Q.    -- from this agreement?

8        A.    Yeah, I believe I did for February, which

9    was an amount of about $5,000, and then I never

10   received any after that.

11       Q.    Okay.  Moving to paragraph 3C, four in the

12   hole, it says that you are to be paid $25,000 on or

13   about February 17, 2020.  Did you receive that

14   $25,000?

15       A.    I believe I did, but I can't remember.  I

16   really can't remember.  I think I was.

17       Q.    Do you recall if you received it via

18   check?

19       A.    It would have definitely been by check.

20       Q.    Okay.  Do you recall where you would have

21   deposited in?

22       A.    In Wells Fargo 7751.

23       Q.    So the next thing I want to show you is

24   Exhibit 34.  So 34 is a combination of a variety of

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 147 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

146

1    documents, all of which appear to be documents aimed

2    at transferring and assigning ownership of certain

3    things having to do with Hartford Auto Group to an

4    entity called Team Imports, LLC doing business as

5    Team Mitsubishi Hartford.

6         A.    Yes.

7         Q.    Who is the owner of Team Imports, LLC?

8         A.    At the time, it was supposed to be

9    Robert Urrutia and Herlof Sorenson.  If there was any

10   other members, I do not know.

11        Q.    Okay.  So the documents I have seen have

12   signatures from you, but not necessarily from

13   Mr. Urrutia.  For example, you'll see it on this very

14   first page on this Exhibit 34 there's no signature

15   from Mr. Urrutia.

16        A.    Yeah.  I know it was executed because it

17   was upheld, and Attorney Greene was privy to a lot of

18   the conversation that went on because it was,

19   unfortunately, very vicious, me trying to take the

20   dealership back, and I couldn't.

21        Q.    All right.  Let me just go down to page

22   16.

23             MS. CLAIBORN:  Mr. Thomas, if you can go

24   to page 16.  Oh, I apologize.  I think 10 is where I

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 148 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

147

1  need to go.

2  BY MS. CLAIBORN:

3       Q.    Okay.  So this is a bill of sale from

4  Hartford Auto Group, Inc. doing business as Mac

5  Mitsubishi of Hartford as the seller to Team Imports,

6  LLC doing business as Team Mitsubishi Hartford as the

7  buyer, and it refers to an asset purchase agreement

8  dated February 18, 2020.  You'll see that in the

9  first paragraph.

10       A.    Yes.

11       Q.    And then if you go to --

12            MS. CLAIBORN:  Mr. Thomas, if you were to

13  go to page 12.

14  BY MS. CLAIBORN:

15       Q.    There's a signature for you there,

16  Mr. Mocadlo.  Is that your signature?

17       A.    Yes.

18       Q.    Okay.  So this is dated -- this bill of

19  sale is dated August 2020 without a date for the day,

20  but is this the final document that you executed

21  transferring everything having to do with Hartford

22  Auto Group to Team Imports, LLC?

23       A.    Yes, ma'am.

24       Q.    Okay.  And then I won't show it to you,

148

1    but Exhibit 35 appears to be -- sorry -- Exhibit 36

2    had the same set of documents for Straits Turnpike

3    Automotive, LLC that you signed for transferring

4    everything to TAG Imports, LLC.

5        A.    Yup.

6        Q.    Is TAG Imports, LLC another company owned

7    by Mr. Robert Urrutia?

8        A.    "TAG" was just an acronym for Team Auto

9    Group.

10       Q.    Mr. Robert Urrutia also owned that

11   company?

12       A.    Yes, ma'am.

13       Q.    Was Mr. Sorenson supposed to be an owner

14   of TAG Imports?

15       A.    Yes.

16       Q.    And I have a similar bill of sale for TAG

17   Imports and Straits Automotive.  It's dated

18   July 31, 2020.

19       A.    Yup.

20       Q.    So is there a reason why one set of

21   documents gets done at the end of August for Hartford

22   Auto Group, but Straits Turnpike Automotive gets done

23   earlier in July?

24       A.    I don't know.  Just the approval process

149

1    of how things came over from Mitsubishi.  That's just

2    how they flowed.

3         Q.    Okay.  So as of the end of August of 2020,

4    did you have any ownership interest in Hartford Auto

5    Group, LLC?

6         A.    No.

7         Q.    And as of the end of July of 2020, did you

8    have any ownership interest in Straits Turnpike

9    Automotive, LLC?

10        A.    No.

11        Q.    Okay.  I'm going to go back in time.

12        A.    Sure.

13        Q.    Your car dealership experience began with

14   the Barberino Brothers?

15        A.    Yes, ma'am.

16        Q.    Okay.  And so that happened a long time

17   ago, but at some point in 2017, I understand you

18   became -- let me rephrase that.  Sometime in 2017,

19   you transferred interest in various different

20   Barberino entities back to the Barberinos?

21        A.    That is correct.

22        Q.    Okay.  I've seen documentation that shows

23   that you gave up an interest in a company called the

24   Barberino Brothers, Inc.?

150

```
 1        A.    Yup.

 2        Q.    A company called Barberino Car Country,

 3   LLC?

 4        A.    Yup.

 5        Q.    And a company called Isynergy, Inc.?

 6        A.    Yes.

 7        Q.    You gave all of those to various different

 8   Barberino individuals; is that right?

 9        A.    Correct.  Yup.  Between Tom and Paul.

10   That is correct.

11        Q.    And in exchange for giving up your

12   interest in those various different Barberino

13   entities and Isynergy, Inc., what did you get?

14        A.    The Hartford Auto Group.

15        Q.    Okay.  And at the time of these

16   transactions, did you have any ownership interest in

17   the Hartford Auto Group?

18        A.    Yes.

19        Q.    What interest did you own?

20        A.    I owned 33 percent.

21        Q.    So you owned 33 percent of Hartford Auto

22   Group, and after you transfer all these different

23   Barberino entities back to the Barberinos, do you end

24   up with a hundred percent of Hartford Auto Group?
```

151

1       A.     Correct.

2       Q.     So as of sometime in the fall of 2017, you

3   were the hundred percent owner of Hartford Auto

4   Group, LLC?

5       A.     Yes, ma'am.

6       Q.     At what point in time does Herlof Sorenson

7   become a 10 percent owner in Hartford Auto Group,

8   Inc.

9       A.     The end of August 2019.

10      Q.     And how does that come about?

11      A.     I paid another partner that I had taken on

12  for a Saybrook Buick GMC store.  He came to me and

13  said he had health problems and that he wanted to

14  sell -- wanted me to buy his interest, and I didn't

15  have that kind of disposable income, so I was

16  introduced to Herlof, and Herlof agreed to purchase

17  the stock.

18      Q.     I think I missed a step somewhere in that

19  explanation.  You had a hundred percent ownership?

20      A.     Yes, ma'am.

21      Q.     And then eventually you give 10 percent to

22  Herlof Sorenson?

23      A.     No.  There was another partner who came

24  along in that time.  His name was Charlie Klewin, and

152

1  he owned 10 percent of it, and he asked to actually

2  sell it because of health problems, and I arranged a

3  sale between Charlie and Herlof.

4  Q.   Okay.  So when did Mr. Klewin become a

5  member or an owner of Hartford Auto Group?

6  A.   November or December of 2018.

7  Q.   And when did Mr. Klewin sell his interest

8  to Mr. Sorenson?

9  A.   August of 2019.

10  Q.   Okay.  At some point in 2020, Hartford

11  Auto Group and Straits Turnpike, I believe, applied

12  for PPP loans?

13  A.   Correct.

14  Q.   And were you involved in the signing of

15  the documents to get those loans?

16  A.   Yes.  Well, here's what happened.  I was

17  sent a document to my phone, and they said we need

18  you to fill out this application.  So they said we

19  already filled it out, and "we" being Robert Urrutia

20  and another gentleman by the name of Rich Durgan

21  prepared them.  Rich Durgan was Robert's chief

22  operating officer.  And I signed off on it, and I

23  continued driving, and then I got a notification that

24  PPP money came into one of my accounts because it was

153

1   a large deposit.  So I didn't actually fill out the

2   applications or know that it was actually coming in

3   or what the dollar amount was either.

4        Q.    Where did the money get deposited into?

5        A.    The Nutmeg operating account.  So all of

6   the entities --

7        Q.    And for which entity are we talking about

8   that it got deposited into the Nutmeg?

9        A.    The Hartford Auto Group.

10       Q.    Do you happen to know the last couple of

11  digits of that account?

12       A.    No, I do not.

13       Q.    But the account at Hartford -- sorry --

14  the account at Nutmeg into which this PPP money went

15  was in the name of the Hartford Auto Group?

16       A.    Correct.

17       Q.    And did the same thing happen for Straits

18  Turnpike?

19       A.    Yes.

20       Q.    The money got deposited into a Nutmeg

21  account in the name of Straits Turnpike?

22       A.    Correct.

23       Q.    I've seen some documentation of some

24  e-mail exchanges between various lawyers that seems

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 155 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

154

1    to suggest that you personally took some of the PPP

2    money out of, I think it's the Hartford Auto Group

3    account, and that you did so without authorization.

4         A.    Well --

5         Q.    How do you respond to that?

6         A.    Attorney Greene is very knowledgeable

7    about this situation.  Because after the money came

8    in, when I did not know what it was applied for, I

9    asked him what the money was to be used for, and I

10   said in the middle of our deal, I don't feel

11   comfortable unless we have terms about this money.

12   So I took the money out, and I put it directly into I

13   believe it was actually Attorney Greene's or Attorney

14   Reiner's escrow account, the full amount, and that's

15   where it sat until we worked out terms, and the money

16   was returned to the business, and they have complete

17   knowledge of where that went.

18        Q.    And do you know the digits of the -- the

19   last four digits of the Nutmeg account that the

20   Straits Turnpike PPP money went into?

21        A.    No, ma'am.

22        Q.    And earlier today we talked about an

23   account at Nutmeg that ends in 852, and it was your

24   testimony that you had nothing to do with the opening

155

1   of that account?

2       A.    Yup, I did not.  I did not have anything

3   to do with that.  It was my first time ever knowing

4   it existed today.

5       Q.    Is it possible that some of the PPP money

6   went into that account?

7       A.    To my knowledge, no.

8       Q.    Okay.  Is that because you've seen banking

9   activity in the other accounts of Nutmeg in the names

10  of Hartford Auto Group and Straits that demonstrate

11  the PPP money went into those accounts?

12      A.    Yes, because every entity had its own

13  operating account through Nutmeg.

14      Q.    Let's talk about Straits Turnpike

15  Automotive.

16      A.    Sure.

17      Q.    As of the bankruptcy filing on

18  October 20, 2021, did you have an ownership interest

19  in Straits Turnpike Automotive, LLC?

20      A.    No, ma'am.

21      Q.    Okay.  And at some point in time, you had

22  an ownership interest in that company; is that right?

23      A.    Correct.  Yes, I did.

24      Q.    Okay.  When did you start being an owner

156

1    of Straits Turnpike Automotive, LLC?

2         A.    I believe it was April of 2019.

3         Q.    And then pursuant to the documents we

4    talked about today, you exited at the end of July

5    2020; is that right?

6         A.    Yeah.   I actually exited that business.

7    It coincides with the management agreement, so I was

8    done with that business on we'll call it

9    February 1st, 2020, and I believe that Robert and

10   Herlof closed the dealership in July of 2020.

11        Q.    So if PPP loans are taken out sometime in

12   the spring or early summer of 2020, and then the

13   dealership at Straits Turnpike is closed in July of

14   2020, what happens to the PPP money?

15        A.    I have no control over the PPP money from

16   Straits Turnpike at all.   I never saw it.   I don't

17   know what the amount was.   Didn't know where it went.

18   Nothing.

19        Q.    Maybe I misunderstood you before, but I

20   thought you said that you were aware that it got

21   deposited into the Nutmeg operating account?

22        A.    No.   For the Hartford Auto Group was the

23   first one.

24        Q.    Okay.   So did you ever see any proof that

157

1    the PPP money got deposited into the operating

2    account at Nutmeg account for Straits Automotive?

3        A.    No.

4        Q.    Did Straits Automotive only ever operate

5    at 724 Straits Turnpike, Watertown?

6        A.    Yes, ma'am.

7        Q.    And was it only ever a Mitsubishi

8    dealership?

9        A.    In my ownership, yes.

10       Q.    Let's talk about Saybrook Buick GMC.

11             THE WITNESS:  Can I have another 30-second

12   bathroom break?  I'm sorry.  I drank a coffee.

13             MS. CLAIBORN:  Absolutely.

14             (A break was taken from 2:18 to 2:20 p.m.)

15             THE WITNESS:  Old Saybrook Buick GMC?  Is

16   that the next topic?

17   BY MS. CLAIBORN:

18       Q.    Saybrook Buick GMC, yes.  I understand

19   that that operated at 225 Middlesex Avenue in Old

20   Saybrook?

21       A.    Correct.

22       Q.    Okay.  And as of October of 20, 2021, were

23   you an owner of Saybrook Buick GMC, Inc.?

24       A.    No.

158

1      Q.    Okay.  At some point in time, you were an

2   owner of the company; is that right?

3      A.    Yes, ma'am.

4      Q.    Okay.  At what point in time did you

5   become an owner of Saybrook Buick GMC, Inc.?

6      A.    I took over that dealership in August of

7   2018, and I didn't become an official owner until May

8   -- April or May of 2019.  It just kind of gives you a

9   scope of how long it takes to get approvals for all

10  the manufacturers.

11     Q.    Okay.  And as of April or May 2019, you

12  became an official owner.  Were you the sole owner of

13  the company?

14     A.    No.  I only owned 90 percent of it, and

15  Charlie Klewin owned the other 10 percent of it.

16     Q.    Okay.  And what happened to Saybrook Buick

17  GMC, Inc.?

18     A.    It was on the shore, and it did extremely

19  terrible during the pandemic, and it worked in

20  conjunction with Isynergy with the other stores

21  because it shared a lot of expenses, and since it was

22  alienated since Robert Herlof took over the other two

23  Mitsubishi dealerships, the entity couldn't function

24  on its own, and also Charlie Klewin pulled his

159

1   guarantee from the floor plan in April of 2020, and

2   without a floor plan, you violate your dealer

3   agreement.  So the dealership just crumbled and

4   closed.

5        Q.    When did Mr. Klewin pull his guarantee?

6        A.    April of 2020.

7        Q.    So then what happened to the company?

8        A.    General Motors took back the dealership.

9   They actually walked back in and seized all the

10   assets.  I believe it was either late July or early

11   August of 2020.

12        Q.    Okay.  And is it now, that location, being

13   operated as a GM dealer through a different name and

14   different company?

15        A.    Yeah.  Yes.  I can't remember the name of

16   it, but, yeah, I didn't directly sell the entity or

17   the business to them.

18        Q.    You did not sell to them?

19        A.    No, ma'am.

20        Q.    I think it's run by Vachon?

21        A.    Vachon, yup.

22        Q.    Okay.  So did you have any business

23   dealings with Vachon?

24        A.    We started to have terms of a buy-sell,

160

1    but the problem was the entity was still tied into

2    all the other debt because the problem was the other

3    entities cross-corporate guaranteed all the debt of

4    the Saybrook store, so they naturally couldn't

5    segregate the debt from the other entities.  So

6    naturally the deal could not go anywhere.

7        Q.    Okay.  And the real estate at 225

8    Middlesex Avenue, was that leased from Mr. Courtney?

9        A.    No.  225 Middlesex was Mr. Klewin.

10       Q.    I'm sorry.

11       A.    Mr. Courtney was Straits Turnpike

12   Automotive.  I know it's a little confusing.

13       Q.    So Saybrook Buick GMC never owned the real

14   estate at 225 Middlesex Avenue in Old Saybrook?

15       A.    Correct.

16       Q.    I think at some point I may have come into

17   a document that referred to Saybrook Buick GMC, LLC.

18   Was there ever an LLC?

19       A.    Yeah.  It may have just been -- it's

20   always been a corporation.  It was an S Corp, so I

21   don't know if it was just maybe written down wrong in

22   error, but it was always an S Corp.

23       Q.    And there was only one entity?

24       A.    Correct.  Yup.  Because when I purchased

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 162 of
220
In re John Wayne Mocadlo
John Mocadlo
June 17, 2022

161

1   the dealership, they were going bankrupt and -- well,

2   essentially bankrupt, and I had to take over the

3   entity from them.  So a new entity wasn't formed.

4        Q.    Okay.  So what happened to the ownership

5   interest in Saybrook Buick GMC, Inc.?

6        A.    It just dissolved.  It just didn't exist

7   anymore because the entity was gone.

8        Q.    When you say that, do you mean

9   operationally, or do you mean legally in existence?

10        A.    Well, it just doesn't have anything

11   anymore.  I mean, the business was closed, and it

12   just doesn't exist.  The business owns nothing.  It

13   has no cash.  It doesn't operate anywhere, and it

14   doesn't own a car franchise.

15        Q.    At some point in time, you were trying to,

16   I think, have business dealings with both Mr. Klewin

17   and a Nathan Gaucher, G-A-U-C-H-E-R?

18        A.    Gaucher.  Correct.

19        Q.    Sorry.  I'm pronouncing it wrong.

20        A.    It's okay.

21        Q.    And at some point in time, I think you

22   looked into reorganizing the ownership of the

23   different dealerships to include Mr. Gaucher and

24   Mr. Klewin.

162

1       A.    Yes.  So Mr. Gaucher -- here's what the

2   interesting thing is.  So let's see if you can follow

3   because it gets a little tricky.  Nathan Gaucher

4   wanted to do this deal with Saybrook Buick GMC.  He

5   explained that he had the adequate funds to buy into

6   his half of the business, which was $300,000.  Upon

7   going into this business deal, after we had an

8   executed contract with Mr. Klewin, it was discovered

9   that he had no funds.  So, therefore, Mr. Klewin got

10  stuck and forced into lending the entity and myself,

11  which I personally guaranteed funds, and Mr. Klewin,

12  which he did not want to do, stayed on as an owner,

13  and Mr. Gaucher was removed from the company.

14      Q.    Okay.  At some point in time, I think I've

15  seen a document that refers to a company called

16  Reinsurance Company, Ltd.  Do you know what that is?

17      A.    No, I do not because that was a

18  reinsurance company that was set up by, I believe, by

19  Tom Pippili (phonetic) and Charlie Klewin, which was

20  never signed over to me, and I never was a member or

21  had any interest in.

22      Q.    Okay.  In the summer of 2019, I believe

23  you were also thinking about opening up dealerships

24  in other locations?

163

1        A.    Correct.

2        Q.    Can you tell me what dealerships you were

3   working on trying to open up and what the locations

4   were?

5        A.    Yes.  So let me just -- stop me if I go

6   too fast for you because this is another complicated

7   situation.  So I was such a high-performer and had

8   such a decorated career now with Buick GMC because I

9   took a dealership that was doing one or two new cars

10  a month up to 30, 40 new cars a month.  So General

11  Motors approached me in July of 2019 and said,

12  listen, we want to give you an open point for Buick

13  GMC in Milford, which was previously Bob's Buick GMC.

14  And the reason why I was so familiar with that entity

15  was because the Barberinos had previously owned it,

16  and I knew about the financials of the store, and it

17  always performed well.

18       So we were very excited.  So we started the

19  buildup of the process, the property, the application

20  process.  We put everything together.  We invested, I

21  think it was about $300,000 getting the building code

22  up to spec, and in November of 2019, we were

23  instructed by Motor Vehicle that the facility does

24  not qualify for a new car dealers license in that

164

1   location.  So General Motors flipped out because it

2   was pure negligence on their part.

3       So we had a choice to either, A, forfeit all the

4   money we had put into it, or to, B, go into a protest

5   with Motor Vehicle under General Motors' counsel.

6   And we chose option B, which they, obviously, were

7   going to, you know, represent us in this protest.

8       So we were probably melting about or using -- you

9   know, burning about $60- to $70,000 a month in cash

10  from -- because naturally the dealership was supposed

11  to be open in November.  So we had all of these

12  people quit.  They're, you know, high-paying jobs.

13  Mechanics, salesmen, associates, everything getting

14  ready for the Motor Vehicle inspection, and now we're

15  told we can't get our Motor Vehicle license.  So

16  trying to be the nice guy, the right thing to do, I

17  didn't want to terminate or lay people off that just

18  left careers to come work for me.  So we carried the

19  carrying cost, and that probably ate up another

20  $400,000, $500,000 between, you know -- between, I

21  would say, like, August through February.

22      Q.   How did you fund those carrying costs?

23      A.   It was from operating capital and some

24  personal capital.

165

1        Q.    And where did you get the personal

2    capital?

3        A.    Oh, I had the personal capital.

4        Q.    Did the dealership in Milford ever open

5    up?

6        A.    No.  By the time that we were able to get

7    a license, they denied the license, and we didn't

8    have any more working capital to continue with it, so

9    we gave the keys back and walked away.

10       Q.    And what's the address of this dealership?

11   Is it 750 Bridgeport Avenue?

12       A.    Yes.  750 Bridgeport Avenue.  Yes, ma'am.

13       Q.    Okay.  And was there a company that you

14   were doing all this under the auspices of?  A company

15   that you set up?

16       A.    Yes.  BW Motors.  Blue, white Motors.

17       Q.    Okay.  So I think that's an LLC.  Who are

18   the members -- who were the members of BW Motors,

19   LLC?

20       A.    Myself and Herlof Sorenson.

21       Q.    How much of a percentage did you own?

22       A.    I believe that structure was a little

23   different.  I believe I owned 80 percent, and Herlof

24   owned 20 percent.

166

1      Q.    At some point in time, Nissan made a

2    demand for, I think it's about $12 million, connected

3    to various different dealerships?

4      A.    Yup.

5      Q.    Hartford Auto Group, Straits Turnpike, and

6    I think it was also connected to BW Motors?

7      A.    Yes.

8      Q.    How did BW Motors become wholly obligated

9    to Nissan?

10     A.    Because BW -- Nissan was going to be the

11   floor plan dealership for BW Motors, and also Nissan

12   lent BW Motors the working capital in order to open.

13     Q.    I thought it was going to be a GM

14   dealership?

15     A.    Yeah, but any franchise -- so, for

16   example, if you own an existing Toyota store and you

17   buy any other franchise, Toyota can still finance

18   you.

19     Q.    The one at 750 Bridgeport Avenue under BW

20   Motors was going to be a GM dealership but financed

21   by Nissan?

22     A.    Yeah.  And Nissan Motor Acceptance

23   Corporation, yeah.  And the reason why the tie is, is

24   because Nissan owns 50 percent of Mitsubishi, so it's

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 168 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

167

1    a constituent brand, and since I already had two

2    Mitsubishi franchises, it was the most likely choice.

3          Q.    Okay.  Did you ever open up a dealership

4    in the New Haven area?

5          A.    No.

6          Q.    Did you ever open up a dealership in

7    Massachusetts?

8          A.    No.

9          Q.    Okay.  What's your involvement in a

10   company called Route 9 Automotive, LLC?

11         A.    Route 9 Automotive?  I've never been

12   involved in Route 9 Automotive.

13               MS. CLAIBORN:  Mr. Thomas, can you put

14   Exhibit 45 up on the screen?

15   BY MS. CLAIBORN:

16         Q.    Okay.  Exhibit 45 is a printout from the

17   Secretary of State's office in Massachusetts, and

18   you'll see at the top of this page it says Route 9

19   Automotive, LLC, and the date of organization is

20   June 25, 2019, and if you go down to the box about

21   people who are signing on behalf of the company, you

22   are listed there as the manager.  The signatory for

23   the Secretary of State's purposes.

24         A.    Yes.  Let me -- I'm happy you brought this

168

1   to my attention.  So this entity never owned anything

2   or purchased anything.  I was actually in the process

3   of trying to acquire a dealership in Massachusetts.

4   So we created an entity, and the entity started to do

5   its due diligence in purchasing the store, but

6   nothing ever happened.  It never owned anything.  It

7   never had a bank account.  It never had any assets.

8       Q.    What kind of dealership was it going to

9   be?

10      A.    A Nissan dealership.

11      Q.    Okay.  What was it going to be known as?

12      A.    It was going to be Mac Nissan.

13      Q.    Okay.  And did it ever open?

14      A.    No, ma'am.  We never even -- we never got

15  to a deal.

16      Q.    Okay.  I think I saw some documents that

17  suggested you were in negotiations for a lease of

18  real estate at 962 Worcester Street in Wellesley?

19      A.    Yup, you are correct.

20      Q.    So that's the same address that's on this

21  Exhibit 45.

22      A.    Yup.

23      Q.    Did you ever lease the property at 962

24  Worcester Street in Wellesley?

169

1       A.     No, ma'am.  We couldn't make a deal.

2       Q.     Have you ever owned an interest in a

3  company called Enigma Strategies and Acquisitions,

4  LLC?

5       A.     Yes.  It was formed, but it never owned

6  anything.

7       Q.     Okay.  Referring to records with the

8  Secretary of State's office, Enigma Strategies and

9  Acquisitions, LLC is the member of another LLC known

10  as Midstate Mac, LLC.  What do you know about

11  Midstate Mac, LLC?

12       A.     Well, there's not an entity called

13  Midstate Mac unless somebody created another entity

14  without my awareabouts (sic), but Charlie Klewin was

15  a member of Enigma Strategies, and I don't know if he

16  created another entity called Midstate Mac, but I

17  know I don't have an interest in it, and if I have an

18  interest in it, it's another entity that was either

19  formed for something that never owned any assets or

20  cash.

21       Q.     Okay.  Who were the members of Enigma

22  Strategies and Acquisitions, LLC?

23       A.     It was Charlie Klewin and myself.

24       Q.     What about Mr. Gaucher?

170

1        A.    He may have been a member, but I can't

2   really remember exactly because it was immaterial

3   because we never did anything with it.

4        Q.    And what about a guy named Gary Giulietti?

5        A.    Gary Giulietti, yes.  The whole premise of

6   that is we were going to go off to raise capital to

7   get a group of dealerships, and it didn't go any

8   further than the company.

9             MS. CLAIBORN:  Mr. Thomas, can you put

10  Exhibit Number 47 on the screen, please?

11  BY MS. CLAIBORN:

12       Q.    Okay.  So this is what the Connecticut

13  Secretary of State's office has with respect to

14  Midstate Mac, LLC, and if you go down to the bottom

15  of the page, you'll see that the principal, the

16  member, of Midstate Mac, LLC is Enigma Strategies and

17  Acquisitions, LLC.

18       A.    Well, yeah.  That's pretty fascinating.

19  That's the first time I've ever seen anything like

20  that.  So I would say that this was probably an

21  entity that was formed by maybe Mr. Klewin, but this

22  is the first time I've ever seen this.

23             MS. CLAIBORN:  Mr. Thomas, can you put up

24  Exhibit Number 48?

171

1  BY MS. CLAIBORN:

2      Q.    This Exhibit 48 is the Secretary of

3  State's information with respect to Enigma Strategies

4  and Acquisitions, LLC.

5      A.    That's my old -- when I lived in this

6  building the first time, that was my old address.  So

7  we probably did use my address as, we'll call it,

8  headquarters, if you wanted to.

9          MS. CLAIBORN:  Mr. Thomas, can you scroll

10  down to the next page, please?

11  BY MS. CLAIBORN:

12      Q.    So that shows the -- page 2 shows that you

13  are a principal of the company as is Mr. Gaucher and

14  Mr. Klewin?

15      A.    Yeah.

16          MS. CLAIBORN:  And then, Mr. Thomas, can

17  you keep scrolling down, please?

18  BY MS. CLAIBORN:

19      Q.    Then it shows Mr. Klewin.

20      A.    Yeah.

21      Q.    And then this shows you -- this page 3

22  shows the company was formed in October of 2018?

23      A.    Yeah.

24      Q.    Midstate Mac was formed in December of

172

1    2018.  So around two months after this?

2         A.    Oh, you know what may have happened?

3    Okay.  I'm starting to kind of recall here.  Midstate

4    Mac may have been formed because we knew we were

5    getting the dealership on Straits Turnpike, and what

6    ended up happening since Nate Gaucher's departure of

7    the company and Gary Giulietti not wanting to be

8    involved, we just formed a whole new entity to hold

9    that dealership.

10        Q.    And which dealership are you talking

11   about?

12        A.    Straits Turnpike Automotive.

13        Q.    Okay.  So did Midstate Mac, LLC ever own

14   anything?

15        A.    Nope.

16        Q.    Did it ever operate?

17        A.    Never.  We were just formed and sat there.

18   It was formed and me not even recalling or

19   remembering.

20        Q.    Okay.  And did Enigma Strategies and

21   Acquisitions, LLC ever operate?

22        A.    No.  No, ma'am.

23        Q.    Did Enigma Strategies and Acquisitions,

24   LLC ever have any assets?

173

1      A.     No.

2             MS. CLAIBORN:   Mr. Thomas, can you put

3      Exhibit Number 51 on the screen, please?

4      BY MS. CLAIBORN:

5      Q.     Exhibit 51 is a line of credit between TCA

6      Global Credit Master Fund and something called Enigma

7      and Acquisitions, LLC, and this document is dated

8      December 5, 2018.  The first question is, what is

9      Enigma and Acquisitions, LLC?  Is that a different

10     entity, or is that an error in the name of Enigma

11     Strategies and Acquisitions, LLC?

12     A.     So what we did was us four guys got

13     together and created Enigma Strategies and

14     Acquisitions, and we went to a company called Oberon

15     Securities -- they're a venture capital firm -- and

16     tried to raise cash to buy a couple of dealerships.

17     And outside of us putting our applications together

18     and our assets together on an application, nothing

19     ever materialized.  So credit was never extended.  We

20     never bought anything.  Just the deal did not work

21     for us.

22     Q.     Okay.  Can you clarify for me what it is,

23     the company Enigma and Acquisitions, LLC, that's on

24     Exhibit 51?

174

1        A.    It's actually an error.  It's supposed to

2   be Enigma Strategies and Acquisitions.  Like,

3   whatever the original LLC that you explained a few

4   minutes ago is --

5        Q.    It's an error in the name?

6        A.    It's an error in the name, correct.

7        Q.    All right.  Did you ever own an interest

8   in a company called Bridgeport Avenue Automotive,

9   LLC?

10       A.    No.

11       Q.    Did that company ever get formed?

12       A.    I do not know, but I know that it never --

13  to my knowledge, it never owned anything or anything

14  that I was associated with.

15       Q.    I saw a draft of a certificate of

16  organization, and a draft of an operating agreement,

17  and they refer to you and Mr. Klewin as the members.

18  Does that help refresh your recollection about the

19  company?

20       A.    No.  No.  Because Mr. Klewin and I didn't

21  have anything to do with the store in Milford.

22       Q.    What do you mean by "the store in

23  Milford"?

24       A.    Oh, I thought you said Bridgeport Avenue

175

1   because wasn't Bridgeport Avenue in Milford?  Yeah,

2   that right there, I'm just maybe confused.  But,

3   yeah, I can't recall that entity at all.

4       Q.    The documents I saw did refer to 750

5   Bridgeport Avenue in Milford, but, frankly, I'm

6   confused because I thought that 750 Bridgeport Avenue

7   in Milford had to do with BW Motors, LLC?

8       A.    It did.  So, originally, when we were

9   trying to raise the money, is we were trying to raise

10  the money to fund and work out a deal to purchase

11  that Buick GMC store, but that was, like, in -- I

12  mean, we'll call it spring of 2019, and then Charlie

13  all of a sudden woke up one day and insisted he

14  wanted his interest bought out, and he was done in

15  August of '19.

16      Q.    Is there an entity called Road Ready Used

17  Cars, or is that just an automotive term of art?

18      A.    No.  There's "road ready used cars."  I

19  think they're maybe in Ansonia or Seymour.

20      Q.    Is that a company that you had something

21  to do with?

22      A.    I've never even been there, no.

23      Q.    Is "road ready used cars" also a term of

24  art in the auto industry?

176

1        A.    I've never used that slogan, but it could

2   be, I guess.

3        Q.    Would it be a type of -- if you were

4   trying to classify your inventory in a dealership,

5   would you describe a group of cars as "road ready

6   used cars"?

7        A.    Yeah.  I mean, that's what their slogan

8   is, but I've never been tied to or used that

9   reference or nothing.

10              MS. CLAIBORN:  Mr. Thomas, can you put up

11  Exhibit 58 for me, please?

12  BY MS. CLAIBORN:

13       Q.    This is a document that was produced.  I

14  think it came from Blum Shapiro or CliftonLarson,

15  whichever it was at the time.  It refers to the

16  Hartford Auto Group dated December 31, 2018, and then

17  if you scroll on down, you're going to see a

18  reference to Road Ready Used Cars.  Now I can't find

19  it.

20       A.    I see it right up on the top, but, I mean,

21  that must -- that was maybe -- I have a weird

22  feeling --

23       Q.    Yes, there it is.  Yes, at the very top,

24  it says to John Mocadlo, owner and president, Road

177

1    Ready Used Cars.

2        A.    To be honest, I think that Road Ready Used

3    Cars uses the same accountants.  I think they just

4    forgot to change their name, to be completely honest

5    with you.

6        Q.    All right.  So it's your testimony you

7    have nothing to do with a company called Road Ready

8    Used Cars?

9        A.    No, absolutely not.  Never did.  Never

10   visited, no.

11       Q.    Okay.  Getting back to the 4 Horsemen, you

12   talked about that company earlier today.  I think

13   that company still exists in the Secretary of State's

14   website, but when was the last time you had anything

15   to do with the 4 Horsemen Entertainment, Inc.?

16       A.    We'll call it July 1st, 2018, and then in

17   -- it probably was between November and January of

18   '19, it could have even been the fall.  I'm not sure.

19   But the other partners that I had made a deal with

20   the landlord, and I signed over all of my interest in

21   lieu of no legal issues or monetary issues with the

22   entity or the landlord.

23       Q.    Do you have documentation of that?

24       A.    Ian Bjorkman should, but I'm not even

178

1  allowed in the property, so yeah.

2      Q.    When did you sign over your interest?

3      A.    It could have been anywhere from fall of

4  '18 to, like, early, early winter of '19.

5      Q.    Okay.  And you said you had no money for

6  that.  You just walked away from it?

7      A.    No.  That was a painful experience.

8      Q.    All right.  There was a lawsuit against

9  you, VW Motors, by American Guardian Warranty

10  Services, Inc.?

11      A.    Correct.

12      Q.    And you've got a judgment against you for

13  $3.8 million in 2021 in Illinois?

14      A.    Yeah.

15      Q.    Can you explain why you owe money to

16  American Guardian Warranty Services?

17      A.    Yeah.  Well, we only borrowed $890,000.

18  We didn't borrow $3 million.  So the only proceeds we

19  ever got was, I believe it was $870,000 or $890,000.

20  So --

21      Q.    When did you borrow that money?

22      A.    What is that?  When did we?

23      Q.    When?

24      A.    So here's an interesting thing.  I enter

179

1   the management agreement.  I had to enter the

2   management agreement before Herlof executed his

3   personal guarantee on it.  So that money was supposed

4   to go into the dealerships to bring it back to guide,

5   and literally Herlof sat there with our attorney, and

6   he waited until I executed the agreement of the

7   management agreement, which gave full control to

8   Robert Urrutia and Herlof Sorenson, and then after I

9   executed it, he executed the money for American

10  Guardian -- the contract for American Guardian, and

11  then the dealership was paid.

12      Q.    I'm not sure I understood any of that.

13      A.    Okay.  Okay.

14      Q.    I understood the part where you said that

15  you borrowed somewhere between $870,000 and $890,000

16  from American Guardian Warranty.

17      A.    Yeah.

18      Q.    And was that money borrowed by BM Motors

19  and by you?

20      A.    Yeah.  So it was borrowed by Hartford Auto

21  Group.  So all of the entities were cross-corporate

22  guaranteed because I had such little personal assets

23  in the scope of what -- everything I owned

24  dealership-wise that one entity just couldn't hold

180

1    the debt.  You know, everything had to be

2    cross-corporate guaranteed.  So, yes, that money was

3    borrowed and signed for after I had already entered

4    the management agreement with Herlof and Tony.  So I

5    never saw it or had control of it.

6         Q.    The judgment that I've seen was entered

7    against BW Motors, LLC and you personally.

8         A.    Yup.

9         Q.    But are you saying to me that the money

10   did not flow from American Guardian to BW Motors;

11   that it went to a different dealership?

12        A.    Yeah.  It went to the Hartford Auto Group.

13   The Hartford Auto Group got the full wire, and I

14   believe it was $890,000.  That was all the proceeds

15   we got.

16        Q.    And when did this loan happen?

17        A.    2020.  We'll call it February 2021.  The

18   date that the management agreement is on was the same

19   date it was executed.

20             MS. CLAIBORN:  Okay.  If you can just give

21   me a minute to compose myself and see if there's

22   anything else I want to ask.

23             THE WITNESS:  Great.

24             MS. CLAIBORN:  Mr. Thomas, in the meantime

181

1   if you want to take down the exhibit, that's great.

2   I'm going to put myself on mute and shut off my video

3   for just a second while I figure this out, and I'll

4   be right back.

5            (A break was taken from 2:54 to 2:58

6            p.m.)

7            MS. CLAIBORN:  I don't think I have any

8   further questions.  Trustee Mangan, can you come back

9   online?

10           MS. MANGAN:  I'm here.

11           MS. CLAIBORN:  Trustee Mangan, I'm going

12   to offer you the floor.

13           MS. MANGAN:  I have a couple of questions.

14  Obviously, you're very thorough in your questions.  I

15  just have a couple of questions more.  Let me see if

16  I wrote down the exhibit numbers.  I have a couple of

17  questions about some of the exhibits.

18           THE WITNESS:  Yeah, of course.

19

20  EXAMINATION BY MS. MANGAN:

21      Q.   Maybe we can start from the last one back.

22  The last topic that Attorney Claiborn was asking you

23  about was the Advanced -- what was it --

24      A.   American Guardian?

182

1    Q.    American Guardian.  Is that the same

2  company -- does that have anything to do with Great

3  American Financial Services, or is that a different

4  company?

5    A.    Great American Financial Services, they

6  do, like, stationery and dealership supplies.

7    Q.    Oh, okay.

8    A.    So I believe there was a lawsuit, maybe a

9  judgment, because they were suing us for dealership

10  supplies.

11    Q.    Okay.  When Attorney Claiborn was asking

12  you about the real estate transaction with

13  Mr. Bastarache -- and I'm trying to find where that

14  exhibit was.  It's --

15    MS. CLAIBORN:  Trustee Mangan, which one

16  do you want to see?

17    MS. MANGAN:  The one where you were

18  showing the note and the mortgage for the transaction

19  for the house in Wallingford.  I think it was Exhibit

20  18 or 19.

21    MS. CLAIBORN:  19.  Mr. Thomas, do you

22  want to put 19 back up on the screen, please?

23  BY MS. MANGAN:

24    Q.    Mr. Mocadlo, can you see that, what's on

                                                                    183

1    the screen there?

2         A.    Yes, ma'am.

3         Q.    Were you buying your house at 27 Turnberry

4    Road in Wallingford, were you buying it for business

5    purposes?

6         A.    No.  No.  It was residential purposes.

7         Q.    Was there a reason why Mr. Bastarache

8    structured it as a commercial transaction?

9         A.    Well, I don't know.  Maybe that's how he

10   files his loans because this is all he does, but no.

11   He came and visited the property with the gentleman

12   that introduced me to him.  So he knew exactly what

13   it was for because the property was under

14   construction.

15        Q.    But I guess what I'm getting at, was the

16   purchase of the loan to Mr. Bastarache, did it have

17   anything to do with any of your businesses?

18        A.    No.  I may have spent some of the money --

19   I mean, a small amount of it to keep BW Motors going,

20   but, you know, the general proceeds of the funds was

21   to renovate the house and get it done and finished.

22              MS. MANGAN:  Okay.  I think I had one more

23   question -- I think that is all my questions about

24   that transaction.  Oh, can we go, please, to Exhibit

184

1    -- I think it's Number 18.  I'm sorry.  Exhibit 24.

2    I apologize.

3    BY MS. MANGAN:

4        Q.    That's the term with Wakefield Court.

5    This is the issue with the Wakefield Court where

6    you're receiving $2,002.22 a month?

7        A.    Yes, ma'am.

8        Q.    So is it correct to -- if you only have

9    two more payments left, you're going to be getting

10   about -- you're supposed to be getting about $4,400

11   left on that loan?

12       A.    Yes, ma'am.  That's all that's left.

13       Q.    Okay.  I just wanted to confirm because at

14   the time you filed, you said that there was $18,000

15   in the balance, and you claimed an exemption, I

16   think, for a little over -- I have the math here

17   somewhere.  You claimed an exemption in there, which

18   would leave about $4,400 nonexempt, so I just -- oh,

19   $4,902 was nonexempt.  So that's -- I just want to

20   confirm that that's all you have remaining?

21       A.    Yes, ma'am.  That's all that's left.

22       Q.    Okay.  And -- oh, yeah.  I have another

23   question about when we were talking -- when

24   Attorney Claiborn was asking you all the transactions

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 186 of
220
In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

185

1    with the car dealerships with a management agreement

2    in February of 2020 where we didn't have the full

3    copy and you were talking about how you were trying

4    to save yourself from financial ruin, et cetera, and

5    you were supposed to be getting this either -- these

6    percentages of payments from Hartford Auto Group or

7    Straits Auto Group.  Do you remember all that

8    discussion?

9        A.    Yes, ma'am.

10       Q.    Was there ever any litigation commenced to

11   try to enforce this agreement?

12       A.    Well, yeah.  Attorney Greene can chime in

13   on this because he was privy to some of the

14   conversation.  The bulk of this conversation happened

15   between March and June of 2020 when courts were not

16   hearing.  So, obviously, you couldn't -- you know, we

17   couldn't serve anybody, and we couldn't have the case

18   heard, and by the time the courts started to open, it

19   was just too far gone, so we --

20       Q.    So the answer is no then?  There was no

21   litigation commenced that you were involved in?

22       A.    Correct, ma'am.  No litigation.

23       Q.    Another question about the PPP loans.  You

24   mentioned that it went into certain accounts, and one

186

1    of the accounts you had nothing to do with.  I

2    believe it was the account for the Straits Auto?

3         A.    Yup.  Yes, ma'am.

4         Q.    Is that right?

5         A.    Yes, ma'am.

6         Q.    Did you fill out the applications for

7    those PPP loans, though, even though you didn't have

8    control over that account?

9         A.    No.

10        Q.    I just wanted the clarification.  I didn't

11   understand.

12        A.    They filled them out because I didn't have

13   access to the right information even to fill

14   applications out.

15        Q.    Am I mistaken or did you sign one of those

16   applications, or you said something about --

17        A.    I signed one of the applications via

18   DocuSign over my phone for just the Auto Group,

19   correct.

20        Q.    All right.  And then -- now, the

21   bankruptcy schedules, I believe was Exhibit Number --

22   let me just see here.

23             MS. CLAIBORN:  The original one was

24   Exhibit 6.

187

```
 1          MS. MANGAN:  If we can please put Exhibit
 2   6, and if we can please go to page number, I think
 3   it's 11 out of 56 on there.
 4   BY MS. MANGAN:
 5          Q.    You listed some jewelry, if you see that.
 6   I don't know if you can make that any larger?
 7          A.    Yup.  It is 12?
 8          Q.    Yeah.  Number 12 where it says "watches."
 9   I did receive from you just a single piece of paper
10   with a list of watches, and it says "stainless steel
11   Rolex replica."  One you said had a blue face, a
12   green face, and blue and a red face?
13          A.    Yes.
14          Q.    You said they were all -- you paid $700
15   for each of those watches, correct?
16          A.    Correct.
17          Q.    Do you still own them?
18          A.    Yes.  I'd be more than happy to show you
19   right now.
20          Q.    I can look at them another time, but do
21   you have insurance policies for those watches?  Are
22   they insured?
23          A.    No.  They're just replicas.
24          Q.    Okay.  And what do you mean by "replicas"?
```

188

 1        A.    They're fake.  They came from China.

 2   They're not -- they're just replica watches of a

 3   marquis brand.  Like, a fake Louis Vuitton bag.

 4             MS. MANGAN:  Okay.  I think,

 5   Attorney Claiborn, that's all I really have -- that's

 6   all the questions I really have in follow-up to

 7   everything that you've already asked Mr. Mocadlo.

 8             MS. CLAIBORN:  I have one other follow-up,

 9   and then I will get to some administrative items.

10

11   EXAMINATION BY MS. CLAIBORN:

12        Q.    My one follow-up is can you tell me the

13   name of your ex-girlfriend that you were making

14   payments to Valley Bank on behalf of?

15             MS. MANGAN:  I was going to ask that, too.

16   I'm sorry.

17        A.    Savannah Wilkenson.

18        Q.    Do you happen to have her address that you

19   can supply to Trustee Mangan?

20        A.    No.  I do not know where she's living

21   right now.

22        Q.    When you last knew where she was living,

23   where was she living?

24        A.    I honestly can't remember.  I know in

189

1    Cromwell.

2              MS. MANGAN:  Do you know approximately how

3    old she is?

4              THE WITNESS:  Twenty-five?

5    BY MS. CLAIBORN:

6         Q.    Okay.  Is that W-I-L-K-E-N-S-O-N?

7         A.    Yes.

8         Q.    And "Savannah" with two Ns?

9         A.    Yes.

10             MS. CLAIBORN:  I think that was it for my

11   follow-ups.  So administrative items, we are still

12   missing your W-2 and any 1099 forms for 2021.  We

13   haven't gotten the statements for KeyBank.  We're

14   missing the unredacted statements from Wells Fargo,

15   and if you can find fully executed versions of the

16   management agreement from 2020, February 2020, and a

17   signed copy, if you can find it, of the note for

18   Wakefield Court.

19             THE WITNESS:  Everybody is very amicable

20   over there.  Would you just like another note, or

21   would you just maybe --

22             MS. CLAIBORN:  No.  If one exists, then I

23   would like to see it.  I expect that Trustee Mangan

24   is going to be in touch with you to demand that you

Case 21-20971   Doc 156-7   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 191 of
220

In re John Wayne Mocadlo

John Mocadlo
June 17, 2022

190

1    turn over the next two payments because those are not

2    exempt according to the amounts that are on your

3    schedules.

4              MS. MANGAN:  No.

5              MS. CLAIBORN:  So my recommendation to you

6    is that when you get the July payment and the August

7    payment that you do not spend them and that you

8    transfer them to Trustee Mangan.  I'm sure she's

9    going to be in touch with Attorney Greene about how

10   to do that.

11             THE WITNESS:  Okay.

12             MS. MANGAN:  Actually, I do have one more

13   question just about the Venmo and the PayPal

14   accounts.

15

16   EXAMINATION BY MS. MANGAN:

17        Q.    You mentioned that they were -- I think

18   the term you used was, like, a "payment source."

19   Where did the money come from to go into those

20   accounts?  Was it from credit cards?  Was it from

21   cash?

22        A.    No.  It never goes through.  So what it

23   does is you can always carry a zero balance.  So

24   PayPal, sometimes you can link any account.  I could

191

1   take your credit card and link it to my PayPal.

2       Q.    I have a child that went to college.  I'm

3   very familiar with Venmo and PayPal.  Because it has

4   to come from somewhere.  The money has to come from

5   somewhere.

6       A.    Yeah.  It would be a credit card or a

7   debit card.

8              MS. MANGAN:  Okay.  Thank you.  That's

9   what I didn't understand.  I think I'm all set.

10              THE WITNESS:  Great.

11              MS. CLAIBORN:  So there are a number of

12  items that are still outstanding, which we haven't

13  seen, which I would like to see.  So I'll follow up

14  with Attorney Greene about that, but because of those

15  outstanding items, I do want to leave this

16  examination open.  I don't want to close it today.  I

17  don't think it makes sense to schedule a new date at

18  the moment because I don't know when I'm going to get

19  the rest of the documents, but I want to leave it

20  open in the event that I do want to ask some

21  questions about the documents I haven't yet seen.

22              THE WITNESS:  Yeah, absolutely.

23              MS. CLAIBORN:  So I'll leave it open for

24  the purposes of today.  And I'm assuming that you are

192

1   going to want to read your deposition and sign it, so

2   I will make that available to you when it becomes

3   available to me, and I will let Attorney Greene know.

4          THE WITNESS:  Just to make sure, so my

5   July payment and August payment for Wakefield Court,

6   I turn that over to you guys?  I just want to make

7   sure.

8          MS. MANGAN:  Did you already get your June

9   payment?

10         THE WITNESS:  I didn't check -- what do

11  you call it -- I may have.  So it would just be July

12  and August.  I just want to make sure I get it to

13  you, Bonnie.

14         MS. MANGAN:  I'll be in touch with

15  Attorney Greene.

16         MS. CLAIBORN:  So I think we are done for

17  today.  I want to thank Miss Raymond, our court

18  reporter, and I want to thank Mr. Thomas, the

19  document technician.  And I just want to say that,

20  again, this deposition is being held open, and it is

21  not concluded.  A date to be determined for future

22  events about when we might reconvene.  Mr. Greene, do

23  you want to say anything else today?

24         MR. GREENE:  No.  I am good.  Thank you.

193

1          MS. CLAIBORN:  Okay.  I think with that,

2    we are concluded.  Thank you very much, all.

3              (Whereupon, the deposition concluded at

4              3:13 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

194

1                     C E R T I F I C A T E

2

3

4    STATE OF CONNECTICUT
     JUDICIAL DISTRICT OF STAMFORD/NORWALK

5

6        I, SANDRA ANNE RAYMOND, a Court Reporter and
     Notary Public in and for the State of Connecticut,
7    duly commissioned and qualified, do hereby certify
     that pursuant to Notice, John Wayne Mocadlo, the
8    deponent herein, was by me remotely, first duly sworn
     to testify to the truth, the whole truth, and nothing
9    but the truth of his knowledge touching and
     concerning the matters in controversy in this case;
10   that he was thereupon carefully examined upon his
     oath and his testimony reduced to writing by me; and
11   that the deposition is a true record of the testimony
     given by the witness.

12
         I further certify that I am neither attorney or
13   counsel for, nor related to or employed by, any of
     the parties to the action in which this deposition is
14   taken, and further that I am not a relative or
     employee of any attorney or counsel employed by the
15   parties thereto or financially interested in the
     action.

16
         IN WITNESS WHEREOF, I have hereunto set my hand
17   and affixed my notarial seal this 24th day of June,
     2022.

18

19   _____
     Sandra Anne Raymond, Notary Public
     State of Connecticut
20   My Commission expires:   April 30, 2027

21

22

23

24

195

1    ----------------------------------------------------

2                   INSTRUCTIONS TO DEPONENT

3    ----------------------------------------------------

4    After reading this volume of your deposition,

5    indicate any corrections or changes to your testimony

6    and the reasons therefore on the Errata Sheet

7    supplied to you, and sign it.

8                 DO NOT MAKE MARKS OR NOTATIONS

9                 ON THE TRANSCRIPT VOLUME ITSELF!

10   ----------------------------------------------------

11         ERRATA SHEET HANDLING/DISTRIBUTION

12   ----------------------------------------------------

13   The original of the Errata Sheet has been delivered

14   to Holley L. Claiborn, Esq.  When the Errata Sheet

15   has been completed by the deponent and signed, a copy

16   thereof should be delivered to each party of record.

17   ----------------------------------------------------

18   PLEASE REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE

19   COMPLETED AND SIGNED ERRATA SHEET WHEN YOU RECEIVE

20   IT.

21   ----------------------------------------------------

22

23

24

196

SIGNATURE-ERRATA SHEET

PAGE       LINE        CORRECTION, ADDITION, OR
                       DELETION

_____      _____       _____

_____      _____       _____

_____      _____       _____

_____      _____       _____

_____      _____       _____

_____      _____       _____

_____      _____       _____

_____      _____       _____

_____      _____       _____

    I, JOHN WAYNE MOCADLO, have read the foregoing

transcript of my deposition taken on June 17, 2022.

Except for any corrections or changes noted above, I

hereby subscribe to the transcript as an accurate

record of the statements made by me.


    Signed under the penalties of perjury this _____

day of _____, 2022.




             _____

             JOHN WAYNE MOCADLO

## $

**$1,000** 26:11 60:16

**$1,740** 135:5

**$1,890.98** 135:4

**$1.185** 117:18,24 118:17 120:16,20

**$1.5** 120:17

**$100** 31:13

**$100,000** 110:14 117:20 118:9 119:9,17

**$106,000** 32:2

**$109,000** 31:5 32:1

**$118,000** 73:13,14 79:7,10 85:7

**$12** 166:2

**$14,506.86** 91:15,24

**$15,000** 87:16,19,24

**$150,000** 109:17 110:12

**$170,000** 39:3

**$18,000** 184:14

**$180,000** 109:21

**$2,000** 91:14,20 93:12 105:9

**$2,002.22** 184:6

**$2,200** 124:4

**$2,222.22** 105:12,15 129:20 135:17

**$2,300** 29:8

**$2,500** 112:20,23

**$2,800** 12:9 111:12

**$20,000** 143:8 144:7

**$200** 105:11

**$200,000** 110:11

**$21,200** 92:16

**$222.22** 105:7

**$25,000** 87:7,11 145:12,14

**$250,000** 54:4

**$3** 178:18

**$3,000** 91:14,21

**$3,016.71** 133:16 134:6

**$3,300** 111:13

**$3,793.20** 134:17

**$3,800** 111:19

**$3,956.43** 80:6 81:14,23 82:8,18 83:1 84:4

**$3.8** 178:13

**$300,000** 46:1 109:18 162:6 163:21

**$305,000** 118:24

**$325,000** 107:13,17 108:9,16,17 110:3 115:19 118:20 122:5

**$350,000** 38:8,12,16

**$351,250** 85:18

**$352,000** 85:15,24

**$4,333.33** 57:20

**$4,400** 184:10,18

**$4,570.98** 135:21

**$4,902** 184:19

**$40,000** 91:15 92:2 124:2 129:1,2,6, 14 130:1,19 131:5

**$400,000** 45:22 109:1 164:20

**$5,000** 86:23 92:13,14 93:10 95:11 145:9

**$5,700** 136:7

**$5-** 96:2

**$50** 31:13 95:4

**$50,000** 94:7,9,21 110:16

**$500,000** 107:8 164:20

**$52,000-a-year** 22:19

**$54,000** 32:3

**$555,000** 118:18

**$555,257.51** 115:22

**$58,000** 110:17

**$580,000** 107:5

**$6,000** 96:2

**$60-** 164:9

**$610,000** 107:1

**$62,500** 102:14,24

**$7,912** 80:4

**$70,000** 164:9

**$700** 187:14

**$750** 85:17

**$750,000** 104:2

**$788** 89:21

**$8,000** 87:15,21 92:14

**$8,330** 92:15

**$80,000** 124:19 129:7 130:23 132:3,7

**$85,000** 83:17

**$870,000** 178:19 179:15

**$890,000** 178:17,19 179:15 180:14

**$9,500** 92:15

**$900,000** 45:23

**$945** 92:15

## 0

**0081** 80:3

**02** 84:1

**072** 83:24

**0917** 16:22

**0920** 14:24 15:24 89:17

## 1

**1** 5:5 19:20,22 20:6,7 57:15 68:21

**10** 6:7 35:6 59:13 61:11 64:7 70:20,22 73:6 80:11 112:16,24 139:7 140:2 146:24 151:7,21 152:1 158:15

**1098** 12:23 34:5

**1099** 12:23 34:4,6,7,8,10,21 35:6 41:14 189:12

**10:12** 20:3

**10:19** 20:3

**11** 6:10 35:7 73:6,8,11 76:23 79:2,16, 21 81:4,11 83:16 84:9,10 85:8 106:13 136:12 187:3

**11A** 6:14 75:24 76:19 77:9 78:4

**11th** 80:1 81:5 135:21 136:7,9

**12** 6:18 22:14 35:8 44:7 84:7,22 85:1 86:12 147:13 187:7,8

**13** 6:22 35:10 73:13 78:18 85:5,17 86:3,6,12,15,19,22 91:14

**14** 7:1 11:21 35:11,12 88:16,17,19,21 89:13 124:4

**15** 35:13 92:13 93:11 134:2

**1500** 21:11

**16**  7:4 35:14 60:2,4,22,24 90:24 91:5 117:8 124:5 146:22,24

**17**  7:7 35:16 58:11,17 61:10,24 62:3,7 96:20,22 97:1 98:10,16 145:13

**18**  7:10 35:17 43:18 54:6 105:21 106:2 129:3 147:8 178:4 182:20 184:1

**189852**  76:4

**19**  7:14 35:19,22 37:5,6 106:22 107:11,22 113:23 114:4,6 120:11,15 175:15 177:18 178:4 182:20,21,22

**1979**  11:21

**1997**  12:17

**1:04**  123:2,8

**1:20**  123:3

**1:24**  123:8,10

**1:47**  137:3

**1:48**  137:3

**1st**  37:13 111:24 115:20 138:18 140:24 141:22 156:9 177:16

---

**2**

**2**  5:8 19:20 20:11,13 33:5,24 57:18 59:21,24 68:6,13 77:8,9 78:1 79:21 81:4 97:1 98:16 101:15 141:8 171:12

**20**  29:11 35:22 54:5 60:14 61:21 62:15,19 63:9,13 66:24 69:15 70:7 85:5,18 95:1 137:9,13,16 155:18 157:22 165:24

**2004**  5:5 9:20 10:1 12:21 19:22 20:8

**2016**  138:14

**2017**  37:11 38:13,14,20 65:15 149:17,18 151:2

**2018**  9:8 32:12 34:3,16,24 36:4,8,18 37:14 38:14 39:8,17,20 42:11,21 152:6 158:7 171:22 172:1 173:8 176:16 177:16

**2019**  30:4,14 31:24 34:21 42:21 43:13,24 44:3 46:24 97:3,11,13,16 98:5 100:11 106:5 107:10 142:18 151:9 152:9 156:2 158:8,11 162:22 163:11,22 167:20 175:12

**2020**  13:6 15:2,3 17:19 28:12,14 40:8 47:1,8,16,17,22 48:12,16,18,19 73:12 74:23,24 78:18 79:24 80:13 81:12 82:7 85:5,17,18 86:3,6,19,21 87:5,9, 10,14,20,21 88:1 99:21 101:11,21,24

**102**:16,20,23 103:13 105:16 107:12, 18 108:16 109:23 110:1 111:9,10,24 112:1,5 113:16 115:20,23 117:13 118:1 119:14 120:1,14,24 121:1,5,14, 15 122:15 126:4 132:6 138:18,21,22 139:14,23 143:19 145:13 147:8,19 148:18 149:3,7 152:10 156:5,9,10,12, 14 159:1,6,11 180:17 185:2,15 189:16

**2021**  12:24 13:21,22 15:3 22:24 23:15 24:15 28:12,14 29:11,17 40:8 41:9,22 42:1 48:15,16,24 49:5 58:11, 17 60:14 61:21 62:15,19,24 63:9,13 65:6,7 66:24 67:4 69:15 70:7 71:20 82:15,23 83:6,16 84:5,11,12,13 86:20 87:14 90:6 91:9,12 92:5,10,12 93:7, 15 94:20 95:1,14 129:15 133:15,16 134:16 135:21 136:12 137:9,13,16 155:18 157:22 178:13 180:17 189:12

**2022**  65:7,8 129:15 131:16

**21**  7:17 35:23 91:14 113:10,12 116:19 129:15

**21-20971**  9:22 51:3

**21st**  60:14 93:12

**22**  120:3 135:1

**221**  11:10

**225**  157:19 160:7,9,14

**23**  7:20 103:9 123:11,13 127:7

**23rd**  14:19

**24**  8:1 82:7 84:5 127:21,23 128:22 135:5 184:1

**24th**  80:4 81:5,23 83:22

**25**  8:4 20:10 92:14 93:18 94:6 129:23 167:20

**25th**  82:16

**26**  16:12 81:12 91:15

**26th**  20:15

**27**  7:11 92:14 93:18 106:1,4,19,24 113:14 117:1,16,23 121:22 122:22 183:3

**28**  87:20 92:15 93:18

**29**  92:15,16 93:18 94:6

**2:18**  157:14

**2:20**  157:14

**2:54**  181:5

**2:58**  181:5

---

**3**

**3**  5:11 22:21,23 23:6 26:13 34:1 56:14,16 61:10 81:11 88:17,20 103:21 104:17,20 107:21 141:11,12 171:21

**30**  32:14 87:21 102:16 141:18 163:10

**30-second**  137:1 157:11

**30th**  47:22

**31**  84:11 148:18 176:16

**31st**  84:15 117:13 133:15 139:14

**32**  8:7 139:20,22

**33**  150:20,21

**34**  8:10 38:22 39:1 145:24 146:14

**341**  58:24

**3456**  66:4

**35**  144:15 148:1

**36**  148:1

**37**  52:13

**38**  43:18

**3:13**  193:4

**3C**  141:15,17 142:13 143:5 144:13 145:11

**3rd**  101:21 102:20,23 103:13 115:23

---

**4**

**4**  34:2 35:19,22,24 37:7 39:5 51:14,16 87:10,14 103:21 106:7 144:12 177:11,15

**40**  163:10

**42**  97:6,15,18

**44**  53:15,20

**4451**  16:9,20 20:17 88:23 89:1,3

**45**  8:14 37:18 38:3 167:14,16 168:21

**47**  8:18 170:10

**48**  8:22 170:24 171:2

**4th**  135:16

---

**5**

**5**  5:14 22:24 34:3 65:18,20 67:24 86:21 87:5,9 101:9,13 104:24 105:3

121:5 173:8

**5,700** 136:9

**5/26/22** 5:8

**50** 134:3,5 166:24

**51** 9:1 173:3,5,24

**5395** 13:11 66:14,23 86:16 87:9,15

**56** 187:3

**58** 9:5 176:11

---

**6**

**6** 5:17 34:6 50:20,22 51:12,21 68:6 86:19 107:12,18 108:4,8 115:15,17 121:6 133:16 134:6 186:24 187:2

**6/30/2020** 74:22

**60** 9:8 30:1,5,6,7,9,11,13,19 44:9 45:8

**67** 9:11 33:17 37:6 40:4

**68** 29:24 30:3 33:4,10,16

**69** 30:9 33:9

---

**7**

**7** 5:17,20 9:21 34:7 47:10,14 49:3 50:23 51:19 56:8,12 58:4 86:20 87:14 99:19 108:12

**7029** 10:7

**72** 105:7

**720S** 142:19

**724** 157:5

**75** 134:13

**750** 165:11,12 166:19 175:4,6

**76** 135:2

**7751** 14:24 15:24 16:22 62:4 73:2 89:17,18 93:5,11,15 95:11 132:1 133:10 145:22

**7802** 64:1,5

---

**8**

**8** 6:1 33:9 34:7,10 59:9,11,24 61:11 83:15 99:19 134:16

**80** 165:23

**81** 80:6 81:14,23 82:8,17 83:1 84:4

**8167** 91:12

**8176** 62:8 91:6 92:11

**850** 40:9 101:19,24

**852** 73:10 74:2 76:23 78:23 79:5,22 85:3,7 154:23

---

**9**

**9** 6:4 35:5 65:10,12 121:8 167:10,11, 12,18

**90** 139:6 158:14

**9014** 10:7

**95** 135:16,20

**962** 168:18,23

**975** 85:4,14,16

**9:58** 5:3

**9th** 83:17

---

**@**

**@john-mocadlo** 71:14

---

**A**

**a.m.** 5:3 20:4

**A/b** 6:1 53:2 59:5,13 60:1 64:7 69:10

**ability** 11:18 58:18 87:22 105:14

**absolutely** 137:2 157:13 177:9 191:22

**absolved** 142:10

**accentuate** 48:4

**accept** 25:16 32:17

**Acceptance** 43:7,12 166:22

**access** 13:15 14:1,4 17:23 18:19 36:21 64:20 80:9 138:17 186:13

**account** 6:4,14,23 13:11 15:23 16:9, 19,20,23,24 20:16 24:18 25:13 26:4 61:15,16 62:2,4,6,8,13,15,19 63:19, 24 64:2,5,21 65:1,13,15,22,23 66:3,6, 9,10,11,12,13,17,22 67:4,8,10,13 68:1,3 69:6,9,14 70:2,11 71:6,8,9,16, 23,24 72:6,7,8,9,12,18,20,21,23,24 73:9,19 74:3,14,19 75:4 76:2,20,22, 23 77:1,2,13,19 78:18,22 79:5 83:10 84:18 85:3,4,6,14,16 86:16 87:6,11 88:23 89:1,2,6,16,18 91:6,12 92:11 93:3,15 94:20 95:10,15 96:7,12 111:15,17 113:5 115:6,24 120:19

122:22 131:22 133:10,14,22 135:8,13 153:5,11,13,14,21 154:3,14,19,23 155:1,6,13 156:21 157:2 168:7 186:2, 8 190:24

**accountant** 13:3 40:1

**accountants** 177:3

**accounts** 13:14 14:24 15:24 23:14, 17 24:20 25:7 48:23 49:4 61:14,17, 18,22,23 62:23 63:2,5,9 68:4 73:16, 17,23 74:13,18 84:1 88:21 89:16 152:24 155:9,11 185:24 186:1 190:14,20

**accrue** 32:19

**accrued** 69:21

**accuracy** 53:4,7 54:13

**accurate** 37:19 60:9 104:2 107:1 117:4 129:10,11

**ACF** 59:12 64:7

**acquire** 168:3

**Acquisitions** 8:23 169:3,9,22 170:17 171:4 172:21,23 173:7,9,11, 14,23 174:2

**acronym** 148:8

**action** 94:3

**activity** 87:10 155:9

**actual** 27:6 36:17

**additional** 99:12

**address** 36:13 37:8 77:17 83:7 97:5, 7 124:7 165:10 168:20 171:6,7 188:18

**addresses** 77:5

**adequate** 103:8 162:5

**adjusted** 120:17

**administrative** 188:9 189:11

**adult** 48:19

**advance** 32:21 143:7

**Advanced** 181:23

**advice** 22:16

**affairs** 53:19,23 54:15,18,23 55:12, 20 56:2 59:6,15

**affect** 11:17

**affiliated** 42:15

**affirming** 53:4,7 54:13

**afloat** 135:10

**agent** 118:10,12

**agents** 118:13

**aggregate** 94:7

**agree** 10:7,8,10

**agreed** 151:16

**agreement** 5:6 7:11,21 8:7 12:22 17:6,19 18:9 19:23 20:8 29:7 47:19 48:7 119:21 122:20 123:14,19 127:14,18 132:15,17 139:7,16,22 140:9,15 141:3 143:4,18 145:7 147:7 156:7 159:3 174:16 179:1,2,6,7 180:4,18 185:1,11 189:16

**ahead** 137:2

**aimed** 146:1

**aiming** 100:17

**alienated** 158:22

**allegedly** 78:19

**Allied** 143:6,8,9,15,19 144:8

**allowed** 48:8 138:19 178:1

**Ally** 5:14 40:15,18,20 101:13

**Ally's** 101:17

**amended** 59:5,13,14,19 60:1 64:7 121:2 122:2

**amendments** 59:3,15

**America** 25:3 66:4

**American** 178:9,16 179:9,10,16 180:10 181:24 182:1,3,5

**amicable** 189:19

**amount** 17:2 32:19 44:24 60:5 64:17 80:6 81:14,23 82:8,17 83:1,11 85:7 88:5 94:17 99:9,12 107:12 109:16 111:13 115:22 133:12 134:6 145:9 153:3 154:14 156:17 183:19

**amounts** 144:21 190:2

**Amy** 109:22 118:10

**ancillary** 31:9,15,18 32:17 110:15

**and/or** 123:16

**Andre** 28:23

**annual** 104:1

**Ansonia** 175:19

**answering** 125:12

**answers** 53:22,24 54:18 61:14

**anymore** 13:17 71:5 110:5 113:21 118:10 122:17 161:7,11

**apartment** 94:14 95:23

**apologies** 105:12

**apologize** 20:1 76:6 92:5 111:22 119:5,6,8 121:8 146:24 184:2

**apparently** 15:5 25:22 86:17

**appears** 52:15 76:19 84:11 148:1

**apple** 43:8 48:9

**application** 6:14 76:2,19,24 77:13 78:18 103:19 104:3 152:18 163:19 173:18

**applications** 115:12 153:2 173:17 186:6,14,16,17

**applied** 152:11 154:8

**apply** 77:18 140:24

**approached** 163:11

**approval** 148:24

**approvals** 158:9

**approved** 103:5,12

**approves** 142:2

**approximately** 31:5 32:1,3 118:17 189:2

**April** 111:24 112:1 125:24 156:2 158:8,11 159:1,6

**area** 108:19 120:8 121:19 167:4

**arranged** 152:2

**arrangement** 71:10

**arranging** 27:23

**arrearage** 136:19

**art** 175:17,24

**artificially** 103:4

**asks** 60:4 61:11

**asset** 147:7

**assets** 19:4 114:20 159:10 168:7 169:19 172:24 173:18 179:22

**assigning** 146:2

**assist** 21:22

**assistant** 11:2

**associates** 164:13

**assuming** 191:24

**ate** 164:19

**attachments** 53:23

**attempted** 44:3,8

**attend** 12:14

**attended** 58:9

**attention** 57:17 59:24 101:15 105:24 120:23 168:1

**attorney** 9:18 13:4 14:8 17:9,24 18:3,15,20 20:15 41:1 47:17,18 49:9, 10,12,23 50:4,10,13,15 55:1,5,13,24 115:24 116:8,10,11,12 127:13 128:2, 10,12 142:24 143:1 146:17 154:6,13 179:5 181:22 182:11 184:24 185:12 188:5 190:9 191:14 192:3,15

**August** 14:3 37:11 48:18 67:4 79:23 80:13 101:21,24 102:16,20,23 103:13 105:16 111:9 112:1,4 113:16 117:13 122:14 129:15 131:16 138:14 147:19 148:21 149:3 151:9 152:9 158:6 159:11 164:21 175:15 190:6 192:5,12

**August's** 112:2

**auspices** 165:14

**authorization** 36:20 154:3

**authorized** 66:10 74:13,17

**auto** 8:11 27:2,5,9,16,21,23 28:7,10, 17 35:7,15 47:3 48:5 80:2,5,9 81:13, 22 82:7,17,24 83:24 84:2,3 102:12, 17,21,24 103:9,14 106:6 123:15,16 125:6,10,16,17,22 126:6,7,19,22 128:15 132:20 133:8 137:19,22 138:13,16,24 139:24 146:3 147:4,22 148:8,22 149:4 150:14,17,21,24 151:3,7 152:5,11 153:9,15 154:2 155:10 156:22 166:5 175:24 176:16 179:20 180:12,13 185:6,7 186:2,18

**auto-related** 42:5

**automobiles** 48:10

**automotive** 47:6 102:7 104:9 140:1 141:19 148:3,17,22 149:9 155:15,19 156:1 157:2,4 160:12 167:10,11,12, 19 172:12 174:8 175:17

**Avenue** 21:11 138:4 157:19 160:8,14 165:11,12 166:19 174:8,24 175:1,5,6

**Avery** 11:3

**aware** 36:9 52:3,4 53:7 54:13 56:24 156:20

**awareabouts** 169:14

## B

**back** 14:2 19:19 29:9 32:12 35:21
36:5 37:5 40:24 41:7 45:7 65:15 72:6,
12,18 78:1 79:1,4 80:18 81:3 84:9
86:8 92:6 100:3 102:7 104:9 111:6
113:1 121:3 123:9 131:5 137:4
138:19 146:20 149:11,20 150:23
159:8,9 165:9 177:11 179:4 181:4,8,
21 182:22

**backed** 136:20

**background** 11:13 12:11

**backstory** 113:22

**bad** 94:2

**bag** 188:3

**balance** 64:9,12,18 69:21 70:1,6
84:14,15,19 85:17,18 87:6,11 135:8
184:15 190:23

**bank** 5:14 7:4 13:9,10,14 15:6 23:14,
17 24:1,3,5,6,7,10,11,17,18 25:3,7,13
26:3,4 45:6 46:7 48:23 49:4 50:16
61:22 62:22 63:2,5,19 64:4 66:4,5,17,
22 67:3,8,9 71:6,9,24 72:8,9,22,24
75:4 76:20 77:19 89:20 90:12,19 91:5
92:20,22,23 93:23 95:10 111:15
115:10,21 131:22 133:19,21 135:8
168:7 188:14

**banking** 23:16 24:23 66:13 80:9
88:13 92:18 115:11 155:8

**bankrupt** 161:1,2

**bankruptcy** 5:17 9:22 10:6 20:10
29:10,15 40:6,7 41:2 43:15 48:14
49:3,7,12,16,18,19 50:23,24 53:1,2,5,
8,11 54:3,22 55:16 56:14 58:6,8 59:4,
7,12 60:15 61:21 62:14,18 63:8,12
64:6 66:23 69:10,14 70:2 84:17 95:1
121:20 122:3 137:9,12,17 155:17
186:21

**bankruptcy's** 60:6

**banks** 65:22 93:22

**banned** 65:4

**bar** 39:14,15,16

**Barberino** 35:1 149:14,20,24 150:2,
8,12,23

**Barberinos** 149:20 150:23 163:15

**based** 103:10 105:15

**basically** 18:16

**basis** 35:15,17,24 89:20 104:2 113:2
120:17

**Bastarache** 107:14,16,17,23 108:9,
16 110:4,19 111:9 113:2,15,19
114:12,15,21 115:9,18 116:1,16
117:1,17 118:16 119:22,23 122:5,14,
16,21 182:13 183:7,16

**Bastarache's** 117:22

**bathroom** 110:13 120:9 137:1
157:12

**battle** 75:1

**Bay** 38:22 39:1

**bear** 93:8 120:4

**beautiful** 108:23 109:2

**began** 141:7 149:13

**begin** 72:1

**beginning** 41:12 67:18 84:14

**behalf** 74:15 140:3 167:21 188:14

**bids** 114:9

**big** 76:11

**bill** 26:10 134:10 147:3,18 148:16

**bills** 24:24 26:2,6 92:21 93:1 96:4,9

**birth** 11:20 77:4

**bit** 11:13 12:10 19:19 41:7 49:15
93:22 95:18 135:7 136:19

**biweekly** 34:13

**Bjorkman** 18:3,15,20 177:24

**blackballed** 132:13

**blank** 50:3

**block** 103:20

**blown** 83:21 98:15

**blue** 165:16 187:11,12

**Blum** 9:5 36:5,22 176:14

**blurred** 98:15

**blurry** 98:13

**BM** 179:18

**BMW** 5:15 7:8 40:8 41:7 96:24
101:11,17,19,24 103:19 105:6

**board** 28:21,22

**Bob's** 163:13

**body** 123:16 124:10,12,15 125:18
126:6,7,22

**Bonnie** 42:11 192:13

**borrow** 178:18,21

**borrowed** 110:4 131:4 178:17
179:15,18,20 180:3

**borrower** 130:17

**bottom** 51:18 59:24 78:6 104:20
117:10 128:17 135:20 170:14

**bought** 72:19 94:14 95:20 108:18,21
109:2 114:1 173:20 175:14

**box** 60:22 74:2 77:17,18 78:6 85:16
102:9 167:20

**brace** 100:3

**brain** 89:5

**branch** 133:17 134:17

**brand** 167:1 188:3

**break** 20:3 120:9 121:20 123:2,8,10
124:6 137:1,3 157:12,14 181:5

**breakdown** 44:3 100:23

**Bridgeport** 165:11,12 166:19 174:8,
24 175:1,5,6

**bring** 179:4

**Britain** 21:11 27:4 124:10,14

**brother** 25:14 26:3 29:1

**brother's** 25:17 66:9 68:10

**Brothers** 149:14,24

**brought** 167:24

**Bryk** 115:24

**Bryk's** 115:24

**Buick** 35:18 47:3,4 48:3 151:12
157:10,15,18,23 158:5,16 160:13,17
161:5 162:4 163:8,12,13 175:11

**build-out** 38:9

**build-outs** 21:23

**building** 22:4 123:20 124:7,18,21
130:24 138:19 163:21 171:6

**buildup** 163:19

**built** 43:21

**bulk** 185:14

**bunch** 92:13

**burning** 164:9

**business** 27:9 32:22,24 33:1,2 39:13
44:9,10,12 45:9,20 46:3,8 47:24 48:4,
6 67:19,20 68:11 70:15 73:17,19,22

74:8,9,12 77:24 98:1 104:9 126:5,8
131:10 132:15 137:10,14 138:2,18
146:4 147:4,6 154:16 156:6,8 159:17,
22 161:11,12,16 162:6,7 183:4

**businesses** 18:18 68:15 74:10
139:10 140:20 183:17

**buy** 46:4 60:11 68:9 95:21 116:5
151:14 162:5 166:17 173:16

**buy-sell** 141:3 159:24

**buyer** 45:14 102:10 147:7

**buying** 123:21 183:3,4

**BW** 165:16,18 166:6,8,10,11,12,19
175:7 180:7,10 183:19

- - -

**C**

**calculating** 57:11

**calendar** 86:7

**call** 24:2 36:23 42:4 125:17 132:4
140:23 142:1 156:8 171:7 175:12
177:16 180:17 192:11

**called** 23:19 28:1 34:11 37:7 39:12
53:18 65:21 144:14 146:4 149:23
150:2,5 162:15 167:10 169:3,12,16
173:6,14 174:8 175:16 177:7

**calling** 36:6

**canceled** 71:2

**cancer** 44:6

**capital** 45:1 47:21 164:23,24 165:2,
3,8 166:12 170:6 173:15

**car** 27:22 31:8 40:21,24 45:12,17
46:5,7 89:24 90:3,9,11,15 96:8 102:5
103:7 136:23 137:7,19 141:24 149:13
150:2 161:14 163:24 185:1

**card** 72:10 191:1,6,7

**cards** 25:15 67:24 68:2,3 190:20

**care** 76:14 113:24

**career** 43:18,20 88:13 102:6 163:8

**careers** 164:18

**carried** 164:18

**carry** 190:23

**carrying** 164:19,22

**cars** 27:11,13 45:7 46:18 97:2 125:19
163:9,10 175:17,18,23 176:5,6,18
177:1,3,8

**case** 9:22 23:9 49:3,12 51:2 54:3
58:8 60:15 70:3 93:1 137:17 185:17

**cash** 23:12 25:1,2 26:10 33:2 45:22,
23 46:20 60:5,7,13,17,24 61:6 71:24
94:1,5,19 95:9 96:5,11 134:9,12,19,
20 135:7,11 136:2 161:13 164:9
169:20 173:16 190:21

**cashed** 60:10

**cashing** 25:5

**cent** 143:3,14

**certificate** 174:15

**certified** 111:17

**cetera** 11:4 41:14 185:4

**CFO** 128:18

**change** 177:4

**changed** 117:2

**chaos** 100:3

**Chapter** 5:17,20 9:21 47:10,14 49:3
50:23 56:12

**Charlie** 43:8 48:9 151:24 152:3
158:15,24 162:19 169:14,23 175:12

**check** 40:1 91:21 114:23,24 135:24
136:7 145:18,19 192:10

**checking** 61:17 65:22 66:3 89:18

**checks** 32:6,7 88:8 91:22 111:17

**Chick-fil-a** 70:13,14

**chief** 43:24 47:20 152:21

**child** 191:2

**chime** 185:12

**China** 188:1

**chipped** 112:16

**choice** 164:3 167:2

**chose** 118:11 164:6

**Chris** 13:4 16:6

**Christopher** 128:1

**Claiborn** 9:17,18 10:9,12,22 11:1,5,7
14:8,17,20,22 15:19 16:2,8,18 17:11,
14,17 18:5,23 19:15,18 20:5,18
22:20,22 29:23 30:2 33:3,8,15 34:6,9
35:4 36:1 40:3,5 41:5,8 42:9,12,14
44:21 50:19,21 51:15,17 52:12,14
53:14,16 56:9,11,15,17 57:14,16
58:3,5 59:8,10,20,22 61:7,9 65:9,11,
17,19 70:19,21 73:5,7 75:9,15,20,23
76:9,15,17 79:1,3,15,18,20 81:8,10,

18,20 82:3,5,12,14,21,22 83:13,14
84:7,24 86:11,14 87:2,18 88:15,18
89:12,14 91:2,4,8,10 92:4,8 93:6,13
96:19,21 98:9,12 101:8,10 103:16,18
104:16,18 105:2,4,20,22 106:7,9,13,
15,21,23 108:5,7 113:9,11 115:13,16
116:18,20 120:2,7,11,13 121:3,11,12
123:1,5,9,12 127:20,22 129:22,24
130:10,13 134:2,4,13,15 135:1,3
136:3,5 137:2,4,6 139:19,21 140:7,8
141:8,10 146:23 147:2,12,14 157:13,
17 167:13,15 170:9,11,23 171:1,9,11,
16,18 173:2,4 176:10,12 180:20,24
181:7,11,22 182:11,15,21 184:24
186:23 188:5,8,11 189:5,10,22 190:5
191:11,23 192:16 193:1

**claimed** 184:15,17

**clarification** 186:10

**clarify** 173:22

**classification** 31:7

**classified** 122:19

**classify** 43:4 176:4

**Cliftonlarson** 36:6 176:14

**close** 37:15 39:22 65:3 67:5,9 84:21
94:7 109:17 191:16

**closed** 37:21 67:2,4 71:19,21 111:5
115:11 138:20 156:10,13 159:4
161:11

**Club** 30:23 31:16 32:3 43:1,2

**code** 54:6 163:21

**coffee** 67:16 72:6,12,19 157:12

**coffees** 70:12

**coincide** 103:11

**coincides** 156:7

**collateral** 99:2

**collect** 40:21

**college** 191:2

**combination** 57:23 129:5 134:11
145:24

**comfortable** 154:11

**commenced** 185:10,21

**commercial** 183:8

**commission** 31:13 32:10,13 34:15

**commissions** 26:16 32:22 34:18
43:9,11

**commit** 44:3

**common** 61:5

**commonly** 26:2 53:1

**Commons** 22:6

**companies** 31:14 32:6,17 42:22 43:3 125:9,15

**company** 21:3,4,5 23:22,23 27:1,10, 18 28:1 30:23 34:19 37:7,9,18,21,22 38:1,7 39:19,23 42:16,18 43:4,19 47:21 123:21 125:17,18 126:6,10 138:1,10,24 139:1 143:10,20 144:3,5, 10,23 148:6,11 149:23 150:2,5 155:22 158:2,13 159:7,14 162:13,15, 16,18 165:13,14 167:10,21 169:3 170:8 171:13,22 172:7 173:14,23 174:8,11,19 175:20 177:7,12,13 182:2,4

**compensation** 22:17 23:10 26:13 28:6 141:12 143:3 144:9

**complete** 19:11 36:7,20,24 42:11 118:7,8 154:16

**completed** 117:21 118:10 124:22

**completely** 34:23 43:22 44:14 85:10 121:2 124:9 177:4

**compliance** 14:16

**complicated** 163:6

**comply** 14:11

**compose** 180:21

**comps** 108:19

**computer** 101:17

**concealing** 54:2

**concessions** 119:10

**concluded** 47:16 192:21 193:2,3

**conducted** 58:10

**conducting** 77:24

**confirm** 33:10 78:2 121:15 184:13, 20

**confused** 175:2,6

**confusing** 160:12

**conjunction** 134:19,20 135:6 136:1 158:20

**connected** 68:2 71:9 130:23 166:2,6

**Connecticut** 11:11 12:15 21:12 27:4 38:23 39:24 102:6 116:22 144:2 170:12

**connection** 9:22 10:2 54:3 67:10 69:4 79:13 116:9

**consideration** 117:2

**considered** 145:2

**consistent** 34:22

**consolidate** 109:15

**consolidating** 95:6

**constituent** 142:24 167:1

**construction** 183:14

**consult** 49:11

**consulted** 49:8,10

**contact** 16:3

**contacted** 15:14 74:16

**contained** 53:5,8 54:14 57:4

**context** 60:20

**continue** 123:24 165:8

**continued** 109:20 152:23

**contract** 31:19 45:4 105:6 106:3,8 141:5 162:8 179:10

**contractors** 110:6

**contracts** 45:2,3,9 105:1

**contribute** 37:24 38:6 124:17

**contributed** 38:8,12,16 112:22

**control** 139:13 156:15 179:7 180:5 186:8

**convalescent** 108:22

**conventional** 115:11

**conversation** 146:18 185:14

**conveyance** 116:21 117:9

**copies** 15:1,4,7 17:8,10 37:2 66:19

**copy** 5:11 17:5,19,22 18:2,4,16 19:22 20:13 22:23 36:7 37:2 50:22 121:15, 16 130:1,3 140:5,10,13 185:3 189:17

**corner** 30:8 71:1,14

**Corp** 30:22 31:4 43:7 144:21 160:20, 22

**corporate** 45:17 68:17,20

**corporation** 43:12 106:17 160:20 166:23

**Corps** 47:6

**correct** 14:13 28:5 46:21 52:21 54:1 55:3 58:2 71:13 78:24 107:2,6,18

**108:10 113:17 117:3 121:18 122:18 124:15 129:4,9,21 131:7,17,23 132:2 138:11 141:20 142:6,12 149:21 150:9,10 151:1 152:13 153:16,22 155:23 157:21 160:15,24 161:18 163:1 168:19 174:6 178:11 184:8 185:22 186:19 187:15,16**

**correction** 105:9

**correctly** 55:2 99:7 125:13

**correlates** 93:16

**corroborate** 69:23

**cosign** 103:6

**cost** 46:19 94:16 164:19

**costs** 164:22

**counsel** 59:5 116:1 164:5

**countries** 76:10

**country** 141:5 150:2

**couple** 55:18,22 95:19 103:24 134:19 153:10 173:16 181:13,15,16

**court** 10:2,5 17:7,12 20:10 29:7 49:19 50:24 56:14 57:13 58:1,7 59:7, 12 92:3 124:9,12,13 125:1,3,18,21 126:9,13 127:5 129:2,8 130:2,9,15 131:1 132:4,19,23 135:15,19 184:4,5 189:18 192:5,17

**Courtney** 160:8,11

**courts** 185:15,18

**cover** 14:6 45:2,9 48:15 84:12 93:7 121:5

**covered** 52:24

**covering** 122:11

**covers** 73:12 79:23 84:10 87:5,9 92:11

**COVID** 47:23 79:13 112:12 115:12

**created** 168:4 169:13,16 173:13

**creating** 130:19

**credit** 6:11,15,19 9:1,2 23:20 27:8, 17,20,24 28:4 30:22 31:4,15,24 42:22 48:10 67:24 68:2,3 73:10,23 74:16 76:3,21 78:7,15,23 79:5 85:2 98:17, 21,24 144:21 173:5,6,19 190:20 191:1,6

**creditor's** 80:18

**creditors** 48:21 58:9,14,24 59:3

**criminal** 52:6

Cromwell 189:1

cross-corporate 160:3 179:21 180:2

crumbled 159:3

Cullinan 97:3 142:18

cumulative 64:16 69:21

curious 133:13

currency 63:13,17

current 5:21 12:6 13:19 20:20 40:17 43:23 44:14 56:13 57:5,19

cut 80:22 138:23

---

**D**

daddy 90:15

date 11:20 16:14 17:16 51:6 77:4 139:17 147:19 167:19 180:18,19 191:17 192:21

dated 5:8 107:12 115:19 147:8,18,19 148:17 173:7 176:16

dates 13:12 28:13

day 17:15 44:7 58:13,16,21,24 69:14 70:2 72:2 147:19 175:13

days 32:14 44:7,10 45:8

deal 92:2 119:11 154:10 160:6 162:4, 7 168:15 169:1 173:20 175:10 177:19

dealer 27:7 80:23 125:22 142:1 159:2,13

dealers 48:5 163:24

dealership 35:2 45:14,15 46:19,23 48:8 80:21 99:5,13 104:9 109:6,14 113:23 138:19 142:3,5 143:12 146:20 149:13 156:10,13 157:8 158:6 159:3, 8 161:1 163:9 164:10 165:4,10 166:11,14,20 167:3,6 168:3,8,10 172:5,9,10 176:4 179:11 180:11 182:6,9

dealership-wise 179:24

dealerships 27:18 31:8 43:18,21 46:12 47:8 48:3,17 80:12,22 100:3 111:4,6 132:14 136:23 137:8,20 158:23 161:23 162:23 163:2 166:3 170:7 173:16 179:4 185:1

dealings 131:10 159:23 161:16

debit 25:15 72:10 191:7

debt 114:10 122:11 139:9 142:10 160:2,3,5 180:1

debtor 9:21

debtor's 52:17

debts 141:21 142:5

December 15:3 44:3 46:14 65:5,7 82:7 84:11,12,15 87:10,14,20,21 88:1 118:1 152:6 171:24 173:8 176:16

decent 102:5

decide 49:2

decision 47:13

declaration 52:16,20,23 53:3,6,12 55:11

declare 52:19 53:23

decorated 43:19 102:6 163:8

deed 108:8,13,15 115:18 116:13 122:9,15

default 44:11,16 48:11 111:7

defaulted 39:11 142:23 143:2

defunct 37:13

demand 166:2 189:24

Deming 27:4

demonstrate 155:10

denied 138:17 165:7

department 31:10

departure 172:6

depending 45:23

Deponent 9:14 44:19

deposes 9:16

deposit 23:10,13 73:13,14,18 79:7 85:6,13 87:16,19,24 91:19 93:10,11 95:9 96:11 115:2 133:16,17 134:5 135:4,5,17,21 153:1

deposited 23:7 133:21 134:9,17 135:24 145:21 153:4,8,20 156:21 157:1

deposition 192:1,20 193:3

deposits 61:11,12 83:23 91:13 93:10,16 133:11,13,18 135:23

describe 140:14 176:5

description 83:18 108:2,3

descriptions 30:21

designate 98:21

designated 68:5

destroyed 108:23

detail 27:15 77:22

determined 192:21

diagnosed 44:6

digital 63:13,16

digits 153:11 154:18,19

digress 25:10

diligence 168:5

diligently 119:13

direct 23:7,10,13 59:23 101:15 131:22

directing 57:17

directly 17:12 28:16 31:13 90:12 154:12 159:16

disagree 76:10

disclose 52:2 57:19 61:15,16 121:21 122:4

disclosed 36:16 42:1 61:17 62:2,6 64:5

discloses 61:13 116:24

disclosure 60:4

discontinued 34:16

discovered 162:8

discussed 77:3

discussion 185:8

disposable 151:15

dissolved 161:6

docket 19:24 20:10 51:5 56:14

docketed 19:23

document 9:5 12:20 18:11 19:5,20 35:21 52:9 53:18 54:7,10 56:19,21 59:17 63:22 75:9,10 88:24 98:14 106:2 117:9,12 127:16 130:12 140:2 147:20 152:17 160:17 162:15 173:7 176:13 192:19

documentation 5:14 6:7 7:7 69:22 70:24 90:18 96:22 110:2 149:22 153:23 177:23

documents 6:11 8:10 9:11 16:10 17:8,24 18:6,24 20:2 36:15 40:7,13 49:18 50:3,14,17,24 52:3 54:24 55:7, 10 58:6 59:4 69:5 70:1 113:13 121:21 122:4 146:1,11 148:2,21 152:15 156:3 168:16 175:4 191:19,21

Docusign 186:18

dollar 64:16 83:11 153:3

dollars 46:2 60:12 84:15 89:6 95:4,
19

downfall 44:13

draft 116:15 174:15,16

drafted 127:14 130:20

drafts 55:17

drank 157:12

Drive 38:22 39:1

driver's 76:13 77:4

driving 152:23

dropped 50:7 99:4

due 115:12 120:24 131:15 132:13
168:5

duly 9:15

Durgan 152:20,21

duties 21:21

dying 77:16

### E

e-mail 5:8 20:14 33:24 34:2 127:23,
24 128:3,17,22 129:12 153:24

e-mailed 42:10

e-mails 8:1 34:1 127:24

E-T-C-H 31:22

earlier 38:13 41:20 42:20 54:22
117:7 124:3 135:12 144:20 148:23
154:22 177:12

early 47:8 156:12 159:10 178:4

easier 75:16

ECF 20:10 61:11

educational 12:11

effect 10:6 99:8

effectively 139:11

electric 26:7,10

Elite 123:15 125:10,16 126:19

employed 20:22,24 26:21,23
102:17,18 127:15

employment 20:20 28:13,17 102:11
132:12,13

end 14:18 35:20 45:13,17 46:13
71:20 87:24 100:24 113:16 122:14
130:11 140:2 148:21 149:3,7 150:23
151:9 156:4

ended 172:6

ending 64:5 66:14,22 78:22 84:15
85:3,4 86:16 88:23 89:1,3 91:6,12
92:11

ends 62:4,8 63:24 66:4 76:23 154:23

enforce 185:11

Enigma 8:22 169:3,8,15,21 170:16
171:3 172:20,23 173:6,9,10,13,23
174:2

enjoy 25:22

enter 48:8 140:21 178:24 179:1

entered 47:18 129:2 140:23 141:4
180:3,6

entering 141:3

entertainment 35:20 37:7 39:5
96:14 112:18 177:15

entire 18:16 43:18 48:19 50:16 114:2
135:9 141:5

entirety 33:21

entities 45:24 68:15 89:8 125:2
133:5,6 149:20 150:13,23 153:6
160:3,5 179:21

entity 68:17,20 69:1 125:5 146:4
153:7 155:12 158:23 159:16 160:1,23
161:3,7 162:10 163:14 168:1,4
169:12,13,16,18 170:21 172:8 173:10
175:3,16 177:22 179:24

equipment 38:10

equitable 60:23

equivalent 136:18

error 120:22 122:1 160:22 173:10
174:1,5,6

escapes 124:10

escrow 154:14

essence 123:20

essentially 45:5 47:24 140:18 161:2

establish 27:7

establishing 125:22

estate 80:17 116:23 118:13 119:12
126:11 160:7,14 168:18 182:12

etch 31:20,22

event 58:11 191:20

events 192:22

eventually 151:21

ex-girlfriend 90:13,22 188:13

ex-girlfriend's 89:24 90:3

ex-sugar 90:15

exact 23:21 62:13

exam 144:20

examination 5:5 9:21 10:1,4 11:7,13
12:21 19:23 20:9 41:13 181:20
188:11 190:16 191:16

examples 61:12

excess 46:1

exchange 150:11

exchanges 153:24

excited 163:18

execute 127:18

executed 18:4,11 140:10 146:16
147:20 162:8 179:2,6,9 180:19
189:15

execution 24:1,4,5,11 67:8,10

executions 92:23 93:23

exempt 190:2

exemption 184:15,17

exercise 80:18

exhibit 5:5,8,11,14,17,20 6:1,4,7,10,
14,18,22 7:1,4,7,10,14,17,20 8:1,4,7,
10,14,18,22 9:1,5,8,11 19:22 20:6,7,
11,13 22:21,23 23:6 26:13 29:24 30:3
33:4,10,16,17 37:6 40:4 50:20,22
51:12,21 56:8,12 58:4 59:9,11,24
61:11 65:10,12 70:20,22 73:6,8,11
75:24 76:19,22 77:9 78:4 79:2,16,21
81:4,11 83:16 84:10,21,22 85:1,8
86:12,15,19,22 88:16,17,19,21 89:13
90:24 91:5 96:20,22 97:1 98:10,16
99:20 101:9,13 103:21 105:21 106:2,
22 107:11,22 113:10,12 116:19 120:2
123:11,13 127:7,21,23 128:22 129:23
133:23 134:2 139:20,22 142:17
145:24 146:14 148:1 167:14,16
168:21 170:10,24 171:2 173:3,5,24
176:11 181:1,16 182:14,19 183:24
184:1 186:21,24 187:1

exhibits 19:20 140:11 181:17

exist 18:12 141:21 143:19,22 161:6,
12

**existed** 88:21 155:4

**existence** 63:2,4,6 130:6 161:9

**existing** 116:5 166:16

**exists** 71:8 177:13 189:22

**exited** 156:4,6

**exorbitant** 94:17 96:16

**expect** 189:23

**expectation** 137:17

**expenses** 38:9 90:21 94:13 95:6 158:21

**experience** 71:7 149:13 178:7

**explain** 15:8 31:2,7 42:18 44:17,20 64:8 69:10 71:4 87:22 89:23 91:18 92:16 100:23 133:20 135:22 178:15

**explained** 41:1 93:21 104:14 124:3 162:5 174:3

**explanation** 34:22 35:8,9,11 72:14 75:3 151:19

**extended** 31:8,12,19 143:11 173:19

**extension** 41:10

**exterior** 110:16

**extra** 119:17

**extremely** 43:19 114:18 158:18

**eye** 142:14

---

**F**

**face** 187:11,12

**facilitate** 69:19

**facility** 163:23

**fact** 41:13 120:24 128:24

**fair** 97:14

**Fairway** 106:17

**fake** 188:1,3

**fall** 151:2 177:18 178:3

**false** 52:5 54:1

**familiar** 16:21,24 17:2 62:12 144:24 163:14 191:3

**Fargo** 7:2 14:23 15:12,21 16:4,9,20 20:16 24:12,21 25:8 61:15 62:3,4,16 63:10 73:3 88:19,22 89:1,3,16,17 92:19,20 93:3,11,12,14 95:12,15 96:7,12 132:1 133:10,17 145:22

189:14

**Farms** 21:11

**farther** 67:23

**fascinating** 170:18

**fast** 163:6

**father** 25:24

**father's** 68:9

**February** 17:19 38:19 82:23 83:6 92:5 93:19 95:14,23 107:12,18 108:15 109:5,23 111:9 119:14 132:5, 6 138:18,22 139:23 140:24 141:22 143:19 145:8,13 147:8 156:9 164:21 180:17 185:2 189:16

**federal** 10:6 79:12

**feel** 154:10

**feeling** 176:22

**fees** 119:10

**fell** 125:24

**festivities** 112:11

**Fifteen** 21:20

**figure** 69:24 86:5 181:3

**file** 18:16 49:2

**filed** 20:10 33:11,13 49:19 50:24 52:20 56:14 58:7 59:6,12 60:15 69:14 70:2 94:24 121:16,20 122:3 137:16 184:14

**files** 36:21 183:10

**filing** 14:15 29:10,15 40:7 43:15,16 47:10,14 48:14 49:7,16 59:16 60:6 61:21 62:14,18 63:8,12 66:23 84:17 137:9,12 155:17

**fill** 55:16,20 104:3 116:22 152:18 153:1 186:6,13

**filled** 50:1,3,7,11 54:22 57:7 78:19 152:19 186:12

**filling** 49:22 55:17,21 57:4

**final** 147:20

**finance** 31:10 106:18 166:17

**financed** 46:5 166:20

**finances** 45:6

**financial** 6:10,15,19 9:11 40:15 47:9 53:19,22 54:15,18,23 55:12,20 56:1 59:6,14 61:14,23 63:6,20 73:9,23 76:3,20 78:15,23 79:5,22 80:21 85:2 140:19 182:3,5 185:4

**financially** 90:8 123:22

**financials** 163:16

**financing** 40:14 45:13,18

**find** 15:10,15 16:16 93:10 120:4 140:13 143:24 176:18 182:13 189:15, 17

**finding** 49:6

**fines** 54:4

**finish** 109:10,18 120:7

**finished** 34:24 109:5 117:20 183:21

**firm** 49:13 173:15

**five-dollar** 84:14,19

**fixed** 125:19

**fixture** 38:5

**flipped** 164:1

**floor** 45:5,17 46:7 48:10,11 110:16 159:1,2 166:11 181:12

**Florida** 44:5

**flow** 80:22 122:22 180:10

**flowed** 149:2

**follow** 15:7 72:14 162:2 191:13

**follow-up** 188:6,8,12

**follow-ups** 189:11

**food** 26:7,9 60:11 120:9

**forced** 162:10

**foreclose** 80:16

**foreclosed** 48:17 80:12,14 111:3,4

**foreclosure** 108:21 114:3 116:13 122:9

**forfeit** 164:3

**forgot** 177:4

**form** 26:13 33:21 116:21

**formed** 144:3,6 161:3 169:5,19 170:21 171:22,24 172:4,8,17,18 174:11

**forming** 144:6

**forms** 12:24 18:8 36:14 41:14 189:12

**found** 47:8 99:19

**frame** 47:1,15 48:16 88:1

**frames** 13:19

**franchise** 138:6,7 161:14 166:15,17

**franchises** 48:1,2 141:1 167:2

**frankly** 175:5

**fraud** 54:3 65:5

**free** 112:17

**Friedman** 118:12

**friend** 97:21

**friend's** 72:21

**front** 32:21,24 46:6 121:13

**fronting** 45:6

**fruition** 143:13

**full** 27:1 37:2 66:18 125:2,5 140:5,13 154:14 179:7 180:13 185:2

**Fuller** 97:19,20

**fully** 17:5,7,18,21 18:11 34:18 140:10 189:15

**function** 21:5 46:4 158:23

**fund** 9:2 32:22,24 71:11 112:14 115:4 164:22 173:6 175:10

**funded** 27:17 110:3 112:15

**funds** 28:3 162:5,9,11 183:20

**furniture** 38:9 94:15 95:5,21 96:1,13

**future** 132:18 137:18 192:21

### G

**G-A-U-C-H-E-R** 161:17

**gambling** 95:16

**gap** 31:9,19

**garnishment** 13:13 23:18,19,24 24:4

**Gary** 16:2 170:4,5 172:7

**gathered** 9:20

**Gaucher** 161:17,18,23 162:1,3,13 169:24 171:13

**Gaucher's** 172:6

**gave** 13:3 14:2 36:20 42:20 50:4 54:18,24 104:7 117:24 118:6,7 121:16 129:1 149:23 150:7 165:9 179:7

**general** 80:20 115:17,19 140:22 141:24 159:8 163:10 164:1,5 183:20

**generally** 44:22 95:3 110:9 140:14

**gentleman** 74:7 113:22 152:20 183:11

**get all** 34:17 36:21

**gift** 132:3

**Giulietti** 170:4,5 172:7

**give** 11:18 25:13,14 26:3 31:17 40:23 58:18 70:5,13 96:3 112:21 113:21 114:21 136:11 151:21 163:12 180:20

**giving** 90:12 107:14 111:16 116:24 139:17 140:16 150:11

**gladly** 50:18

**glass** 120:6

**Global** 9:2 173:6

**GM** 159:13 166:13,20

**GMC** 35:18 47:3,4 48:3 151:12 157:10,15,18,23 158:5,17 160:13,17 161:5 162:4 163:8,13 175:11

**good** 9:17 43:23 98:1,2 99:15 109:3 113:23 132:15 192:24

**government** 79:13

**grade** 12:13

**graduate** 12:16

**grandmother** 26:9 103:6

**Granero** 28:24

**granted** 108:8

**great** 48:21 180:23 181:1 182:2,5 191:10

**green** 187:12

**Greene** 10:7,8,22,23 14:8,13,19 15:9 16:3,5,13,14 17:9,12,13,15 18:14 20:15 34:5 36:20 41:1 42:7,10,13 44:17 49:10,23 50:4,10,13,15 55:13, 24 75:14,19 76:13 79:17 116:8 123:4, 7 127:15 128:12,13 146:17 154:6 185:12 190:9 191:14 192:3,15,22,24

**Greene's** 13:4 47:18 49:9,13 55:1,5 116:11 128:2,11 142:24 154:13

**Greenwich** 97:3

**groundwork** 137:8

**group** 8:11 35:7,15 43:17,21 47:3 80:2,5,9 81:13,22 82:8,17 83:1,24 84:3 102:17,21,24 103:14 106:6 130:23 132:4 137:23 138:13,16,24 139:24 146:3 147:4,22 148:9,22 149:5 150:14,17,22,24 151:4,7 152:5, 11 153:9,15 154:2 155:10 156:22

166:5 170:7 176:5,16 179:21 180:12, 13 185:6,7 186:18

**Group's** 84:2

**grow** 32:22 33:2

**growing** 33:1

**guarantee** 159:1,5 179:3

**guaranteed** 160:3 162:11 179:22 180:2

**Guard** 30:22 31:4,15,24 42:22 144:21

**Guardian** 178:9,16 179:10,16 180:10 181:24 182:1

**guess** 14:15 18:17 130:20 176:2 183:15

**guide** 45:22 179:4

**guy** 164:16 170:4

**guys** 173:12 192:6

### H

**H-E-R-L-O-F** 139:2

**half** 46:2 136:21 162:6

**hand** 45:1 50:4,7 54:24 57:7 60:14

**hand-delivered** 32:7

**handful** 88:7

**hands** 117:2 132:11

**handwriting** 78:3

**handwritten** 55:5

**happen** 38:15 45:19 48:22 89:2 93:2 94:2 139:12 153:10,17 180:16 188:18

**happened** 24:14 37:12 44:16 45:15 47:23 48:15 72:10 81:5 99:2 101:20 118:1 125:23 133:11 141:4 149:16 152:16 158:16 159:7 161:4 168:6 172:2 185:14

**happening** 172:6

**happy** 112:10 167:24 187:18

**hard** 95:8 114:20

**Hartford** 8:11 11:10,24 21:12 35:6, 15 47:2 58:15 80:2,5,9 81:13,22 82:7, 17,24 83:24 84:2,3 102:12,17,21,24 103:14 106:6 137:22 138:2,12,16,24 139:24 144:15 146:3,5 147:4,5,6,21 148:21 149:4 150:14,17,21,24 151:3, 7 152:5,10 153:9,13,15 154:2 155:10 156:22 166:5 176:16 179:20 180:12,

13 185:6

**Haven** 37:8 167:4

**head** 16:22 17:3

**headquarters** 171:8

**health** 44:2 151:13 152:2

**hear** 119:3,5

**heard** 185:18

**hearing** 85:22 185:16

**held** 48:10 192:20

**helped** 116:12

**helpful** 44:23

**helping** 103:6

**Herlof** 139:2,6,24 143:17 144:5
146:9 151:6,16,22 152:3 156:10
158:22 165:20,23 179:2,5,8 180:4

**hey** 114:7

**high** 12:13,14,15 114:18

**high-paying** 164:12

**high-performer** 163:7

**hired** 43:24 47:17 143:1

**history** 80:1 84:16 87:6 95:15 99:19
104:8 119:12

**hit** 33:18 94:2

**hold** 41:5 66:5 68:15 76:5 115:13
134:1,7 172:8 179:24

**holder** 15:23 16:19 66:10

**holding** 94:5

**Holdings** 123:15 125:9 126:16
128:18,20 132:19

**hole** 142:14 143:6 144:13 145:12

**Holley** 9:18 42:7

**home** 108:22

**homes** 108:20 114:1

**honest** 85:10 177:2,4

**honestly** 59:18 188:24

**Horsemen** 35:19,23,24 37:7 39:5
177:11,15

**hospital** 44:4

**hour** 56:3

**hours** 55:18,22

**house** 38:19,21 97:10,12 107:19

108:18,20 109:3,5,7,11,19,20,22,24
110:3,10 112:6 114:1,5,9 115:5,9
118:7,14 119:13 120:16,17,20 122:10
182:19 183:3,21

**hundred** 60:12 88:8 116:2 139:11
150:24 151:3,19

---

**I**

**Ian** 18:3 177:24

**idea** 18:12 31:17 86:1,2 112:22 136:7
144:4

**ideas** 96:4

**identification** 5:6,9,12,15,18,22 6:2,
5,8,12,16,20,23 7:2,5,8,12,15,18,22
8:2,5,8,12,16,20,24 9:3,6,9,12 76:1

**identified** 9:15 95:11

**identify** 10:17

**Illinois** 178:13

**immaterial** 170:2

**immediately** 109:15

**impair** 11:17

**impaired** 58:17

**important** 51:22

**Imports** 8:11 146:4,7 147:5,22
148:4,6,14,17

**Impossible** 21:1,14,19 22:18 23:4,
11 25:5 26:14,20 28:17,20 29:3,12,
15,19,20 41:22 42:2 57:23 67:21
68:5,11,12,18,21,22,24 70:16 134:23

**imprisonment** 54:4

**improve** 115:9

**improvements** 115:4 119:1,9

**in-store** 21:6,7,9

**include** 41:2 57:11 113:13 161:23

**included** 100:24

**includes** 140:9

**including** 17:20 117:21

**income** 5:21 29:11,12,18 30:14 31:3
36:15,16 41:21,24 42:5,17,20 56:13
57:5,11,19,23,24 96:15,16 102:14,19,
23 103:8,11,14 104:14 105:15 109:3
144:14,16,17,19 145:3,5 151:15

**incomplete** 36:4

**Incorporated** 47:4,6

**incredible** 80:8

**indemnify** 139:9

**Independent** 106:17

**individual** 52:17 74:1 114:19

**individuals** 150:8

**industry** 175:24

**inflated** 103:4,10

**information** 6:5 11:14 19:16 52:23
53:5,8 54:14 55:6,10 57:4,10 63:24
65:13 69:6 70:3,9 76:2 77:4 90:16
102:11 171:3 186:13

**inject** 47:21

**inquire** 18:24

**inquiries** 19:2

**insanely** 102:6

**inside** 108:23

**insisted** 175:13

**inspection** 164:14

**installment** 105:1

**instantly** 125:21 143:2

**institution** 61:23 63:6,20

**instructed** 36:21 163:23

**insurance** 30:23 31:9,20 32:2
187:21

**insured** 187:22

**interest** 38:3 60:23 66:5,16 90:17
124:23,24 126:13,15,19,22 127:5
128:20 137:10 142:8 149:4,8,19,23
150:12,16,19 151:14 152:7 155:18,22
161:5 162:21 169:2,17,18 174:7
175:14 177:20 178:2

**interesting** 162:2 178:24

**internal** 83:19

**interpret** 84:1

**interrupt** 42:7

**intimate** 77:22

**introduced** 151:16 183:12

**inventory** 176:4

**invested** 163:20

**investing** 124:8

**investment** 129:7 130:24

**investors** 28:21

**involved** 32:11 49:17 152:14 167:12 172:8 185:21

**involvement** 49:21 57:3 167:9

**involving** 17:6

**IRS** 33:12,14 121:17

**issue** 14:14 184:5

**issued** 15:11 63:23 79:12 96:24 101:14 115:17

**issues** 26:4 177:21

**Isynergy** 150:5,13 158:20

**items** 12:20,23 188:9 189:11 191:12, 15

**J**

**January** 13:21 28:12,14 46:14,24 47:22 65:5,7 82:15,16 86:20 87:14 90:5 91:9,12,14,15 92:6,11,12,13,14, 15,16 93:7,11,12,15,18 94:6,20 95:22 132:5 133:15,16 134:6 139:14 177:17

**Javier** 78:11

**Jennifer** 10:15

**jewelry** 187:5

**job** 21:16,21 38:19 57:12 102:4 105:17 118:14 123:21 125:22 126:1

**jobs** 164:12

**John** 9:14,21 25:24 97:19,20 176:24

**joint** 74:3 84:20

**Jr** 78:11

**judgment** 23:24 178:12 180:6 182:9

**July** 15:3 23:15 24:15 37:13 39:8,17, 19 48:23 49:5 62:24 79:23 99:21 106:4,5 107:10 112:1,5 148:18,23 149:7 156:4,10,13 159:10 163:11 177:16 190:6 192:5,11

**June** 73:12 112:1,7,8 167:20 185:15 192:8

**K**

**K-1** 35:6,8,9,11,12,14,19,22 37:6,17

**Kevin** 130:15 133:3

**Keybank** 6:22 7:5 13:11 14:10,18 24:13,21 25:8 61:16 62:7,8,20 63:10 66:13,22 86:15,18 87:9,15 91:5,11 92:10 93:17 94:20 95:10 111:17

113:3,5,8 115:3,6 135:13 189:13

**keys** 99:4 165:9

**Kicks** 21:1,14,19 22:18 23:4,11 25:5 26:14,21 28:18,20 29:4,12,15,19,21 41:22 42:2 57:23 67:21 68:6,11,13, 18,21,23,24 70:16 134:23

**kind** 29:5 48:22 63:14 71:10 122:21 124:1 126:12 132:13,17 136:17 151:15 158:8 168:8 172:3

**kitchen** 110:13

**Klewin** 151:24 152:4,7 158:15,24 159:5 160:9 161:16,24 162:8,9,11,19 169:14,23 170:21 171:14,19 174:17, 20

**knew** 48:23 94:1 100:2 102:2,5 109:7 111:1,5 113:20 141:6 163:16 172:4 183:12 188:22

**knowing** 155:3

**knowledge** 36:23 119:19 127:14 128:13,20 143:21 154:17 155:7 174:13

**knowledgeable** 154:6

**L**

**labeled** 53:2

**lack** 46:21

**lady** 108:22

**landlord** 177:20,22

**large** 153:1

**larger** 187:6

**late** 16:5 159:10

**Laura** 118:12

**Law** 36:20 127:15 128:13

**lawsuit** 178:8 182:8

**lawsuits** 94:3

**lawyer** 49:7 128:8

**lawyers** 49:12 153:24

**lay** 164:17

**lead** 47:13

**lease** 27:21 97:1,5,23 98:17,20,22 99:3,20 100:8,19,20 101:24 102:1 115:19 122:13 142:15 168:17,23

**leased** 98:4 100:5 160:8

**leases** 28:3 100:16

**leasing** 27:10,11 100:6 125:18

**leave** 46:9 184:18 191:15,19,23

**left** 30:8 44:10 69:18 71:1 92:22 93:22 104:1 122:1 164:18 184:9,11, 12,21

**left-hand** 71:14

**legal** 60:23 75:1 94:3 177:21

**legally** 161:9

**lender** 106:18 107:13 130:18

**lending** 162:10

**lent** 107:17 114:15 166:12

**Lexitas** 75:11

**liability** 64:10 99:12 139:8

**license** 76:14 77:4 163:24 164:15 165:7

**lieu** 116:13 177:21

**life** 30:22 31:16 32:1,9,12 48:19 77:23 88:13 95:7 96:17 98:1

**limited** 86:17

**lines** 103:24 111:12 136:18

**link** 71:6,22 190:24 191:1

**linked** 68:1 71:24 72:8,24 92:19

**list** 60:17 69:9 88:23 109:24 187:10

**listed** 28:2 61:24 65:22 66:3,12 74:3 102:12 109:18,21 119:13,14 130:18 167:22 187:5

**listen** 114:8 163:12

**listing** 19:6

**literally** 108:21 179:5

**litigation** 185:10,21,22

**live** 49:1

**lived** 12:2 97:7 171:5

**living** 94:13,16 95:6 96:15 114:19 188:20,22,23

**LLC** 8:12,19,23 30:23 34:11 123:15, 16 125:3,6,7,9,10 126:6,9,13,16,19, 23 128:18,20 129:2 130:2,15 132:23 139:24 140:1 146:4,7 147:6,22 148:3, 4,6 149:5,9 150:3 151:4 155:19 156:1 160:17,18 165:17,19 167:10,19 169:4,9,10,11,22 170:14,16,17 171:4 172:13,21,24 173:7,9,11,23 174:3,9 175:7 180:7

**LMP** 28:1,3

**LMPX** 28:2

**loan** 80:3,5,19 81:13,22 82:8,17 83:1 84:3 90:15 103:12,19 108:9 110:19, 24 115:10 118:20 122:5 180:16 183:16 184:11

**loaned** 130:19

**loans** 27:21 108:16 114:20 152:12,15 156:11 183:10 185:23 186:7

**locate** 17:7,21 18:10 127:11

**located** 16:10 18:13 88:22

**location** 10:3 12:4 21:10 22:1,5 45:23 159:12 164:1

**locations** 22:3,7 162:24 163:3

**locked** 13:13 18:17

**log** 13:16

**long** 12:2 21:18 32:12 55:15,19,23 119:17 149:16 158:9

**looked** 85:8 104:12 161:22

**looming** 122:9

**lose** 45:21 95:16

**losing** 44:12

**loss** 45:20 122:2

**losses** 46:15

**lost** 45:24 46:13 79:17 95:18 122:10

**lot** 17:23 18:1 19:10 48:4 77:3 92:20 94:1 95:7 100:23 112:16,18 146:17 158:21

**loud** 72:15

**Louis** 188:3

**LTO** 26:24 27:2,5,9,16,21,23 28:4,7, 10,14,17 88:2,4 91:21,23,24 102:4 105:17 123:15 125:1,6,9,17,22 126:16 128:14,17,20 132:19 133:5 134:10

**lucky** 112:17

---

**M**

**M-A-C** 48:9

**Mac** 8:19 47:2 138:2 147:4 168:12 169:10,11,13,16 170:14,16 171:24 172:4,13

**made** 39:1 40:19 46:3 59:4,16 99:20 104:14 110:24 111:14 112:3 120:24

127:17 166:1 177:19

**Maintenance** 143:6,8,9,16,19 144:8

**make** 33:2 36:23 52:3 105:14,18 110:18,23 111:8,18,24 112:2 119:18 125:12 169:1 187:6 192:2,4,6,12

**makes** 26:1 90:19 191:17

**making** 52:5 54:1 94:17 95:7 101:2,5 113:2,3,5 188:13

**Mall** 21:11

**manage** 21:22 22:14

**management** 17:19 47:19 48:7 137:13 139:7,16,22 156:7 179:1,2,7 180:4,18 185:1 189:16

**manager** 167:22

**managing** 8:7 139:1

**Mangan** 10:9,11 11:1,2 18:23 19:1, 16 58:10 181:8,10,11,13,20 182:15, 17,23 183:22 184:3 187:1,4 188:4,15, 19 189:2,23 190:4,8,12,16 191:8 192:8,14

**manufacturer** 142:1

**manufacturers** 140:21 158:10

**March** 48:7 83:16,17,22 84:5 125:23 129:15 134:16 135:1,5 185:15

**mark** 19:21 20:7 75:24

**marked** 5:6,9,11,15,18,21 6:2,5,8,11, 16,19,23 7:2,5,8,11,14,17,21 8:1,5,8, 12,15,19,24 9:2,6,8,12 76:18

**market** 109:7,22

**marquis** 188:3

**Mary** 43:8 48:9

**Massachusetts** 167:7,17 168:3

**Master** 9:2 173:6

**matches** 85:7

**materialize** 126:1

**materialized** 173:19

**math** 118:15 184:16

**Mcdonald's** 124:11

**Mclaren** 100:6,8,21 101:6 102:3 142:19,21

**meaning** 80:15 84:16 100:16

**means** 71:4

**meantime** 46:19 180:24

**mechanics** 54:21 164:13

**medical** 46:9

**medication** 58:16

**medications** 11:17

**meet** 46:18

**meeting** 50:9 55:24 58:9,14,24 59:2

**melting** 164:8

**member** 73:10 76:1,3 128:14 152:5 162:20 169:9,15 170:1,16

**members** 28:22 132:22 133:1 139:1 146:10 165:18 169:21 174:17

**membership** 126:12,15,19,22 127:5 128:19

**memory** 62:13

**mental** 44:2 100:22

**mentioned** 185:24 190:17

**Mercedes** 98:7,18 99:8,11,14

**Meriden** 12:15

**met** 114:7

**middle** 25:19 65:20 75:1 102:10 154:10

**Middlesex** 157:19 160:8,9,14

**Midstate** 8:18 47:4 144:16 169:10, 11,13,16 170:14,16 171:24 172:3,13

**Mike** 143:1

**Milford** 38:23 163:13 165:4 174:21, 23 175:1,5,7

**mill** 110:14

**Miller** 97:2

**million** 46:2 117:18 118:1,17 120:16, 17,21 166:2 178:13,18

**million-dollar-plus** 108:20

**minimal** 70:18

**minority** 44:1 47:19

**minute** 25:11 76:5 115:14 136:10 180:21

**minutes** 79:6 174:4

**miscellaneous** 67:15

**missed** 60:18 151:18

**missing** 19:3,10,14 36:9 189:12,14

**mistaken** 93:8 186:15

---

**misunderstood** 156:19

**Mitsubishi** 47:2,5 48:2 138:2,7 140:22 142:1,2 146:5 147:5,6 149:1 157:7 158:23 166:24 167:2

**Mocadlo** 9:14,21 10:19 11:8,12 12:10 14:23 15:20 16:19 17:21 20:19, 22 22:24 25:18 28:24 29:1 30:3 33:10,23 34:12 36:2 40:6 41:9 42:15 43:14 51:2,18 52:15 53:17 56:18 57:18 58:7 59:23 63:23 65:12,21 68:4,8 70:22 73:8 75:11,21 76:18 80:14 81:14,24 82:9,18 83:2,20 84:20 85:9,19 86:20 89:15 92:9 97:2 103:22 104:21 105:5,23 116:23 119:4 120:15 121:14 123:13 129:1 130:2 137:7 147:16 176:24 182:24 188:7

**Mocadlo's** 19:5

**model** 40:8 97:24

**Mohegan** 95:16,17

**mom** 109:3

**moment** 44:14 51:23 143:4 191:18

**monetary** 177:21

**money** 17:2 24:7 25:14 26:3 29:4,6,7 32:17,19 37:22,24 38:4,6,24 42:2 43:6 44:12 45:6,8,14,16 46:12,13,18 54:2 57:24 60:11 61:5,12 64:18 69:18 70:14 72:1,3,7,13,17,20 79:11 80:22 85:9 88:4 89:7,9 90:12 92:19,22,24 93:4,22 94:17 95:7,16 96:7 99:9 100:1 107:14 109:16,19 114:14,16, 20,22 115:9 117:5 119:22 121:1 122:10 123:19 124:17 125:20 131:21 132:9 133:21 137:18 142:8 143:14 152:24 153:4,14,20 154:2,7,9,11,12, 15,20 155:5,11 156:14,15 157:1 164:4 175:9,10 178:5,15,21 179:3,9, 18 180:2,9 183:18 190:19 191:4

**monies** 29:14 32:5 40:21 96:10,12 122:21 132:18

**month** 15:3 29:8 32:8,23 57:20 92:12 95:14 105:7,12,15 111:20 124:4 131:16 136:20 142:23 143:8 144:8 163:10 164:9 184:6

**monthly** 5:21 12:8 32:23 40:17 43:9, 11 56:13 57:5,19 89:20 102:14 113:2 129:17 142:15

**months** 13:16,21 15:5 21:20 45:20 46:2 80:10,11 90:4 94:22 96:6 105:7 114:10 117:23 118:5 124:4,5 129:3 141:1 172:1

**months'** 131:18

**Morey** 10:15 20:14

**morning** 9:17

**mortgage** 106:17 107:4 108:8,15 111:2,3 115:22 116:5 118:18 182:18

**mother** 44:5

**motion** 14:16

**Motor** 30:23 31:16 32:2 43:1,2,7,11 97:2 163:23 164:5,14,15 166:22

**Motors** 42:24 140:22,23 159:8 163:11 164:1 165:16,18 166:6,8,11, 12,20 175:7 178:9 179:18 180:7,10 183:19

**Motors'** 164:5

**move** 17:4 97:12

**moved** 44:5 94:14 97:10 109:4 113:24

**Moving** 145:11

**Murdo** 127:13 128:1,4,23

**murdo@ltoauto.com** 128:1,5

**mute** 181:2

**mutually** 124:1

---

## N

**named** 170:4

**names** 110:7 125:2 155:9

**Nancy** 43:8

**NASDAQ** 28:2

**Nate** 172:6

**Nathan** 161:17 162:3

**Nation** 30:23 31:16 32:2 43:1,2

**naturally** 49:1 109:13 160:4,6 164:10

**nature** 39:13 49:21

**necessarily** 146:12

**necessity** 59:16

**needed** 19:11 33:1 38:10 45:16 59:3 64:14 69:20 102:5 103:12 104:13 108:24 109:17,20 110:11,12,13 117:19 118:8 127:19

**negligence** 164:2

**negotiations** 168:17

**neighborhood** 94:21 107:4 113:24

**net** 114:18 118:23 141:18

**network** 27:7 125:22

**nice** 96:18 164:16

**nightclub** 37:10 38:10 39:15,16

**Nissan** 35:1 43:7,11 48:9 113:23 166:1,9,10,11,21,22,24 168:10,12

**NMAC** 43:7

**nonexempt** 184:18,19

**nonperforming** 48:2

**normal** 36:12 94:15,16 95:6 96:9,14

**Notary** 9:16

**note** 7:14,17 8:5 9:24 14:20 17:6 83:5 99:14 107:12,23 111:18 115:19 129:2,6,13 130:1,3 182:18 189:17,20

**noted** 18:8 89:19

**notice** 20:8

**noticed** 120:23

**notification** 152:23

**notified** 40:20

**November** 11:21 22:24 28:11 43:24 46:14,24 58:11,17 81:23 87:5,9 109:24 152:6 163:22 164:11 177:17

**Ns** 189:8

**number** 9:22 13:11 16:23 20:10 29:24 36:14 50:20 51:2,5 56:12,14 57:18 59:9,11,13 60:2,4 62:11,13 64:3 69:2 70:20,22 73:10 76:4,6,14, 23 77:4,21 81:14 85:8,14 88:10,11 91:13 98:23 103:2 105:10 113:10 121:10 133:18 170:10,24 173:3 184:1 186:21 187:2,8 191:11

**numbers** 51:7,9,10 77:5 104:12 118:24 120:19 181:16

**numeral** 68:23

**Nutmeg** 6:10,15,18 73:9,16,23 74:16,20 76:3,20 78:14,23 79:5,22 85:2 153:5,8,14,20 154:19,23 155:9, 13 156:21 157:2

---

## O

**oath** 58:21 85:10

**Oberon** 173:14

**objection** 75:14

**obligated** 90:8,19 142:11 166:8

**obligates** 144:14

**obligation** 99:14

**obtained** 79:11

**obtaining** 54:2

**occasions** 127:16

**occupation** 102:13

**October** 13:14,22 15:2 28:11,14
29:11 40:8 48:14,16 60:14 61:21
62:15,19 63:9,13 66:24 69:15 70:7
81:12 84:12,14 86:19,21 87:5 94:14
95:1 100:11 126:2 137:9,13,16
138:21 155:18 157:22 171:22

**oddball** 133:18

**offer** 181:12

**offered** 80:19

**offers** 119:16

**office** 8:15 9:19 10:14,15,17 11:4
14:9 16:6,12 18:7 20:14 37:3 39:24
41:18 47:18 49:9 50:8 55:1,5 70:24
88:24 116:11 128:2,11 167:17 169:8
170:13

**officer** 44:1 47:20 152:22

**official** 158:7,12

**officially** 39:23

**older** 17:24

**one-page** 19:5

**ongoing** 112:12

**online** 21:5,6,7 68:10 181:9

**open** 65:1 66:23 71:17 74:19 76:20
84:18,22 163:3,12 164:11 165:4
166:12 167:3,6 168:13 185:18
191:16,20,23 192:20

**opened** 24:17 37:11 65:15 74:22
75:2,4

**Opened/app'd** 78:10

**opening** 22:5 38:8 73:13,14 78:22
79:7 154:24 162:23

**operate** 157:4 161:13 172:16,21

**operated** 43:17 44:11 45:19 48:6
157:19 159:13

**operating** 39:17,19 43:24 46:16
47:20 152:22 153:5 155:13 156:21
157:1 164:23 174:16

**operationally** 161:9

**operative** 73:1

**option** 32:24 164:6

**order** 14:16 25:15 85:6 166:12

**organization** 167:19 174:16

**original** 64:6 69:1 174:3 186:23

**originally** 103:6 130:22 175:8

**originated** 110:24

**outstanding** 12:20 14:21 191:12,15

**overremit** 144:14,16,17,19 145:2,4

**override** 31:11

**owe** 178:15

**owed** 99:9,12

**owned** 31:8 40:8 109:11 126:10
139:6,7,11 148:6,10 150:20,21 152:1
158:14,15 160:13 163:15 165:23,24
168:1,6 169:2,5,19 174:13 179:23

**owner** 74:3 77:1,2 84:20 138:10,12,
15 143:15 146:7 148:13 151:3,7
152:5 155:24 157:23 158:2,5,7,12
162:12 176:24

**owners** 138:23

**ownership** 66:5 76:2 126:18,21
127:4 137:10 139:5,13 142:8 146:2
149:4,8 150:16 151:19 155:18,22
157:9 161:4,22

**owns** 28:20 97:18 161:12 166:24

**P**

**P-E-C-H-O-N-G** 28:24

**p.m.** 123:2,8,10 137:3 157:14 181:6
193:4

**P.O.** 77:17,18

**pages** 33:18 36:3 52:24 70:23 99:19
104:24 140:11

**paid** 34:18,23 43:5 46:5,6 64:15
90:16 96:4 118:17,20 119:10 120:23
123:23 124:3 134:10 142:7 144:15
145:12 151:11 179:11 187:14

**painful** 178:7

**paint** 31:23

**pandemic** 158:19

**paper** 187:9

**paperwork** 45:13 49:23 104:7

**par** 109:1

**paragraph** 141:11,13,15,17 142:13
143:5 144:13 145:11 147:9

**paralegal** 10:14 13:5,7 14:2 20:15
50:15 128:2

**paralegals** 10:23

**parents** 25:22

**Park** 138:4

**part** 34:2 47:8 51:19 75:13 86:18
92:2 123:20 125:20 130:23 164:2
179:14

**parties** 10:4 17:20

**parting** 124:1

**partner** 44:1,2 47:19 151:11,23

**partners** 177:19

**partnership** 124:23,24

**parts** 18:11

**party** 112:5,12,14,19

**passed** 44:6

**past** 64:15

**Paul** 150:9

**pay** 5:11 13:6 22:23 23:3,6 25:5,15
26:2,8,9 32:19 34:15 41:3 43:9 45:4,
17 46:7,8 69:20 70:12 72:6,11,18
89:9 90:2,19,21 92:20 93:1 96:8
98:22 99:3,14,17 102:2,3 112:19
113:20 131:5 134:9 142:11,15,21
143:3,8

**payable** 129:2 130:9

**paycheck** 26:12 60:10 134:12,18,21
135:6

**paychecks** 134:19 136:1

**paying** 24:24 25:11 48:1 72:12 89:20
90:11 136:19

**payment** 26:4 34:11,13,20 40:19
64:17 89:21 90:1,3,9,11 96:8 99:18
105:6,15,18 111:11,14 112:4 129:6
131:15,22 135:16 136:6 190:6,7,18
192:5,9

**payments** 40:17 99:20,24 101:2,5
110:18,23 111:8,19,24 113:1 129:13,
17 142:16 184:9 185:6 188:14 190:1

**payoff** 116:4

**Paypal** 6:4 63:24 64:4,20 65:1,13
67:12 68:1,3 190:13,24 191:1,3

**pays** 26:9

**PDF** 18:9 30:12

**Pechong** 28:23

**penalty** 52:4,19 53:24 56:22

**people** 27:20,24 28:4 34:14 44:10 76:9 112:16,17,18,22 132:18 164:12,17 167:21

**People's** 115:21

**percent** 37:18 38:3 88:9 116:2 139:6,7,11 141:18 144:15 150:20,21,24 151:3,7,19,21 152:1 158:14,15 165:23,24 166:24

**percentage** 139:4 165:21

**percentages** 185:6

**perfect** 44:14 123:4

**performed** 163:17

**period** 28:9 48:13 79:23 84:17 90:2 93:7 129:14

**periods** 14:6

**perjury** 52:4,19 53:24 56:22

**permission** 13:3

**perplexed** 83:12 86:9

**person** 10:16 15:14 45:12 107:13 127:8,17 140:3

**person's** 141:2

**personal** 73:20 74:18 77:3 132:8 164:24 165:1,3 179:3,22

**personally** 139:8 154:1 162:11 180:7

**Pertaining** 8:10

**petition** 5:18 50:23 52:10

**phone** 26:7,9 36:23 77:5,16 152:17 186:18

**phones** 11:4

**phonetic** 162:19

**piece** 108:23 109:2 187:9

**pieces** 124:6

**Pippili** 162:19

**place** 20:9

**places** 96:18

**plan** 34:11,21 45:5,17 46:7 48:10,12 159:1,2 166:11

**Platt** 12:15

**plugging** 77:15

**plural** 21:24

**pocket** 60:11

**point** 50:10 55:4 68:9 80:11 92:21 93:24 97:6,15,18 100:2,24 109:9 111:5 122:16 134:22,24 138:9 139:11 149:17 151:6 152:10 155:21 158:1,4 160:16 161:15,21 162:14 163:12 166:1

**policies** 187:21

**policy** 127:5

**Poor** 46:16

**poorly** 48:6

**populate** 72:13

**position** 27:5,6

**posted** 75:12

**potential** 52:6

**PPP** 79:12 152:12,24 153:14 154:1,20 155:5,11 156:11,14,15 157:1 185:23 186:7

**pre-owned** 27:11,13,22

**preceding** 52:24

**premise** 170:5

**preparation** 49:18

**prepared** 152:21

**prequalification** 106:16

**present** 10:14

**president** 102:13,21 176:24

**pretty** 93:24 96:16 170:18

**previous** 38:19 103:10,11 104:15

**previously** 16:10 43:5 75:10 163:13,15

**primary** 102:14

**principal** 170:15 171:13

**printed** 50:6 51:19,22 53:20 54:7 55:6,9 56:18 78:10

**printout** 8:14,18,22 70:5 167:16

**prior** 53:12 131:10

**privy** 119:11 146:17 185:13

**problem** 13:2,5,8,12 46:10 74:11,15 91:19 110:7 120:5,10 127:3 140:4 160:1,2

**problems** 44:2 47:9 109:6 151:13 152:2

**Procedure** 10:7

**proceeds** 178:18 180:14 183:20

**process** 15:8 45:12 49:17 114:3 148:24 163:19,20 168:2

**produce** 13:18 127:16

**produced** 13:1 50:17,18 63:23 65:13 69:6 86:18 96:23 106:3 176:13

**product** 31:11,18

**production** 69:5 101:13

**products** 31:9,15 32:10,12,15,18 144:17

**profit** 26:18 118:23

**profitability** 46:22

**profits** 141:18

**program** 27:8,17,19 32:18

**programs** 79:12

**promised** 105:17

**promissory** 7:14,17 8:4 17:6 107:12,22

**prompted** 88:24 99:23

**pronouncing** 161:19

**proof** 156:24

**properly** 133:24

**property** 6:1 54:2 80:18 106:1 108:2,3,24 109:2 113:14,18 116:6 117:17,19,23 118:2 122:22 163:19 168:23 178:1 183:11,13

**protectant** 31:23

**Protective** 30:22 31:15 32:1 42:23

**protest** 164:4,7

**proud** 114:2

**provide** 14:12 36:7 41:17 50:13 110:7

**provided** 16:11 70:24 75:10 89:19

**public** 9:16 119:19

**publicly** 28:1

**pull** 123:11 133:23 159:5

**pulled** 158:24

**purchase** 7:10 38:3 40:14 99:5 101:17 102:1 106:4,18 124:18 125:20 147:7 151:16 175:10 183:16

**purchased** 101:19 106:24 109:8
160:24 168:2

**purchases** 28:3 67:18

**purchasing** 123:20 168:5

**pure** 164:2

**purpose** 126:5,8

**purposes** 51:12 75:23 76:1 167:23
183:5,6 191:24

**pursuant** 12:20 156:3

**put** 19:20 20:6,11 22:16,21 25:13
29:23 33:16 48:11 50:20 56:10 59:9
65:9 70:19 73:6 77:17 86:12 88:16
89:8 91:2 92:20 96:7,19 105:20
106:21 107:11 109:16 112:20 113:9
115:15 119:1 120:2 123:19 125:20
127:20 129:22 139:19 154:12 163:20
164:4 167:13 170:9,23 173:2 176:10
181:2 182:22 187:1

**puts** 26:3

**putting** 93:4 173:17

### Q

**qualify** 27:20 163:24

**quarterlies** 89:10

**question** 60:2,4,18,21,22,24 61:10,
20,24 62:3,7 70:5 121:19 125:12
173:8 183:23 184:23 185:23 190:13

**questioning** 12:19

**questions** 19:11 54:19 56:4 75:12
181:8,13,14,15,17 183:23 188:6
191:21

**quick** 118:15 120:6,9

**quit** 39:12 164:12

**quitclaim** 113:18 116:13 122:15

**quitclaimed** 113:14

**quote** 83:18

### R

**raise** 170:6 173:16 175:9

**ran** 70:13 100:1

**Randy** 128:3,18,23

**Randy@ltoauto.com** 128:4

**Ray** 114:4

**Raymond** 107:14,17 192:17

**reach** 14:18

**reached** 14:13 15:9,14 16:6,16

**read** 9:23 52:18,19 53:11,21,22 54:17
55:9 76:12 104:10 192:1

**ready** 164:14 175:16,18,23 176:5,18
177:1,2,7

**real** 80:17 116:23 118:13 119:12
120:6 126:10 160:7,13 168:18 182:12

**realize** 98:13

**realized** 123:23

**realm** 39:3

**reason** 14:11 16:16 31:2 43:16 47:10
62:10 97:22 99:13 148:20 163:14
166:23 183:7

**reasons** 15:13 43:15,16 46:15

**Rebecca** 11:3

**recall** 34:20 58:11,20 59:16 86:23,24
89:2 92:1 136:12,15 145:17,20 172:3
175:3

**recalling** 172:18

**receipt** 6:18 85:1

**receive** 23:10 66:18 145:13 187:9

**received** 13:20 15:4 19:5 31:5 43:11
69:22 143:2 144:9 145:10,17

**receiving** 29:4,6,11 31:3 184:6

**recent** 14:17

**recollection** 107:3 174:18

**recommendation** 190:5

**reconvene** 123:3 192:22

**record** 9:23 19:21 20:7 44:23 53:21
75:24 123:9 137:5

**records** 13:17 110:5 127:19 133:19
169:7

**red** 187:12

**redact** 76:4,5

**redacted** 15:4,5,10,13,21 76:11

**redacting** 15:17

**reducing** 99:9

**refer** 73:19 79:11 174:17 175:4

**reference** 54:6 80:3 85:16 133:24
176:9,18

**referencing** 134:6

**referred** 53:1 142:16 160:17

**referring** 25:4 30:11 42:19 67:21
139:15 169:7

**refers** 142:18 143:6 147:7 162:15
176:15

**refinishing** 110:15

**reflect** 98:24

**refresh** 174:18

**regular** 33:6 74:2

**Reiner** 17:24 47:17 49:9 116:10,12
143:1

**Reiner's** 154:14

**reinsurance** 42:16,18 43:4 143:10
144:5,16,23 162:16,18

**related** 114:11 131:8

**release** 7:20 17:5 44:7 115:17
116:15 123:14 127:9,12

**released** 44:4

**remaining** 184:20

**remember** 17:16 23:21 38:24 56:6
59:18 60:13 88:14 111:13 113:7
124:5 136:16 144:19 145:15,16
159:15 170:2 185:7 188:24

**remembering** 172:19

**remotely** 10:5

**removed** 162:13

**renovate** 109:9 183:21

**renovating** 109:10,20

**renovation** 119:15

**renovations** 110:13

**rent** 12:4,6,8 25:11 39:11 96:8
136:17,19

**rental** 125:16,17

**Rentals** 123:15 125:10 126:19

**reorganizing** 161:22

**repairs** 115:5

**repayment** 122:4,8,19

**rephrase** 149:18

**replica** 187:11 188:2

**replicas** 187:23,24

**reported** 42:20 85:20

**reporter** 10:2,5 192:18

**reporting** 84:12

**represent** 31:14 116:8 164:7

**represented** 17:24 18:20 116:10 118:13

**request** 10:3 12:21 16:11 17:5,11 69:5 70:9

**requested** 13:20 17:10 41:14

**requesting** 20:16

**requests** 63:22

**require** 143:7

**reread** 51:23

**resale** 21:3 104:24

**resell** 99:17

**resided** 97:15

**residence** 11:11,23 25:12 58:15 121:22

**residential** 183:6

**respect** 170:13 171:3

**respond** 154:5

**responded** 16:15

**response** 7:1 14:10,15 15:11,16 16:7,15 18:15 61:24 62:3,7 63:22 69:5 88:19 96:23 101:14

**responsibility** 52:7 122:16 142:4

**rest** 93:14 104:16 191:19

**restaurant** 37:10 38:11 39:15,16

**result** 54:4 59:2

**resume** 20:5

**return** 9:8 30:4 33:7,11,13,19 36:4,8, 17,18 41:9 42:1 120:1,15,24 121:6, 14,15 129:7 144:22

**returned** 47:7 99:3 132:10 154:16

**returns** 42:11,21

**review** 16:10 18:8

**reviewing** 89:15,18

**Rich** 152:20,21

**ridiculed** 114:3,6

**right-hand** 65:14

**rights** 80:18

**Rio** 109:22 118:10

**road** 7:11 27:4 97:6,18 102:4,8 106:1,4 113:15 117:1,16,23 121:22 175:16,18,23 176:5,18,24 177:2,7 183:4

**Roberge** 128:3,18,23 131:13

**Robert** 74:4,6 83:19 84:21 139:3,23 143:17 146:9 148:7,10 152:19 156:9 158:22 179:8

**Robert's** 152:21

**Rod** 28:24

**rode** 48:22

**role** 125:14 137:13

**Rolex** 187:11

**Rolls-royce** 97:3 98:5,8,17 99:5,10 100:6,15,20 101:3 102:3 142:18,22

**Roman** 68:23 78:11

**Rondini** 28:23

**roof** 110:17

**room** 11:3

**roughly** 141:1

**round** 88:10 111:19

**Route** 167:10,11,12,18

**ruin** 140:19 185:4

**Rule** 5:5 9:20,24 10:6 19:22 20:8

**run** 32:13,14 53:3 86:19 138:17 159:20

**running** 46:19 74:7,10 77:24

## S

**S-I-S-T-I** 130:15

**S-O-R-E-N-S-O-N** 139:3

**sake** 103:5

**salary** 22:19 29:3 41:22 104:1

**sale** 7:10 32:11 38:19 39:1 117:23 119:19,22 121:21 140:21 147:3,19 148:16 152:3

**sales** 46:21 98:21 137:19

**salesmen** 164:13

**sat** 109:7,22 154:15 172:17 179:5

**satisfactorily** 9:15

**satisfied** 141:22

**satisfy** 114:10

**Savannah** 188:17 189:8

**save** 47:21 140:18 185:4

**savings** 38:18 65:23 66:13 132:8

**Saybrook** 35:18 47:3 97:6 151:12 157:10,15,18,20,23 158:5,16 160:4, 13,14,17 161:5 162:4

**scale** 123:24

**scattered** 133:19

**schedule** 6:1 21:13 53:2,3 59:5,13 60:1 64:7 69:10 108:1 191:17

**scheduled** 111:11

**schedules** 52:17,20 53:1,5,9,12 54:23 55:11,16 56:1 64:6 186:21 190:3

**school** 12:12,13,14,15

**scope** 45:21 158:9 179:23

**screen** 20:6,12,13,17 30:4,6 50:20 70:6 75:18,21 103:3 106:2 107:11 127:8 167:14 170:10 173:3 182:22 183:1

**screenshot** 101:16 102:9

**scroll** 30:1 33:17,19 77:7 98:9 171:9 176:17

**scrolled** 36:2

**scrolling** 171:17

**Search** 8:19,23

**secretaries** 10:24

**Secretary** 8:14 39:23 144:1 167:17, 23 169:8 170:13 171:2 177:13

**section** 30:19 65:21 66:13 78:2,9

**secure** 108:9

**secured** 115:18

**Securities** 173:15

**security** 36:14 76:6 77:21 80:19

**seek** 40:21

**segregate** 160:5

**seized** 23:14,17 48:23 49:4 67:5,6 159:9

**sell** 31:12,23 45:3,12 109:9 114:5 116:23 117:17 118:6 119:20 120:20 151:14 152:2,7 159:16,18

**seller** 147:5

**selling** 102:8 109:12

**sells** 117:24 118:2,16

**send** 13:3 36:22

**sense** 26:1 32:16 80:20 191:17

**sentence** 53:20

**sentences** 51:22 52:2 54:8

**September** 14:3 48:18 67:4 79:23 80:1,4 81:5 97:13 115:20,23 138:20, 21

**September's** 112:3

**series** 113:12

**serve** 24:10 185:17

**served** 24:6,12,13 39:12

**service** 34:14,15,16 35:3 64:17

**Services** 178:10,16 182:3,5

**set** 50:3 74:14 148:2,20 162:18 165:15 191:9

**setting** 143:11

**settlement** 7:21 17:6 123:14

**Seymour** 175:19

**shake** 132:11

**Shapiro** 9:6 36:5,22 176:14

**share** 74:3 75:13 83:24

**shared** 158:21

**shareholder** 35:15,17 37:18 39:5,7, 9

**shares** 39:10

**sharing** 26:18

**sheet** 121:5

**Shellpoint** 115:22 118:18

**shop** 124:10,12,15 125:19

**shore** 38:22 39:1 158:18

**short** 97:8 123:2,10,23

**shortly** 117:16

**show** 93:19 103:2 104:16 145:23 147:24 187:18

**showing** 70:6 84:18 113:14 182:18

**showings** 119:16

**shows** 36:13 76:24 77:14,15,16 81:11 87:15 95:15 102:9 115:21 134:5 149:22 171:12,19,21,22

**shut** 65:4 80:21 141:5 181:2

**sic** 169:14

**sidewise** 109:14 111:2

**sign** 27:19 34:14 52:9 54:10 56:19 77:13 104:5 127:9 130:7 178:2 186:15 192:1

**signatory** 167:22

**signature** 51:13 78:2 103:20,21 104:19,20 106:10,11 107:22 108:12, 13 117:10 130:14 146:14 147:15,16

**signatures** 77:8,9 78:3 146:12

**signed** 17:5,8,19,21 53:6 54:12,19 55:10,11 56:2,24 104:6,11 116:16 117:8,12 122:14 127:11 130:3 140:10 148:3 152:22 162:20 177:20 180:3 186:17 189:17

**significant** 45:20

**signing** 52:3,4 53:12 56:21 140:3,19 152:14 167:21

**silly** 112:13

**similar** 80:4 81:21 82:6 148:16

**simple** 70:14

**simply** 84:13

**single** 13:6 77:22 187:9

**Sisti** 130:15 131:8,11 133:3,5

**sit** 64:18

**site** 109:21 110:11

**situation** 18:1 90:14 112:12 154:7 163:7

**size** 112:11

**slogan** 176:1,7

**slower** 27:15

**small** 17:2 43:21 98:14 183:19

**smaller** 124:6

**Smart** 34:11,20

**Smith** 127:13 128:1,4,7,14,19,24

**Sneaker** 21:3

**sneakers** 21:3 67:19

**sobering** 95:8

**Social** 36:14 76:5 77:21

**sold** 31:10 46:18 114:8 117:18 118:5 119:23 120:16 122:10

**sole** 15:23 158:12

**solid** 123:22

**Sorenson** 139:2,17,24 142:3 143:17 146:9 148:13 151:6,22 152:8 165:20 179:8

**sort** 71:8 80:20 98:15 130:18

**sorts** 32:9 94:3 133:18

**sound** 16:21

**source** 29:5,14 41:21 73:14 79:7 85:9,23 114:14 132:7 190:18

**sources** 29:17 30:15 31:3 42:5 133:13,20

**space** 10:18

**span** 32:9,13

**spec** 163:22

**specialist** 10:15

**specific** 67:7 70:4

**specifically** 49:16

**spend** 95:3 96:1 190:7

**spending** 61:5

**spent** 94:11,22 183:18

**splurge** 98:2

**spread** 22:12

**spring** 156:12 175:12

**squat** 114:5

**stainless** 187:10

**standing** 43:23 44:15 48:21

**start** 10:19 11:12 12:23 31:4 86:20 96:17 111:1,23 137:8 143:9 155:24 181:21

**started** 9:24 10:13,18 12:18 44:10 92:21,23 93:21,23,24 94:2 109:6,14 143:4 159:24 163:18 168:4 185:18

**starting** 141:11 172:3

**state** 6:10,15,19 48:11 73:9 74:20 76:3,20 78:23 79:5 85:2 116:22 118:13 144:1,3

**State's** 8:15 39:23 144:1 167:17,23 169:8 170:13 171:3 177:13

**statement** 5:20 9:23 52:5 53:18,22 54:1,14,17,23 55:12,20 56:1,13 57:5, 18 59:6,14 73:11,12,21 74:1 76:22,24 79:4,22 81:3 83:5,6,16 84:10,11 85:1 87:4,8,12,13 91:9,11 92:5,10 93:15,

20

**statements** 6:22 7:4 13:10,11,15,21, 24 15:1,21 20:16 50:16 66:18 73:9 86:15,17,18 89:1,15,19 91:5 93:7,9 189:13,14

**states** 9:16,19 10:16 22:12 54:6 63:20 68:16

**stationery** 182:6

**status** 12:22 16:13

**stay** 64:19

**stayed** 162:12

**steady** 132:12

**steel** 187:10

**stellar** 28:4

**step** 151:18

**stipend** 142:14

**stipulate** 10:4

**stock** 35:23 151:17

**stop** 12:19 39:7,9,19 98:10 101:23 138:15 163:5

**stopped** 39:17 47:24

**stopping** 99:23

**store** 21:10,14 151:12 160:4 163:16 166:16 168:5 174:21,22 175:11

**stores** 21:22,23,24 22:10,15 43:22 158:20

**Straits** 47:5 139:24 141:18 148:2,17, 22 149:8 152:11 153:17,21 154:20 155:10,14,19 156:1,13,16 157:2,4,5 160:11 166:5 172:5,12 185:7 186:2

**Strategies** 8:23 169:3,8,15,22 170:16 171:3 172:20,23 173:11,13 174:2

**stream** 137:18

**Street** 11:10,23 37:8 39:17 168:18,24

**structure** 165:22

**structured** 183:8

**stub** 5:11 13:6 22:23 23:4,6

**stubs** 25:5

**stuck** 162:10

**stuff** 94:1 95:24 110:15

**subjecting** 52:6

**subpoena** 14:9,10 16:13 88:20

**subpoenaed** 18:14

**subpoenas** 15:12

**substantial** 88:10 109:16

**successful** 43:17

**sudden** 175:13

**suggest** 154:1

**suggested** 168:17

**suicide** 44:4,8

**suing** 182:9

**sum** 38:4 85:14

**summary** 52:20

**summer** 97:15 98:5 156:12 162:22

**Sun** 95:16,17

**super** 123:22

**supervision** 138:20

**supplied** 18:7

**supplies** 182:6,10

**supply** 188:19

**supportive** 36:16

**supposed** 36:3 125:21 141:17 142:14,15 146:8 148:13 164:10 174:1 179:3 184:10 185:5

**sustain** 92:24

**switch** 41:6 136:22

**sworn** 9:15

**system** 101:17

### T

**TAG** 148:4,6,8,14,16

**takes** 34:17 141:1 158:9

**taking** 20:9 92:22 93:21 115:12 117:16 122:8

**talk** 12:19 13:9,10 14:23 20:19 43:14 49:15 90:24 101:11,23 105:24 108:16 137:7,22 155:14 157:10

**talked** 36:12 41:13 43:5 111:2 122:13 135:11 154:22 156:4 177:12

**talking** 46:24 51:9 117:22 126:3 128:24 144:23 153:7 172:10 184:23 185:3

**talks** 78:7 88:21 141:11,13

**tax** 9:8 30:4 33:6,11,13,19 36:4,17,18 41:9 42:1,11,21 89:7,8 98:21 120:1, 14 121:5,13,15 144:22

**TCA** 9:1 173:5

**Team** 8:11 146:4,5,7 147:5,6,22 148:8

**teams** 110:6

**TECH** 20:1

**technician** 19:20 30:5 75:10 121:9 192:19

**telephone** 58:10

**Temple** 37:8 39:17

**tending** 11:4

**term** 111:2 144:17 175:17,23 184:4 190:18

**terminal** 44:6

**terminate** 164:17

**terminated** 48:11

**terms** 54:21 154:11,15 159:24

**terrible** 158:19

**testified** 41:20 58:21 79:7

**testify** 58:23

**testifying** 11:8,22 58:14

**testimony** 11:18 42:19 58:18 77:12 78:21 94:19 154:24 177:6

**thing** 14:3 19:8,13 58:7 77:14 88:6 145:23 153:17 162:2 164:16 178:24

**things** 19:1,2,10 24:3 25:8 67:15 70:14 100:23 109:13 111:1 129:6 146:3 149:1

**thinking** 89:5 109:12 162:23

**Thomas** 20:11,17 22:20 29:23,24 33:3,15,21 35:4 40:3 41:5 50:19 51:15 52:13 56:9,16 57:14 58:3 59:8, 20 61:8 65:9,17 70:19 73:5 79:1,16, 17,18 81:8,19 82:4 84:22 86:11 87:3, 7,16 88:16 89:12 91:3,8 92:5 96:19 98:9 103:17 104:17 105:2,20 106:14, 21 108:5 113:9 115:15 120:3,12 123:10 129:22 130:11,12 134:3,14 136:4 139:19 140:7 141:9 146:23 147:12 167:13 170:9,23 171:9,16 173:2 176:10 180:24 182:21 192:18

**thought** 36:24 41:6 47:10 100:12 156:20 166:13 174:24 175:6

**thousand** 28:8 95:4,19

**threats** 92:23 93:23

**tie** 166:23

**tied** 73:17 160:1 176:8

**time** 13:19 15:13 16:3 28:9 32:20
34:14,16 40:7 47:1,11,15 48:13 53:6
54:12 56:5,24 60:12 81:16 83:10
84:17 85:21 88:1 89:6 90:2 94:24
97:8 98:4 99:5 100:5,13,14,17,20
105:19 109:24 123:23 131:6,18
133:11 134:11 135:9 138:9 141:21
143:18 146:8 149:11,16 150:15
151:6,24 155:3,21 158:1,4 161:15,21
162:14 165:6 166:1 170:19,22 171:6
176:15 177:14 184:14 185:18 187:20

**times** 45:2 136:20

**title** 21:16 54:6 116:24 117:16 124:20

**today** 9:20 10:14,20 11:9,17,23
12:19 20:9 39:4 41:20 42:20 43:5
51:10 57:22 60:21 61:3 63:5 65:1
69:24 122:13 135:12 154:22 155:4
156:4 177:12 191:16,24 192:17,23

**today's** 11:13 12:21 41:12

**told** 111:7 164:15

**Tom** 150:9 162:19

**Tony** 144:6 180:4

**top** 16:22 17:2 51:1 61:10 65:14
71:13 118:12 136:6 167:18 176:20,23

**topic** 105:24 157:16 181:22

**topics** 41:6 136:22

**total** 22:10

**touch** 189:24 190:9 192:14

**Towing** 123:16 126:6,7,22

**town** 112:10

**Toyota** 166:16,17

**trade** 99:16

**trade-in** 99:17

**traded** 28:1 98:8,19

**transacting** 70:15

**transaction** 46:6,22 72:11 81:12,21
82:1,6,10,16,19,24 83:3,18 85:6
86:21 101:20 116:9,24 117:5 124:2
130:19 131:4 134:16 135:22 182:12,
18 183:8,24

**transactional** 80:1 84:16 87:6 95:15
113:13

**transactions** 81:4,15 83:23 84:5
85:3,20 87:22 89:19 91:17 92:17
150:16 184:24

**transfer** 39:10 72:20 80:2,6 81:13,22
82:17 83:19 84:3 115:21 116:4 142:2,
8 150:22 190:8

**transferred** 45:16 141:2 149:19

**transferring** 146:2 147:21 148:3

**transfers** 80:7

**transit** 45:2,3,10

**transition** 95:8

**translated** 55:5

**tremendous** 118:14

**trial** 9:18

**tricky** 162:3

**trigger** 72:10

**true** 32:15 52:21 53:24

**Trumbull** 11:10,23

**trust** 44:11,18,20

**Trustee** 9:19 10:9,16 11:1 18:23
58:10 181:8,11 182:15 188:19 189:23
190:8

**truth** 53:4,7 54:13

**truthfully** 58:23

**turn** 31:1 105:23 118:4 122:12 190:1
192:6

**Turnberry** 7:11 106:1,4,19,24
108:19 113:15 117:1,16,23 121:22
122:23 183:3

**turndowns** 27:20

**turned** 103:7

**turning** 99:8 131:3

**Turnpike** 47:5 140:1 141:18 148:2,
22 149:8 152:11 153:18,21 154:20
155:14,19 156:1,13,16 157:5 160:11
166:5 172:5,12

**turns** 45:4

**Twelfth** 12:13

**Twelve** 22:11

**Twenty-five** 189:4

**type** 27:9 44:6 176:3

**types** 61:12

**typical** 23:3

**typically** 67:12

---

**U**

**U-R-R-U-T-I-A** 74:4

**unable** 46:3

**underlying** 98:14 116:5

**understand** 41:10 44:22 54:1 55:1
60:19 61:3 73:22 99:7 122:7 138:1
149:17 157:18 186:11 191:9

**understanding** 46:11 83:8 117:15
140:15

**understood** 179:12,14

**unexecuted** 18:2

**union** 6:11,15,19 73:10,23 74:16
76:3,21 78:7,15,23 79:6 85:2

**United** 9:19 10:16 22:12 54:6 63:20

**unknown** 15:13

**unredacted** 15:1,7 189:14

**unsigned** 7:20 8:4 123:14 130:1

**upheld** 146:17

**Urrutia** 74:4,6,19 75:4 77:2,20,23
84:21 139:3,16,23 142:3 143:17
146:9,13,15 148:7,10 152:19 179:8

**user** 66:10 71:13 74:13,17

---

**V**

**V-I-N** 31:22

**Vachon** 159:20,21,23

**Valley** 89:20 90:12,18,19 188:14

**Vargo** 13:4,7 14:2 16:6 20:15 50:15
128:1

**variety** 17:20 145:24

**vehicle** 40:11 45:3,4,5 99:4,6,15
163:23 164:5,14,15

**vehicles** 98:6 142:16 143:4

**vendor** 31:14

**vendors** 48:1

**Venmo** 6:7 69:6,9,14 70:1,4,10,11,23
71:8,9,10,16,23 72:6,7,11,17,20
190:13 191:3

**venture** 173:15

**version** 64:7 117:9

220

**versions** 189:15

**vicious** 146:19

**video** 10:1 20:1 121:9 181:2

**view** 14:10

**VIN** 31:20,22

**vineyard** 108:24

**violate** 159:2

**virtue** 131:21

**visited** 177:10 183:11

**volunteered** 40:23

**Vuitton** 188:3

**VW** 178:9

---

## W

**W-2** 12:23 34:2 41:14 189:12

**W-I-L-K-E-N-S-O-N** 189:6

**wage** 23:18,23 24:4

**wagon** 98:7,18

**waited** 179:6

**Wakefield** 17:7,12 29:7 57:13,24
  92:2 123:16 124:9,11,13 125:1,3,18,
  21 126:6,9,13,22 127:5 129:1,8
  130:2,8,14,24 131:21 132:4,19,22
  133:8 135:15,19 184:4,5 189:18
  192:5

**walked** 159:9 165:9 178:6

**Wallingford** 106:1,4 112:10 113:15
  121:22 182:19 183:4

**wanted** 12:19 30:15 47:20 49:2 72:5
  75:11 92:24 98:2,3 109:5,9,14 123:24
  151:13,14 162:4 171:8 175:14 184:13
  186:10

**wanting** 172:7

**warranties** 31:8 143:11

**warranty** 31:12,19 178:9,16 179:16

**watches** 19:5,17 187:8,10,15,21
  188:2

**water** 120:6

**Watertown** 157:5

**Watrous** 97:6,15,18

**Wayne** 9:14 25:18,23,24 28:24 29:1
  68:8

**ways** 32:17

**wean** 96:17

**website** 144:1 177:14

**week** 16:6,15 26:11 28:8 108:21

**weeks** 47:23 135:24 141:6

**weird** 90:14 176:21

**Wellesley** 168:18,24

**Wells** 7:1 14:23 15:10,12,21 16:4,9,
  20 20:16 24:12,20 25:7 61:15 62:3,4,
  16 63:9 73:3 88:19,22 89:1,2,16,17
  92:19,20 93:3,11,12,14 95:12,14
  96:7,11 131:24 133:10,17 145:22
  189:14

**West** 21:11,12

**whatsoever** 13:8

**whichever** 176:15

**white** 165:16

**wholly** 166:8

**Wilkenson** 188:17

**winter** 178:4

**wire** 115:21 116:4 180:13

**withdraw** 92:19

**withdrawal** 80:2,3,5 81:13,22 82:7
  83:17,18 84:3 86:22 87:15,20

**withdrawals** 92:6,11 93:16,17 94:5

**woke** 175:13

**wondered** 133:20

**Woodbury** 22:5,6 23:20

**Woodside** 23:19

**Worcester** 168:18,24

**word** 18:10 71:2

**work** 21:7,13 22:17 28:9 47:16 50:5
  68:20 109:1,21 110:2,9,12,16 114:4
  117:20 118:9 119:18 123:5 128:10,13
  132:16 164:18 173:20 175:10

**worked** 26:20 35:1 113:22 114:6
  125:19 154:15 158:19

**working** 21:18 22:3,8 28:7 38:18
  45:1 88:2 106:5 110:14 132:14 163:3
  165:8 166:12

**works** 116:11 123:7

**worksheet** 35:15,17,18,24

**world** 61:22 71:9 80:17 125:24

**worst** 109:23

**worth** 76:7 109:1,21 110:11,12
  114:18 117:20 118:9 119:9

**Wow** 80:8

**wracking** 89:4

**written** 136:7 160:21

**wrong** 84:9 111:21 118:11 121:2
  160:21 161:19

**wrote** 181:16

---

## X

**XI** 40:9 101:19

---

## Y

**year** 12:12,16,24 13:15 14:3 29:17
  34:17,21 38:13 40:19 41:21 43:10
  50:16 67:14 90:6 103:11 104:15
  109:12 126:3

**years** 12:3 32:20,21 54:5 77:18 103:9
  104:10 109:8 113:23 114:4,7

**York** 22:6

**yup** 65:16 69:8 81:2 91:19 97:17
  99:22 101:12,22 118:19,22 129:16
  131:19 135:18 148:5,19 150:1,4,9
  155:2 159:21 160:24 166:4 168:19,22
  180:8 186:3 187:7

---

## Z

**Zoom** 9:20 75:13

---