**In the Matter Of:**

*In Re - John Wayne Mocadlo*

---

*JOHN MOCADLO*

*March 06, 2023*

---



197

1                    UNITED STATES BANKRUPTCY COURT

2                      DISTRICT OF CONNECTICUT

3                        HARTFORD DIVISION

4                    CASE NO. 21:20971 (JJT)

5                          Chapter 7

6

7    ***********************************
                                        *
8    In Re:  JOHN WAYNE MOCADLO          *
                                        *
9                                        
                 Debtor.                *
10                                       *
     ***********************************

11

12

13

14                    - VOLUME 2 -

15                  (Pages 197 - 340)

16       CONTINUED VIDEOCONFERENCE DEPOSITION OF

17               JOHN WAYNE MOCADLO

18              Monday, March 6, 2023

19              9:31 a.m. - 1:18 p.m.

20

21

22

23                      - - -

24   Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25   Job No:  2023-879783

198

```
 1   A P P E A R A N C E S:

 2   (ALL PARTIES APPEARING REMOTELY)

 3   Representing John Wayne Mocadlo:

 4        GREENE LAW, P.C.
          11 Talcott Notch Road
 5        Farmington, Connecticut   06032
          860.676.1336
 6
          BY:  GARY J. GREENE, ESQ.
 7             bankruptcy@greenelawpc.com

 8

 9   Representing United States Trustee:

10        OFFICE OF THE UNITED STATES TRUSTEE
          Giamo Federal Building, Room 302
11        150 Court Street
          New Haven, Connecticut   06510
12        203.773.2210

13        BY:  HOLLEY L. CLAIBORN, ESQ.
               holley.l.claiborn@usdoj.gov
14

15

16   Representing Chapter 7 Trustee Bonnie Mangan:

          GREEN & SKLARZ, LLC
17        One Audubon Street
          New Haven, Connecticut   06511
18        203.285.8545

19        BY:  JOANNA M. KORNAFEL, ESQ.
               jkornafel@gs-lawfirm.com
20

21   Also Present:

22        Miguel Concepcion, Lexitas Document Technician

23

24

25
```

199

1                                INDEX

2     EXAMINATION

3     Witness Name                                          Page

4     John Wayne Mocadlo

5         By Ms. Claiborn ......................... 203

6         By Ms. Kornafel ......................... 327

7

8

9                               REQUEST

10        Request .................................. 270

11

12

13                      U.S. TRUSTEE EXHIBITS

14                   (Marked For Identification)

15                                                          Page

16    Exhibit 1 Marked ............................ 205
      Documents received from Attorney John Conway,
17    7 pages

18    Exhibit 2 Marked ............................ 210
      Photo of check Number 6731 in the amount of
19    $290,212.48 written to John W. Mocadlo

20    Exhibit 3A Marked ........................... 218
      Letter dated October 27, 2022 from Gary
21    Greene, Esq. to Holley Claiborn, Esq., 2 pages

22    Exhibit 3B Marked ........................... 226
      Letters written by Gary Greene to various
23    contractors, all dated October 13th, 2022, 9 pages

24    Exhibit 4 Marked ............................ 229
      Letter dated December 8, 2022 from Kevin O'Brien,
25    Esq. to Gary Greene, and attachment, 2 pages

200

1              INDEX (continued)

2   Exhibit 5 Marked .......................... 232
    Town of Wallingford Permit Receipt, February
3   7th, 2020; Sampson Electric LLC estimate,
    February 5th, 2020; letter from Sampson
4   Electric to Mr. Vargo, December 9th, 2022, 3 pages

5   Exhibit 6 Marked .......................... 237
    Letter dated November 15, 2022 from Peter
6   Haber addressed to To Whom It May Concern, 1 page

7   Exhibit 7 Marked .......................... 241
    Emails, top email sent November 16, 2022 from
8   Christopher Vargo to Holley Claiborn and
    others, 1 page
9
    Exhibit 8 Marked .......................... 243
10  Certificate of Organization re Cullins
    Brothers Landscapes LLC, 3 pages
11
    Exhibit 9 Marked .......................... 245
12  Emails, top email sent November 16, 2022 from
    Christopher Vargo to Holley Claiborn and
13  others, and invoice, 3 pages

14  Exhibit 10 Marked .......................... 253
    Letter dated December 23, 2022 from R.E. Brayshaw
15  addressed to To Whom It May Concern, 1 page

16  Exhibit 11 Marked .......................... 258
    Letter dated December 23, 2022 from Gary
17  Greene, Esq. to Holley Claiborn, Esq., 2 pages

18  Exhibit 11A Marked .......................... 308
    Nutmeg State Financial Credit Union account
19  application, 2 pages

20  Exhibit 12 Marked .......................... 264
    Series of bank statements between February of
21  2020 and October of 2020 for KeyBank account
    ending 5395, 43 pages
22
    Exhibit 13 Marked .......................... 277
23  Screenshot from Johnny Mac Facebook account, 1 page

24  Exhibit 14 Marked .......................... 290
    John Mocadlo LinkedIn Profile, 7 pages
25

201

1               INDEX (continued)

2    Exhibit 15 Marked ........................... 292
     Article published by Fox News on December 24th,
3    2022, 6 pages

4    Exhibit 17 Marked ........................... 295
     Article published on the businessinsider.com
5    website, January 3, 2023, 22 pages

6    Exhibit 19 Marked ........................... 296
     Check Number 3761 written to the order of
7    Liberty Bank in the amount of $485,000, 1 page

8    Exhibit 20 Marked ........................... 301
     Liberty Bank check dated May 13, 2020, payable
9    to John W. Mocadlo in the amount of $470,000,
     1 page
10
     Exhibit 21 Marked ........................... 312
11   Collection of Nutmeg bank statements for
     account ending 852, 16 pages
12
     Exhibit 22 Marked ........................... 321
13   Collection of statements from Nutmeg State
     Financial Credit Union for account ending in
14   975, 94 pages

15

16

17

18

19

20

21

22

23

24

25

202

```
1              (Deposition commenced at 9:31 a.m. EST)

2                    THE REPORTER:  Good morning.  In

3      proceeding today, the parties agree and stipulate

4      that the court reporter shall administer the oath

5      and report the deposition stenographically from a

6      remote location and that the witness is testifying

7      under the penalty of perjury as if sworn in person.

8                    Before we proceed, I will ask counsel

9      to state their name and agreement to the above

10     stipulation or state if there is any objection.

11                   MS. CLAIBORN:  Holley Claiborn for

12     the United States Trustee, I so agree and stipulate.

13                   MS. KORNAFEL:  Joanna Kornafel on

14     behalf of the Trustee, I agree.

15                   MR. GREENE:  Gary Greene on behalf of

16     the Debtor, and I agree.

17

18     J O H N   W A Y N E   M O C A D L O,

19          being first duly resworn and/or reaffirmed

20          remotely via Zoom, testified further on his

21          oath as follows:

22

23                   THE REPORTER:  Please state your full

24     name and address for the record.

25                   THE WITNESS:  John Mocadlo, 18 Laurel
```

203

1    Heights, Meriden, Connecticut.

2

3          EXAMINATION BY MS. CLAIBORN:

4    Q.    Good morning, everyone.  My name is Holley

5    Claiborn.  And I'm a trial attorney in the Office of

6    the United States Trustee, and we are gathered here

7    today on March 6th, 2023 for a second installment of

8    the Rule 2004 Examination of Mr. Mocadlo that was

9    commenced back on June 16th, 2022.

10          So, Mr. Mocadlo, for purposes of this

11   morning, I may ask you some questions that relate

12   back to that examination in June of 2022, and some

13   of the questions may be new ones.

14          Let me first start if I could, if you

15   could tell me where you are testifying from today.

16   A.    From Austin, Texas.

17   Q.    And can you provide the address of where

18   you are in Austin Texas, please.

19   A.    Sure.  1109 Alterra Parkway.

20   Q.    Is Alterra two words?

21   A.    It's one word, A-l-t-e-r-r-a.

22   Q.    So 1109 Alterra Parkway, Austin, Texas?

23   A.    No, 11009.  I'm so sorry.

24   Q.    11009, okay.

25          Mr. Mocadlo, are you in Texas today on

Case 21-20971    Doc 156-9    Filed 05/19/23    Entered 05/19/23 17:26:27    Page 9 of
In Re - John Wayne Mocadlo                    165                              John Mocadlo
                                                                              March 06, 2023

204

1    business or pleasure?

2        A.    Business.

3        Q.    Do you reside in Austin, Texas?

4        A.    No.

5        Q.    How often are you in Austin, Texas?

6        A.    Maybe eight days a month.

7        Q.    Where do you consider your legal residence

8    to be?

9        A.    18 Laurel Heights, Meriden, Connecticut.

10       Q.    Okay.  And is it possible you could show

11   me a view out your window of where you are, just so

12   I get an idea of what it looks like.

13       A.    Yeah, of course.  Of course.

14       Q.    Okay.

15       A.    That's the only window I have.  It's in

16   the corner.

17       Q.    I understand.  Thank you.

18       A.    You're welcome.

19       Q.    Mr. Mocadlo, I'd like to talk about

20   initially today your money that you borrowed from

21   Raymond Bastarache, and because I don't say his name

22   very well --

23       A.    Actually, you did a great job.  You

24   actually got it right.

25       Q.    Really?

205

1      A.    Yeah, it's Bastarache.  You guys were

2  saying Bastarche, but it's Bastarache, so you

3  actually got it correct.

4      Q.    Okay.  I'm going to try and do a good job

5  with it.  Mr. Bastarache, okay.

6            So, based on documents I have seen, you

7  borrowed the sum of $325,000 from Mr. Bastarache

8  back in February of 2020.

9      A.    Yes, ma'am.

10     Q.    And I'd like to show you Exhibit -- what

11 we've marked as Exhibit 1, if I could.

12     A.    Sure.

13           MS. CLAIBORN:  Miguel, if you could

14 put that on the screen.

15           DOCUMENT TECH:  One moment.

16           (Exhibit 1, Documents received

17           from Attorney John Conway, 7 pages,

18           marked for identification.)

19 By MS. CLAIBORN:

20     Q.    Mr. Mocadlo, what I'm showing you as

21 Exhibit 1 is a series of pages that constitute the

22 documents that we received from your counsel, Mr. --

23 sorry, Attorney John Conway, who helped you with the

24 loan from Mr. Bastarache.

25     A.    Yes.

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 11 of
In Re - John Wayne Mocadlo                    165                                    John Mocadlo
                                                                                 March 06, 2023

206

1          Q.     So, for purposes of the record, I'd like

2     to mark this as Exhibit 1.  And I'm now going to ask

3     you some questions about it.

4          A.     Absolutely.

5          Q.     The first page is a listing of

6     disbursements of the loan.

7          A.     Yes.

8          Q.     Can you please take a look at that.

9          A.     Yeah, I'm looking at it right now.

10         Q.     Have you seen this page before, page 1 of

11    Exhibit 1?

12         A.     I haven't seen it recently, but it does

13    look familiar.

14         Q.     So, the distributions of the loan are

15    shown on this page, and we're going to go through it

16    in a little more detail.  I'm going to go to the

17    next page of Exhibit 1.

18                Okay, page 2 of Exhibit 1 is something

19    called a Mortgage Closing Statement, and it shows

20    the principal amount of the loan being $325,000 and

21    then various different deductions also known as

22    disbursements from that loan, with a net proceeds of

23    $302,623.22.

24         A.     Yes.

25         Q.     And then there is a statement below that

207

1   that says, and I'm going to read it for the record,

2   "I hereby acknowledge receipt of this closing

3   adjustment sheet and authorize the disbursements

4   herein stated with the net proceeds in the amount of

5   $302,683.22 to be paid to Attorney John F. Conway,

6   trustee."

7            And below that is your printed name and a

8   signature above it.

9        A.    Yes.

10       Q.    Is that your signature?

11       A.    Yes, ma'am.

12       Q.    And so, did you receive, through Attorney

13  Conway, net proceeds of $302,683.22?

14       A.    I believe so.  There may have been a

15  further deduction because I had just recently

16  purchased a property a few months prior and the town

17  did not have property tax accrued or on record, and

18  I don't know if there was a further deduction of

19  what the property tax was, but it was between

20  that -- because reviewing some of the documents I'm

21  a little more familiar with it, I think it was 7 or

22  $8,000 short of that number.

23       Q.    Did you agree to pay the 6 points to

24  Mr. Bastarache which constitute the amount of

25  $19,500?

208

1      A.    Yes.

2      Q.    Now I'm going to go to page 3 of

3   Exhibit 1, and that is a bank statement from Liberty

4   Bank for the Client Funds Account for Loughlin

5   FitzGerald PC.

6      A.    Yeah.

7      Q.    That shows $302,683.22 coming into the

8   Client Funds Account of Loughlin FitzGerald from

9   John Bryk, Attorney At Law.

10     A.    Yes.

11     Q.    Okay.  Now I'm going to go to page 4.  And

12  that also shows on February 6th the receipt of

13  $302,683.22 into that same Client Funds Account.

14     A.    Yes.

15     Q.    All right.  Now I'm going to go to the

16  pages that show the checks.

17            MS. CLAIBORN:  Mr. Concepcion, could

18  you make that bigger in any way?

19     Q.    Okay.  So, let's go through the checks

20  now, Mr. Mocadlo, that were written on this $302,000

21  approximately.

22            The first one you see there is the

23  Wallingford Tax Collector.  Is that what you were

24  referring to a few minutes ago?

25     A.    Yeah.  I knew there could have been an

209

1  amount for taxes, so yeah.  I'm sorry, I didn't

2  remember the amount.

3      Q.    The next check is to Loughlin FitzGerald

4  and it's $412.  And then we are going to go down.

5              MS. CLAIBORN:  Mr. Concepcion, could

6  you make that screen bigger.

7      Q.    I'm now going to go to the next page.  I

8  am now showing you what is page 7 of Exhibit 1, and

9  it's a check to you from the Loughlin FitzGerald

10  Client Funds Account, in the amount of 290,212

11  dollars and I think it's 48 cents.

12     A.    Yes.

13     Q.    Did you receive this check?

14     A.    Yes, ma'am.

15     Q.    And what did you do with this check?

16     A.    I went right to KeyBank and deposited it.

17  I opened a new account.

18              MS. CLAIBORN:  Mr. Concepcion, could

19  you put up Exhibit 2, please, on the screen.

20     Q.    This looks to be a picture of the same

21  check that was written to you, Mr. Mocadlo.

22     A.    Yes.

23     Q.    Mr. Mocadlo, did you take this picture?

24     A.    Yeah.

25              MS. CLAIBORN:  I'd like to mark that

210

1    for the record as Exhibit 2.

2         A.    Yeah, I did find that and I sent it to

3    Attorney Greene.

4                        (Exhibit 2, Photo of check Number

5                        6731 in the amount of $290,212.48

6                        written to John W. Mocadlo, marked

7                        for identification.)

8    BY MS. CLAIBORN:

9         Q.    Thank you.  So, just for the record

10   purposes, Exhibit 2 is a copy of the same check we

11   just discussed a few minutes ago from the Loughlin

12   FitzGerald Client Funds Account, Check 6731, dated

13   February 6, 2020, in the amount of $290,212.48.

14              Mr. Mocadlo, can you tell me what you used

15   this $290,000 for?

16        A.    For finishing home renovations.

17        Q.    And what property were you finishing?

18        A.    27 Turnberry Road.

19        Q.    Did you use the 290,000 for anything else?

20        A.    No.  There was -- I mean, maybe some, you

21   know, at that time I was unemployed, so there may

22   have been some of it to pay some of my personal

23   bills at the time, because I had stopped being paid,

24   and I was employed for 23 years prior to that with

25   no lapse, so there could have been some money that I

                                                                            211

1   did use for personal expenses.

2       Q.    So, are you testifying today that you were

3   not receiving compensation of any kind from any job

4   or any employment in February of 2020?

5       A.    No.  There may have been some carryover

6   commissions, but all of my continuous pay from the

7   dealerships had already stopped.

8       Q.    I'm not sure I understand what you just

9   said to me, so maybe you can explain it a little

10  further.

11      A.    Yeah.  I always was taking a salary every

12  single week from the dealerships, and that had

13  stopped in January of 2020.  And sometimes there

14  was -- I think we talked about this before -- there

15  was carryover SPIFs, carried over into February, but

16  as time went on, all that income stopped within 30,

17  60 days, because I went pretty much the whole entire

18  year of 2020 with no personal income for the most

19  part.

20      Q.    The salary that you were receiving going

21  into January of 2020, how much was that?

22      A.    I believe it was 6,000 or 8,000 a week.

23  It's been so long.  I can't remember exactly.  I'm

24  sorry if I misquote it.

25      Q.    And was that salary direct deposited into

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 17 of
In Re - John Wayne Mocadlo                    165                          John Mocadlo
                                                                    March 06, 2023

212

1    a bank account?

2         A.    No.  It was a check, I believe.

3         Q.    So, getting back to the use of the

4    approximately $290,000 from the loan from

5    Mr. Bastarache, what else did you use those monies

6    for, aside from home improvements to 27 Turnberry

7    Road, Wallingford?

8         A.    That was it.  The house was in complete

9    disarray.  There was no landscaping, and there was

10   still a lot of contractors to pay.  So, the kitchen

11   was still going in and it was a big property, so the

12   cash got eaten up really fast.  I had a $5,000 a

13   week payroll that I was paying for people working on

14   the house plus fixtures and other tradesmen.

15        Q.    Did you give any of that $290,000 from

16   Mr. Bastarache to anyone for any reason aside from

17   your house?

18        A.    No, ma'am.

19        Q.    Did you use any of those monies to make

20   any investments?

21        A.    No.

22        Q.    Did you loan any of those loan proceeds to

23   someone else?

24        A.    No.

25        Q.    Okay.  So, can you be more specific for me

213

1   about what work that you did on 27 Turnberry Road in

2   Wallingford with the net proceeds of

3   Mr. Bastarache's loan?

4       A.    Absolutely.  There was a lot of the site

5   rework that needed to be redone.  The property

6   was -- you know, just immediate work on it.  I

7   worked on the front three acres of the home.  There

8   was heavy machinery at the property for four months,

9   so that was pretty extensive.

10          Every single room in the entire house,

11  which I believe that there were 14 livable rooms in

12  the home, all the flooring was resanded, all the

13  walls were repainted and remolding.  The kitchen

14  received a full gut.  There was one, two, three,

15  four -- four bathroom remodels.  The entire basement

16  was remodeled.  The roof was leaking, in disrepair,

17  so the roof was replaced.  Let me try to see what

18  else I had done.  It was very extensive.  It was a

19  complete gut.  The poor lady that was there was

20  there for 30 years, and it was just completely

21  destroyed for the most part.

22      Q.    So let's go back in time.

23      A.    Yes.

24      Q.    When did you start these repairs and

25  improvements to the house?

214

1      A.     It was the first day I moved in.  I

2  believe I took possession either -- I wanna say the

3  first week of October 2020, I believe was

4  immediately when it commenced.  I can't remember if

5  my closing was the last week of September or the

6  first week of October.

7      Q.     You just used the year 2020.  Did you

8  mean --

9      A.     2019.  I meant 2019, yeah.

10      Q.     And what work did you do between September

11  and October of 2019 and December of 2019?

12      A.     Not a lot, unfortunately.  My mom wasn't

13  feeling good, and so we were having people

14  sporadically work in the house.  It wasn't full

15  force.  And as I had said, I was in the hospital and

16  my mom was in the hospital and passed.  So probably

17  about 45 days from that.  So it took me about -- I

18  really want to get a more accurate timeline because

19  I can't remember if I moved in the end of September

20  or end of October, but the only thing that sears

21  into my brain is I went through a horrible breakup

22  which was the end of October, which was Halloween,

23  so I want to really say it was the end of October.

24  And then there was a few weeks, and then

25  unfortunately my mom unexpectedly went into the

215

1   hospital and passed.  And so then there was a four

2   or five week lapse that nothing was done on the

3   house.  So, it was really late January where

4   everything was in disarray, where everything really

5   had to get done.

6        Q.    Can you be more specific about what

7   work was done --

8        A.    I'm sorry about that; I was rambling.

9        Q.    -- in the fall of 2019.

10       A.    It was mainly just demolition at that

11   point.

12       Q.    And demolition where?

13       A.    The four bathrooms, the bedrooms.  Yeah, I

14   was living in the sun porch, you know, because there

15   was so much construction.  The entire house was

16   unusable.  So, we had people go in and just, you

17   know, essentially gut everything and pretty much do

18   it all at once.

19       Q.    What work was done in the month of January

20   2020?

21       A.    Very little.  My mother was admitted to

22   the hospital on the 26th of December, and she passed

23   the 14th of January.  And the funeral was the

24   following week.  And then the following week after

25   that, I had given control of my businesses to the

216

1  people who now have it, and so like in January

2  nothing was done at all.

3      Q.    What work was done to the residence in

4  Wallingford in February of 2020?

5      A.    That was when I got the funds from

6  Mr. Bastarache, and it was a full court press to get

7  it done, so literally everything from site work,

8  electrical, fixing to the driveway.  I mean,

9  everything you can conceivably imagine was done.  It

10  was just really a mad dash to get it fixed and

11  marketable.

12      Q.    When did you finish the renovations to the

13  kitchen?

14      A.    I don't think the kitchen was completely

15  finished until late March, after all the stone and

16  everything went in.

17      Q.    When were the cabinets put in?

18      A.    January, I believe.  January or it could

19  have been late December.  I can't really remember.

20  I'm sure I can find out.

21      Q.    Who did the work to the kitchen?

22      A.    CustomCut Interiors.

23      Q.    And you said you did four bedrooms' worth

24  of renovation.  Who did the work on the four

25  bedrooms?

217

1       A.      LD Trades and Rebco.

2       Q.      And when were the four bedrooms done?

3       A.      The majority of the work was done in

4    February on, because I didn't move into my bedroom

5    until May.

6       Q.      Who did the basement remodel?

7       A.      LD Trades.

8       Q.      And when was the basement remodel

9    concluded?

10      A.      February.  February or March, because my

11   brother for a short time moved in with me, and I

12   believe in April that was when it was just finished.

13      Q.      And then who did the flooring for the

14   house?

15      A.      I can't remember.  I can't remember his

16   name.  It was a team of two Brazilian guys, and I

17   think his name is -- his name is Reenan, and that's

18   all I remember.  And he drove a black Nissan Rogue.

19   But I know his name is Reenan, R-e-e-n-a-n.

20      Q.      And who did the painting?

21      A.      LD Trades and Rebco.

22      Q.      Who did the outside work?

23      A.      The roof, I can't remember off the top of

24   my head.  I can remember the sales rep and how he

25   was.  And I know that we started doing the roof, and

218

1   we did half of it and I hated the color.  We tore it

2   off and started again.  I believe I gave that

3   information to Attorney Greene.  And then LD Trades

4   finished the outside trim because the trim was

5   rotted and in disarray.

6       Q.    And then who performed services for you

7   with respect to the yard, the three acres that you

8   referred to?

9       A.    Cullins Brothers Hardscapes, which is Matt

10  Cullins, and Birch Mountain Earthworks.

11      Q.    How long did the outside work go on with

12  respect to the yard?

13      A.    I believe until April.  I don't think he

14  took his equipment until April or May.

15      Q.    Did it run from approximately February to

16  April of 2020?

17      A.    It ran from November to April.  There

18  was -- yeah, it was a disaster, but there was

19  machinery there for five months.

20              MS. CLAIBORN:  Mr. Concepcion, can

21  you please put up Exhibit 3A, please.  I'd like to

22  mark for the record Exhibit 3A.

23              (Exhibit 3A, Letter dated October

24              27, 2022 from Gary Greene, Esq. to

25              Holley Claiborn, Esq., 2 pages,

219

1          marked for identification.)

2    BY MS. CLAIBORN:

3      Q.    This is a letter dated October 27, 2022

4    from your counsel, Mr. Mocadlo, Gary Greene, to me.

5    And I'd like to go to -- I'm going to take control

6    of this and go to the second page.

7          So, we are on page 2 of Exhibit 3A, and

8    this has a list of vendors that you used with

9    respect to the house at 27 Turnberry.

10     A.    Yes.

11     Q.    And just for the record, I'm going to read

12   them out loud.  The vendors listed in this letter

13   are Birch Mountain Earthworks, LD Trades, Sampson

14   Electric, CustomCut Interiors, Rizzo Construction,

15   Rebco., Ultimate Landscaping, and Cullins Brothers

16   Hardscapes.

17     A.    Yes.

18     Q.    So, looking at this list, does this

19   refresh your recollection as to the contractors who

20   did the work on the roof?

21     A.    No, no.

22     Q.    So, the roofing contractor was somebody

23   other than this list that's on Exhibit 3A?

24     A.    Correct, yes.  And the roof was I think

25   $60,000.

220

1      Q.    Tell me again when the roof work was done.

2      A.    I believe it was started in December and

3  it was finished in February, because the problem was

4  they did half of the house, and it was the wrong

5  shingle, and then they had to custom order a special

6  one.  And then obviously there was a little bit of

7  bad weather in December, and then with the situation

8  with my mom passing, it didn't conclude until much

9  later.

10     Q.    Looking at this list of contractors on

11 Exhibit 3A, does that refresh your recollection as

12 to the names of any other contractors who may have

13 provided services to you with respect to 27

14 Turnberry?

15     A.    Can you please repeat that?  I'm so sorry;

16 I just didn't understand the question.

17     Q.    Taking a look at the list of contractors

18 that are on Exhibit 3A, does that list refresh your

19 recollection as to the names of any other

20 contractors who may have provided services to you

21 with respect to your property at 27 Turnberry?

22     A.    No.

23     Q.    If you look closer at Exhibit 3A, page 2,

24 it has a total of the amounts that are listed there

25 with respect to each contractor and the total is

221

1   $285,000.

2           Where did you come up with the $285,000

3   figure?

4       A.   I had a conversation and I literally, to

5   my best recollection, since it was so long ago, went

6   through all the conversations and the agreements

7   that we had and put this list together.

8       Q.   Do you have any contracts for the work

9   done by any of the contractors?

10      A.   No.

11      Q.   Did they give you contracts?

12      A.   No.

13      Q.   None of the contractors gave you any

14  written documentation?

15      A.   No.  It was all verbal, verbal agreements,

16  and a lot of the work was done after the

17  commencement of COVID, so it was -- a lot of them

18  weren't even supposed to work, so it was just

19  agreements to get work commenced because I wanted to

20  get the house on the market.

21      Q.   Let me just make sure I understand

22  clearly.  Your testimony is that none of the

23  contractors who worked on your house at 27 Turnberry

24  provided you with any written documentation of their

25  services or their bills?

222

 1     A.     No.  And all the home renovations I've

 2  ever done, and I've done several, large renovations

 3  like this, I've never had contracts.  It was just

 4  people that I knew and I knew I could rely on.

 5     Q.     Did any of the contractors who provided

 6  services to you on 27 Turnberry provide you with

 7  estimates?

 8     A.     No.  Just it was verbal agreements.

 9     Q.     I asked about estimates.  So, let me

10  talk --

11     A.     Estimates, no.

12     Q.     Okay.  So, let's break it down.  Did any

13  of the contractors who provided services to you with

14  respect to 27 Turnberry provide you with oral

15  estimates of the work and the cost?

16     A.     Yes.

17     Q.     Did any of the contractors who provided

18  services for you with respect to the property at 27

19  Turnberry provide you with written estimates and

20  scope of work?

21     A.     No.  A lot of the orders, based upon what

22  was going on because the project was so large, had a

23  lot of change orders as it went.

24          There is actually one contractor I just

25  remembered, if that helps.

223

1    Q.    Go ahead.

2    A.    Marc, M-a-r-c, Potasky, P-o-t-a-s-k-y.

3    Q.    And what services did Marc Potasky provide

4  to you?

5    A.    He's a faux painter.

6    Q.    Do you mean f-a-u-x?

7    A.    Yes, ma'am.

8    Q.    And what does a faux painter do?

9    A.    He did some venetian plaster in one of the

10  bathrooms.  It was $11,000.

11    Q.    And how do you recall that it cost

12  $11,000?

13    A.    Because I remember him starting at 15 and

14  I said 10, and we agreed on 11.

15    Q.    Do you have any documentation of the money

16  that you paid to Mr. Potasky?

17    A.    No.  That was cash as well.

18    Q.    Did you ever get any receipts from any of

19  the contractors for the monies that you paid to

20  them?

21    A.    No.

22    Q.    Did you ever get any electronic receipts

23  in the form of email or text or some other form from

24  any of the contractors for the work that they

25  performed for you?

224

1        A.      No, ma'am.

2        Q.      Let me just understand you, your testimony

3    is you spent close to $300,000 on home renovations

4    for which you have no contracts and no receipts?

5        A.      Correct.

6        Q.      You said you've done home renovations

7    before.  Can you tell me the name of the address

8    that you worked on?

9        A.      Yes.  34 Bayshore, B-a-y-s-h-o-r-e, Drive,

10   in Milford.  Actually, those MLS pictures are still

11   up there.  You can see the before and afters.

12       Q.      And what work did you have done to the

13   Bayshore Drive property?

14       A.      I had extensive repainting and molding

15   rework, full exterior redone.  That was about a

16   $300,000 renovation.

17           And also, it's on You Tube actually, 42

18   Aspen, A-s-p-e-n, Drive, in South Glastonbury,

19   Connecticut.  That was a $400,000 renovation.  And

20   that was several bathroom remodels, several bedroom

21   remodels, and there's actually -- it was a featured

22   home.  There is a video on You Tube.

23           And then before that, there was 132

24   Greystone Drive in Southington, Connecticut.  There

25   was about $150,000 worth of renovations done to that

225

1    home as well.

2        Q.    When did you do the renovations to the

3    Bayshore Drive property?

4        A.    They were done between January of 2016

5    to -- I believe we finished in June of 2016.

6        Q.    When did you do the renovations to 42

7    Aspen Drive in South Glastonbury?

8        A.    That was from October of -- I don't know

9    if it was 2012 or 2013.  October of 2013 I would say

10   until -- October 2013 until August of 2014.  That

11   was a really long project.

12       Q.    And when did you do the renovations to 132

13   Greystone Drive in Southington?

14       A.    That was from -- it's been so long.  I

15   know it was from 2011 to -- 2010 to 2011.  It was

16   like six months.  But I'm sorry, I apologize, I

17   can't remember the months of that one.  It's so long

18   ago.

19       Q.    Did any of the contractors who provided

20   services and did work at 27 Turnberry work on any of

21   these other three projects, the Bayshore Drive, the

22   Aspen Drive and the Greystone Drive?

23       A.    Yeah, CustomCut Interiors did a kitchen

24   for me.

25       Q.    Which property was that?

226

1          A.       132 Greystone Drive.   The person that did

2      all the work that LD Trades did at that point I can

3      still remember was Anderson Painting.

4      Unfortunately, I had a fallout with that gentleman.

5      But all of his work for those three long projects

6      were all paid in cash as well.   I'm trying to think

7      who else.

8                   Can you just go back to that -- let me

9      just look at this real quick.   Yeah, Rebco actually

10     did work for me at 42 Aspen Drive.   And Ultimate

11     Landscaping did all of the landscaping for 132

12     Greystone, for 42 Aspen and 34 Bayshore.

13                   MS. CLAIBORN:   Now I'd like to move

14     on to Exhibit 3B, if you can put that on the screen,

15     please.

16                   DOCUMENT TECH:   I'm sorry, do we want

17     the previous exhibit to still remain marked as

18     Exhibit 3A?

19                   MS. CLAIBORN:   Yes, please.

20                   DOCUMENT TECH:   Okay.   Thank you.

21                    (Exhibit 3B, Letters written by

22                    Gary Greene to various contractors,

23                    all dated October 13th, 2022, 9

24                    pages, marked for identification.)

25     BY MS. CLAIBORN:

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 32 of
165
In Re - John Wayne Mocadlo

John Mocadlo
March 06, 2023

227

1        Q.    So, Mr. Mocadlo, what's on the screen now

2    is Exhibit 3B, and I would like to mark that for

3    this deposition.

4             Exhibit 3B is a series of letters written

5    by Gary Greene, your counsel, to various

6    contractors, and all of the letters are dated

7    October 13th, 2022.

8             So, the first one is to Birch Mountain

9    Earthworks, the second is to Sampson Electric, the

10   third is to CustomCut Interiors, the fourth is to

11   Ultimate Landscaping & Stump, the fifth is to

12   Cullins Brothers Hardscapes, LLC, the sixth to L&D

13   Trades LLC, the seventh is to Rizzo Construction,

14   the eighth is to Rebco Inc., and the ninth is to

15   Ultimate Landscaping.

16            ** So, included in Exhibit 3B,

17   Mr. Mocadlo, are two letters to Ultimate

18   Landscaping, but at different addresses.  So, what

19   I'm showing you right now is the last page of

20   Exhibit 3B, which is page 9, and that has a letter

21   to Ultimate Landscaping at 488 Washington Street in

22   Wallingford.

23            And then I'm going to go back to the other

24   letter.  The other letter is on page 4 of

25   Exhibit 3B, and that is to Ultimate Landscaping &

228

1    Stump at 45 East Main Street in Wallingford.

2           Are these the same companies?

3       A.    Yeah.  It's Ultimate Landscaping & Stump

4    Grinding.  That's what I know that he goes by, so he

5    could have a main office and a warehouse, but I

6    would assume that they are the same company.

7       Q.    You didn't employ more than one company

8    using the name Ultimate, did you?

9       A.    No, no, just the one.  Matt Johnson is the

10   owner.

11      Q.    In coming up with this list of contractors

12   that you gave to Mr. Greene and he then wrote

13   letters to them, how did you come up with the names?

14      A.    They're just the people I used.

15      Q.    Did you just go from memory?

16      A.    Yes.

17      Q.    Did you look at any documents?

18      A.    No.  I just remembered that they were the

19   people I used because they were at my property for

20   so long.

21      Q.    Do you have any emails or any texts

22   between you and the contractors?

23      A.    No.  I mean, it was just come out, look at

24   the property, and I just had done it for so long.

25   And I mean, I was -- I know it doesn't sound like it

229

1   because we are at this meeting, but I was very good

2   with dealerships too.  I would do similar things

3   with dealerships.  In my career, I built almost 10

4   dealerships, so I just was able to, you know, keep

5   projects going in my head.

6            MS. CLAIBORN:  Let's put up

7   Exhibit 4, please.

8                     (Exhibit 4, Letter dated December

9                     8, 2022 from Kevin O'Brien, Esq. to

10                    Gary Greene, and attachment, 2 pages,

11                    marked for identification.)

12  BY MS. CLAIBORN:

13    Q.    Exhibit 4, which I'd like to mark for this

14  examination, is a letter dated December 8, 2022 from

15  Kevin O'Brien at O'Brien Law to Gary Greene, your

16  lawyer, and the letter is written on behalf of Birch

17  Mountain Earthworks.  And the response in this

18  letter to Mr. Greene is that Birch Mountain

19  Earthworks has no documents evidencing work

20  performed or amounts billed or amounts paid or work

21  done at 27 Turnberry Road, Wallingford.

22            Is that consistent with your

23  understanding?

24    A.    No.  Because I can show before and after

25  pictures of the property that show extensive,

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 35 of
In Re - John Wayne Mocadlo                          165                          John Mocadlo
                                                                             March 06, 2023

230

1    hundreds of hours of landscape work that was done to

2    the property, along with Mr. Rokkicki's machinery on

3    my property, and unfortunately, we had a verbal

4    agreement.  And none of my contractors were ever

5    stiffed before.  We had a very big disagreement upon

6    what was owed to him at the end because he felt that

7    I owed him $80,000, instead of $55,000.

8            So, it just finished -- you know,

9    unfortunately our friendship was dissolved because

10   of this.  But if you look at any of the previous

11   properties' pictures, you can see what it was and

12   what it ended up with.  It's really over $100,000

13   worth of work, because it's insanely extensive.

14       Q.   How much money did you pay to Birch

15   Mountain Earthworks for the work at 27 Turnberry?

16       A.   55,000.

17       Q.   What proof do you have that you paid

18   $55,000 to Birch Mountain Earthworks?

19       A.   Unfortunately, I don't have any proof,

20   except the work that was done and an expert could

21   quantify on what that would have cost.

22       Q.   You said a minute ago that there was a

23   disagreement between you and representatives of

24   Birch Mountain Earthworks about the amount that was

25   owed for the work done at 27 Turnberry.

231

1      A.    Correct.

2      Q.    How much did Birch Mountain Earthworks

3  think they were owed?

4      A.    80,000.

5      Q.    And you paid them 55,000; is that right?

6      A.    For the project, yes.

7      Q.    What happened to the extra above that

8  $55,000, so that would be a $25,000 dispute, what

9  happened to that money?

10     A.    Nothing.  He took his machinery and left,

11 and unfortunately, we're not friends anymore, and it

12 was because I financially was strapped at the time.

13     Q.    Did Birch Mountain Earthworks ever pursue

14 you legally for the remaining monies that you owed

15 from their perspective?

16     A.    No.  Because it was a verbal agreement and

17 there was no documents of it.

18     Q.    And when did you pay the $55,000 to Birch

19 Mountain Earthworks?

20     A.    I believe it was March.

21     Q.    Of 2020?

22     A.    2020, yes, ma'am.

23     Q.    Did you pay that $55,000 to Birch Mountain

24 Earthworks in cash?

25     A.    Yes.  It was several payments between late

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 37 of
In Re - John Wayne Mocadlo                       165                            John Mocadlo
                                                                          March 06, 2023

232

1    January through late March essentially.

2        Q.    Who did you give the money to?

3        A.    Derren Rokkicki.

4        Q.    Can you spell that for me, please.

5        A.    D-e-r-r-e-n R-o-k-k-i-c-k-i, I believe.  I

6    could have a K or a C missing in there, I'm sorry.

7        Q.    And what job does Derren Rokkicki have

8    with respect to Birch Mountain Earthworks?

9        A.    He's the owner.

10       Q.    Were all of the payments to Mr. Rokkicki

11   done in cash?

12       A.    Yes.

13       Q.    When was the last time you had any contact

14   with anyone at Birch Mountain Earthworks?

15       A.    It was late March when he didn't get paid,

16   when we -- when I gave him what I had left, and that

17   was it.  We never spoke again.

18       Q.    2020?

19       A.    2020.

20             MS. CLAIBORN:  Okay, we can put up

21   Exhibit 5, please.

22                   (Exhibit 5, Town of Wallingford

23                   Permit Receipt, February 7th, 2020;

24                   Sampson Electric LLC estimate,

25                   February 5th, 2020; letter from

233

1              Sampson Electric to Mr. Vargo,

2              December 9th, 2022, 3 pages, marked

3              for identification.)

4    BY MS. CLAIBORN:

5        Q.    I'd like to mark for the record Exhibit 5,

6    which is a permit receipt from the Town of

7    Wallingford from February 7th, 2020.  That's page 1.

8    Page 2 is an estimate from Sampson Electric LLC

9    dated February 5th, 2020, and it's Estimate Number

10   1721.  And page 3 of Exhibit 5 is a letter from

11   Sampson Electric dated December 9th, 2022 to

12   Mr. Vargo, and it's signed by Kevin Sampson.

13           So, Mr. Mocadlo, let's start with page 3

14   of Exhibit 5.  It says that they have searched their

15   QuickBooks, and that they show work was performed at

16   Mr. Mocadlo's house between the date of

17   February 1st, 2020 and August 31st, 2020, with all

18   the work performed around February 2020 for the

19   amount of $5,923.93.

20           So, my first question is:  Did you pay the

21   $5,923.93 to Sampson Electric?

22       A.    Yes.

23       Q.    And how did you pay?  What was the form?

24       A.    Cash.

25       Q.    When did you pay that $5,923 payment?

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 39 of
In Re - John Wayne Mocadlo                           165                              John Mocadlo
                                                                                      March 06, 2023

234

1      A.     I believe it was in March or April.

2      Q.     What year?

3      A.     2020.

4      Q.     Do you have any proof of that payment?

5      A.     No.

6             And what's very interesting is it's very

7    synergistic because Birch Mountain -- with this

8    where he ran the electrical line down, Birch

9    Mountain Earthworks actually dug the hole for him.

10     Q.     I now ask you to take a look at page 2 of

11   Exhibit 5, which is an estimate from Sampson

12   Electric dated February 5th, 2020.

13     A.     Yes.

14     Q.     And that has that same number of

15   $5,923.93.

16     A.     Yes.

17     Q.     So, before Sampson Electric sent this back

18   to your counsel, had you ever seen this estimate

19   before?

20     A.     I haven't seen it personally, but I knew

21   exactly what had to be done.

22     Q.     So, at the time you hired Sampson Electric

23   to do work at 27 Turnberry, you did not receive this

24   estimate, this written estimate?

25     A.     No.  And the reason why this estimate was

235

1  written is because an extensive permit had to be

2  pulled for the City of Wallingford, because they

3  didn't have to go on and be supervised, so that's

4  why everything had to be documented for this

5  particular work order.

6      Q.    Now I'm going to ask you to take a look at

7  page 1 of Exhibit 5, and that is the permit for

8  electrical work with the Town of Wallingford for

9  your house at 27 Turnberry.

10     A.    Yes, ma'am.

11     Q.    Did you pay that permit fee?

12     A.    No.

13     Q.    Did Sampson Electric pay that permit fee?

14     A.    Yes.

15     Q.    When was the last time you had any contact

16  with anyone at Sampson Electric?

17     A.    It's been several months, but he's done

18  all of my electrical work.

19          Just for a comparison in a controlled

20  amount of work, he did -- I completely forgot about

21  this.  When I built the nightclub which you are

22  aware of, at 144 Temple, he did about $50,000 worth

23  of electrical work as well, which was all paid cash

24  with no permit -- not no permit, please, that's not

25  true.  But $50,000 in cash with no estimate as well.

236

1     Q.    So, when was the last time you had any

2  contact with anyone at Sampson Electric?

3     A.    It's been several months, and I think it

4  was over a -- it was over him coming in and doing

5  some electrical work for a referral.

6     Q.    When you say "it's been several months,"

7  are you saying that you had contact with somebody at

8  Sampson Electric in the year 2022?

9     A.    Yes.

10    Q.    And what was the reason for your contact

11  with them in 2022?

12    A.    It was a referral over someone who needed

13  an electrician, and I have used Kevin for the last

14  several years.

15    Q.    How much money in total was paid to

16  Sampson Electric for the work that was done at 27

17  Turnberry?

18    A.    I believe it was $30,000 in total.

19    Q.    And do you have any documentation of

20  having paid that $30,000?

21    A.    No.  I've done multiple projects with him

22  exceeding over 100,000, and it's always been cash.

23    Q.    When did you pay cash approximating

24  $30,000 to Sampson Electric?

25    A.    January through -- I think maybe the last

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 42 of
In Re - John Wayne Mocadlo                                        165                                    John Mocadlo
                                                                                              March 06, 2023

237

1    time he worked on the property at Turnberry was

2    either -- June through August of 2020.

3         Q.    Did you pay the approximately $30,000 in

4    one payment or in multiple payments?

5         A.    No.  It was multiple jobs and every time

6    he completed a job, I would pay him.

7         Q.    Who did you give the cash to?

8         A.    Kevin Sampson.

9         Q.    Did Sampson Electric do work for Hartford

10   Auto Group?

11        A.    Yes.

12              MS. CLAIBORN:  Let's put up Exhibit

13   6, please.

14                   (Exhibit 6, Letter dated November

15                   15, 2022 from Peter Haber addressed

16                   to To Whom It May Concern, 1 page,

17                   marked for identification.)

18   BY MS. CLAIBORN:

19        Q.    Okay.  Exhibit 6, which I'd like to mark

20   for purposes of this examination, is a November 15,

21   2022 letter from Peter Haber, the owner of CustomCut

22   Interiors, and this letter says that Mr. Mocadlo

23   contracted with CustomCut Interiors in December 2019

24   to have cabinets fabricated and installed at his

25   Wallingford residence.  And it also says that the

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 43 of
In Re - John Wayne Mocadlo                    165                              John Mocadlo
                                                                              March 06, 2023

238

1   project was valued at $25,000, of which Mr. Mocadlo

2   paid $15,000 in cash to start the project and

3   $10,000 in cash when the project was completed in

4   February of 2020.

5        A.    Yes.

6        Q.    So, when did you pay the $15,000 cash

7   deposit to CustomCut Interiors?

8        A.    I believe that was in December.

9        Q.    And when did you pay the $10,000 cash

10  payment for the completion of the project?

11       A.    Late February.

12       Q.    Do you have any proof that you made

13  payments to CustomCut Interiors?

14       A.    No.

15       Q.    Who did you give the cash payments to?

16       A.    Pete Haber.

17       Q.    Did you give him both of those cash

18  payments, the one in December of 2019 and the one in

19  approximately February 2020?

20       A.    Yeah, ma'am.

21       Q.    And when was the last time you had any

22  contact with Mr. Haber or anyone else at CustomCut

23  Interiors?

24       A.    A few weeks ago.

25       Q.    And what was the nature of that contact?

239

1       A.      He's building some shelving for Impossible

2  Kicks.

3       Q.      And where is that shelving being

4  installed?

5       A.      Connecticut.  In West Farms Mall.

6       Q.      And did you speak with Mr. Haber about

7  that project at West Farms Mall?

8       A.      Yes.

9       Q.      And did you get a written contract for

10  that work at West Farms Mall?

11      A.      Yes.

12      Q.      And are you the person who negotiated with

13  CustomCut Interiors for the work at West Farms Mall?

14      A.      I was one of the people, yes.

15      Q.      Let's talk about Ultimate Landscaping &

16  Stump Grinding.

17              Based on what I've seen, there's been no

18  response to Mr. Greene's letter to them in October

19  of 2022 about monies you may have paid to them and

20  work they may have done for you.

21              Have you received any response of any kind

22  from Ultimate Landscaping?

23      A.      Myself?

24      Q.      Yes.

25      A.      No.  I haven't talked to Matt in quite

240

1    some time.

2         Q.    How much money did you pay to Ultimate

3    Landscaping?

4         A.    It was 25 to $35,000 because there was

5    several different projects that Matt had done on the

6    property.

7         Q.    And when did you make payment to Ultimate

8    Landscaping?

9         A.    It started in -- there was more of an

10   amount, but it started in November, and the majority

11   of the seeding and topsoil and finishing of the

12   property, he was paid between March and May, after

13   Birch Mountain Earthworks finished all of the site

14   work.

15        Q.    And is this the year 2020?

16        A.    Yes, ma'am.

17        Q.    How much did you pay to Ultimate

18   Landscaping in November, or thereabouts, in November

19   of 2020?

20        A.    It was 10 or 15,000.  It was the initial

21   site work of tearing out all the existing trees and

22   bushes that were on the property.

23        Q.    And do you have any proof of any of the

24   monies that you paid to Ultimate Landscaping?

25        A.    No.  In every single property I've used

241

1  Ultimate Landscaping, I've always paid cash in hand.

2      Q.    And who did you give the cash payments to?

3      A.    It's always Matt Johnson.

4      Q.    When was the last time you had any contact

5  with anyone at Ultimate Landscaping?

6      A.    I would say that we haven't spoken

7  probably since 2020.

8           MS. CLAIBORN:  Okay.  Let's put up

9  Exhibit 7, please.  I'd like to mark this Exhibit 7

10 for purposes of this examination.

11               (Exhibit 7, Emails, top email sent

12               November 16, 2022 from Christopher

13               Vargo to Holley Claiborn and others,

14               1 page, marked for identification.)

15 BY MS. CLAIBORN:

16     Q.    Exhibit 7 is an email that was forwarded

17 to me.  The original email at the bottom of page 1

18 of Exhibit 7 is an email from a Danielle Cullins at

19 Cullins Hardscapes LLC to Christopher Vargo at

20 Greene Law.

21          The email from Ms. Cullins to Mr. Vargo

22 talks about work being done at 27 Turnberry in the

23 summer months of 2020, and that the total amount of

24 the work cost was $35,000.  It further says that the

25 money was paid in cash for the services that were

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 47 of
In Re - John Wayne Mocadlo                                                   165                              John Mocadlo
                                                                                                        March 06, 2023

242

1    rendered.  This email is dated November 16th, 2022

2    from Ms. Cullins to Mr. Vargo.

3            Do you have any dispute with this email?

4    Is this accurate in terms of how much was paid, when

5    the work was done, and how it was paid?

6        A.    No.  No dispute with that.

7        Q.    Do you have any proof that you paid

8    $35,000 to Cullins hardscapes?

9        A.    No.  I can just explain the scope of work

10   which was done.

11       Q.    Okay, go ahead, please.

12       A.    The driveway was about 400 feet.  It had a

13   millings driveway laid and rolled with like a power

14   roller.  All of the walkways in the front of the

15   house and the back of the house were laid in brick.

16   So there was, you know, about 400 feet of driveway.

17   There was a walkway for the entire front of the

18   house for all three entrances and a walkway for the

19   back all the way around, wrapped around all the way

20   to the deck.  So it was pretty extensive.

21       Q.    Can you tell me the name of the material

22   for the driveway again?

23       A.    Millings.

24       Q.    Okay, so asphalt?

25       A.    Yes, sorry.

243

1      Q.     So, you said asphalt driveway and front

2   and back walkways done in brick?

3      A.     Correct.   It was probably about over 100

4   feet worth of work walkway.

5      Q.     And who did you pay the $35,000 in cash

6   to?

7      A.     Matt Cullins.

8      Q.     When was the last time you had any contact

9   with anyone from Cullins Hardscapes?

10      A.     A few weeks ago I referred somebody to

11   him.

12      Q.     So, did you speak with Mr. Cullins a few

13   weeks ago?

14      A.     Yes, yes.

15      Q.     And when you spoke to Mr. Cullins a few

16   weeks ago, did you talk about the project at 27

17   Turnberry?

18      A.     No.

19      Q.     I want to direct your attention to the

20   bottom of Exhibit 7, and that talks about the

21   company's name being Cullins Hardscapes, LLC.   I now

22   want to put up Exhibit 8.

23                    (Exhibit 8, Certificate of

24                    Organization re Cullins Brothers

25                    Landscapes LLC, 3 pages, marked for

244

```
1              identification.)

2   BY MS. CLAIBORN:

3       Q.    I'd like to mark Exhibit 8 for purposes of

4   this examination, and Exhibit 8 is a printout from

5   the Connecticut Secretary of State website, and it's

6   a Certificate of Organization for a company called

7   Cullins Hardscapes LLC, which is the same name as

8   Exhibit 7, and that Certificate of Organization says

9   that the company was formed on April 30th of 2021,

10  which is a year or so after they did work at 27

11  Turnberry.

12      A.    Okay.  So, it was Cullins Brothers

13  Hardscapes.  He was doing it with his brother Scott

14  before that, and this is news to me that a new

15  entity was formed.  But the two brothers had a

16  falling out; they don't work together anymore.

17      Q.    So, the email in Exhibit 7 was from a

18  Danielle Cullins to you -- sorry, from Danielle

19  Cullins to Mr. Vargo at Greene Law.

20      A.    Correct.

21      Q.    Is Danielle Cullins married to one of the

22  Cullins brothers?

23      A.    Yes, Matt Cullins, who I gave the money

24  to.

25              MS. CLAIBORN:  Now let's put up
```

245

1   Exhibit 9, please.  Exhibit 9 is a three-page

2   document consisting of an email and an invoice from

3   L&D Trades LLC, at an email address which is

4   ladtrades@gmail.com, and the name associated with

5   that email address is a Luis, L-u-i-s, Roca,

6   R-o-c-a.  I'd like to mark this Exhibit 9 for this

7   examination.

8                     (Exhibit 9, Emails, top email sent

9                     November 16, 2022 from Christopher

10                    Vargo to Holley Claiborn and others,

11                    and invoice, 3 pages, marked for

12                    identification.)

13  BY MS. CLAIBORN:

14      Q.    So let's, if we could, go down to the last

15  page of Exhibit 9.  Actually, we are going to go to

16  page 2 of Exhibit 9.

17          Page 2 of Exhibit 9, at the bottom there

18  is a quickbooks@notification.intuit.com email to an

19  email address of johnny.mac@live.com and cc to

20  chrisvargo@greenelawpc.com.

21          First question, Mr. Mocadlo, is your email

22  address johnny.mac@live.com?

23      A.    Yes, that's one of them.

24      Q.    And did you receive this email?

25      A.    Yes.

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 51 of
In Re - John Wayne Mocadlo                    165                              John Mocadlo
                                                                        March 06, 2023

246

1      Q.    And was this email sent in response to the

2   letter that Attorney Greene wrote to L&D Trades?

3      A.    Yes.  And as I explained earlier in my

4   deposition, their payroll was about $5,000 a week.

5      Q.    Why is it that L&D Trades wrote to you and

6   not back directly to Attorney Greene's office?

7      A.    I cc'd Chris and I told him to respond to

8   Chris, and he just forwarded it to me instead by

9   accident.

10      Q.    So, what contact did you have at L&D

11   Trades in the fall of 2022?

12      A.    I explained to him, I said, listen, I need

13   you to reach out to this attorney, paralegal and

14   explain the work you did, and explain what you got

15   paid, and that's what he did.

16      Q.    So, for the contractors we've talked about

17   thus far, you didn't have any contact with them

18   about the work that was done at 27 Turnberry, but

19   with respect to L&D Trades, you did have contact

20   with L&D Trades.  Why did you treat L&D Trades

21   differently?

22      A.    L&D Trades I work with more and it was

23   just --

24      Q.    Mr. Mocadlo, I apologize for interrupting

25   you, but somehow you went silent, and I didn't hear

247

1  what you had to say, so can you start your answer

2  over?

3      A.    I'm sorry.  Yes.  I have a better

4  relationship with them and it was just embarrassing

5  to talk to anybody explaining my bankruptcy, you

6  know, so it was just an easier conversation to have

7  with Mr. Roca.

8      Q.    When did you first reach out to Mr. Roca?

9      A.    When Chris had reached out to me --

10  Mr. Vargo reached out to me and said that he was

11  trying to contact some of these contractors and some

12  were not responding, so anybody I had a pretty good

13  relationship with that I wasn't embarrassed to

14  discuss about my situation, I reached out to.

15      Q.    The bottom of page 2 of Exhibit 9 is an

16  invoice, it looks like it was generated from

17  QuickBooks on behalf of L&D Trades LLC, and it says

18  that the amount of the balance due is $75,000, and

19  the invoice generation date, according to the email,

20  is November 16th, 2022.

21          So, how is it that this is an invoice from

22  November of 2022 when we're talking about work that

23  was done at your residence at 27 Turnberry in 2020?

24      A.    No, because I didn't state that it was

25  that amount.  It was a significantly smaller amount.

248

1      Q.    How do you explain the issuance of an

2   invoice in November of 2022 for work done at 27

3   Turnberry?

4      A.    I didn't create it and it's not, you know,

5   it's not in any kind of correlation to the amount

6   that I stated either.

7      Q.    Okay.  So, this is an invoice that was

8   created after you talked to Mr. Roca in 2022?

9      A.    Yeah, it has nothing to do with what I

10  expressed or what I stated that the amount was.  I

11  don't know if he was trying to express to Mr. Vargo

12  if that was the total amount that he was paid.

13     Q.    Who came up with the $75,000 figure in

14  this invoice?

15     A.    Mr. Roca.

16     Q.    What amount did you pay to Mr. Roca's

17  company, L&D Trades?

18     A.    In its entirety in that project, I would

19  say over $100,000.

20     Q.    And over what period of time did you pay

21  the $100,000 to L&D Trades for work at 27 Turnberry?

22     A.    From October of 20 -- I'm sorry, October

23  2019 all the way through September of 2020.

24     Q.    What work did L&D Trades do again?

25     A.    Literally everything.  They were pretty

249

1   much the general contractors, from demolition,

2   painting, molding.  They did literally a majority of

3   the work.

4         Q.    How much money did you pay to L&D Trades?

5         A.    It was at least $100,000 in its entirety.

6         Q.    So, for the work done at 27 Turnberry, you

7   paid at least $100,000.  How did you pay that money

8   to L&D Trades?

9         A.    Cash.

10        Q.    And who did you pay the cash to?

11        A.    Luis Roca.

12        Q.    And did you pay it all in one sum?

13        A.    No, no.  There were several workers at the

14  home, and every Friday I would pay in cash, and he

15  would pay his workers.

16        Q.    How much would you pay in cash every

17  Friday?

18        A.    $5,000.

19        Q.    So, if you paid over $100,000 for the work

20  done at 27 Turnberry, but you only paid $5,000 a

21  month, that --

22        A.    No, a week.

23        Q.    -- math doesn't work.

24        A.    A week.

25        Q.    Oh, it was a week?

250

1     A.    Yes.

2     Q.    Sorry about that.

3     A.    That's okay.

4     Q.    Were all of the cash payments made to Luis

5  Roca?

6     A.    Yes.

7     Q.    And do you have any proof of the monies

8  that you paid to L&D Trades or to Mr. Roca?

9     A.    No.

10    Q.    And when was the last time you had any

11 contact with Mr. Roca or anyone at L&D Trades?

12    A.    A week ago because he's working on a

13 project in Connecticut for Impossible Kicks.

14    Q.    And where is that project?

15    A.    West Farms Mall.

16    Q.    And what are they doing?

17    A.    Installing the shelving that CustomCut

18 Interiors is making.

19    Q.    CustomCut doesn't install their own work?

20    A.    No -- well, in this application, no, they

21 typically do not.

22    Q.    But they did when they put the cabinets in

23 in your kitchen; is that right?

24    A.    Yes.

25    Q.    And again, you didn't get any receipts or

251

1    any contracts or any written documents of any kind

2    from L&D Trades or Mr. Roca with respect to the over

3    $100,000 you spent with the company?

4       A.    No.

5       Q.    Mr. Mocadlo, can you put your video back

6    on, please.

7       A.    I'm so sorry; I thought I was on.  I'm

8    sorry, I was just trying to look at one thing.  I

9    didn't know it shut it off.

10              MS. CLAIBORN:  Okay.  We can take

11   down Exhibit 9.

12   BY MS. CLAIBORN:

13      Q.    Mr. Mocadlo, let's talk about Rizzo

14   Construction.

15      A.    Yes.

16      Q.    That was on your list of contractors.

17   That company, according to your letter that was sent

18   by Mr. Greene, is based in Guilford.

19              Did you get any response to that letter

20   from Mr. Greene's office?

21      A.    Did I get a response?  Can you please

22   repeat the question?  I'm so sorry.

23      Q.    Did you get any response from Rizzo

24   Construction in response to the October 22 letter

25   from Gary Greene to that firm?

252

```
 1      A.     No, no.  I haven't spoken with him in

 2  quite some time.

 3      Q.     To your knowledge, did anyone at Attorney

 4  Greene's office get a response to the letter to

 5  Rizzo Construction?

 6      A.     No.

 7      Q.     How much did you pay to Rizzo Construction

 8  for the work done at 27 Turnberry?

 9      A.     It was at least $30,000.

10      Q.     And how did you pay that money, what form?

11      A.     It was always cash.  Always cash.

12      Q.     Who did you pay the cash to?

13      A.     It was Mike Rizzo or his cousin who worked

14  with him.  They were partners.  Unfortunately, his

15  partner committed -- it was his cousin, but

16  unfortunately his partner committed suicide last

17  year, so I have not spoken with Mike since 2020, so

18  I don't know if there was a dissolution of the

19  business or what.  I'm not sure.

20      Q.     And what work did Rizzo Construction do?

21      A.     A lot of extensive tile work in the master

22  bathroom with some radiant heat flooring.  And there

23  was actually three full bathrooms.  There was a huge

24  master bathroom, which included a shower, floors,

25  radiant heat, which Sampson Electric wired.  And
```

253

1    then there was two other full bathrooms that were

2    reworked, tiled, extensive work with radiant heat as

3    well which Sampson Electric wired.

4        Q.    And what documentation do you have of the

5    approximately $30,000 that you paid to Rizzo

6    Construction?

7        A.    Nothing.

8        Q.    And when did you pay the approximately

9    $30,000 in cash to Mr. Rizzo?

10       A.    Between February and -- actually, between

11   January and May.

12       Q.    Of 2020?

13       A.    Yes, ma'am.

14              MS. CLAIBORN:   All right.   Now let's

15   put up Exhibit 10, please.

16                  (Exhibit 10, Letter dated December

17                  23, 2022 from R.E. Brayshaw addressed

18                  to To Whom It May Concern, 1 page,

19                  marked for identification.)

20   BY MS. CLAIBORN:

21       Q.    I'd like to mark Exhibit 10 for purposes

22   of this examination.   This is a December 23, 2022

23   letter from R.E. Brayshaw at RABCO Construction

24   Services LLC addressed to a To Whom It May Concern.

25   And the first sentence of this letter says, quote,

254

1    "This letter is to inform you that John Mocadlo

2    contacted this office in or around December 2019

3    asking to hire us to install trim throughout his

4    home at Turnberry Road in Wallingford, Connecticut."

5              And the next sentence says, "Mr. Mocadlo

6    contracted us for the amount of $20,000 for the

7    project.  He paid $8,000 in cash upon agreement in

8    January 2020, and paid the remaining $12,000 upon

9    completion in late February 2020."

10             Mr. Mocadlo, is this letter accurate with

11   respect to the amount of money that you believe you

12   paid to RABCO?

13        A.   I thought there was one other project that

14   was done, but it's very close to what I recall.

15        Q.   And are the timing of the two payments

16   that are in this Exhibit 10 consistent with what you

17   recall?

18        A.   Yes.

19        Q.   And did you make the payments to RABCO in

20   cash?

21        A.   Yes.

22        Q.   Do you have any proof of what you paid in

23   cash?

24        A.   No, except the first part where he says

25   that there's $8,000 cash, but, you know, I don't

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 60 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

255

1    have any proof that I paid cash, but that's what was

2    paid him.

3        Q.    Who did you pay the cash monies to?

4        A.    Rob Brayshaw, who I believe signed this.

5        Q.    You said Rob Brayshaw, R-o-b?

6        A.    Yes.

7        Q.    You think he's the same person as R.E.

8    Brayshaw who signed this letter?

9        A.    Yes.

10       Q.    And when did you make the second payment

11   that's referenced in this letter, the $12,000?

12       A.    I believe it corresponds to what is in the

13   letter, late February.

14       Q.    And when is the last time you had any

15   contact with anyone at RABCO Construction or with

16   Rob Brayshaw?

17       A.    Late February of 2020.

18              MS. CLAIBORN:  Okay.  So we can take

19   that down.  Thank you.  All right.  Let's put back

20   up Exhibit 1, please.

21          (Exhibit 1 is screen shared.)

22   BY MS. CLAIBORN:

23       Q.    Okay, Mr. Mocadlo, I've put back Exhibit 1

24   on the screen, and that has the list of the

25   disbursements of Mr. Bastarache's loan to you and it

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 61 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

256

1   shows the $290,000 check to you.

2          If I added up all of the monies that were

3   documented by the letters sent back from the various

4   contractors, I come up to approximately $146,000,

5   and just telling you how I got there is I used 5,923

6   from Sampson Electric; I used 35,000 for Cullins; I

7   used 20,000 for RABCO; I used 10,000 for CustomCut,

8   and I used $75,000 for L&D Trades.  That comes up to

9   approximately 146,000.

10          And so, it's your testimony that you spent

11   more than that and that you did so in cash with

12   contractors, and you have no documents of it

13   documenting your cash payments.  Is that accurate?

14      A.    Correct.  And as I explained earlier in

15   this deposition is the works that were coinciding

16   with some of the work, for example, the work

17   couldn't be completed without these other tradesmen,

18   so naturally there is more work that has to be

19   accounted for.

20      Q.    So, what other tradesmen would you have

21   paid?

22      A.    Well, for example, if Sampson Electric,

23   you are only giving, you know, credit for the 5,600

24   permit, how was all the lighting and radiant floor

25   being installed along with, you know, all these

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 62 of
165
In Re - John Wayne Mocadlo

John Mocadlo
March 06, 2023

257

1    other light bathroom fixtures, all these bathroom

2    remodels that you aren't giving me credit for?

3        Q.    Okay.  Well, what I added up was the

4    documentation that I received in response to letters

5    that your counsel sent to these various contractors.

6        A.    No, I understand.  I'm just -- you know, I

7    obviously gave the best, you know, information that

8    I had and just outlined the work and obviously these

9    are people --

10       Q.    What other information, documentary or

11   oral, would exist to corroborate your story that you

12   paid almost $290,000 or more in contractor expenses

13   to renovate the property at 27 Turnberry?

14       A.    No, I'm just going by what -- well, I

15   mean, I don't have any information.  These are

16   people that I've used and paid cash with through

17   other massive projects -- sorry about that, that was

18   an incoming call -- through other massive projects

19   and I never had a problem with it, and that's just

20   what I've had.  I never had a problem with it

21   before, and even all my other big renovation

22   projects, it was all in cash.  I've always been

23   upstanding and I never had a problem with my debt or

24   credit up until this time, so I never thought I

25   would have to explain it.

258

1          MS. CLAIBORN:  Let's put up

2    Exhibit 11, please.

3                    (Exhibit 11, Letter dated December

4                    23, 2022 from Gary Greene, Esq. to

5                    Holley Claiborn, Esq., 2 pages,

6                    marked for identification.)

7    BY MS. CLAIBORN:

8      Q.    Exhibit 11 is on the screen now, and I'd

9    like to mark that as an exhibit for purposes of this

10   examination.  Exhibit 11 is a letter to me from Gary

11   Greene at Greene Law, dated December 23rd, 2022, and

12   I'd like to focus your attention, Mr. Mocadlo, on

13   the bottom of page 1 of this letter, and I'm going

14   to read it into the record.

15          The last paragraph on page 1 says, "I

16   understand that it is customary practice for

17   homeowners to retain documents for major

18   renovations.  While I can certainly appreciate the

19   US Trustee's frustration with the lack of

20   documentation, I again represent that, according to

21   the debtor, he does not have any emails, text

22   messages or other documents relating to the

23   construction on the Wallingford property or the

24   disposition of the loan proceeds outside of what is

25   depicted in the bank statements, which you have."

259

1           So, I want to break down that paragraph a

2   little bit with you, Mr. Mocadlo.  First, can you

3   confirm that you do not have any emails relating to

4   any of the work that was performed at 27 Turnberry

5   by any contractor?

6       A.    I do not.

7       Q.    I'm sorry, I didn't hear your answer.

8       A.    I do not.

9       Q.    Thank you.  And what email addresses did

10  you use to communicate with people in 2020?

11      A.    It was jmocadlo@macmitsubishi.com.

12      Q.    Okay.  Any other email addresses that you

13  used in 2020?

14      A.    No.

15      Q.    What about johnnymac@live.com?

16      A.    That's my personal one, but I don't use

17  that to communicate with anybody other than family

18  and stuff like that.  I never do contracting or

19  business through that.

20      Q.    And did you search your email address at

21  jmocadlo@macmitsubishi.com to see if you had any

22  documents or any emails or any communications about

23  the work done at 27 Turnberry?

24      A.    I can't reference that server anymore

25  because it changed business hands, but I never

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 65 of
165
In Re - John Wayne Mocadlo

John Mocadlo
March 06, 2023

260

1    needed to.  It was literally everybody was always a

2    phone call away and they would show up.  And it was

3    a handshake.  And in all my projects, I never had a

4    problem with it.

5        Q.    Did you search your email address at

6    Johnny Mac -- is it Johnny.Mac or Johnny Mac?

7        A.    Johnny.Mac.

8        Q.    So, did you search your email address at

9    johnny.mac@live.com for any communications regarding

10   work done at 27 Turnberry?

11       A.    Yes, and there was nothing.

12       Q.    And when did you perform that search?

13       A.    Back when this information was asked about

14   months ago, six months ago, seven months ago.

15       Q.    The letter at Exhibit 11 also says that

16   there are no text messages.  So, what cell phone

17   numbers did you use during the year 2020?

18       A.    203-887-9132.

19       Q.    Did you use any other phone numbers during

20   the year 2020?

21       A.    No.

22       Q.    I'm sorry, I didn't hear your answer.

23       A.    No, ma'am.

24       Q.    And did you search the telephone number

25   203-887-9132 for text messages having to do with any

261

1    of the work done at 27 Turnberry?

2        A.    Yes.  But I never like communicating over

3    text.  I'm actually really bad at responding.  I

4    just like speaking on the phone.

5        Q.    So, is that a yes, you did search your

6    text messages?

7        A.    I did search.  I did search, yes.

8        Q.    And what did you find when you searched

9    your text messages?

10       A.    Nothing.

11       Q.    When did you do the search of your text

12   messages?

13       A.    When Attorney Greene asked if I had any

14   records.

15       Q.    And when was that?

16       A.    Several months ago.  I don't know if it

17   was September or October of 2022.

18       Q.    Going back to Exhibit 11, it says that you

19   have no documents relating to the construction at

20   the Wallingford property.

21            Did you look for documents relating to the

22   services performed by the contractors at 27

23   Turnberry?

24       A.    I didn't look because I know there was no

25   documents.

262

1      Q.     You did not look?

2      A.     No, ma'am.  I did not look because I know

3   there was no documents.

4      Q.     Do you own a personal computer?

5      A.     Yes.

6      Q.     Did you own a personal computer in 2020?

7      A.     No.  I bought this in 2021.  I just have a

8   laptop.

9      Q.     Did you own a personal computer in the

10  year 2020?

11     A.     I had my business computer.

12  Unfortunately, that was taken.  It was in my office

13  and it was taken when the business changed hands.

14     Q.     So, that's a yes?

15     A.     I did have a personal computer.  Well, it

16  wasn't a personal computer; it was a work computer

17  which I used for personal needs, and it was at the

18  dealership, yes.

19     Q.     So, the only computer that you used in

20  2020 was the one you had at the dealership?

21     A.     Correct.

22     Q.     During our prior version of this

23  examination back in June of 2022, you testified that

24  you made monthly payments to Mr. Bastarache about

25  his loan.

263

1        In the benefit of having had a few months

2   since that testimony, do you recall with any more

3   certainty as to whether or not you made monthly

4   payments to Mr. Bastarache?

5        A.     I did.

6        Q.     You did?

7        A.     I never missed a payment.

8        Q.     Okay.  So, how did you make payments to

9   Mr. Bastarache on his loan?

10        A.     A certified check withdrawal out of the

11   KeyBank account, which there should be -- I'm sure

12   you have all the records, so I'm sure there could be

13   debit deposits from that.

14        Q.     And did you make those payments on a

15   monthly basis to Mr. Bastarache?

16        A.     Yes, ma'am.

17        Q.     And what bank account did you use?

18        A.     I just explained, the KeyBank.

19        Q.     Is it the one ending in 5395 at KeyBank?

20        A.     It could be.  I think there was a savings

21   and a checking account, so it may have a different

22   account number, but it was one of the two that are

23   associated.  There's only one -- I don't want to

24   say.  There was only one KeyBank.

25        Q.     Would it have been the same account that

264

1    you deposited the monies from Mr. Bastarache's loan

2    into?

3        A.    It very well could have been.  It could

4    have been or I may have made a checking account.

5    I'm just trying to recall.  It's been so long since

6    I've used that account.  I can't remember if it was

7    one account or two accounts, but I know you have all

8    the records for them.

9              MS. CLAIBORN:  I'd like to pull up

10   Exhibit 12, please.

11             Mr. Concepcion, can you take me to

12   page 42, please?  Can we make it a little bit

13   bigger?  Thank you.

14                  (Exhibit 12, Series of bank

15                  statements between February of 2020

16                  and October of 2020 for KeyBank

17                  account ending 5395, 43 pages, marked

18                  for identification.)

19   BY MS. CLAIBORN:

20       Q.    Okay.  Exhibit 12, I'd like to mark that

21   for purposes of this examination.  It's a series of

22   bank statements between February of 2020 and October

23   of 2020 for KeyBank account ending in 5395.

24             So, Mr. Mocadlo, I'd like to direct your

25   attention to the statement that's on the screen as

265

1    part of Exhibit 12.  It's page 42.  And it's a

2    statement that covers February 7th, 2020 through

3    March 5th, 2020.  And this statement shows a deposit

4    of $280,212.48 on February 7th.

5            And for purposes of answering this

6    question, I just want to refresh your recollection

7    that February 6th is the day that you had the check

8    written to you from Attorney Conway from

9    Mr. Bastarache's loan.  Okay.  So, February 7th, you

10   deposit $280,212.48.

11       A.    Yes.

12       Q.    Is this $280,000 or so deposit the

13   proceeds of the loan from Mr. Bastarache?

14       A.    Yes.

15       Q.    And the check that Mr. Bastarache's loan

16   produced to you from Attorney Conway was

17   $290,212.48, so there is a difference of $10,000

18   between what you deposited and the check that was

19   written to you by Attorney Conway.

20           What happened to that other $10,000?

21       A.    I was paying contractors at the time, and

22   obviously I had a weekly payroll, so I'm pretty

23   certain I just took cash to pay some of the

24   contractors.

25       Q.    So, does that mean that when you went to

266

1   go deposit this $290,000 check, you asked the bank

2   to give you $10,000 in cash and the other 280 was

3   used to deposit into this 5395 account?

4       A.    Yes.

5       Q.    And what contractors did you pay with that

6   $10,000?

7       A.    I can't be honest with my response; I

8   don't know who I paid with that money.

9       Q.    Going farther down on page 42 of

10  Exhibit 12, there are two withdrawals.  There is a

11  withdrawal on March 2nd, 2020 in the amount of

12  $8,800 and a withdrawal on March 5th in the amount

13  of $20,000.

14          What did you do with those two

15  withdrawals?

16      A.    Paid contractors.

17      Q.    Which contractors did you pay?

18      A.    I don't know exactly who it would have

19  been.

20      Q.    Did you do anything else with those two

21  sums that you withdrew, the 8,800 and the $20,000?

22      A.    No.

23              MS. CLAIBORN:  Mr. Concepcion, can we

24  please go to page 38.

25      Q.    Okay.  Page 38 of Exhibit 12 is a

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 72 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

267

1   statement for KeyBank 5395 for the period of

2   March 5th, 2020 through April 6th, 2020, and this

3   statement shows that you took out two withdrawals.

4   There was a withdrawal on March 12th, 2020 for

5   $155,000 and a withdrawal on March 16th for $90,000.

6          Are you the person who took those two

7   withdrawals out?

8       A.    Yes.

9       Q.    What did you do with the $155,000

10  withdrawal on March 12th?

11      A.    The reason why it's $155,000 is because I

12  know that 55,000 of it immediately went to Birch

13  Mountain Earthworks, and there was also big payments

14  made to Cullins Brothers Hardscapes which started

15  all the work with the driveway and everything

16  because it was the spring season, along with

17  Ultimate Landscaping as well.

18      Q.    Okay.  So --

19      A.    Yeah.

20      Q.    Sorry, I didn't mean to interrupt you.  Go

21  ahead.

22      A.    Yeah, and so there were just multiple

23  contractors that were being paid.  There was a lot

24  going on because I was rushing to get the house onto

25  the market.

268

1    Q.    In March of 2020 you were intending to

2  sell the house?

3    A.    Yeah.  I believe that the house went on

4  the market March or April.  Late March or April.

5  And it went on with Amy Rio, and that's when I

6  initially listed the house for sale.

7    Q.    Why did you want to sell the house so

8  quickly after buying it?

9    A.    Well, I knew my financial situation was

10  not great, and I didn't want the house -- it was a

11  very prideful thing.  The person that I worked for

12  for 19 years lived six houses down from me.  And

13  obviously my pride was already hurt with what was

14  going on with the dealerships where Team Auto had

15  taken over.  So, to save my pride and my family's

16  pride, I rushed to get this project done to not be

17  ridiculed by the person who I worked for for 19

18  years.  And it was just a mad dash to get everything

19  done and sell the property rather than let it go on

20  for another year and unfortunately default on the

21  property.

22    Q.    So, going back to this withdrawal of

23  $155,000 on March 12th, you said $55,000 of it went

24  to Birch Mountain.

25    A.    Uh-huh.

269

1       Q.      And then the remaining $100,000 you said

2   went to Cullins and to Ultimate Landscaping.  Did it

3   go to any other contractors, that $100,000?

4       A.      It was.  There was a lot of payments

5   because that was when the bathrooms were being

6   worked on, so that was also Rizzo Brothers at the

7   time.  There was just -- there was just obviously a

8   lot that went on that month because I believe that

9   the listing went active late that month or the

10  beginning of the following month.

11      Q.      Any other contractors you recall

12  repaying -- sorry, let me say that one more time.

13              Were there any other contractors that you

14  can recall paying from that $100,000 remaining out

15  of the withdrawal?

16      A.      Yeah.  There was about -- I completely

17  forgot about this; it just happened.  I can find out

18  exactly what his last name was.  His name was Carl;

19  he was the plumber.  Just all of the showers were

20  reworked in all the homes, and that was probably

21  another $25,000.  I'm really trying to think about

22  it, but there was a lot that month.

23      Q.      What is Carl's last name?

24      A.      I can try to look through my phone if that

25  helps.  Like I just don't want to go off camera with

270

1    you.

2        Q.    Well, a few minutes ago you testified that

3    you looked through your phone to find out messages

4    and other things --

5        A.    No, no, not messages.  I'm just trying to

6    get you the correct name of the contractor.  I have

7    his number stored.  I'm not saying that there was

8    ever a message between him and I.

9        Q.    Okay, go ahead.  Tell me the name of the

10   plumber if you can find it, please.

11       A.    Sure, of course.

12           (Pause.)

13       A.    No, I don't have it.  I can find out

14   though.  He's based out of Milford.

15       Q.    And what's making you remember Carl the

16   plumber now?

17       A.    Because I was really recalling the scope

18   of work from Rizzo Brothers, and I remember that

19   they got stuck because they couldn't finish the

20   flooring because Carl had to come cut the bidet out,

21   just reliving the projects.

22       Q.    I'd like you to take a look when you can

23   and get back to me through your counsel with the

24   last name of Carl, the plumber.

25       A.    Sure.

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 76 of
In Re - John Wayne Mocadlo                        165                                    John Mocadlo
                                                                                 March 06, 2023

271

1      Q.    And the company that Mr. Carl the plumber

2   works for.

3            Any other contractors you can recall

4   paying with that $100,000 left over from the

5   March 12th withdrawal of $155,000?

6      A.    I remember I had the poolroom done and

7   restained, and that was $12,000.  That was through

8   that guy, the hardwood floor, Reenan.  His name was

9   Reenan.  And then I also believe that -- because the

10  roof was paid in cash as well, and I believe that

11  the last payment of the roof was made in March as

12  well, which there was a -- I believe there was a

13  50 percent payment of the roof made in 2019.

14     Q.    How much did the roof cost in total?

15     A.    I think it was 55 or $65,000.  I'm not

16  sure.  I can't remember.

17     Q.    Any other places or people you can recall

18  using the 100 of that $155,000 for?

19     A.    No.

20     Q.    Okay.  Let's talk about the withdrawal of

21  $90,000 four days later on March 16th, 2020.

22            What did you do with that $90,000?

23     A.    That was just more contractors.  They are

24  all -- all of my responses are pretty much the same

25  for both of them because there was also payments

272

1   made for stone too, Designed By Laura.

2        Q.   Did you ever ask Designed By Laura for any

3   documents?

4        A.   No.  I never included her, but I can

5   obviously always reach out.

6        Q.   So, who did you pay with that $90,000 that

7   you took out on March 16th of 2020?

8        A.   It was just -- I mean, there was

9   everybody.  Everybody that I listed in the list of

10  contractors.  On top of everything else, it was

11  just -- I mean, I just paid everybody that was

12  listed.  And obviously I kept some cash because at

13  that point I wasn't -- you know, I was using my

14  personal expenses and paying my bills with some of

15  that money as well because I had no income at that

16  point coming in at all.

17       Q.   So, are you saying as of March 2020, you

18  had no income coming in at all?

19       A.   None at all.

20       Q.   Were you receiving money from any of the

21  car dealerships in March of 2020?

22       A.   No.

23       Q.   How much of the $90,000 that you took out

24  of the bank on March 16th did you keep for your

25  personal use?

273

```
1        A.     Maybe $15,000.

2        Q.     And why would you have taken out that

3   money in cash if it was for your personal use?

4        A.     I wasn't really sure on -- well, obviously

5   I kept some of the cash because I had weekly cash

6   payroll.

7        Q.     We are not talking about the monies you

8   spent on contractors.  I'm asking about the monies

9   you kept for personal expenses out of that $90,000

10   that you withdrew on March 16th?

11        A.     Yeah.  I mean, obviously it was just, you

12   know, basic living expenses.  At that point, my

13   credit card started to get turned off, so for -- you

14   know, I had a pretty extravagant lifestyle before

15   all of this, and you know, just between basic living

16   expenses and -- you know.  I mean, and obviously

17   there was also, you know, extra money that there was

18   just always things around the house for.  It was

19   unfortunately a money pit.

20        Q.     But if it was monies that you were setting

21   aside for your personal use, why is it that you took

22   it out of the bank and put it into cash?

23        A.     Just because my forms of payments were

24   being shut off, and I had just a little bit of extra

25   cash because of all the cash outlay that I had from
```

274

1    contractors and sporadic people that would come and

2    want to get paid.  That's just all I did.  I just

3    used it to live off of.

4             And on top of it all, that was when the

5    world was shutting down, and it was great to have a

6    little bit of cash on hand because you didn't know

7    if the banks were even going to be open.  It was the

8    middle of the pandemic.

9        Q.    Can you remember any consequential --

10   sorry, let me start that again.

11            Of the $15,000 that you said you kept for

12   yourself out of the $90,000 that you took out on

13   March 16th, can you remember any significant

14   expenses that you paid with that $15,000?

15       A.    No.

16            MS. CLAIBORN:  Now let's go to page

17   21, please, Mr. Concepcion.

18       Q.    Okay.  We are still in Exhibit 12,

19   Mr. Mocadlo.  Now what's on the screen is a

20   statement for KeyBank 5395, for the month of

21   August 6th, 2020 through September 4th, 2020.  And

22   that shows a deposit in the amount of $39,100 on

23   both August 7th and August 13th.  And then there's a

24   chargeback of $39,100 on August 11th, so it looks

25   like the bank credited, accidentally or otherwise,

275

1    $39,100 twice, so it left you with a net deposit of

2    $39,100 in the middle of August of 2020.

3              So, my question is:  Where did that

4    $39,100 come from?

5        A.    That I don't remember at all.  I don't

6    know.  It probably, most likely, was a check, and I

7    don't remember the check.  I don't know if there was

8    copies given.  I don't remember what it was from.

9        Q.    Then if you go down to the bottom of that

10   page, that same page 21, you're going to see -- I'm

11   sorry, go to the next page, go to 22.  I apologize,

12   Mr. Concepcion, I'm going to take control and see if

13   I can find what I was thinking about.

14             I was on the correct page.  On page 21,

15   there is a withdrawal on August 10th of $8,500 and a

16   withdrawal on August 14th of $7,000.

17             What did you use the $8,500 for that you

18   withdrew on August 10th?

19       A.    I don't remember.  I really don't

20   remember.  I think it was just personal spending

21   money.

22       Q.    And what did you use the $7,000 that you

23   withdrew on August 14th for?

24       A.    I really don't know.  It was just personal

25   spending money.

276

1    Q.    That's $15,500 in the span of four days in

2   August of 2020, and you don't have any recollection

3   as to what you spent it on?

4    A.    No.

5            MS. CLAIBORN:  All right.  I'm going

6   to go to page 15 -- actually, Mr. Concepcion, it

7   might be easier if you do it.  Go to page 15,

8   please.

9    Q.    Page 15 of Exhibit 12 is the KeyBank

10  account ending in 5395, statement for the month of

11  September 4th through October 6th, 2020, and that

12  shows a withdrawal on October 5th, 2020 for $5,000.

13            What did you use the $5,000 for,

14  Mr. Mocadlo?

15   A.    That was just personal living expenses.

16            MS. CLAIBORN:  You can take that

17  down, please, Mr. Concepcion.

18   Q.    Mr. Mocadlo, as part of this bankruptcy

19  case, you disclosed that you owned a few watches.

20   A.    Yes.

21   Q.    At the time you filed your bankruptcy case

22  on October 20th, 2021, how many watches did you own?

23   A.    I had one Rolex and as I explained to

24  Bonnie, I had two other watches that were replica

25  watches.

277

1      Q.    Can you describe the Rolex for me?

2      A.    It is a Submariner with a red and blue

3   face, and I have -- would you like me to explain the

4   two replica watches?

5      Q.    Yes, please.

6      A.    Yes.  It's an Audemars Piguet with a black

7   strap.

8      Q.    I'm sorry, I didn't catch the first words

9   that you used.

10     A.    Audemars Piguet or an AP.

11     Q.    You said that one had a black strap?

12     A.    Yes.  And then I have one with a white

13   strap as well.

14              MS. CLAIBORN:  Mr. Concepcion, can

15   you put up Exhibit 13, please.

16              (Exhibit 13, Screenshot from

17              Johnny Mac Facebook account, 1 page,

18              marked for identification.)

19   BY MS. CLAIBORN:

20     Q.    Mr. Mocadlo, what's on the screen is

21   Exhibit 13, and this is a screenshot from a Facebook

22   account, and the Facebook account's name is Johnny

23   Mac.

24              Is Johnny Mac your Facebook account?

25     A.    Yes.

278

1     Q.    And this screenshot in Exhibit 13 is of

2   two people's hands, one appears to be female and

3   it's got painted fingernails and more slender

4   fingernails, but both hands are attached to arms

5   that have watches on them, and both of the watches

6   are gold and diamond-appearing encrusted.

7          Is that your hand in Exhibit 13?

8     A.    Yes, ma'am.  And that merchandise actually

9   was on loan for a promo for a podcast I was doing

10  for a company called watchmydiamonds.com.

11    Q.    So, let me see if I have this right.  The

12  watch that you're wearing in this screenshot is not

13  a watch that you own?

14    A.    Correct.

15    Q.    Is the watch that you are wearing in this

16  screenshot, Exhibit 13, the watch that you just

17  described as being on loan from the company called

18  Watch My Diamonds?

19    A.    .Com, correct, both of them actually are.

20    Q.    What is watchmydiamonds.com?

21    A.    It is a eCommerce site and an in-person

22  showroom in New York, and they sell jewelry.

23    Q.    And why are you advertising?

24    A.    Because I have -- you know, just from my

25  car dealership time and I was doing a podcast, and

Case 21-20971    Doc 156-9    Filed 05/19/23    Entered 05/19/23 17:26:27    Page 84 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

279

1    there was a podcast where they wanted me to plug the

2    company, and they would send me products on loan,

3    and I would wear them for two days to two weeks and

4    send the product back.

5        Q.    In Exhibit 13, are the diamonds that are

6    on this watch real?

7        A.    I don't know.  I'm not an expert and I

8    didn't create or purchase the watch.

9        Q.    How did you get the watch from

10   watchmydiamonds.com?

11       A.    It was sent by FedEx to my home at 27

12   Turnberry.

13       Q.    And when was this?

14       A.    August or September of 2020.

15       Q.    And what did you do with the catch when

16   you got it by FedEx?

17       A.    Put it on.

18       Q.    What did you do with it?

19       A.    I put it on and I wore it for the podcast,

20   and I plugged the company, and then the watch was

21   sent back, I believe early the following week or the

22   middle of the following week.

23       Q.    And how did you send the watch back?

24       A.    FedEx.

25       Q.    And were you paid for doing the podcast?

280

```
 1      A.    No.

 2      Q.    Do you know people who work at

 3   watchmydiamonds.com?

 4      A.    Yes.

 5      Q.    And who do you know there?

 6      A.    Dmitry Aminov.  He's one of the owners.

 7      Q.    And do you know Mr. Aminov from somewhere

 8   besides watchmydiamonds.com?

 9      A.    No.

10      Q.    So, how is it that Mr. Aminov and someone

11   at his company decided to FedEx you a watch that

12   looks like it's covered in diamonds?  How did that

13   come about?

14      A.    Because when we started the podcast, we

15   were asking for sponsors because it brings

16   visibility to the podcast.  It's influencing, you

17   know, social media marketing.  It's a very popular

18   commonplace.

19            MS. CLAIBORN:  I do have more

20   questions.  I would, however, like to take a quick

21   restroom break if that's all right with everybody.

22            THE WITNESS:  Sure.

23            MS. CLAIBORN:  It's now 11:37.  I'm

24   going to suggest we reconvene at 11:45.  Does that

25   work for everyone?
```

281

1          THE WITNESS:  8 minutes, yeah.

2          MR. GREENE:  Works for me.

3          MS. CLAIBORN:  All right.  We will

4    reconvene at 11:45.  Thank you.

5       (Recess taken from 11:37 a.m. to 11:46 a.m.)

6    BY MS. CLAIBORN:

7       Q.    We are back on the record after a short

8    break, Mr. Mocadlo.  You remain under oath.  I'd

9    like to talk to you now about Impossible Kicks.

10      A.    Yes.

11      Q.    What is your current position with

12   Impossible Kicks?

13      A.    I was just promoted to CEO.

14      Q.    When were you promoted to CEO?

15      A.    Officially, it was in -- it was last

16   month.

17      Q.    So, that would be February of 2022?

18      A.    Yes.

19      Q.    When you say "officially," was there some

20   period of time when you were unofficially acting as

21   the CEO?

22      A.    Yes.  I wasn't officially voted in as CEO

23   until last month.

24      Q.    Was there a period of time when you were

25   acting in an unofficial capacity as the CEO?

282

1        A.      Yes.   From, I would say October of last

2   year.

3        Q.      And who was the prior CEO for Impossible

4   Kicks?

5        A.      There wasn't.  It was an LLC, and it was

6   converted to a C Corp. and it was Rod Granero was

7   the managing partner.

8        Q.      Was anyone else in the company using the

9   title CEO before you?

10       A.      I believe my brother who founded the

11  company was using -- obviously was appointed the CEO

12  actually.

13       Q.      So, when did Impossible Kicks get started?

14       A.      January 2021.

15       Q.      So, between January 2021 and February of

16  2022, who were the people who used the term "CEO"

17  for Impossible Kicks?

18       A.      Well, it was only managing partners,

19  because the only other person -- yeah, it wasn't

20  used otherwise, because it was an LLC.  There was no

21  actually CEO.

22       Q.      Okay.  So, not on formal documents, out in

23  the public, who was using the term to describe

24  themselves as CEO of Impossible Kicks?

25       A.      I don't know.  It could have been anybody.

283

1   I mean, it's a private company.  I mean, there was

2   nobody else in the company that was allowed to use

3   that term, and there was no one else who was

4   appointed in that manner, so to my knowledge it was

5   nobody but us.

6       Q.    And when you say "us," who are you

7   referring to?

8       A.    The company as a whole, referring to the

9   entity.

10      Q.    I'm confused, honestly, by your answer, so

11  maybe we can start over.

12      A.    Okay.  So, the only people that recognized

13  anybody as CEO of the company, that Impossible

14  Kicks, you know, recognized anybody as a CEO of the

15  company was Wayne Mocadlo and then he passed CEO to

16  me.

17      Q.    And when did your brother Wayne Mocadlo

18  pass the CEO title to you?

19      A.    He gave up his title in October of last

20  year, and the board appointed me in January of --

21  I'm sorry, February of this year.

22      Q.    What is your compensation currently from

23  Impossible Kicks?

24      A.    We haven't discussed my new employee

25  salary or employee contract.  The company is

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 89 of
165

In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

284

1    negative EBITDA, so I was only making a $50,000 a

2    year salary.  We lost over a million dollars over

3    the last year, which the company is in tough shape

4    cash-wise.  So, it's kind of subjective on where

5    it's going to go.

6        Q.    What is your current salary or

7    compensation?

8        A.    $50,000 a year.

9        Q.    And how long has it been at $50,000?

10       A.    Since we opened.

11       Q.    Which was again January 2021?

12       A.    Yeah, I think my first payroll week was

13   February of 2021.

14       Q.    And you are testifying today from Austin,

15   Texas.

16       A.    Yes.

17       Q.    And you gave me the address earlier.

18       A.    Yes.

19       Q.    Are you testifying from a private

20   residence?

21       A.    No, just an apartment.

22       Q.    And do you rent that apartment?

23       A.    No.  My brother does.

24       Q.    And you only have one brother; right?

25       A.    I have several.

285

1     Q.     I'm sorry, well, then which brother rents

2     your --

3     A.     Wayne Mocadlo.

4     Q.     And prior to you taking the mantel of CEO,

5     what was your job title at Impossible Kicks?

6     A.     I had an unofficial title, but I did all

7     of the build-outs and helped with operations, I

8     never really had a formal title because it just was

9     kind of jack-of-all-trades.

10    Q.     And how much time do you spend in Austin,

11    Texas these days?

12    A.     About eight days a month because I'm

13    typically traveling for work.

14    Q.     And where do you travel for work?

15    A.     It depends on wherever I'm instructed to

16    go.  I mean, we have locations in Florida, Texas,

17    you know, Nashville, California, and we've been on a

18    pretty intense buildout schedule, so it's just on

19    wherever the new location is.

20    Q.     What is the current full name of

21    Impossible Kicks?

22    A.     Impossible Kicks Holdings.

23    Q.     And what's the rest of the name?

24    A.     That's it, Impossible Kicks Holdings.

25    Q.     Does it end with an Inc. or an LLC?

286

1      A.      It's an Inc., it's a C Corp.

2      Q.      And when did it become a C Corp.?

3      A.      I believe it was August of last year.

4      Q.      And why did it change to a C Corp.?

5      A.      Because the company took private equity,

6  and there's a lot of shareholders, and it was the

7  best way to do that.

8      Q.      So, when the company became a C Corp. and

9  issued shares, did you become a shareholder?

10     A.      No.

11     Q.      Is your brother a shareholder, Wayne?

12     A.      Yes.

13     Q.      Are any other family members shareholders?

14     A.      No.

15     Q.      And why didn't you become a shareholder at

16  Impossible Kicks when it became a C Corp.?

17     A.      Because I'm offered -- I'm going to be

18  offered some options in my employment contract.

19     Q.      And what changed between summer of '22 and

20  now, 2022 and now, that would make you now be in a

21  position to become a shareholder and not back in

22  summer of 2022?

23     A.      Because the C Corp. was being rolled out,

24  and I was going to be offered options when it was a

25  C Corp. and -- because all of the employees are

287

1    being offered stock options.

2        Q.    But you just testified that you did not

3    become a stockholder, you are not a current

4    stockholder.

5        A.    No.

6        Q.    Did I understand that correctly?

7        A.    Correct, yeah.  They are rolling out --

8    we're actually in the process of rolling out options

9    for all employees with the business, anybody that's

10   a manager or assistant manager, and the board has

11   not decided on what my options should be.

12       Q.    I'm asking, why is that?  Why didn't you

13   get given stock last summer when it got issued to

14   your brother?

15       A.    Because he always owned the company.

16       Q.    That's not an answer as to why you didn't

17   get stock.  I'm asking, why did you not get issued

18   stock in the summer of 2022?

19       A.    When the private equity people came in,

20   they said that when the employees get rolled out

21   stock options, that I would receive an option as

22   well because I'm an employee.

23       Q.    That's still not an answer to my question.

24   I want to understand why it is that you did not get

25   stock options or stock in summer of 2022 when your

288

1  brother got issued stock?

2      A.    He wasn't issued stock.  He owned the

3  company, so he was the one that ultimately decided

4  on selling a piece of the company to raise money,

5  and I was only an employee, and I still am only an

6  employee, and I wasn't going to be issued stock

7  until the rest of the employees were issued stock,

8  which is happening right now.

9      Q.    Who told you that was the case?

10     A.    Rod Granero and Andre Peschong.

11     Q.    How much money in private equity money was

12 given to Impossible Kicks?

13     A.    7 million.

14     Q.    And by how many entities, how many

15 investors?

16     A.    I think it's in excess of 20.

17     Q.    And was it a combination of individuals

18 and companies who invested that $7 million?

19     A.    I believe it's just individuals.

20     Q.    Did they all get stock for their

21 investments?

22     A.    Yes.

23     Q.    And how many shares, if you know, were

24 issued when the company became a C Corp.?

25     A.    I do not know.

289

1      Q.    Do you sit on the board of directors?

2      A.    Yes.

3      Q.    How long have you sat on the board of

4   directors?

5      A.    I had a vote since October of last year.

6      Q.    How is it that you sit on the board of

7   directors, but you don't have any stock in the

8   company?

9      A.    Because I am still just an employee and

10  they are -- as I've explained I think three other

11  times now, since I am just still an employee, I'm

12  getting issued stock with my contract along with our

13  employee roll-out schedule that we are doing right

14  now.

15     Q.    How many members are on the board of

16  directors?

17     A.    Five.

18     Q.    So, you're one of five directors?

19     A.    Correct.

20     Q.    And are you the only one of the five

21  directors who doesn't own any stock?

22     A.    No.

23     Q.    Who else doesn't own any stock?

24     A.    Richard Jeanneret.  Actually, he -- let me

25  back this up because I want to answer honestly.  He

290

1    actually did purchase stock as an investor and then

2    decided to join the board.

3        Q.    So, getting back to my question, who are

4    the members of the board of directors who currently

5    don't own any stock?

6        A.    None, except myself.

7                   MS. CLAIBORN:  Can we put up

8    Exhibit 14, please.

9                        (Exhibit 14, John Mocadlo LinkedIn

10                       Profile, 7 pages, marked for

11                       identification.)

12   BY MS. CLAIBORN:

13       Q.    Exhibit 14 that we put on the screen, I

14   would like to mark as an exhibit in this

15   examination.

16            Mr. Mocadlo, Exhibit 14 is your LinkedIn

17   profile.  Can you just confirm that I found the

18   right person, that this is actually your LinkedIn

19   profile?

20       A.    Yes, you did.  That's my LinkedIn profile.

21       Q.    And that LinkedIn profile says that you

22   are the CEO of Impossible Kicks.

23       A.    Yes.

24       Q.    And it uses an address for you of Austin,

25   Texas.

291

1     A.    Yes.

2     Q.    And why is it if you are only in Austin

3  about eight days a month that you decided to put

4  Austin, Texas on your LinkedIn profile?

5     A.    Because our largest location is out of

6  Austin, so when people ask about what our largest

7  location is, it coincides well with work, because

8  people will try to coordinate a visit to see our

9  flagship store.  So with me being here, you know,

10  several days a month and not traveling, the people

11  technically like to meet me in Austin to see a

12  flagship good example of the store.

13     Q.    But the first store that was opened up by

14  Impossible Kicks is not in Austin; isn't that right?

15     A.    Correct.  It's a small store in

16  Connecticut.

17     Q.    So, how did Austin become the flagship?

18     A.    This was the largest location that was

19  offered to us, and it just -- it's an emerging

20  market, and the company decided to build a big store

21  here.

22     Q.    I'm going to go down to the next page of

23  your LinkedIn profile.  Actually, I'm going to stop

24  here for a second.  Who is that picture of?

25     A.    Richard Jeanneret, who I've expressed up

292

1   here, yes.

2       Q.    Let's look under your experience listed

3   there on your LinkedIn profile.  It says the chief

4   executive officer, Impossible Kicks, December 2020

5   to present, two years, three months.

6            How do you reconcile that listing there

7   saying you've been the CEO since December of 2020

8   with your testimony earlier today that you didn't

9   start the CEO official role until February of 2022?

10      A.    I just obviously went back from when I

11   could change it.  I mean, it's not official, but

12   that's maybe just how I set it up in the timeline,

13   and I just did it from when the company opened.

14      Q.    And why did you do that?

15      A.    It just looks better for a resume or to

16   explain to people, you know, who want to talk about

17   the business and when it was started.

18               MS. CLAIBORN:  Let's take that one

19   down and let's put up Exhibit 15, please.

20                  (Exhibit 15, Article published by

21                  Fox News on December 24th, 2022,

22                  6 pages, marked for identification.)

23   BY MS. CLAIBORN:

24      Q.    Okay.  Exhibit 15 is an article published

25   by Fox News in the Fox Business department,

293

1    published on December 24th, 2022, and that refers to

2    you as the CEO of Impossible Kicks in the very first

3    line of the article.

4         A.    Yes.

5         Q.    Later on in that first page of the

6    article, it also refers to you as the co-founder of

7    Impossible Kicks.  So, let's take them in turn.

8              Why is it that Fox business thought that

9    you were the CEO of Impossible Kicks in December of

10   2022?

11        A.    Well, as I explained, I was the, you know,

12   interim CEO, and I was going to be formally

13   appointed, so the company allowed me to use that

14   title.

15        Q.    Let's talk about the term

16   "co-founder."  It's also listed in this article in

17   the fourth paragraph.  How do you square that?

18        A.    You know, obviously how the business is

19   always portrayed is, you know, my brother started

20   the business, and I helped him manage it, and they

21   always coin it as the co-founder, and it's not a

22   term that I've ever used.  It's what media uses to

23   sell it better.

24        Q.    So, you are saying to me that you are not

25   the co-founder of Impossible Kicks?

294

1    A.    No.  I'm Employee Number 1.

2    Q.    Who else does media interactions for

3  Impossible Kicks?

4    A.    I'm the subject matter expert.  My brother

5  has done interviews as well.

6    Q.    Are you the person that does all of the

7  interactions with media for Impossible Kicks?

8    A.    Not all of them.  My brother and I.

9    Q.    Can you give me an example of a recent

10  media interaction that your brother had for

11  Impossible Kicks?

12    A.    Yeah, there was an article that was done

13  in Connecticut I believe by, I wanna say Fox, about

14  him founding and starting the company.

15    Q.    And when was that?

16    A.    It was done fall of last year, but it's

17  on -- you can Google it.

18    Q.    Do you have any understanding, verbal or

19  written, with your brother about how much stock you

20  will be issued in Impossible Kicks?

21    A.    No, and it's -- my brother doesn't have

22  say in it, the board does.

23    Q.    Has the board voted on how much stock you

24  will receive in Impossible Kicks?

25    A.    No.

295

1     Q.    Prior to the company changing its form

2  into a C Corp., did you have an understanding,

3  written or otherwise, with your brother Wayne about

4  how much of Impossible Kicks you would own?

5     A.    No.

6     Q.    According to the internet, Impossible

7  Kicks got about $3 million in financing in 2022.

8  Did you receive any increase in compensation of any

9  kind as a result of that financing?

10    A.    No.  And just to be specific, there was --

11 it was part of the $7 million raise.  So, there was

12 a $4 million tranche and a $3 million tranche.

13 There has never been a disbursement ever made with

14 the company because the company has been instructed

15 by the PE firm to just grow.

16              MS. CLAIBORN:  Okay.  We can take

17 down that exhibit.  And let's put up Exhibit 17,

18 please.

19              (Exhibit 17, Article published on

20              the businessinsider.com website,

21              January 3, 2023, 22 pages, marked for

22              identification.)

23 BY MS. CLAIBORN:

24    Q.    Exhibit 17 is an article published on the

25 businessinsider.com website, February --

296

1    A.    January 3rd -- sorry.

2    Q.    Thank you, January 3rd, 2023.

3    A.    No problem.

4    Q.    And it also references you as the CEO of

5    Impossible Kicks.

6          Do you see that on page 2?

7    A.    Yes.

8    Q.    I'd like to mark this exhibit as

9    Exhibit 17 in this examination.

10         So, again, this is in January 2023 and you

11   are using the term "CEO."

12   A.    Yes.  I was allowed to.

13             MS. CLAIBORN:  Okay, we'll take this

14   exhibit down.

15             Can we put up Exhibit 19, please.

16             (Exhibit 19, Check Number 3761

17             written to the order of Liberty Bank

18             in the amount of $485,000, 1 page,

19             marked for identification.)

20   BY MS. CLAIBORN:

21   Q.    Exhibit 19 that's on the screen now is a

22   check issued on an account at Liberty Bank, the

23   check is 3761, and it's drawn on an account at

24   Liberty Bank in the name of Greene Law, PC Clients

25   Fund, and it's written to the order of Liberty Bank

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 102 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

297

1    in the amount of $485,000.  The check is dated

2    May 12, 2020, signed by Gary Greene, and the memo

3    line says Hartford Auto Group.

4           Mr. Mocadlo, have you ever seen this check

5    before?

6        A.    I may have.

7        Q.    Do you know the source of the monies, the

8    $485,000 that's sitting in the Clients Fund account

9    at Greene Law?

10       A.    Yes.  That was a disputed PPP amount from

11   when I had control of Mac Mitsubishi in Hartford,

12   and there was a dispute between us and Team

13   Mitsubishi or Team Auto Group.

14       Q.    So, your testimony there was a little

15   garbled.

16       A.    I'm sorry.

17       Q.    No, that's not your fault.  I just want to

18   repeat what I heard and make sure I understand it

19   correctly.

20           I thought I understood that you told me

21   that this $485,000 represents the PPP loan proceeds

22   that Hartford Auto Group obtained.

23       A.    Correct.

24       Q.    And who directed Gary Greene to issue a

25   check payable to Liberty Bank for 485,000?

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 103 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

298

1       A.      I did.

2       Q.      You did.  And why did you tell Gary Greene

3    to make the check payable to Liberty Bank?

4       A.      Well, because it went back into the Mac

5    Mitsubishi operating account.

6       Q.      Can you explain what you mean?

7       A.      So, that money right there was taken out

8    of one of our operating accounts that Team

9    Mitsubishi had access to, and since I still had

10   control and I was still the dealer of Mac Mitsubishi

11   or the Hartford Auto Group, which it's synonymous

12   with, is there was another operating account that

13   was opened, and that money was deposited into that

14   operating account.  And it was for strictly business

15   use only.

16      Q.      Let's go back a few steps.  So, at some

17   point in time Hartford Auto Group, also known as

18   Hartford Mitsubishi, applies for a PPP loan; do I

19   have that right?

20      A.      Correct.  I didn't apply for it.

21      Q.      No, the company did; right?

22      A.      Yeah.  Correct, correct.

23      Q.      And so, the money that came from the PPP

24   loan, where did that get deposited into?

25      A.      It got deposited into our Nutmeg Federal

299

1   Credit Union operating account.

2        Q.    And then what happened to it?

3        A.    Well, the business applied for the loan

4   without my knowledge, and once I found out that --

5   we were in the middle of a buy/sell with Team Auto

6   Group, and this money was not part of the buy/sell

7   or the agreement that we had.  So, when that money

8   came in, that money was withdrawn and immediately

9   given to Mike Reiner, who is Gary Greene's

10  associate, Attorney Greene's associate, and it was

11  held in escrow until legally we came to an

12  understanding that that $485,000 would be for

13  business use only for Mac Mitsubishi.

14       Q.    Okay, let me back up for a minute.

15       A.    Sure.

16       Q.    The timeline or the series of events is

17  that PPP money was funded to Hartford Auto Group,

18  also known as Mac Mitsubishi, and it went into a

19  Nutmeg Financial Credit Union account; you then took

20  it out of that account and gave it to Mike Reiner at

21  Greene Law?

22       A.    Yes.

23       Q.    And then the money was sitting with Greene

24  Law until you told Gary Greene to disburse it to

25  Liberty Bank pursuant to this check we've marked as

300

1    Exhibit 19?

2         A.    Correct, which was a new operating account

3    for Mac Mitsubishi.

4         Q.    Okay.  So, where did you deposit the Check

5    19 into?

6         A.    Is that Check Number 19?  I just want to

7    make sure.

8         Q.    I'm sorry, Exhibit 19, the check that's on

9    the screen.

10        A.    Okay.  That was deposited into a Liberty

11   Bank account, which was set up and strictly for use

12   for Mac Mitsubishi operating expenses only.

13        Q.    So, the check that's on the screen here,

14   Exhibit 19, you're saying was deposited into a

15   Liberty Bank account in the name of Hartford Auto

16   Group?

17        A.    Yes, ma'am.

18        Q.    And was the check deposited sometime

19   around May 12th, 2020?  That's the date of this

20   check.

21        A.    Is that the date of the check?  Yeah, it

22   was most likely deposited that day or within 48

23   hours of it.

24        Q.    Do you happen to know the bank account,

25   the last four digits for the Hartford Auto Group

301

1    account at Liberty bank that this check was

2    deposited into?

3        A.    I have no idea, I'm sorry.

4              MS. CLAIBORN:  Can you take down this

5    exhibit and please put up Exhibit 20.

6                    (Exhibit 20, Liberty Bank check

7                    dated May 13, 2020, payable to John

8                    W. Mocadlo in the amount of $470,000,

9                    1 page, marked for identification.)

10   BY MS. CLAIBORN:

11       Q.    Mr. Mocadlo, what's on the screen now is

12   something we've marked as Exhibit 20, which I would

13   like to designate for this examination.  Exhibit 20

14   is a Liberty Bank bank check dated May 13, 2020,

15   made payable to you in the amount of $470,000.

16       A.    Uh-huh.

17       Q.    Have you ever seen this check before?

18       A.    I might have.

19       Q.    And why was a $470,000 check made payable

20   to you by Liberty Bank?

21       A.    I don't know if that check was made and

22   then established the account, but yeah, but I mean,

23   the money somehow all got deposited into that

24   account.

25       Q.    You haven't been very specific when you

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 107 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

302

1    say "the account."  Can we back up a little bit

2    and --

3        A.    Yeah, of course.  Of course.  It all got

4    deposited into a Mac Mitsubishi operating account.

5        Q.    Let me back up a little bit.  The check we

6    just talked about, the $485,000, you told me that

7    that was deposited into a Liberty bank account owned

8    by Hartford Auto Group on or about May 12th, 2020.

9        A.    Correct.

10       Q.    So, this check, Exhibit 20, is the next

11   day, May 13, 2020, and it's a check payable to you

12   in the amount of $470,000.

13       A.    Yes.

14       Q.    So, is this $470,000 the proceeds of the

15   $485,000 that is Check 3762?

16       A.    Yeah, I'm trying -- it's been so many

17   years.  I can't remember if -- so the 15,000, I'm

18   trying to remember, because I went with Dan Mulryan,

19   who was our controller, and set up the accounts,

20   because I'm not sure if the Liberty account was a

21   payroll account in which $15,000 went into for

22   payroll and the other $470,000 went into another

23   operating account, but that operating account was

24   obviously for the business.

25            I know we had Liberty and I know we had

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 108 of
165
In Re - John Wayne Mocadlo

John Mocadlo
March 06, 2023

303

1    Nutmeg.  And I'm just being honest, I don't know if

2    it went into the Liberty account or the Nutmeg

3    account.

4         Q.   Okay.  Well, this $470,000 represented by

5    this check, Exhibit 20, this is a Liberty Bank

6    check, so it's a bank check, not an individual check

7    and not a check written on a particular account.

8         A.   Yes.

9         Q.   How did this Liberty Bank check come to

10   be?  What monies did you give Liberty Bank that they

11   could write this check to you?

12        A.   It would have been the escrow check.

13        Q.   What escrow check are you talking about?

14        A.   I'm sorry, the one that was made out from

15   Greene Law to myself or to Liberty Bank.

16        Q.   Okay.  So the $470,000 represented by

17   Exhibit 20, this check that's on the screen from

18   Liberty Bank is the proceeds of a $485,000 check

19   that Greene Law wrote payable to Liberty Bank that

20   we just talked about?

21        A.   Yes, ma'am.

22        Q.   So, put differently, the trail of events

23   is the PPP loan obtained by Hartford Auto Group gets

24   deposited into a Nutmeg account; you then take money

25   out of that Nutmeg account, $485,000, and you give

304

1   it to Mike Reiner at Greene Law, and then Gary

2   Greene writes a check from the Clients Funds account

3   at Greene Law for 485,000 payable to Liberty Bank,

4   and then Liberty Bank issues you a check for

5   $470,000 out of that $485,000?

6           Do I have that right?

7       A.    Just say the last sentence -- I'm so

8   sorry, I just want to make sure I got it correct.

9       Q.    The money of $485,000 that's payable from

10  Greene Law to Liberty Bank, that then gets given to

11  you by Liberty Bank in the amount of $470,000.

12      A.    Correct.  And that money that was either

13  another -- was either deposited into another Liberty

14  bank account or another Nutmeg account that was set

15  up.

16      Q.    So, explain to me how it is that if the

17  Greene Law firm was holding onto PPP money intended

18  for Hartford Auto Group that the money ended up in

19  your name individually through this check,

20  Exhibit 19 -- sorry, Exhibit 20, the check from

21  Liberty Bank payable to you in the amount of

22  $470,000.

23      A.    I don't know, but it was just done that

24  way just because obviously I was the only person

25  that was a signer on those accounts, and maybe

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 110 of
In Re - John Wayne Mocadlo                          165                              John Mocadlo
                                                                                  March 06, 2023

305

1   that's just the way they did it.  I really don't

2   know.  But all that money went into an operating

3   account.

4       Q.   So, this $470,000 check that we're looking

5   at from Liberty Bank payable to you dated May 13,

6   2020, what happened to it?

7       A.   It went into an operating account.  It was

8   used for business.

9       Q.   An operating account at what bank?

10      A.   I don't know if it was Liberty Bank or

11  Nutmeg Federal Credit Union.  That's the only two

12  banks that we operated out of.  I'm thinking that

13  payroll was being done out of Liberty and the Nutmeg

14  account, we set up a new account because obviously

15  Team Auto had control of the operating accounts for

16  the Hartford Auto Group and a new account number was

17  set up.

18      Q.   Okay.  So, I'm confused.  Where did this

19  $470,000 go?  What bank did you deposit it into?

20      A.   It either went into another Liberty Bank

21  account, or it went into a Nutmeg Federal Credit

22  Union account, and I think it was just -- I mean,

23  obviously it should have been made out to Mac Auto

24  Group, but the teller just made it out to me because

25  I was the only signer on that account, and yeah, it

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 111 of
In Re - John Wayne Mocadlo                             165                        John Mocadlo
                                                                        March 06, 2023

306

1   just went in to operate the business.

2       Q.    Was anyone with you at the bank at Liberty

3   Bank when you got this cashier's check?

4       A.    Yeah.  Dan Mulryan, M-u-l-r-y-a-n.  He was

5   my controller.

6       Q.    So, when you get the check and you're with

7   Mr. Mulryan and you are at Liberty Bank, what do you

8   do after that?

9       A.    I just can't remember because it's been so

10  long ago.  I don't know if we just set up another

11  account right at Liberty Bank or we drove to Nutmeg

12  Credit Union and opened another account to operate

13  out of.

14      Q.    And do you have any explanation for the

15  extra $15,000?  Because this check is made out for

16  470, and the other check from Gary Greene's, from

17  his account at Greene Law was payable for $485,000.

18      A.    Yeah, so I don't know if money was left in

19  that bank for payroll.  I'm not 100 percent sure.

20  But there was no cash paid.  I'm sure if you ask the

21  bank to look back, there was nothing.  I can't

22  remember if we had the 15,000 left in there to draw

23  off payroll.  Because I think that payroll had

24  bounced one week.  I can't remember.  It's just been

25  so long ago.

307

1      Q.      Mr. Mocadlo, did you deposit the $485,000

2    check payable to Liberty Bank from Gary Greene's law

3    firm's Clients Fund account into another account

4    somewhere or did you just cash the check?

5      A.      No, I never cashed a check.  No.  It was

6    only deposited.  I mean, obviously the banks will

7    have records of it because it just went into

8    operating accounts.

9      Q.      Well, if the $485,000 was deposited into a

10   Hartford Auto Group account, how did you then get

11   Liberty Bank to give you $470,000 in your personal

12   capacity?

13     A.      The only thing I can think of that

14   happened was I deposited the check; they made an

15   exception because we -- I'm just trying to remember

16   because we had multiple operating accounts, and I

17   had four dealerships at the time and a lot of the

18   banks were completely different for operating

19   accounts.  It was a lot.

20             So, the only thing I could think of that

21   happened was I deposited the check; there was money

22   left in there for payroll, and then the money was,

23   I'm pretty certain, would have been either deposited

24   in just another account in Liberty, or it was

25   brought over and deposited into Nutmeg Federal

308

1    Credit Union because all of our DMS or dealer

2    management systems were attached to Nutmeg Federal

3    Credit Union, which was paying off cars, which was

4    obviously the most important thing at that time.

5         Q.    Well, if it was going from one Liberty

6    Bank account to another, why would there have been a

7    check payable to you in the amount of $470,000?

8         A.    No, I completely agree.  I'm just trying

9    to answer to my honest best of my ability what I

10   remember, but it most likely was deposited into

11   another Nutmeg, you know, Federal Credit Union

12   account to operate.

13                    MS. CLAIBORN:  Okay.  We can take

14   down this exhibit, and can you please put up

15   Exhibit 11A.

16                        (Exhibit 11A, Nutmeg State

17                         Financial Credit Union account

18                         application, 2 pages, marked for

19                         identification.)

20   BY MS. CLAIBORN:

21        Q.    Mr. Mocadlo, what's on the screen now is

22   what was marked as Exhibit 11A in connection with

23   your prior examination held back on June 16, 2022,

24   and this is a Nutmeg State Financial Credit Union

25   account application that you testified about the

309

1    last time, in June of 2022.

2           Do you recall giving me testimony about

3    that application that's on the screen?

4       A.    Yes.  Yes, I believe so.  There was so

5    much information.  If you can just recall my

6    testimony, I just don't want to speak out of turn

7    because I don't remember the whole deposition by

8    heart.

9       Q.    Your testimony was that you were not

10   present there for the opening of this account that

11   goes with this application.  This is an account

12   ending in 852 at Nutmeg.

13      A.    Was that the account that had like $80,000

14   in it or something like that?  I can't remember

15   exactly.

16      Q.    It had other different amounts in it, but

17   my recollection and consistent with your transcript

18   of your testimony is that you had nothing to do with

19   the opening of this particular account ending in

20   852; is that still the case?

21      A.    There was one account that I did not --

22   that's still the case, yes.

23      Q.    If I could scroll down, thank you, to

24   page 2, are either of the two signatures that are on

25   page 2 of Exhibit 11A your signature?

310

1      A.      It looks like my signature, but it's not

2   typically how I do sign it, because my signature

3   never disconnects.

4      Q.      Mr. Mocadlo, I think your video is frozen.

5      A.      I'm so sorry.  Can you hear me?  I'm so

6   sorry.

7              Yeah, my signature never disconnects and

8   we were beyond speaking, and we rarely weren't

9   speaking in May at that point.

10     Q.      Which of the two signatures do you think

11  is yours?

12     A.      Well, obviously what is portrayed to be

13  mine would be on the left.

14     Q.      Okay.  But it's your testimony that you

15  did not sign this account application?

16     A.      Correct.  If this is the account that I

17  think it is in conjunction with.

18     Q.      We are going to go back up to the first

19  page.  So, the first page of Exhibit 11A shows that

20  this account was opened up with you and with a

21  Robert Urrutia, a joint owner.  And that second page

22  of Exhibit 11A shows that the date is May 13.

23     A.      13th, which also is extremely strange, is

24  there is a P.O. Box address that is used that I

25  don't recall signing up or owning, and obviously,

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 116 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

311

1   which I never would have gotten correspondence to

2   this account either.

3        Q.    So, at the bottom of this --

4        A.    Which I never --

5        Q.    I'm sorry, I didn't mean to interrupt you.

6   Go ahead.

7        A.    I was just saying that obviously the

8   address that was used was never an address on file

9   or an address I ever would have used for any kind of

10  mailing purposes.

11       Q.    The answer you just gave is referring to

12  the address that's listed on the first page of

13  Exhibit 11A?

14       A.    Correct.

15       Q.    P.O. Box 776 in Wallingford?

16       A.    Yes.

17       Q.    So, I want to go back to the bottom of

18  page 2 of Exhibit 11A, and in the box below the

19  signatures, there is a box that is for internal use

20  at Nutmeg, and it says that the date of the

21  membership is May 13th, 2020, and it was opened by a

22  Javier Roman, Jr.

23            And your testimony in June of 2022 was

24  that you didn't know Javier Roman, Jr.; is that

25  still accurate, you don't know who he is?

312

1    A.    No, I don't.

2            MS. CLAIBORN:  Let's go back to

3    Exhibit 20.

4            (Exhibit 20 is screen shared.)

5    Q.    Exhibit 20 again is this $470,000 check

6    from Liberty Bank payable to you for $470,000.  The

7    back of that check shows a date of May 13, 2020, and

8    under User ID, it says J. Roman.

9            Does that refresh your recollection as to

10   where this $470,000 check was deposited?

11   A.    Into Nutmeg -- (Inaudible).

12           THE REPORTER:  I'm sorry, can you

13   please repeat that answer.

14           THE WITNESS:  Yes.  I said, I

15   understand where you are going with this, it's just

16   I don't remember remembering the name of the tellers

17   at the bank.

18           MS. CLAIBORN:  Let's put up

19   Exhibit 20.  Sorry, we have 20.  I mean Exhibit 21.

20               (Exhibit 21, Collection of Nutmeg

21               bank statements for account ending

22               852, 16 pages, marked for

23               identification.)

24   BY MS. CLAIBORN:

25   Q.    Mr. Mocadlo, in connection with your

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 118 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

313

1    bankruptcy case, my office issued a subpoena to

2    Nutmeg, and Nutmeg provided documents in response to

3    that subpoena, and here on the screen at Exhibit 21

4    is a collection of bank statements for the account

5    ending in 852.  It was produced by Nutmeg.

6        A.    Yes.

7        Q.    So, 852 is the same account we looked at a

8    second ago with respect to the account opening

9    application on May 13th, 2020, and this first

10   statement for that same account, 852, shows an

11   opening deposit of $118,000 on May 13th, and it has

12   your name on the statement, an address in New Haven,

13   and it has the joint owner being Robert Urrutia.

14            And when you testified about this account

15   back in June of 2022, you testified that you had no

16   idea what this account was, and this was the first

17   time you were seeing any of the statements about

18   this account.

19            Do you recall that testimony?

20       A.    I do recall that testimony, yes.

21       Q.    So, is it still your testimony that you

22   did not make the $118,000 opening deposit on

23   May 13th into account 852 at Nutmeg?

24       A.    I do not remember it at all, I really

25   still don't.

314

1    Q.    Well, do you not remember it or did you

2    have nothing to do with it?

3    A.    I really don't remember it.  I really

4    don't.  And, you know, obviously if it said 470,000,

5    I would remember that it obviously came from, you

6    know, Attorney Greene's office.  I'm just not

7    familiar with the amount, and I'm just giving you

8    the honest answer.

9              MS. CLAIBORN:  Mr. Concepcion, would

10   it be easier if you got me to the end of this

11   document?  Thank you.

12             Okay.  So let's go one more page up,

13   please.  Okay.

14   Q.    So, Mr. Mocadlo, this is a receipt that

15   was provided to my office by Nutmeg, and it shows

16   deposits on May 13th, 2020 into Nutmeg accounts

17   ending in 852 and 975.  The deposit into 852 was

18   $118,000, and the deposit into 975 was $352,000, and

19   the total you can see at the top under the checks

20   received section is 470.

21             And now we are going to go to the next

22   page.  And this is again a copy of the check we've

23   just been talking about from --

24   A.    Yes.

25   Q.    This is the 470,000 check payable to you

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 120 of
165
In Re - John Wayne Mocadlo

John Mocadlo
March 06, 2023

315

1    from Liberty Bank dated May 13, 2020.

2          A.    Yes, I can see that.  And in the previous

3    deposition, if the receipt was presented so I can

4    see that it reconciled, because we never talked

5    about this dollar amount I believe in the last

6    deposition, it would have obviously -- I would have

7    been able to recall more information, that obviously

8    the money did go into the checking account, and the

9    other amount of money went into an account that was

10   used for -- I can't remember exactly.  I mean, Joe

11   Gentile can probably attest better to it, their

12   attorney, who was handling the case.

13          It's maybe that we made an agreement or X

14   amount went to another entity for use for another

15   store, and the rest of it went into just another

16   operating account because obviously it makes sense

17   now, just because of the fact that when there was

18   just a deposit of $118,000 made, and I can't recall

19   that amount individually by itself, when it's used

20   in conjunction with something greater, it makes a

21   little bit more sense to me.  But I still can't

22   recall what the deal was made for, but I obviously

23   have records that I never withdrew or touched any of

24   that other money.

25          Q.    So, Mr. Mocadlo, you are now testifying

316

1   that you were there on May 13 when this account was

2   opened at Nutmeg, the 852 account?

3       A.    Yes.  And as I even described to my

4   counsel, I even said, I said, this is crazy because

5   I don't recall that amount, and my counsel agreed

6   with me.  But now seeing it in conjunction with

7   these other documents, this appears that I was

8   there, but the problem was that I didn't understand

9   or remember the amount, and it is a significant

10  amount by itself as a whole.

11      Q.    Your bankruptcy documents failed to

12  disclose the Nutmeg account ending in 852; why is

13  that?

14      A.    I didn't even know it existed.

15      Q.    When did you learn about the Nutmeg

16  account ending in 852?

17      A.    When I had my deposition in June of last

18  year.

19      Q.    So, how is it that you are now testifying

20  today that you were involved in depositing this

21  check payable to you for $470,000 into a Nutmeg

22  account 852?

23      A.    I'm sorry, just please repeat the question

24  so I can answer it.

25                MS. CLAIBORN:  Could the court

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 122 of
In Re - John Wayne Mocadlo                          165                          John Mocadlo
March 06, 2023

317

1    reporter please read back my question.

2          (Record read by the court reporter.)

3      A.    So, I knew all about the money that came

4    out of Attorney Greene's escrow that was made to

5    Liberty Bank.  The problem is isolating that one

6    account for $118,000 with no back record or

7    refreshing of where it came from, there was no way

8    for me to remember that exact amount because there

9    was four different entities that were always

10   constantly depositing money and had operating

11   accounts for.  But now that I show that the funds

12   came in obviously reconciled properly that I can

13   understand and I can explain where the funds did

14   come from, and I have no problem testifying on that

15   behalf.  But unfortunately, I just did not

16   understand the origin of where the funds came from.

17   If I understood and was explained where the origin

18   of the funds came from in my deposition on June of

19   last year, I would have been more than happy to

20   explain where they came from or be able to recall

21   it.

22     Q.    In June of 2022, Mr. Mocadlo, you

23   testified that you had no idea about the account

24   ending in 852 at Nutmeg, and today you are

25   corroborating that the account at 852 at Nutmeg was

Case 21-20971   Doc 156-9   Filed 05/19/23   Entered 05/19/23 17:26:27   Page 123 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

318

1    opened up with a check payable to you in the amount

2    of $470,000.

3        A.    Correct.

4        Q.    How do you explain those inconsistent

5    testimonies?

6        A.    It's only inconsistent because I didn't

7    know the origin of where the funds came from.  So,

8    now that I understand where the origins of the funds

9    came from, and I even explained this to my counsel,

10   I wanted him to -- I even asked my counsel to look

11   back at it because it looks like there was just an

12   account set up in my name and there was funds

13   stolen.  And obviously now that I see that it's in

14   conjunction with this, obviously there was something

15   that I had originally either A, set up, or B, agreed

16   to.  And as we saw from its inception to the account

17   being closed, I didn't touch the money.  The money

18   was not removed by me.

19               MS. CLAIBORN:  Let's go back to the

20   beginning of this account.  If we could go to the

21   beginning page, Mr. Concepcion.

22       Q.    On May 13th, $118,000 gets deposited into

23   852 and that $118,000 comes in part from the

24   $470,000 check that we've just been discussing.

25   Okay?

319

1          A.     Yes.

2          Q.     The next statement for account 582 at

3     Nutmeg shows a transfer of monies to Hartford Auto

4     Group in September of 20 -- September 11, 2020 and

5     September 24, 2020.

6                 Did you have anything to do with those

7     transfers?

8          A.     No, ma'am.  I was out of the business way

9     before then.  We were actually on non-speaking

10    terms, so that is not me whatsoever.

11                I actually never personally accessed the

12    company's accounting.  It was either done through my

13    controller or a controller of the company, whoever

14    it was at the time, so I had nothing to do with

15    those withdrawals at all.

16         Q.     Okay.  The next page is a statement for

17    852 that covers October of 2020.  There's a transfer

18    to Hartford Auto Group on October 26th.

19                Did you have anything to do with that

20    transfer?

21         A.     No, ma'am.  I was not involved at all.

22         Q.     Okay.  The next statement is for November

23    2020 for account ending in 852.  There is a transfer

24    on November 24th, 2020 to Hartford Auto Group.

25                Did you have anything to do with that

320

1    transfer?

2         A.    No, ma'am.

3         Q.    I'm sorry, I didn't catch your answer.

4         A.    No, ma'am, I'm sorry.

5         Q.    There is a transfer on December 24th, 2020

6    from Nutmeg account 852 to Hartford Auto Group.

7              Did you have anything to do with that

8    transfer?

9         A.    No, I did not.

10        Q.    Okay.  There is a transfer on

11   January 25th, 2021 from account ending in 852 at

12   Nutmeg to Hartford Auto Group.

13             Did you have anything to do with that

14   transfer?

15        A.    No.

16        Q.    Okay.  There is a transfer on

17   February 24th, 2021 from account ending in 852 at

18   Nutmeg to Hartford Auto Group.

19             Did you have anything to do with that

20   transfer?

21        A.    No.

22        Q.    Okay.  There is a transfer on March 24th,

23   2021 from Nutmeg account 852 to Hartford Auto Group.

24             Did you have anything to do with that

25   transfer?

321

1      A.      No.

2      Q.      There is a transfer of $85,000 on

3    March 9th, 2021, and the transaction description

4    says, "Withdrawal internal transfer by Robert."

5            Did you have anything to do with that

6    $85,000 withdrawal transfer?

7      A.      No.

8      Q.      I'm going to go down to the statement date

9    ending in September 30th, 2022.  It shows that there

10   is zero funds in the account 852, but that the

11   account is open.  Your name is still on the account

12   as of September 2022.

13           So, why is it that you did not disclose

14   this account 852 on your bankruptcy documents?

15     A.      I did not know it existed.  I honestly

16   didn't.

17     Q.      And tell me again when you learned for the

18   first time this account ending in 852 at Nutmeg

19   existed.

20     A.      In June of last year during my deposition.

21             MS. CLAIBORN:  We can take down this

22   exhibit and put up Exhibit 22, please.

23                 (Exhibit 22, Collection of

24                 statements from Nutmeg State

25                 Financial Credit Union for account

322

1              ending in 975, 94 pages, marked for

2              identification.)

3    BY MS. CLAIBORN:

4        Q.    Mr. Mocadlo, Exhibit 22 is a collection of

5    statements from Nutmeg State Financial Credit Union

6    for account ending in 975.  This set of statements

7    was produced to us, to my office, to the Office of

8    the United States Trustee, by Nutmeg.  Account 975

9    is titled in the name of Hartford Auto Group, Inc.

10   with you as a joint owner.

11              Do you see that on page 1 of Exhibit 22?

12       A.    Yes.  I don't see my name; I just see the

13   Hartford Auto Group.

14       Q.    If you go down to the section underneath

15   Business Share Account 1 and Business Checking

16   Account 2, you are going to see your name.

17       A.    I see it, yes.  No, I see it, sorry about

18   that.

19       Q.    So I'd like to mark this as Exhibit 22 for

20   purposes of this examination.

21              This account 975 was opened up on May 1st,

22   2020.  Do you see that?

23       A.    Yes.

24       Q.    So, were you involved in its opening up?

25       A.    Yeah.  Yeah, I definitely was because this

323

1     just looks like a general operating account.

2         Q.    So, May 1st of 2020, account 975 at Nutmeg

3     gets opened up, and you're involved in it, and then

4     on May 13th, $352,000 gets deposited into this

5     account.  Now go to page -- hold on a second.  Maybe

6     it's page 3.  It's actually page 3 here.

7               I'm showing you page 3 of Exhibit 22,

8     which shows you sub accounts for the account number

9     975, and specifically it shows you Sub Share

10    Account 9 and a deposit of $352,000 on May 13th.

11              Do you see that?

12        A.    Yes.

13        Q.    And the joint owner of Sub Share Account 9

14    with Hartford Auto Group is Daniel Mulryan and you,

15    John Mocadlo.

16        A.    Yes.

17        Q.    So, this $352,000 that gets deposited into

18    Sub Share Account 9 as part of account number 975 at

19    Nutmeg came from that $470,000 check we've been

20    discussing?

21        A.    Yes.

22        Q.    And you were the person who deposited that

23    $470,000 into the two different Nutmeg accounts on

24    May 13th, 2020; correct?

25        A.    Correct.

324

1          MS. CLAIBORN:  Now I'm going to go to

2    page 41.  Mr. Concepcion, could you do that for me.

3          Q.    Page 41 of Exhibit 22 is the statement for

4    Nutmeg account ending in 975 through the period of

5    October 31st, 2022.

6          A.    Okay.

7          Q.    And it shows that as of that date this

8    Hartford Auto Group account ending in 975 and the

9    various different subaccounts to this account were

10   still open as of October 2022.

11         A.    Okay.

12         Q.    And you were a joint owner of all these

13   accounts, as evidenced by these statements.

14               So, why is it that the account ending in

15   975 at Nutmeg was not disclosed on your bankruptcy

16   documents?

17         A.    I just thought that the franchise --

18   because this was an operating account that the

19   franchise knew about, I just thought it was seized

20   from NMAC, who was my floor line.  And you can see

21   obviously I never tried to access or use the

22   account, so I didn't even know it existed.

23         Q.    You didn't know the account existed?

24         A.    Well, I didn't know that it was still

25   active or had funds in it.  I didn't know because it

325

 1   was July -- between June and July of 2021 that all

 2   my bank accounts started getting seized, and I just

 3   didn't think I had anything available anywhere.

 4                     (Pause.)

 5                THE WITNESS:  Is my audio bad?  Are

 6   you speaking?  I can't hear you.

 7                MS. CLAIBORN:  I'm looking for some

 8   documents.

 9                THE WITNESS:  I apologize, I wasn't

10   sure if you were speaking.  I want to make sure I'm

11   being heard.

12                MS. CLAIBORN:  Can we go to page 29,

13   please, Mr. Concepcion.

14   BY MS. CLAIBORN:

15      Q.    So, Mr. Mocadlo, we are now on page 29 of

16   Exhibit 22, which is the statements for Nutmeg

17   account ending in 975, and what I've got on the

18   screen now on page 29 is the statement for October

19   2021, and that shows the accounts in 975, including

20   all the different sub share accounts are still open,

21   and this is the statement that covers the month of

22   your bankruptcy filing.

23      A.    Hold on one second.  I'm just trying to

24   turn on my -- I'm just trying to get better -- get

25   the audio on.  Sorry about that.  I apologize, my

326

1  ear pods died.

2      Q.    Okay.  Can you hear me?

3      A.    Yes, I can perfectly.  I apologize about

4  that.

5      Q.    That's okay.  So, we are on page 29 of

6  Exhibit 22, and this is the statement for the

7  account at Nutmeg ending in 975.

8      A.    Okay.

9      Q.    It's in the name of Hartford Auto Group,

10  and there is various accounts that are affiliated

11  with this that you are the owner of as well.

12     A.    Yeah.

13     Q.    And as of October 2021, one of the

14  accounts, Business Checking Account Number 2, had

15  approximately 26, almost $27,000 in it.  And you are

16  listed as the joint owner of Business Checking

17  Account Number 2.  This account was not disclosed on

18  your bankruptcy documents and yet had over $26,000

19  in it.

20         So, how do you explain your failure to

21  disclose this account on your bankruptcy documents?

22     A.    I apologize.  I didn't know that I had any

23  extra open bank accounts with money in it.  As you

24  could see, I didn't try to access them at all, you

25  know, forever.  So I just didn't know it was there.

327

1    I apologize.

2            MS. CLAIBORN:  It is now 12:58.  I

3    would like just five minutes, if I could, to see if

4    I have any other further questions I would like to

5    pose to Mr. Mocadlo.  I'm going to suggest that we

6    come back at 1:05.  All right.  Thanks everyone.

7    We'll see you at 1:05.

8       (Recess taken from 12:58 p.m. to 1:05 p.m.)

9            MS. CLAIBORN:  We are back on the

10   record after a short break.  It's now 1:05 p.m.

11           Mr. Mocadlo, you remain under oath.

12   Thank you for your testimony today.  I don't think I

13   have any further questions for you today.  But

14   Attorney Kornafel, who represents Chapter 7 Trustee

15   Bonnie Mangan, has some questions for you, and I'm

16   going to turn the floor over to her.

17           THE WITNESS:  Absolutely.

18

19           EXAMINATION BY MS. KORNAFEL:

20      Q.   Good afternoon, Mr. Mocadlo.  As Attorney

21   Claiborn just told you, I do represent Bonnie Mangan

22   who was at your last examination.

23           I apologize if you hear some clinging in

24   the background.  There is construction of a new

25   apartment building here in downtown New Haven.  It's

328

1   loud on my end, so hopefully it's not going to

2   interfere with your hearing me.

3       A.    Can you hear my voice volume?  I just want

4   to make sure I can answer adequately for you.

5       Q.    Yes, I can hear you.  I really won't be

6   too long.  I just have some follow-up questions on

7   your testimony.

8            So, you had testified that there are

9   currently five members on the board of directors for

10  Impossible Kicks, and I think we have maybe the name

11  of one of them, but could you give us the name and

12  spelling of all five members.

13      A.    Sure.  Andre Peschong, A-n-d-r-e,

14  Peschong, P-e-s-c-h-o-n-g.  There is Rod, R-o-d,

15  Granero, G-r-a-n-e-r-o.  There is Ray Bastarache,

16  R-a-y B-a-s-t-a-c-h-r-e, and Richard Jeanneret,

17  R-i-c-h-a-r-d J-e-n-n-e-r-r-e-t-t.

18      Q.    Thank you.  Who is the chair of the board?

19      A.    Richard Jeanneret.

20      Q.    How long has he been involved with

21  Impossible Kicks?

22      A.    I believe one year.  He's been an investor

23  for one year, and he has been involved with board

24  functions since October.

25      Q.    Okay.  Same question with respect to

329

1  Mr. Peschong; how long has he been involved with

2  Impossible Kicks?

3       A.    One year.

4       Q.    And what has his role been?

5       A.    Advisor, financial advisor.

6       Q.    How long is Mr. Granero been involved with

7  Impossible Kicks?

8       A.    15 months.

9       Q.    And what has his role been?

10      A.    Managing partner.  I'm sorry, managing

11 member and CFO.

12      Q.    And what about Mr. Bastarache?

13      A.    He was just an investor.

14      Q.    And when did he get involved with

15 Impossible Kicks?

16      A.    When did he?  Pretty much since day one.

17      Q.    How did he get involved in Impossible

18 Kicks?

19      A.    He funded the expansion of all of the

20 stores in the very first year.

21      Q.    How do you know Mr. Bastarche?

22      A.    Bastarache?

23      Q.    Bastarache.  I'm sorry.  I thought I had

24 it.

25      A.    No, it will help you out.  I had met him

330

1    previously.  He's a hard money lender.  That's what

2    he does.

3        Q.    So, I know he was involved in lending you

4    money --

5        A.    Correct.

6        Q.    -- with respect to the house.  But how did

7    you get to know him in general at the beginning?

8        A.    I was introduced by another investor.

9        Q.    In Impossible Kicks?

10       A.    No.  In the beginning of me bringing him

11   on for Impossible Kicks, introducing him, or in just

12   me meeting him as a person?

13       Q.    When did you meet Mr. Bastarache?

14       A.    I met him in January of 2020 through John

15   Google.

16       Q.    And who is that?

17       A.    He's another investor.

18       Q.    An investor in what?

19       A.    Real estate.

20       Q.    So, did you introduce him into Impossible

21   Kicks?

22       A.    Yes.

23       Q.    So, what is your relationship with him

24   today, with Mr. Bastarache?

25       A.    It's just a professional relationship in

331

```
 1  regards to him owning a stake in the business.

 2      Q.    Where is he currently located?

 3      A.    In Stamford, Connecticut.

 4      Q.    Does he live in Stamford, Connecticut?

 5      A.    Yep, Stamford and I believe it's Marco

 6  Island, Florida.  He has dual residence.  I think he

 7  has actually -- I think his permanent residence is

 8  in Marco Island.

 9      Q.    And when is the last time you had contact

10  with Mr. Bastarache?

11      A.    Bastarache?  Two weeks ago when we had an

12  in-person board meeting, but he just had -- he has

13  mouth cancer, tongue cancer, and he just had to have

14  a piece of his tongue removed so there has been very

15  limited conversation recently.

16      Q.    Do you text with him?

17      A.    No.  It's better just -- we only do it to

18  set up meetings or to talk on the phone.  But we

19  talk on the phone when we need stuff.  But there

20  hasn't been much -- what's that?  Sorry.

21      Q.    No, you go ahead.

22      A.    No, there just hasn't been much

23  conversation since he was diagnosed with the tongue

24  and mouth cancer just because he can't speak really

25  that well.
```

332

1      Q.      And when was he diagnosed with that?

2      A.      Summer -- late summer, early fall of last

3   year.

4      Q.      Prior to that diagnosis, did you speak on

5   the phone with him?

6      A.      Yes.

7      Q.      How often would you speak with him?

8      A.      When he was actively involved in the

9   business, we would speak almost every day.  And then

10  he retired in January.  He was the managing member

11  of the business, and then he passed it to Rod

12  Granero in January of last year.

13     Q.      And why did he retire in January of 2022?

14     A.      He's just an extremely wealthy individual.

15  He just wanted to get back to his retirement.

16     Q.      Would you say his involvement in

17  Impossible Kicks lasted for approximately one year?

18     A.      Yes.

19     Q.      From January '21 to January '22?

20     A.      Yes.

21     Q.      Okay.  You had testified that you wanted

22  to sell your house at 27 Turnberry quickly because

23  you had lived down the street with someone you had

24  worked with for 19 years.  What is the name of that

25  individual?

Case 21-20971    Doc 156-9    Filed 05/19/23    Entered 05/19/23 17:26:27    Page 138 of
165
In Re - John Wayne Mocadlo
John Mocadlo
March 06, 2023

333

1      A.     Tom Barberino.  I didn't work with him; I

2    worked for him.

3      Q.     Do you know if he still lives in that

4    neighborhood?

5      A.     Yeah.  He lives -- I lived at 27 Turnberry

6    and he lives at 7 Turnberry.

7      Q.     Have you amended your 2020 income tax

8    return since you last testified in June of 2022?

9      A.     No.

10     Q.     Are you intending on amending your 2022

11   return -- 2020 return?

12     A.     No.

13     Q.     Where is your Rolex Submariner watch

14   today?

15     A.     In my closet.

16     Q.     What do you think that watch is worth

17   today?

18     A.     Maybe $6,000.

19     Q.     Do you have any appraisals for any of your

20   watches, including the two replicas that you had

21   discussed earlier today?

22     A.     No.  The replicas were purchased from a

23   Chinese website.  The value is zero.  And the other

24   one, it's just -- it is what it is, you know.  I

25   mean, I'm guesstimating.

334

```
 1      Q.    What are you basing your guess on?

 2      A.    Just what prices are online for what

 3  retail prices.  I mean, I'm sure that in person it

 4  would be worth less.

 5      Q.    So, you don't have any appraisals for the

 6  Rolex?

 7      A.    No, ma'am.

 8      Q.    Have you ever gotten it appraised?

 9      A.    No.

10      Q.    When did you purchase it?

11      A.    October, November of 2018.

12      Q.    How much did you pay for it when you

13  purchased it?

14      A.    $5,500.

15      Q.    Is there any insurance rider with respect

16  to the Rolex on any policies?

17      A.    No.

18            MS. KORNAFEL:  I think those are all

19  of my questions.

20            THE WITNESS:  Great.  Thank you.

21            MR. GREENE:  I have no questions.

22            MS. CLAIBORN:  Thank you all.  I --

23            MS. KORNAFEL:  Attorney Claiborn, you

24  are on mute.

25            MS. CLAIBORN:  Thank you, sorry.  I
```

335

 1   think I'm prepared to conclude the examination from

 2   my end.  I don't know whether or not Attorney

 3   Kornafel would like to keep it open for Trustee

 4   Mangan's purposes.

 5            MS. KORNAFEL:  I will be honest,

 6   since I just recently was retained, I haven't

 7   finished reviewing all the documents that you

 8   provided me, Attorney Claiborn.  It might be helpful

 9   to keep it open if I needed to ask any further

10   questions of Mr. Mocadlo, maybe for one more month.

11   I don't want to keep it open indefinitely for, you

12   know, everybody's sake.  But I could use a little

13   bit more time to review that documentation to see if

14   I have questions from the Trustee's point of view.

15            MS. CLAIBORN:  I certainly have no

16   objection to that.  Attorney Greene?

17            MR. GREENE:  I mean, I'd like to put

18   this to bed sooner rather than later, can't keep it

19   open for forever.

20            MS. KORNAFEL:  That's why I suggested

21   one month, because that should give me enough time

22   to see if I need to have Mr. Mocadlo come back and

23   testify about anything.

24            MR. GREENE:  Do you remember what

25   date you picked, Holley, for any objections?  Was it

336

1   May?

2                  MS. KORNAFEL:  It's in May.  I think

3   it's like May 24th or something around there.  Yes,

4   it's May 24th.

5                  MR. GREENE:  So, if you want till the

6   end of March, then I have no objection.

7                  MS. KORNAFEL:  I currently have two

8   depositions -- three depositions in the last week

9   and a half of March, so if I can have until

10  April 7th, because then if I do need to ask any

11  questions, it will probably be in that first week of

12  April.

13                 MR. GREENE:  No, no, I meant until

14  the end of March to decide whether you want to

15  pursue it, not whether you will have a new date.

16  Because to get a new date, we'd have to confirm with

17  everybody's availability, and I don't want to pick a

18  date for that.

19                 MS. KORNAFEL:  Yes, that works for

20  me, so I appreciate that.  Thank you.

21                 MS. CLAIBORN:  I think that concludes

22  everything for today.

23                 THE WITNESS:  Ladies, thank you for

24  your time.

25                 MS. CLAIBORN:  Thank you,

337

1    Mr. Mocadlo.

2              THE REPORTER:  Can I please clarify

3    transcript orders.

4              MS. CLAIBORN:  US Trustee would like

5    one, regular please.

6              MS. KORNAFEL:  Trustee Mangan would

7    also like one, regular as well.

8              MR. GREENE:  We'll pass.

9              (Time Noted:  1:18 p.m. EST)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

338

C E R T I F I C A T E

1

STATE OF CONNECTICUT

2

3        I, SANDRA SEMEVOLOS, a Registered Merit
Reporter and Notary Public within and for the State
4   of Connecticut, do hereby certify that I reported
the continued remote deposition of JOHN WAYNE
5   MOCADLO on MONDAY, MARCH 6, 2023 VIA ZOOM.

6        I further certify that the above-named
deponent was by me first remotely duly resworn
7   and/or reaffirmed to testify to the truth, the whole
truth and nothing but the truth of his knowledge
8   touching and concerning the matters in controversy
in this case; that he was thereupon carefully
9   examined upon his oath and his testimony reduced to
writing by me; and that the deposition is a true
10  record of the testimony given by the witness.

11       I further certify that I am neither
counsel for, related to, nor employed by any of the
12  parties to the action in which this deposition was
taken; and further, that I am not a relative or
13  employee of any attorney or counsel employed by the
parties hereto, nor financially or otherwise
14  interested in the outcome of the action.

15

         WITNESS my hand this 16th day of March,
16  2023.

17

18

19  _____

20  Sandra Semevolos, RMR, CRR, CRC, CSR #74
Notary Public
21  My Commission Expires:  September 30, 2025

22

23

24

25

339

1   ------------------------------------------------------

2                  INSTRUCTIONS TO DEPONENT

3   ------------------------------------------------------

4   After reading this volume of your deposition,

5   indicate any corrections or change to your testimony

6   and the reasons therefore on the Errata Sheet

7   supplied to you and sign it.

8          PLEASE DO NOT MAKE MARKS OR NOTATIONS

9            ON THE TRANSCRIPT VOLUME ITSELF

10  ------------------------------------------------------

11          ERRATA SHEET HANDLING/DISTRIBUTION

12  ------------------------------------------------------

13  The original of the Errata Sheet has been delivered

14  to Gary J. Greene, Esq.  When the Errata Sheet has

15  been completed by the deponent and signed, a copy

16  thereof should be delivered to each party of record

17  and the ORIGINAL thereof delivered to Holley L.

18  Claiborn, Esq., to whom the original deposition

19  transcript was delivered.

20  ------------------------------------------------------

21  PLEASE REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE

22  COMPLETED AND SIGNED ERRATA SHEET WHEN YOU RECEIVE

23  IT.

24  ------------------------------------------------------

25

340

1          SIGNATURE - ERRATA SHEET

2     PAGE   LINE      CORRECTION              REASON

3     _____  _____  _____    _____

4     _____  _____  _____    _____

5     _____  _____  _____    _____

6     _____  _____  _____    _____

7     _____  _____  _____    _____

8     _____  _____  _____    _____

9     _____  _____  _____    _____

10    _____  _____  _____    _____

11    _____  _____  _____    _____

12        I, JOHN WAYNE MOCADLO, have read the foregoing

13    transcript of my deposition taken on March 6, 2023.

14    Except for any corrections or changes noted above, I

15    hereby subscribe to the transcript as an accurate

16    record of the statements made by me.

17

18            Signed under the penalties of perjury this

19    _____ day of _____, 2023.

20

21

22

23            _____

24                    JOHN WAYNE MOCADLO

25

**$**

**$10,000** 238:3,9 265:17,20 266:2,6

**$100,000** 230:12 248:19,21 249:5,7, 19 251:3 269:1,3,14 271:4

**$11,000** 223:10,12

**$118,000** 313:11,22 314:18 315:18 317:6 318:22,23

**$12,000** 254:8 255:11 271:7

**$146,000** 256:4

**$15,000** 238:2,6 273:1 274:11,14 302:21 306:15

**$15,500** 276:1

**$150,000** 224:25

**$155,000** 267:5,9,11 268:23 271:5, 18

**$19,500** 207:25

**$20,000** 254:6 266:13,21

**$25,000** 231:8 238:1 269:21

**$26,000** 326:18

**$27,000** 326:15

**$280,000** 265:12

**$280,212.48** 265:4,10

**$285,000** 221:1,2

**$290,000** 210:15 212:4,15 256:1 257:12 266:1

**$290,212.48** 210:5,13 265:17

**$3** 295:7,12

**$30,000** 236:18,20,24 237:3 252:9 253:5,9

**$300,000** 224:3,16

**$302,000** 208:20

**$302,623.22** 206:23

**$302,683.22** 207:5,13 208:7,13

**$325,000** 205:7 206:20

**$35,000** 240:4 241:24 242:8 243:5

**$352,000** 314:18 323:4,10,17

**$39,100** 274:22,24 275:1,2,4

**$4** 295:12

**$400,000** 224:19

**$412** 209:4

**$470,000** 301:8,15,19 302:12,14,22 303:4,16 304:5,11,22 305:4,19 307:11 308:7 312:5,6,10 316:21 318:2,24 323:19,23

**$485,000** 296:18 297:1,8,21 299:12 302:6,15 303:18,25 304:5,9 306:17 307:1,9

**$5,000** 212:12 246:4 249:18,20 276:12,13

**$5,500** 334:14

**$5,923** 233:25

**$5,923.93** 233:19,21 234:15

**$50,000** 235:22,25 284:1,8,9

**$55,000** 230:7,18 231:8,18,23 268:23

**$6,000** 333:18

**$60,000** 219:25

**$65,000** 271:15

**$7** 288:18 295:11

**$7,000** 275:16,22

**$75,000** 247:18 248:13 256:8

**$8,000** 207:22 254:7,25

**$8,500** 275:15,17

**$8,800** 266:12

**$80,000** 230:7 309:13

**$85,000** 321:2,6

**$90,000** 267:5 271:21,22 272:6,23 273:9 274:12

**1**

**1** 205:11,16,21 206:2,10,11,17,18 208:3 209:8 233:7 235:7 237:16 241:14,17 253:18 255:20,21,23 258:13,15 277:17 294:1 296:18 301:9 322:11,15

**10** 223:14 229:3 240:20 253:15,16,21 254:16

**10,000** 256:7

**100** 243:3 271:18 306:19

**100,000** 236:22

**10th** 275:15,18

**11** 223:14 258:2,3,8,10 260:15 261:18 319:4

**11009** 203:23,24

**1109** 203:19,22

**11:37** 280:23 281:5

**11:45** 280:24 281:4

**11:46** 281:5

**11A** 308:15,16,22 309:25 310:19,22 311:13,18

**11th** 274:24

**12** 264:10,14,20 265:1 266:10,25 274:18 276:9 297:2

**12:58** 327:2,8

**12th** 267:4,10 268:23 271:5 300:19 302:8

**13** 277:15,16,21 278:1,7,16 279:5 301:7,14 302:11 305:5 310:22 312:7 315:1 316:1

**132** 224:23 225:12 226:1,11

**13th** 226:23 227:7 274:23 310:23 311:21 313:9,11,23 314:16 318:22 323:4,10,24

**14** 213:11 290:8,9,13,16

**144** 235:22

**146,000** 256:9

**14th** 215:23 275:16,23

**15** 223:13 237:15,20 276:6,7,9 292:19,20,24 329:8

**15,000** 240:20 302:17 306:22

**16** 241:12 245:9 308:23 312:22

**16th** 203:9 242:1 247:20 267:5 271:21 272:7,24 273:10 274:13

**17** 295:17,19,24 296:9

**1721** 233:10

**18** 202:25 204:9

**19** 268:12,17 296:15,16,21 300:1,5,6, 8,14 304:20 332:24

**1:05** 327:6,7,8,10

**1:18** 337:9

**1st** 233:17 322:21 323:2

**2**

**2** 206:18 209:19 210:1,4,10 218:25 219:7 220:23 229:10 233:8 234:10 245:16,17 247:15 258:5 296:6 308:18

309:24,25 311:18 322:16 326:14,17

**20** 248:22 288:16 301:5,6,12,13 302:10 303:5,17 304:20 312:3,4,5,19 319:4

**20,000** 256:7

**2004** 203:8

**2010** 225:15

**2011** 225:15

**2012** 225:9

**2013** 225:9,10

**2014** 225:10

**2016** 225:4,5

**2018** 334:11

**2019** 214:9,11 215:9 237:23 238:18 248:23 254:2 271:13

**2020** 205:8 210:13 211:4,13,18,21 214:3,7 215:20 216:4 218:16 231:21, 22 232:18,19,23,25 233:7,9,17,18 234:3,12 237:2 238:4,19 240:15,19 241:7,23 247:23 248:23 252:17 253:12 254:8,9 255:17 259:10,13 260:17,20 262:6,10,20 264:15,16,22, 23 265:2,3 266:11 267:2,4 268:1 271:21 272:7,17,21 274:21 275:2 276:2,11,12 279:14 292:4,7 297:2 300:19 301:7,14 302:8,11 305:6 311:21 312:7 313:9 314:16 315:1 319:4,5,17,23,24 320:5 322:22 323:2, 24 330:14 333:7,11

**2021** 244:9 262:7 276:22 282:14,15 284:11,13 320:11,17,23 321:3 325:1, 19 326:13

**2022** 203:9,12 218:24 219:3 226:23 227:7 229:9,14 233:2,11 236:8,11 237:15,21 239:19 241:12 242:1 245:9 246:11 247:20,22 248:2,8 253:17,22 258:4,11 261:17 262:23 281:17 282:16 286:20,22 287:18,25 292:9,21 293:1,10 295:7 308:23 309:1 311:23 313:15 317:22 321:9,12 324:5,10 332:13 333:8,10

**2023** 203:7 295:21 296:2,10

**203-887-9132** 260:18,25

**20th** 276:22

**21** 274:17 275:10,14 312:19,20 313:3 332:19

**22** 251:24 275:11 286:19 295:21 321:22,23 322:4,11,19 323:7 324:3 325:16 326:6 332:19

**23** 210:24 253:17,22 258:4

**23rd** 258:11

**24** 319:5

**24th** 292:21 293:1 319:24 320:5,17, 22 336:3,4

**25** 240:4

**25th** 320:11

**26** 326:15

**26th** 215:22 319:18

**27** 210:18 212:6 213:1 218:24 219:3,9 220:13,21 221:23 222:6,14,18 225:20 229:21 230:15,25 234:23 235:9 236:16 241:22 243:16 244:10 246:18 247:23 248:2,21 249:6,20 252:8 257:13 259:4,23 260:10 261:1,22 279:11 332:22 333:5

**280** 266:2

**29** 325:12,15,18 326:5

**290,000** 210:19

**290,212** 209:10

**2nd** 266:11

**3**

**3** 208:2 233:2,10,13 243:25 245:11 295:21 323:6,7

**30** 211:16 213:20

**30th** 244:9 321:9

**31st** 233:17 324:5

**34** 224:9 226:12

**35,000** 256:6

**3761** 296:16,23

**3762** 302:15

**38** 266:24,25

**3A** 218:21,22,23 219:7,23 220:11,18, 23 226:18

**3B** 226:14,21 227:2,4,16,20,25

**3rd** 296:1,2

**4**

**4** 208:11 227:24 229:7,8,13

**400** 242:12,16

**41** 324:2,3

**42** 224:17 225:6 226:10,12 264:12 265:1 266:9

**43** 264:17

**45** 214:17 228:1

**470** 306:16 314:20

**470,000** 314:4,25

**48** 209:11 300:22

**485,000** 297:25 304:3

**488** 227:21

**4th** 274:21 276:11

**5**

**5** 232:21,22 233:5,10,14 234:11 235:7

**5,600** 256:23

**5,923** 256:5

**50** 271:13

**5395** 263:19 264:17,23 266:3 267:1 274:20 276:10

**55** 271:15

**55,000** 230:16 231:5 267:12

**582** 319:2

**5th** 232:25 233:9 234:12 265:3 266:12 267:2 276:12

**6**

**6** 207:23 210:13 237:13,14,19 292:22

**6,000** 211:22

**60** 211:17

**6731** 210:5,12

**6th** 203:7 208:12 265:7 267:2 274:21 276:11

**7**

**7** 205:17 207:21 209:8 241:9,11,16,18 243:20 244:8,17 288:13 290:10 327:14 333:6

**776** 311:15

**7th** 232:23 233:7 265:2,4,9 274:23 336:10

**8**

**8** 229:9,14 243:22,23 244:3,4 281:1

**8,000** 211:22

**8,800** 266:21

**80,000** 231:4

**852** 309:12,20 312:22 313:5,7,10,23
314:17 316:2,12,16,22 317:24,25
318:23 319:17,23 320:6,11,17,23
321:10,14,18

**9**

**9** 226:23 227:20 245:1,6,8,15,16,17
247:15 251:11 323:10,13,18

**94** 322:1

**975** 314:17,18 322:1,6,8,21 323:2,9,
18 324:4,8,15 325:17,19 326:7

**9:31** 202:1

**9th** 233:2,11 321:3

**A**

**A-L-T-E-R-R-A** 203:21

**A-N-D-R-E** 328:13

**A-S-P-E-N** 224:18

**a.m.** 202:1 281:5

**ability** 308:9

**Absolutely** 206:4 213:4 327:17

**access** 298:9 324:21 326:24

**accessed** 319:11

**accident** 246:9

**accidentally** 274:25

**account** 208:4,8,13 209:10,17
210:12 212:1 263:11,17,21,22,25
264:4,6,7,17,23 266:3 276:10 277:17,
22,24 296:22,23 297:8 298:5,12,14
299:1,19,20 300:2,11,15,24 301:1,22,
24 302:1,4,7,20,21,23 303:2,3,7,24,
25 304:2,14 305:3,7,9,14,16,21,22,25
306:11,12,17 307:3,10,24 308:6,12,
17,25 309:10,11,13,19,21 310:15,16,
20 311:2 312:21 313:4,7,8,10,14,16,
18,23 315:8,9,16 316:1,2,12,16,22
317:6,23,25 318:12,16,20 319:2,23
320:6,11,17,23 321:10,11,14,18,25
322:6,8,15,16,21 323:1,2,5,8,10,13,
18 324:4,8,9,14,18,22,23 325:17
326:7,14,17,21

**account's** 277:22

**accounted** 256:19

**accounting** 319:12

**accounts** 264:7 298:8 302:19
304:25 305:15 307:8,16,19 314:16
317:11 323:8,23 324:13 325:2,19,20
326:10,14,23

**accrued** 207:17

**accurate** 214:18 242:4 254:10
256:13 311:25

**acknowledge** 207:2

**acres** 213:7 218:7

**acting** 281:20,25

**active** 269:9 324:25

**actively** 332:8

**added** 256:2 257:3

**address** 202:24 203:17 224:7 245:3,
5,19,22 259:20 260:5,8 284:17
290:24 310:24 311:8,9,12 313:12

**addressed** 237:15 253:17,24

**addresses** 227:18 259:9,12

**adequately** 328:4

**adjustment** 207:3

**administer** 202:4

**admitted** 215:21

**advertising** 278:23

**advisor** 329:5

**affiliated** 326:10

**afternoon** 327:20

**afters** 224:11

**agree** 202:3,12,14,16 207:23 308:8

**agreed** 223:14 316:5 318:15

**agreement** 202:9 230:4 231:16
254:7 299:7 315:13

**agreements** 221:6,15,19 222:8

**ahead** 223:1 242:11 267:21 270:9
311:6 331:21

**allowed** 283:2 293:13 296:12

**Alterra** 203:19,20,22

**amended** 333:7

**amending** 333:10

**Aminov** 280:6,7,10

**amount** 206:20 207:4,24 209:1,2,10
210:5,13 230:24 233:19 235:20
240:10 241:23 247:18,25 248:5,10,
12,16 254:6,11 266:11,12 274:22
296:18 297:1,10 301:8,15 302:12
304:11,21 308:7 314:7 315:5,9,14,19
316:5,9,10 317:8 318:1

**amounts** 220:24 229:20 309:16

**Amy** 268:5

**and/or** 202:19

**Anderson** 226:3

**Andre** 288:10 328:13

**answering** 265:5

**anymore** 231:11 244:16 259:24

**AP** 277:10

**apartment** 284:21,22 327:25

**apologize** 225:16 246:24 275:11
325:9,25 326:3,22 327:1,23

**appears** 278:2 316:7

**application** 250:20 308:18,25 309:3,
11 310:15 313:9

**applied** 299:3

**applies** 298:18

**apply** 298:20

**appointed** 282:11 283:4,20 293:13

**appraisals** 333:19 334:5

**appraised** 334:8

**approximately** 208:21 212:4 218:15
237:3 238:19 253:5,8 256:4,9 326:15
332:17

**approximating** 236:23

**April** 217:12 218:13,14,16,17 234:1
244:9 267:2 268:4 336:10,12

**arms** 278:4

**article** 292:20,24 293:3,6,16 294:12
295:19,24

**Aspen** 224:18 225:7,22 226:10,12

**asphalt** 242:24 243:1

**assistant** 287:10

**associate** 299:10

**assume** 228:6

**attached** 278:4 308:2

**attachment** 229:10

**attention** 243:19 258:12 264:25

**attest** 315:11

**attorney** 203:5 205:17,23 207:5,12 208:9 210:3 218:3 246:2,6,13 252:3 261:13 265:8,16,19 299:10 314:6 315:12 317:4 327:14,20 334:23 335:2,8,16

**Audemars** 277:6,10

**audio** 325:5,25

**August** 225:10 233:17 237:2 274:21, 23,24 275:2,15,16,18,23 276:2 279:14 286:3

**Austin** 203:16,18,22 204:3,5 284:14 285:10 290:24 291:2,4,6,11,14,17

**authorize** 207:3

**Auto** 237:10 268:14 297:3,13,22 298:11,17 299:5,17 300:15,25 302:8 303:23 304:18 305:15,16,23 307:10 319:3,18,24 320:6,12,18,23 322:9,13 323:14 324:8 326:9

**availability** 336:17

**aware** 235:22

---

**B**

**B-A-S-T-A-C-H-R-E** 328:16

**B-A-Y-S-H-O-R-E** 224:9

**back** 203:9,12 205:8 212:3 213:22 226:8 227:23 234:17 242:15,19 243:2 246:6 251:5 255:19,23 256:3 260:13 261:18 262:23 268:22 270:23 279:4, 21,23 281:7 286:21 289:25 290:3 292:10 298:4,16 299:14 302:1,5 306:21 308:23 310:18 311:17 312:2,7 313:15 317:1,6 318:11,19 327:6,9 332:15 335:22

**background** 327:24

**bad** 220:7 261:3 325:5

**balance** 247:18

**bank** 208:3,4 212:1 258:25 263:17 264:14,22 266:1 272:24 273:22 274:25 296:17,22,24,25 297:25 298:3 299:25 300:11,15,24 301:1,6,14,20 302:7 303:5,6,9,10,15,18,19 304:3,4, 10,11,14,21 305:5,9,10,19,20 306:2, 3,7,11,19,21 307:2,11 308:6 312:6, 17,21 313:4 315:1 317:5 325:2

326:23

**bankruptcy** 247:5 276:18,21 313:1 316:11 321:14 324:15 325:22 326:18, 21

**banks** 274:7 305:12 307:6,18

**Barberino** 333:1

**based** 205:6 222:21 239:17 251:18 270:14

**basement** 213:15 217:6,8

**basic** 273:12,15

**basing** 334:1

**basis** 263:15

**Bastarache** 204:21 205:1,2,5,7,24 207:24 212:5,16 216:6 262:24 263:4, 9,15 265:13 328:15 329:12,22,23 330:13,24 331:10,11

**Bastarache's** 213:3 255:25 264:1 265:9,15

**Bastarche** 205:2 329:21

**bathroom** 213:15 224:20 252:22,24 257:1

**bathrooms** 215:13 223:10 252:23 253:1 269:5

**Bayshore** 224:9,13 225:3,21 226:12

**bed** 335:18

**bedroom** 217:4 224:20

**bedrooms** 215:13 216:25 217:2

**bedrooms'** 216:23

**beginning** 269:10 318:20,21 330:7, 10

**behalf** 202:14,15 229:16 247:17 317:15

**benefit** 263:1

**bidet** 270:20

**big** 212:11 230:5 257:21 267:13 291:20

**bigger** 208:18 209:6 264:13

**billed** 229:20

**bills** 210:23 221:25 272:14

**Birch** 218:10 219:13 227:8 229:16,18 230:14,18,24 231:2,13,18,23 232:8, 14 234:7,8 240:13 267:12 268:24

**bit** 220:6 259:2 264:12 273:24 274:6 302:1,5 315:21 335:13

**black** 217:18 277:6,11

**blue** 277:2

**board** 283:20 287:10 289:1,3,6,15 290:2,4 294:22,23 328:9,18,23 331:12

**Bonnie** 276:24 327:15,21

**borrowed** 204:20 205:7

**bottom** 241:17 243:20 245:17 247:15 258:13 275:9 311:3,17

**bought** 262:7

**bounced** 306:24

**box** 310:24 311:15,18,19

**brain** 214:21

**Brayshaw** 253:17,23 255:4,5,8,16

**Brazilian** 217:16

**break** 222:12 259:1 280:21 281:8 327:10

**breakup** 214:21

**brick** 242:15 243:2

**bringing** 330:10

**brings** 280:15

**brother** 217:11 244:13 282:10 283:17 284:23,24 285:1 286:11 287:14 288:1 293:19 294:4,8,10,19, 21 295:3

**brothers** 218:9 219:15 227:12 243:24 244:12,15,22 267:14 269:6 270:18

**brought** 307:25

**Bryk** 208:9

**build** 291:20

**build-outs** 285:7

**building** 239:1 327:25

**buildout** 285:18

**built** 229:3 235:21

**bushes** 240:22

**business** 204:1,2 252:19 259:19,25 262:11,13 287:9 292:17,25 293:8,18, 20 298:14 299:3,13 302:24 305:8 306:1 319:8 322:15 326:14,16 331:1 332:9,11

**businesses** 215:25

**businessinsider.com** 295:20,25

**buy/sell** 299:5,6

**buying** 268:8

---

## C

**cabinets** 216:17 237:24 250:22

**California** 285:17

**call** 257:18 260:2

**called** 206:19 244:6 278:10,17

**camera** 269:25

**cancer** 331:13,24

**capacity** 281:25 307:12

**car** 272:21 278:25

**card** 273:13

**career** 229:3

**Carl** 269:18 270:15,20,24 271:1

**Carl's** 269:23

**carried** 211:15

**carryover** 211:5,15

**cars** 308:3

**case** 276:19,21 288:9 309:20,22 313:1 315:12

**cash** 212:12 223:17 226:6 231:24 232:11 233:24 235:23,25 236:22,23 237:7 238:2,3,6,9,15,17 241:1,2,25 243:5 249:9,10,14,16 250:4 252:11,12 253:9 254:7,20,23,25 255:1,3 256:11,13 257:16,22 265:23 266:2 271:10 272:12 273:3,5,22,25 274:6 306:20 307:4

**cash-wise** 284:4

**cashed** 307:5

**cashier's** 306:3

**catch** 277:8 279:15 320:3

**cc'd** 246:7

**cell** 260:16

**cents** 209:11

**CEO** 281:13,14,21,22,25 282:3,9,11, 16,21,24 283:13,14,15,18 285:4 290:22 292:7,9 293:2,9,12 296:4,11

**certainty** 263:3

**Certificate** 243:23 244:6,8

**certified** 263:10

**CFO** 329:11

**chair** 328:18

**change** 222:23 286:4 292:11

**changed** 259:25 262:13 286:19

**changing** 295:1

**Chapter** 327:14

**chargeback** 274:24

**check** 209:3,9,13,15,21 210:4,10,12 212:2 256:1 263:10 265:7,15,18 266:1 275:6,7 296:16,22,23 297:1,4, 25 298:3 299:25 300:4,6,8,13,18,20, 21 301:1,6,14,17,19,21 302:5,10,11, 15 303:5,6,7,9,11,12,13,17,18 304:2, 4,19,20 305:4 306:3,6,15,16 307:2,4, 5,14,21 308:7 312:5,7,10 314:22,25 316:21 318:1,24 323:19

**checking** 263:21 264:4 315:8 322:15 326:14,16

**checks** 208:16,19 314:19

**chief** 292:3

**Chinese** 333:23

**Chris** 246:7,8 247:9

**Christopher** 241:12,19 245:9

**chrisvargo@greenelawpc.com.** 245:20

**City** 235:2

**Claiborn** 202:11 203:3,5 205:13,19 208:17 209:5,18,25 210:8 218:20,25 219:2 226:13,19,25 229:6,12 232:20 233:4 237:12,18 241:8,13,15 244:2, 25 245:10,13 251:10,12 253:14,20 255:18,22 258:1,5,7 264:9,19 266:23 274:16 276:5,16 277:14,19 280:19,23 281:3,6 290:7,12 292:18,23 295:16, 23 296:13,20 301:4,10 308:13,20 312:2,18,24 314:9 316:25 318:19 321:21 322:3 324:1 325:7,12,14 327:2,9,21 334:22,23,25 335:8,15 336:21,25 337:4

**clarify** 337:2

**Client** 208:4,8,13 209:10 210:12

**Clients** 296:24 297:8 304:2 307:3

**clinging** 327:23

**close** 224:3 254:14

**closed** 318:17

**closer** 220:23

**closet** 333:15

**closing** 206:19 207:2 214:5

**co-founder** 293:6,16,21,25

**coin** 293:21

**coincides** 291:7

**coinciding** 256:15

**collection** 312:20 313:4 321:23 322:4

**Collector** 208:23

**color** 218:1

**combination** 288:17

**commenced** 202:1 203:9 214:4 221:19

**commencement** 221:17

**commissions** 211:6

**committed** 252:15,16

**commonplace** 280:18

**communicate** 259:10,17

**communicating** 261:2

**communications** 259:22 260:9

**companies** 228:2 288:18

**company** 228:6,7 244:6,9 248:17 251:3,17 271:1 278:10,17 279:2,20 280:11 282:8,11 283:1,2,8,13,15,25 284:3 286:5,8 287:15 288:3,4,24 289:8 291:20 292:13 293:13 294:14 295:1,14 298:21 319:13

**company's** 243:21 319:12

**comparison** 235:19

**compensation** 211:3 283:22 284:7 295:8

**complete** 212:8 213:19

**completed** 237:6 238:3 256:17

**completely** 213:20 216:14 235:20 269:16 307:18 308:8

**completion** 238:10 254:9

**computer** 262:4,6,9,11,15,16,19

**conceivably** 216:9

**Concepcion** 208:17 209:5,18 218:20 264:11 266:23 274:17 275:12 276:6,17 277:14 314:9 318:21 324:2 325:13

**Concern** 237:16 253:18,24

conclude 220:8 335:1

concluded 217:9

concludes 336:21

confirm 259:3 290:17 336:16

confused 283:10 305:18

conjunction 310:17 315:20 316:6
318:14

Connecticut 203:1 204:9 224:19,24
239:5 244:5 250:13 254:4 291:16
294:13 331:3,4

connection 308:22 312:25

consequential 274:9

consistent 229:22 254:16 309:17

consisting 245:2

constantly 317:10

constitute 205:21 207:24

construction 215:15 219:14 227:13
251:14,24 252:5,7,20 253:6,23
255:15 258:23 261:19 327:24

contact 232:13 235:15 236:2,7,10
238:22,25 241:4 243:8 246:10,17,19
247:11 250:11 255:15 331:9

contacted 254:2

continuous 211:6

contract 239:9 283:25 286:18
289:12

contracted 237:23 254:6

contracting 259:18

contractor 219:22 220:25 222:24
257:12 259:5 270:6

contractors 212:10 219:19 220:10,
12,17,20 221:9,13,23 222:5,13,17
223:19,24 225:19 226:22 227:6
228:11,22 230:4 246:16 247:11 249:1
251:16 256:4,12 257:5 261:22
265:21,24 266:5,16,17 267:23 269:3,
11,13 271:3,23 272:10 273:8 274:1

contracts 221:8,11 222:3 224:4
251:1

control 215:25 219:5 275:12 297:11
298:10 305:15

controlled 235:19

controller 302:19 306:5 319:13

conversation 221:4 247:6 331:15,
23

conversations 221:6

converted 282:6

Conway 205:17,23 207:5,13 265:8,
16,19

coordinate 291:8

copies 275:8

copy 210:10 314:22

corner 204:16

Corp 282:6 286:1,2,4,8,16,23,25
288:24 295:2

correct 205:3 219:24 224:5 231:1
243:3 244:20 256:14 262:21 270:6
275:14 278:14,19 287:7 289:19
291:15 297:23 298:20,22 300:2 302:9
304:8,12 310:16 311:14 318:3
323:24,25 330:5

correctly 287:6 297:19

correlation 248:5

correspondence 311:1

corresponds 255:12

corroborate 257:11

corroborating 317:25

cost 222:15 223:11 230:21 241:24
271:14

counsel 202:8 205:22 219:4 227:5
234:18 257:5 270:23 316:4,5 318:9,
10

court 202:4 216:6 316:25 317:2

cousin 252:13,15

covered 280:12

covers 265:2 319:17 325:21

COVID 221:17

crazy 316:4

create 248:4 279:8

created 248:8

credit 256:23 257:2,24 273:13 299:1,
19 305:11,21 306:12 308:1,3,11,17,
24 321:25 322:5

credited 274:25

Cullins 218:9,10 219:15 227:12
241:18,19,21 242:2,8 243:7,9,12,15,
21,24 244:7,12,18,19,21,22,23 256:6
267:14 269:2

current 281:11 284:6 285:20 287:3

custom 220:5

customary 258:16

Customcut 216:22 219:14 225:23
227:10 237:21,23 238:7,13,22 239:13
250:17,19 256:7

cut 270:20

---

**D**

D-E-R-R-E-N 232:5

Dan 302:18 306:4

Daniel 323:14

Danielle 241:18 244:18,21

dash 216:10 268:18

date 233:16 247:19 300:19,21 310:22
311:20 312:7 321:8 324:7 335:25
336:15,16,18

dated 210:12 218:23 219:3 226:23
227:6 229:8,14 233:9,11 234:12
237:14 242:1 253:16 258:3,11 297:1
301:7,14 305:5 315:1

day 214:1 265:7 300:22 302:11
329:16 332:9

days 204:6 211:17 214:17 271:21
276:1 279:3 285:11,12 291:3,10

deal 315:22

dealer 298:10 308:1

dealership 262:18,20 278:25

dealerships 211:7,12 229:2,3,4
268:14 272:21 307:17

debit 263:13

debt 257:23

debtor 202:16 258:21

December 214:11 215:22 216:19
220:2,7 229:8,14 233:2,11 237:23
238:8,18 253:16,22 254:2 258:3,11
292:4,7,21 293:1,9 320:5

decide 336:14

decided 280:11 287:11 288:3 290:2
291:3,20

deck 242:20

deduction 207:15,18

deductions 206:21

default 268:20

**demolition** 215:10,12 249:1

**department** 292:25

**depends** 285:15

**depicted** 258:25

**deposit** 238:7 265:3,10,12 266:1,3 274:22 275:1 300:4 305:19 307:1 313:11,22 314:17,18 315:18 323:10

**deposited** 209:16 211:25 264:1 265:18 298:13,24,25 300:10,14,18,22 301:2,23 302:4,7 303:24 304:13 307:6,9,14,21,23,25 308:10 312:10 318:22 323:4,17,22

**depositing** 316:20 317:10

**deposition** 202:1,5 227:3 246:4 256:15 309:7 315:3,6 316:17 317:18 321:20

**depositions** 336:8

**deposits** 263:13 314:16

**Derren** 232:3,7

**describe** 277:1 282:23

**description** 321:3

**designate** 301:13

**Designed** 272:1,2

**destroyed** 213:21

**detail** 206:16

**diagnosed** 331:23 332:1

**diagnosis** 332:4

**diamond-appearing** 278:6

**diamonds** 278:18 279:5 280:12

**died** 326:1

**difference** 265:17

**differently** 246:21 303:22

**digits** 300:25

**direct** 211:25 243:19 264:24

**directed** 297:24

**directly** 246:6

**directors** 289:1,4,7,16,18,21 290:4 328:9

**disagreement** 230:5,23

**disarray** 212:9 215:4 218:5

**disaster** 218:18

**disburse** 299:24

**disbursement** 295:13

**disbursements** 206:6,22 207:3 255:25

**disclose** 316:12 321:13 326:21

**disclosed** 276:19 324:15 326:17

**disconnects** 310:3,7

**discuss** 247:14

**discussed** 210:11 283:24 333:21

**discussing** 318:24 323:20

**disposition** 258:24

**dispute** 231:8 242:3,6 297:12

**disputed** 297:10

**disrepair** 213:16

**dissolution** 252:18

**dissolved** 230:9

**distributions** 206:14

**Dmitry** 280:6

**DMS** 308:1

**document** 205:15 226:16,20 245:2 314:11

**documentary** 257:10

**documentation** 221:14,24 223:15 236:19 253:4 257:4 258:20 335:13

**documented** 235:4 256:3

**documenting** 256:13

**documents** 205:6,16,22 207:20 228:17 229:19 231:17 251:1 256:12 258:17,22 259:22 261:19,21,25 262:3 272:3 282:22 313:2 316:7,11 321:14 324:16 325:8 326:18,21 335:7

**dollar** 315:5

**dollars** 209:11 284:2

**downtown** 327:25

**draw** 306:22

**drawn** 296:23

**Drive** 224:9,13,18,24 225:3,7,13,21, 22 226:1,10

**driveway** 216:8 242:12,13,16,22 243:1 267:15

**drove** 217:18 306:11

**dual** 331:6

**due** 247:18

**dug** 234:9

**duly** 202:19

---

**E**

**ear** 326:1

**earlier** 246:3 256:14 284:17 292:8 333:21

**early** 279:21 332:2

**Earthworks** 218:10 219:13 227:9 229:17,19 230:15,18,24 231:2,13,19, 24 232:8,14 234:9 240:13 267:13

**easier** 247:6 276:7 314:10

**East** 228:1

**eaten** 212:12

**EBITDA** 284:1

**ecommerce** 278:21

**eighth** 227:14

**Electric** 219:14 227:9 232:24 233:1, 8,11,21 234:12,17,22 235:13,16 236:2,8,16,24 237:9 252:25 253:3 256:6,22

**electrical** 216:8 234:8 235:8,18,23 236:5

**electrician** 236:13

**electronic** 223:22

**email** 223:23 241:11,16,17,18,21 242:1,3 244:17 245:2,3,5,8,18,19,21, 24 246:1 247:19 259:9,12,20 260:5,8

**emails** 228:21 241:11 245:8 258:21 259:3,22

**embarrassed** 247:13

**embarrassing** 247:4

**emerging** 291:19

**employ** 228:7

**employed** 210:24

**employee** 283:24,25 287:22 288:5,6 289:9,11,13 294:1

**employees** 286:25 287:9,20 288:7

**employment** 211:4 286:18

**encrusted** 278:6

**end** 214:19,20,22,23 230:6 285:25 314:10 328:1 335:2 336:6,14

**ended** 230:12 304:18

**ending** 263:19 264:17,23 276:10 309:12,19 312:21 313:5 314:17 316:12,16 317:24 319:23 320:11,17 321:9,18 322:1,6 324:4,8,14 325:17 326:7

**entire** 211:17 213:10,15 215:15 242:17

**entirety** 248:18 249:5

**entities** 288:14 317:9

**entity** 244:15 283:9 315:14

**entrances** 242:18

**equipment** 218:14

**equity** 286:5 287:19 288:11

**escrow** 299:11 303:12,13 317:4

**Esq** 218:24,25 229:9 258:4,5

**essentially** 215:17 232:1

**EST** 202:1 337:9

**established** 301:22

**estate** 330:19

**estimate** 232:24 233:8,9 234:11,18, 24,25 235:25

**estimates** 222:7,9,11,15,19

**events** 299:16 303:22

**everybody's** 335:12 336:17

**evidenced** 324:13

**evidencing** 229:19

**exact** 317:8

**examination** 203:3,8,12 229:14 237:20 241:10 244:4 245:7 253:22 258:10 262:23 264:21 290:15 296:9 301:13 308:23 322:20 327:19,22 335:1

**exceeding** 236:22

**exception** 307:15

**excess** 288:16

**executive** 292:4

**exhibit** 205:10,11,16,21 206:2,11,17, 18 208:3 209:8,19 210:1,4,10 218:21, 22,23 219:7,23 220:11,18,23 226:14, 17,18,21 227:2,4,16,20,25 229:7,8,13 232:21,22 233:5,10,14 234:11 235:7 237:12,14,19 241:9,11,16,18 243:20, 22,23 244:3,4,8,17 245:1,6,8,15,16, 17 247:15 251:11 253:15,16,21

254:16 255:20,21,23 258:2,3,8,9,10 260:15 261:18 264:10,14,20 265:1 266:10,25 274:18 276:9 277:15,16,21 278:1,7,16 279:5 290:8,9,13,14,16 292:19,20,24 295:17,19,24 296:8,9, 14,15,16,21 300:1,8,14 301:5,6,12,13 302:10 303:5,17 304:20 308:14,15, 16,22 309:25 310:19,22 311:13,18 312:3,4,5,19,20 313:3 321:22,23 322:4,11,19 323:7 324:3 325:16 326:6

**exist** 257:11

**existed** 316:14 321:15,19 324:22,23

**existing** 240:21

**expansion** 329:19

**expenses** 211:1 257:12 272:14 273:9,12,16 274:14 276:15 300:12

**experience** 292:2

**expert** 230:20 279:7 294:4

**explain** 211:9 242:9 246:14 248:1 257:25 277:3 292:16 298:6 304:16 317:13,20 318:4 326:20

**explained** 246:3,12 256:14 263:18 276:23 289:10 293:11 317:17 318:9

**explaining** 247:5

**explanation** 306:14

**express** 248:11

**expressed** 248:10 291:25

**extensive** 213:9,18 224:14 229:25 230:13 235:1 242:20 252:21 253:2

**exterior** 224:15

**extra** 231:7 273:17,24 306:15 326:23

**extravagant** 273:14

**extremely** 310:23 332:14

**F**

**f-a-u-x** 223:6

**fabricated** 237:24

**face** 277:3

**Facebook** 277:17,21,22,24

**fact** 315:17

**failed** 316:11

**failure** 326:20

**fall** 215:9 246:11 294:16 332:2

**falling** 244:16

**fallout** 226:4

**familiar** 206:13 207:21 314:7

**family** 259:17 286:13

**family's** 268:15

**Farms** 239:5,7,10,13 250:15

**farther** 266:9

**fast** 212:12

**fault** 297:17

**faux** 223:5,8

**featured** 224:21

**February** 205:8 208:12 210:13 211:4,15 216:4 217:4,10 218:15 220:3 232:23,25 233:7,9,17,18 234:12 238:4,11,19 253:10 254:9 255:13,17 264:15,22 265:2,4,7,9 281:17 282:15 283:21 284:13 292:9 295:25 320:17

**Federal** 298:25 305:11,21 307:25 308:2,11

**Fedex** 279:11,16,24 280:11

**fee** 235:11,13

**feeling** 214:13

**feet** 242:12,16 243:4

**felt** 230:6

**female** 278:2

**figure** 221:3 248:13

**file** 311:8

**filed** 276:21

**filing** 325:22

**financial** 268:9 299:19 308:17,24 321:25 322:5 329:5

**financially** 231:12

**financing** 295:7,9

**find** 210:2 216:20 261:8 269:17 270:3,10,13 275:13

**fingernails** 278:3,4

**finish** 216:12 270:19

**finished** 216:15 217:12 218:4 220:3 225:5 230:8 240:13 335:7

**finishing** 210:16,17 240:11

**firm** 251:25 295:15 304:17

**firm's** 307:3

**Fitzgerald** 208:5,8 209:3,9 210:12

**fixed** 216:10

**fixing** 216:8

**fixtures** 212:14 257:1

**flagship** 291:9,12,17

**floor** 256:24 271:8 324:20 327:16

**flooring** 213:12 217:13 252:22 270:20

**floors** 252:24

**Florida** 285:16 331:6

**focus** 258:12

**follow-up** 328:6

**force** 214:15

**forever** 326:25 335:19

**forgot** 235:20 269:17

**form** 223:23 233:23 252:10 295:1

**formal** 282:22 285:8

**formally** 293:12

**formed** 244:9,15

**forms** 273:23

**forwarded** 241:16 246:8

**found** 290:17 299:4

**founded** 282:10

**founding** 294:14

**fourth** 227:10 293:17

**Fox** 292:21,25 293:8 294:13

**franchise** 324:17,19

**Friday** 249:14,17

**friends** 231:11

**friendship** 230:9

**front** 213:7 242:14,17 243:1

**frozen** 310:4

**frustration** 258:19

**full** 202:23 213:14 214:14 216:6 224:15 252:23 253:1 285:20

**functions** 328:24

**Fund** 296:25 297:8 307:3

**funded** 299:17 329:19

**funds** 208:4,8,13 209:10 210:12 216:5 304:2 317:11,13,16,18 318:7,8, 12 321:10 324:25

**funeral** 215:23

## G

**G-R-A-N-E-R-O** 328:15

**garbled** 297:15

**Gary** 202:15 218:24 219:4 226:22 227:5 229:10,15 251:25 258:4,10 297:2,24 298:2 299:9,24 304:1 306:16 307:2

**gathered** 203:6

**gave** 218:2 221:13 228:12 232:16 244:23 257:7 283:19 284:17 299:20 311:11

**general** 249:1 323:1 330:7

**generated** 247:16

**generation** 247:19

**Gentile** 315:11

**gentleman** 226:4

**give** 212:15 221:11 232:2 237:7 238:15,17 241:2 266:2 294:9 303:10, 25 307:11 328:11 335:21

**giving** 256:23 257:2 309:2 314:7

**Glastonbury** 224:18 225:7

**gold** 278:6

**good** 202:2 203:4 205:4 214:13 229:1 247:12 291:12 327:20

**Google** 294:17 330:15

**Granero** 282:6 288:10 328:15 329:6 332:12

**great** 204:23 268:10 274:5 334:20

**greater** 315:20

**Greene** 202:15 210:3 218:3,24 219:4 226:22 227:5 228:12 229:10,15,18 241:20 244:19 246:2 251:18,25 258:4,11 261:13 281:2 296:24 297:2, 9,24 298:2 299:21,23,24 303:15,19 304:1,2,3,10,17 306:17 334:21 335:16,17,24 336:5,13 337:8

**Greene's** 239:18 246:6 251:20 252:4 299:9,10 306:16 307:2 314:6 317:4

**Greystone** 224:24 225:13,22 226:1, 12

**Grinding** 228:4 239:16

**Group** 237:10 297:3,13,22 298:11,17 299:6,17 300:16,25 302:8 303:23 304:18 305:16,24 307:10 319:4,18,24 320:6,12,18,23 322:9,13 323:14 324:8 326:9

**grow** 295:15

**guess** 334:1

**guesstimating** 333:25

**Guilford** 251:18

**gut** 213:14,19 215:17

**guy** 271:8

**guys** 205:1 217:16

## H

**Haber** 237:15,21 238:16,22 239:6

**half** 218:1 220:4 336:9

**Halloween** 214:22

**hand** 241:1 274:6 278:7

**handling** 315:12

**hands** 259:25 262:13 278:2,4

**handshake** 260:3

**happen** 300:24

**happened** 231:7,9 265:20 269:17 299:2 305:6 307:14,21

**happening** 288:8

**happy** 317:19

**hard** 330:1

**hardscapes** 218:9 219:16 227:12 241:19 242:8 243:9,21 244:7,13 267:14

**hardwood** 271:8

**Hartford** 237:9 297:3,11,22 298:11, 17,18 299:17 300:15,25 302:8 303:23 304:18 305:16 307:10 319:3,18,24 320:6,12,18,23 322:9,13 323:14 324:8 326:9

**hated** 218:1

**Haven** 313:12 327:25

**head** 217:24 229:5

**hear** 246:25 259:7 260:22 310:5 325:6 326:2 327:23 328:3,5

**heard** 297:18 325:11

**hearing** 328:2

**heart** 309:8

**heat** 252:22,25 253:2

**heavy** 213:8

**Heights** 203:1 204:9

**held** 299:11 308:23

**helped** 205:23 285:7 293:20

**helpful** 335:8

**helps** 222:25 269:25

**hire** 254:3

**hired** 234:22

**hold** 323:5 325:23

**holding** 304:17

**Holdings** 285:22,24

**hole** 234:9

**Holley** 202:11 203:4 218:25 241:13 245:10 258:5 335:25

**home** 210:16 212:6 213:7,12 222:1 224:3,6,22 225:1 249:14 254:4 279:11

**homeowners** 258:17

**homes** 269:20

**honest** 266:7 303:1 308:9 314:8 335:5

**honestly** 283:10 289:25 321:15

**horrible** 214:21

**hospital** 214:15,16 215:1,22

**hours** 230:1 300:23

**house** 212:8,14,17 213:10,25 214:14 215:3,15 217:14 219:9 220:4 221:20, 23 233:16 235:9 242:15,18 267:24 268:2,3,6,7,10 273:18 330:6 332:22

**houses** 268:12

**huge** 252:23

**hundreds** 230:1

**hurt** 268:13

---

**I**

**ID** 312:8

**idea** 204:12 301:3 313:16 317:23

**identification** 205:18 210:7 219:1 226:24 229:11 233:3 237:17 241:14 244:1 245:12 253:19 258:6 264:18 277:18 290:11 292:22 295:22 296:19 301:9 308:19 312:23 322:2

**imagine** 216:9

**immediately** 214:4 267:12 299:8

**important** 308:4

**Impossible** 239:1 250:13 281:9,12 282:3,13,17,24 283:13,23 285:5,21, 22,24 286:16 288:12 290:22 291:14 292:4 293:2,7,9,25 294:3,7,11,20,24 295:4,6 296:5 328:10,21 329:2,7,15, 17 330:9,11,20 332:17

**improvements** 212:6 213:25

**in-person** 278:21 331:12

**Inaudible** 312:11

**inception** 318:16

**included** 227:16 252:24 272:4

**including** 325:19 333:20

**income** 211:16,18 272:15,18 333:7

**incoming** 257:18

**inconsistent** 318:4,6

**increase** 295:8

**indefinitely** 335:11

**individual** 303:6 332:14,25

**individually** 304:19 315:19

**individuals** 288:17,19

**influencing** 280:16

**inform** 254:1

**information** 218:3 257:7,10,15 260:13 309:5 315:7

**initial** 240:20

**initially** 204:20 268:6

**insanely** 230:13

**install** 250:19 254:3

**installed** 237:24 239:4 256:25

**Installing** 250:17

**installment** 203:7

**instructed** 285:15 295:14

**insurance** 334:15

**intended** 304:17

**intending** 268:1 333:10

**intense** 285:18

**interaction** 294:10

**interactions** 294:2,7

**interesting** 234:6

**interfere** 328:2

**interim** 293:12

**Interiors** 216:22 219:14 225:23 227:10 237:22,23 238:7,13,23 239:13 250:18

**internal** 311:19 321:4

**internet** 295:6

**interrupt** 267:20 311:5

**interrupting** 246:24

**interviews** 294:5

**introduce** 330:20

**introduced** 330:8

**introducing** 330:11

**invested** 288:18

**investments** 212:20 288:21

**investor** 290:1 328:22 329:13 330:8, 17,18

**investors** 288:15

**invoice** 245:2,11 247:16,19,21 248:2,7,14

**involved** 316:20 319:21 322:24 323:3 328:20,23 329:1,6,14,17 330:3 332:8

**involvement** 332:16

**Island** 331:6,8

**isolating** 317:5

**issuance** 248:1

**issue** 297:24

**issued** 286:9 287:13,17 288:1,2,6,7, 24 289:12 294:20 296:22 313:1

**issues** 304:4

---

**J**

**J-E-N-N-E-R-R-E-T-T** 328:17

**jack-of-all-trades** 285:9

**January** 211:13,21 215:3,19,23

---

216:1,18 225:4 232:1 236:25 253:11
254:8 282:14,15 283:20 284:11
295:21 296:1,2,10 320:11 330:14
332:10,12,13,19

**Javier** 311:22,24

**Jeanneret** 289:24 291:25 328:16,19

**jewelry** 278:22

**jmocadlo@macmitsubishi.com**
259:21

**jmocadlo@macmitsubishi.com.**
259:11

**Joanna** 202:13

**job** 204:23 205:4 211:3 232:7 237:6
285:5

**jobs** 237:5

**Joe** 315:10

**John** 202:25 205:17,23 207:5 208:9
210:6 254:1 290:9 301:7 323:15
330:14

**Johnny** 260:6 277:17,22,24

**Johnny.mac** 260:6

**Johnny.mac.** 260:7

**johnny.mac@live.com** 245:19,22
260:9

**johnnymac@live.com** 259:15

**Johnson** 228:9 241:3

**join** 290:2

**joint** 310:21 313:13 322:10 323:13
324:12 326:16

**Jr** 311:22,24

**July** 325:1

**June** 203:9,12 225:5 237:2 262:23
308:23 309:1 311:23 313:15 316:17
317:18,22 321:20 325:1 333:8

**K**

**Kevin** 229:9,15 233:12 236:13 237:8

**Keybank** 209:16 263:11,18,19,24
264:16,23 267:1 274:20 276:9

**Kicks** 239:2 250:13 281:9,12 282:4,
13,17,24 283:14,23 285:5,21,22,24
286:16 288:12 290:22 291:14 292:4
293:2,7,9,25 294:3,7,11,20,24 295:4,
7 296:5 328:10,21 329:2,7,15,18
330:9,11,21 332:17

**kind** 211:3 239:21 248:5 251:1 284:4
285:9 295:9 311:9

**kitchen** 212:10 213:13 216:13,14,21
225:23 250:23

**knew** 208:25 222:4 234:20 268:9
317:3 324:19

**knowledge** 252:3 283:4 299:4

**Kornafel** 202:13 327:14,19 334:18,
23 335:3,5,20 336:2,7,19 337:6

**L**

**L&d** 227:12 245:3 246:2,5,10,19,20,
22 247:17 248:17,21,24 249:4,8
250:8,11 251:2 256:8

**L-U-I-S** 245:5

**lack** 258:19

**Ladies** 336:23

**ladtrades@gmail.com** 245:4

**lady** 213:19

**laid** 242:13,15

**landscape** 230:1

**Landscapes** 243:25

**landscaping** 212:9 219:15 226:11
227:11,15,18,21,25 228:3 239:15,22
240:3,8,18,24 241:1,5 267:17 269:2

**lapse** 210:25 215:2

**laptop** 262:8

**large** 222:2,22

**largest** 291:5,6,18

**lasted** 332:17

**late** 215:3 216:15,19 231:25 232:1,15
238:11 254:9 255:13,17 268:4 269:9
332:2

**Laura** 272:1,2

**Laurel** 202:25 204:9

**law** 208:9 229:15 241:20 244:19
258:11 296:24 297:9 299:21,24
303:15,19 304:1,3,10,17 306:17
307:2

**lawyer** 229:16

**LD** 217:1,7,21 218:3 219:13 226:2

**leaking** 213:16

**learn** 316:15

**learned** 321:17

**left** 231:10 232:16 271:4 275:1
306:18,22 307:22 310:13

**legal** 204:7

**legally** 231:14 299:11

**lender** 330:1

**lending** 330:3

**letter** 218:23 219:3,12 227:20,24
229:8,14,16,18 232:25 233:10
237:14,21,22 239:18 246:2 251:17,
19,24 252:4 253:16,23,25 254:1,10
255:8,11,13 258:3,10,13 260:15

**letters** 226:21 227:4,6,17 228:13
256:3 257:4

**Liberty** 208:3 296:17,22,24,25
297:25 298:3 299:25 300:10,15
301:1,6,14,20 302:7,20,25 303:2,5,9,
10,15,18,19 304:3,4,10,11,13,21
305:5,10,13,20 306:2,7,11 307:2,11,
24 308:5 312:6 315:1 317:5

**lifestyle** 273:14

**light** 257:1

**lighting** 256:24

**limited** 331:15

**Linkedin** 290:9,16,18,20,21 291:4,23
292:3

**list** 219:8,18,23 220:10,17,18 221:7
228:11 251:16 255:24 272:9

**listed** 219:12 220:24 268:6 272:9,12
292:2 293:16 311:12 326:16

**listen** 246:12

**listing** 206:5 269:9 292:6

**literally** 216:7 221:4 248:25 249:2
260:1

**livable** 213:11

**live** 274:3 331:4

**lived** 268:12 332:23 333:5

**lives** 333:3,5,6

**living** 215:14 273:12,15 276:15

**LLC** 227:12,13 232:24 233:8 241:19
243:21,25 244:7 245:3 247:17 253:24
282:5,20 285:25

**loan** 205:24 206:6,14,20,22 212:4,22
213:3 255:25 258:24 262:25 263:9
264:1 265:9,13,15 278:9,17 279:2
297:21 298:18,24 299:3 303:23

**located** 331:2

**location** 202:6 285:19 291:5,7,18

**locations** 285:16

**long** 211:23 218:11 221:5 225:11,14, 17 226:5 228:20,24 264:5 284:9 289:3 306:10,25 328:6,20 329:1,6

**looked** 270:3 313:7

**lost** 284:2

**lot** 212:10 213:4 214:12 221:16,17 222:21,23 252:21 267:23 269:4,8,22 286:6 307:17,19

**loud** 219:12 328:1

**Loughlin** 208:4,8 209:3,9 210:11

**Luis** 245:5 249:11 250:4

---

**M**

**M-A-R-C** 223:2

**M-U-L-R-Y-A-N** 306:4

**Mac** 260:6 277:17,23,24 297:11 298:4,10 299:13,18 300:3,12 302:4 305:23

**machinery** 213:8 218:19 230:2 231:10

**mad** 216:10 268:18

**made** 238:12 250:4 262:24 263:3 264:4 267:14 271:11,13 272:1 295:13 301:15,19,21 303:14 305:23,24 306:15 307:14 315:13,18,22 317:4

**mailing** 311:10

**main** 228:1,5

**major** 258:17

**majority** 217:3 240:10 249:2

**make** 208:18 209:6 212:19 221:21 240:7 254:19 255:10 263:8,14 264:12 286:20 297:18 298:3 300:7 304:8 313:22 325:10 328:4

**makes** 315:16,20

**making** 250:18 270:15 284:1

**Mall** 239:5,7,10,13 250:15

**manage** 293:20

**management** 308:2

**manager** 287:10

**managing** 282:7,18 329:10 332:10

**Mangan** 327:15,21 337:6

**Mangan's** 335:4

**manner** 283:4

**mantel** 285:4

**Marc** 223:2,3

**March** 203:7 216:15 217:10 231:20 232:1,15 234:1 240:12 265:3 266:11, 12 267:2,4,5,10 268:1,4,23 271:5,11, 21 272:7,17,21,24 273:10 274:13 320:22 321:3 336:6,9,14

**Marco** 331:5,8

**mark** 206:2 209:25 218:22 227:2 229:13 233:5 237:19 241:9 244:3 245:6 253:21 258:9 264:20 290:14 296:8 322:19

**marked** 205:11,18 210:6 219:1 226:17,24 229:11 233:2 237:17 241:14 243:25 245:11 253:19 258:6 264:17 277:18 290:10 292:22 295:21 296:19 299:25 301:9,12 308:18,22 312:22 322:1

**market** 221:20 267:25 268:4 291:20

**marketable** 216:11

**marketing** 280:17

**married** 244:21

**massive** 257:17,18

**master** 252:21,24

**material** 242:21

**math** 249:23

**Matt** 218:9 228:9 239:25 240:5 241:3 243:7 244:23

**matter** 294:4

**meant** 214:9 336:13

**media** 280:17 293:22 294:2,7,10

**meet** 291:11 330:13

**meeting** 229:1 330:12 331:12

**meetings** 331:18

**member** 329:11 332:10

**members** 286:13 289:15 290:4 328:9,12

**membership** 311:21

**memo** 297:2

**memory** 228:15

**merchandise** 278:8

**Meriden** 203:1 204:9

**message** 270:8

**messages** 258:22 260:16,25 261:6, 9,12 270:3,5

**met** 329:25 330:14

**middle** 274:8 275:2 279:22 299:5

**Miguel** 205:13

**Mike** 252:13,17 299:9,20 304:1

**Milford** 224:10 270:14

**millings** 242:13,23

**million** 284:2 288:13,18 295:7,11,12

**mine** 310:13

**minute** 230:22 299:14

**minutes** 208:24 210:11 270:2 281:1 327:3

**misquote** 211:24

**missed** 263:7

**missing** 232:6

**Mitsubishi** 297:11,13 298:5,9,10,18 299:13,18 300:3,12 302:4

**MLS** 224:10

**Mocadlo** 202:25 203:8,10,25 204:19 205:20 208:20 209:21,23 210:6,14 219:4 227:1,17 233:13 237:22 238:1 245:21 246:24 251:5,13 254:1,5,10 255:23 258:12 259:2 264:24 274:19 276:14,18 277:20 281:8 283:15,17 285:3 290:9,16 297:4 301:8,11 307:1 308:21 310:4 312:25 314:14 315:25 317:22 322:4 323:15 325:15 327:5, 11,20 335:10,22 337:1

**Mocadlo's** 233:16

**molding** 224:14 249:2

**mom** 214:12,16,25 220:8

**moment** 205:15

**money** 204:20 210:25 223:15 230:14 231:9 232:2 236:15 240:2 241:25 244:23 249:4,7 252:10 254:11 266:8 272:15,20 273:3,17,19 275:21,25 288:4,11 298:7,13,23 299:6,7,8,17,23 301:23 303:24 304:9,12,17,18 305:2 306:18 307:21,22 315:8,9,24 317:3, 10 318:17 326:23 330:1,4

**monies** 212:5,19 223:19 231:14 239:19 240:24 250:7 255:3 256:2

264:1 273:7,8,20 297:7 303:10 319:3

**month** 204:6 215:19 249:21 269:8,9, 10,22 274:20 276:10 281:16,23 285:12 291:3,10 325:21 335:10,21

**monthly** 262:24 263:3,15

**months** 207:16 213:8 218:19 225:16, 17 235:17 236:3,6 241:23 260:14 261:16 263:1 292:5 329:8

**morning** 202:2 203:4,11

**Mortgage** 206:19

**mother** 215:21

**Mountain** 218:10 219:13 227:8 229:17,18 230:15,18,24 231:2,13,19, 23 232:8,14 234:7,9 240:13 267:13 268:24

**mouth** 331:13,24

**move** 217:4 226:13

**moved** 214:1,19 217:11

**Mulryan** 302:18 306:4,7 323:14

**multiple** 236:21 237:4,5 267:22 307:16

**mute** 334:24

**N**

**names** 220:12,19 228:13

**Nashville** 285:17

**naturally** 256:18

**nature** 238:25

**needed** 213:5 236:12 260:1 335:9

**negative** 284:1

**negotiated** 239:12

**neighborhood** 333:4

**net** 206:22 207:4,13 213:2 275:1

**news** 244:14 292:21,25

**nightclub** 235:21

**ninth** 227:14

**Nissan** 217:18

**NMAC** 324:20

**non-speaking** 319:9

**Noted** 337:9

**November** 218:17 237:14,20 240:10,18 241:12 242:1 245:9

247:20,22 248:2 319:22,24 334:11

**number** 207:22 210:4 233:9 234:14 260:24 263:22 270:7 294:1 296:16 300:6 305:16 323:8,18 326:14,17

**numbers** 260:17,19

**Nutmeg** 298:25 299:19 303:1,2,24, 25 304:14 305:11,13,21 306:11 307:25 308:2,11,16,24 309:12 311:20 312:11,20 313:2,5,23 314:15,16 316:2,12,15,21 317:24,25 319:3 320:6,12,18,23 321:18,24 322:5,8 323:2,19,23 324:4,15 325:16 326:7

**O**

**O'BRIEN** 229:9,15

**oath** 202:4,21 281:8 327:11

**objection** 202:10 335:16 336:6

**objections** 335:25

**obtained** 297:22 303:23

**October** 214:3,6,11,20,22,23 218:23 219:3 225:8,9,10 226:23 227:7 239:18 248:22 251:24 261:17 264:16, 22 276:11,12,22 282:1 283:19 289:5 319:17,18 324:5,10 325:18 326:13 328:24 334:11

**offered** 286:17,18,24 287:1 291:19

**office** 203:5 228:5 246:6 251:20 252:4 254:2 262:12 313:1 314:6,15 322:7

**officer** 292:4

**official** 292:9,11

**officially** 281:15,19,22

**online** 334:2

**open** 274:7 321:11 324:10 325:20 326:23 335:3,9,11,19

**opened** 209:17 284:10 291:13 292:13 298:13 306:12 310:20 311:21 316:2 318:1 322:21 323:3

**opening** 309:10,19 313:8,11,22 322:24

**operate** 306:1,12 308:12

**operated** 305:12

**operating** 298:5,8,12,14 299:1 300:2,12 302:4,23 305:2,7,9,15 307:8,16,18 315:16 317:10 323:1 324:18

**operations** 285:7

**option** 287:21

**options** 286:18,24 287:1,8,11,21,25

**oral** 222:14 257:11

**order** 220:5 235:5 296:17,25

**orders** 222:21,23 337:3

**Organization** 243:24 244:6,8

**origin** 317:16,17 318:7

**original** 241:17

**originally** 318:15

**origins** 318:8

**outlay** 273:25

**outlined** 257:8

**owed** 230:6,7,25 231:3,14

**owned** 276:19 287:15 288:2 302:7

**owner** 228:10 232:9 237:21 310:21 313:13 322:10 323:13 324:12 326:11, 16

**owners** 280:6

**owning** 310:25 331:1

**P**

**P-E-S-C-H-O-N-G** 328:14

**P-O-T-A-S-K-Y** 223:2

**p.m.** 327:8,10 337:9

**P.O.** 310:24 311:15

**pages** 205:17,21 208:16 218:25 226:24 229:10 233:2 243:25 245:11 258:5 264:17 290:10 292:22 295:21 308:18 312:22 322:1

**paid** 207:5 210:23 223:16,19 226:6 229:20 230:17 231:5 232:15 235:23 236:15,20 238:2 239:19 240:12,24 241:1,25 242:4,5,7 246:15 248:12 249:7,19,20 250:8 253:5 254:7,8,12, 22 255:1,2 256:21 257:12,16 266:8, 16 267:23 271:10 272:11 274:2,14 279:25 306:20

**painted** 278:3

**painter** 223:5,8

**painting** 217:20 226:3 249:2

**pandemic** 274:8

**paragraph** 258:15 259:1 293:17

**paralegal** 246:13

**Parkway** 203:19,22

**part** 211:19 213:21 254:24 265:1 276:18 295:11 299:6 318:23 323:18

**parties** 202:3

**partner** 252:15,16 282:7 329:10

**partners** 252:14 282:18

**pass** 283:18 337:8

**passed** 214:16 215:1,22 283:15 332:11

**passing** 220:8

**Pause** 270:12 325:4

**pay** 207:23 210:22 211:6 212:10 230:14 231:18,23 233:20,23,25 235:11,13 236:23 237:3,6 238:6,9 240:2,17 243:5 248:16,20 249:4,7,10, 12,14,15,16 252:7,10,12 253:8 255:3 265:23 266:5,17 272:6 334:12

**payable** 297:25 298:3 301:7,15,19 302:11 303:19 304:3,9,21 305:5 306:17 307:2 308:7 312:6 314:25 316:21 318:1

**paying** 212:13 265:21 269:14 271:4 272:14 308:3

**payment** 233:25 234:4 237:4 238:10 240:7 255:10 263:7 271:11,13

**payments** 231:25 232:10 237:4 238:13,15,18 241:2 250:4 254:15,19 256:13 262:24 263:4,8,14 267:13 269:4 271:25 273:23

**payroll** 212:13 246:4 265:22 273:6 284:12 302:21,22 305:13 306:19,23 307:22

**PC** 208:5 296:24

**PE** 295:15

**penalty** 202:7

**people** 212:13 214:13 215:16 216:1 222:4 228:14,19 239:14 257:9,16 259:10 271:17 274:1 280:2 282:16 283:12 287:19 291:6,8,10 292:16

**people's** 278:2

**percent** 271:13 306:19

**perfectly** 326:3

**perform** 260:12

**performed** 218:6 223:25 229:20 233:15,18 259:4 261:22

**period** 248:20 267:1 281:20,24 324:4

**perjury** 202:7

**permanent** 331:7

**permit** 232:23 233:6 235:1,7,11,13, 24 256:24

**person** 202:7 226:1 239:12 255:7 267:6 268:11,17 282:19 290:18 294:6 304:24 323:22 330:12 334:3

**personal** 210:22 211:1,18 259:16 262:4,6,9,15,16,17 272:14,25 273:3, 9,21 275:20,24 276:15 307:11

**personally** 234:20 319:11

**perspective** 231:15

**Peschong** 288:10 328:13,14 329:1

**Pete** 238:16

**Peter** 237:15,21

**phone** 260:2,16,19 261:4 269:24 270:3 331:18,19 332:5

**Photo** 210:4

**pick** 336:17

**picked** 335:25

**picture** 209:20,23 291:24

**pictures** 224:10 229:25 230:11

**piece** 288:4 331:14

**Piguet** 277:6,10

**pit** 273:19

**places** 271:17

**plaster** 223:9

**pleasure** 204:1

**plug** 279:1

**plugged** 279:20

**plumber** 269:19 270:10,16,24 271:1

**podcast** 278:9,25 279:1,19,25 280:14,16

**pods** 326:1

**point** 215:11 226:2 272:13,16 273:12 298:17 310:9 335:14

**points** 207:23

**policies** 334:16

**poolroom** 271:6

**poor** 213:19

**popular** 280:17

**porch** 215:14

**portrayed** 293:19 310:12

**pose** 327:5

**position** 281:11 286:21

**possession** 214:2

**Potasky** 223:2,3,16

**power** 242:13

**PPP** 297:10,21 298:18,23 299:17 303:23 304:17

**practice** 258:16

**prepared** 335:1

**present** 292:5 309:10

**presented** 315:3

**press** 216:6

**pretty** 211:17 213:9 215:17 242:20 247:12 248:25 265:22 271:24 273:14 285:18 307:23 329:16

**previous** 226:17 230:10 315:2

**previously** 330:1

**prices** 334:2,3

**pride** 268:13,15,16

**prideful** 268:11

**principal** 206:20

**printed** 207:7

**printout** 244:4

**prior** 207:16 210:24 262:22 282:3 285:4 295:1 308:23 332:4

**private** 283:1 284:19 286:5 287:19 288:11

**problem** 220:3 257:19,20,23 260:4 296:3 316:8 317:5,14

**proceed** 202:8

**proceeding** 202:3

**proceeds** 206:22 207:4,13 212:22 213:2 258:24 265:13 297:21 302:14 303:18

**process** 287:8

**produced** 265:16 313:5 322:7

**product** 279:4

**products** 279:2

**professional** 330:25

**profile** 290:10,17,19,20,21 291:4,23 292:3

**project** 222:22 225:11 231:6 238:1,2, 3,10 239:7 243:16 248:18 250:13,14 254:7,13 268:16

**projects** 225:21 226:5 229:5 236:21 240:5 257:17,18,22 260:3 270:21

**promo** 278:9

**promoted** 281:13,14

**proof** 230:17,19 234:4 238:12 240:23 242:7 250:7 254:22 255:1

**properly** 317:12

**properties'** 230:11

**property** 207:16,17,19 210:17 212:11 213:5,8 220:21 222:18 224:13 225:3,25 228:19,24 229:25 230:2,3 237:1 240:6,12,22,25 257:13 258:23 261:20 268:19,21

**provide** 203:17 222:6,14,19 223:3

**provided** 220:13,20 221:24 222:5, 13,17 225:19 313:2 314:15 335:8

**public** 282:23

**published** 292:20,24 293:1 295:19, 24

**pull** 264:9

**pulled** 235:2

**purchase** 279:8 290:1 334:10

**purchased** 207:16 333:22 334:13

**purposes** 203:10 206:1 210:10 237:20 241:10 244:3 253:21 258:9 264:21 265:5 311:10 322:20 335:4

**pursuant** 299:25

**pursue** 231:13 336:15

**put** 205:14 209:19 216:17 218:21 221:7 226:14 229:6 232:20 237:12 241:8 243:22 244:25 250:22 251:5 253:15 255:19,23 258:1 273:22 277:15 279:17,19 290:7,13 291:3 292:19 295:17 296:15 301:5 303:22 308:14 312:18 321:22 335:17

**Q**

**quantify** 230:21

**question** 220:16 233:20 245:21 251:22 265:6 275:3 287:23 290:3 316:23 317:1 328:25

**questions** 203:11,13 206:3 280:20 327:4,13,15 328:6 334:19,21 335:10, 14 336:11

**quick** 226:9 280:20

**Quickbooks** 233:15 247:17

**quickbooks@notification.intuit. com** 245:18

**quickly** 268:8 332:22

**quote** 253:25

**R**

**R-A-Y** 328:16

**R-E-E-N-A-N** 217:19

**R-I-C-H-A-R-D** 328:17

**R-O-B** 255:5

**R-O-C-A** 245:6

**R-O-D** 328:14

**R-O-K-K-I-C-K-I** 232:5

**R.E.** 253:17,23 255:7

**RABCO** 253:23 254:12,19 255:15 256:7

**radiant** 252:22,25 253:2 256:24

**raise** 288:4 295:11

**rambling** 215:8

**ran** 218:17 234:8

**rarely** 310:8

**Ray** 328:15

**Raymond** 204:21

**reach** 246:13 247:8 272:5

**reached** 247:9,10,14

**read** 207:1 219:11 258:14 317:1,2

**reaffirmed** 202:19

**real** 226:9 279:6 330:19

**reason** 212:16 234:25 236:10 267:11

**Rebco** 217:1,21 219:15 226:9 227:14

**recall** 223:11 254:14,17 263:2 264:5 269:11,14 271:3,17 309:2,5 310:25 313:19,20 315:7,18,22 316:5 317:20

**recalling** 270:17

**receipt** 207:2 208:12 232:23 233:6 314:14 315:3

**receipts** 223:18,22 224:4 250:25

**receive** 207:12 209:13 234:23 245:24 287:21 294:24 295:8

**received** 205:16,22 213:14 239:21 257:4 314:20

**receiving** 211:3,20 272:20

**recent** 294:9

**recently** 206:12 207:15 331:15 335:6

**recess** 281:5 327:8

**recognized** 283:12,14

**recollection** 219:19 220:11,19 221:5 265:6 276:2 309:17 312:9

**reconcile** 292:6

**reconciled** 315:4 317:12

**reconvene** 280:24 281:4

**record** 202:24 206:1 207:1,17 210:1, 9 218:22 219:11 233:5 258:14 281:7 317:2,6 327:10

**records** 261:14 263:12 264:8 307:7 315:23

**red** 277:2

**redone** 213:5 224:15

**Reenan** 217:17,19 271:8,9

**reference** 259:24

**referenced** 255:11

**references** 296:4

**referral** 236:5,12

**referred** 218:8 243:10

**referring** 208:24 283:7,8 311:11

**refers** 293:1,6

**refresh** 219:19 220:11,18 265:6 312:9

**refreshing** 317:7

**regular** 337:5,7

**Reiner** 299:9,20 304:1

**relate** 203:11

**relating** 258:22 259:3 261:19,21

**relationship** 247:4,13 330:23,25

**reliving** 270:21

**rely** 222:4

**remain** 226:17 281:8 327:11

**remaining** 231:14 254:8 269:1,14

**remember** 209:2 211:23 214:4,19 216:19 217:15,18,23,24 223:13 225:17 226:3 264:6 270:15,18 271:6,16 274:9,13 275:5,7,8,19,20 302:17,18 306:9,22,24 307:15 308:10 309:7,14 312:16 313:24 314:1,3,5 315:10 316:9 317:8 335:24

**remembered** 222:25 228:18

**remembering** 312:16

**remodel** 217:6,8

**remodeled** 213:16

**remodels** 213:15 224:20,21 257:2

**remolding** 213:13

**remote** 202:6

**remotely** 202:20

**removed** 318:18 331:14

**rendered** 242:1

**renovate** 257:13

**renovation** 216:24 224:16,19 257:21

**renovations** 210:16 216:12 222:1,2 224:3,6,25 225:2,6,12 258:18

**rent** 284:22

**rents** 285:1

**rep** 217:24

**repainted** 213:13

**repainting** 224:14

**repairs** 213:24

**repaying** 269:12

**repeat** 220:15 251:22 297:18 312:13 316:23

**replaced** 213:17

**replica** 276:24 277:4

**replicas** 333:20,22

**report** 202:5

**reporter** 202:2,4,23 312:12 317:1,2 337:2

**represent** 258:20 327:21

**representatives** 230:23

**represented** 303:4,16

**represents** 297:21 327:14

**resanded** 213:12

**reside** 204:3

**residence** 204:7 216:3 237:25 247:23 284:20 331:6,7

**respect** 218:7,12 219:9 220:13,21,25 222:14,18 232:8 246:19 251:2 254:11 313:8 328:25 330:6 334:15

**respond** 246:7

**responding** 247:12 261:3

**response** 229:17 239:18,21 246:1 251:19,21,23,24 252:4 257:4 266:7 313:2

**responses** 271:24

**rest** 285:23 288:7 315:15

**restained** 271:7

**restroom** 280:21

**result** 295:9

**resume** 292:15

**resworn** 202:19

**retail** 334:3

**retain** 258:17

**retained** 335:6

**retire** 332:13

**retired** 332:10

**retirement** 332:15

**return** 333:8,11

**review** 335:13

**reviewing** 207:20 335:7

**rework** 213:5 224:15

**reworked** 253:2 269:20

**Richard** 289:24 291:25 328:16,19

**rider** 334:15

**ridiculed** 268:17

**Rio** 268:5

**Rizzo** 219:14 227:13 251:13,23 252:5,7,13,20 253:5,9 269:6 270:18

**Road** 210:18 212:7 213:1 229:21 254:4

**Rob** 255:4,5,16

**Robert** 310:21 313:13 321:4

**Roca** 245:5 247:7,8 248:8,15 249:11 250:5,8,11 251:2

**Roca's** 248:16

**Rod** 282:6 288:10 328:14 332:11

**Rogue** 217:18

**Rokkicki** 232:3,7,10

**Rokkicki's** 230:2

**role** 292:9 329:4,9

**Rolex** 276:23 277:1 333:13 334:6,16

**roll-out** 289:13

**rolled** 242:13 286:23 287:20

**roller** 242:14

**rolling** 287:7,8

**Roman** 311:22,24 312:8

**roof** 213:16,17 217:23,25 219:20,24 220:1 271:10,11,13,14

**roofing** 219:22

**room** 213:10

**rooms** 213:11

**rotted** 218:5

**Rule** 203:8

**run** 218:15

**rushed** 268:16

**rushing** 267:24

**S**

**sake** 335:12

**salary** 211:11,20,25 283:25 284:2,6

**sale** 268:6

**sales** 217:24

**Sampson** 219:13 227:9 232:24 233:1,8,11,12,21 234:11,17,22 235:13,16 236:2,8,16,24 237:8,9 252:25 253:3 256:6,22

**sat** 289:3

**save** 268:15

**savings** 263:20

**schedule** 285:18 289:13

**scope** 222:20 242:9 270:17

**Scott** 244:13

**screen** 205:14 209:6,19 226:14 227:1 255:21,24 258:8 264:25 274:19 277:20 290:13 296:21 300:9,13 301:11 303:17 308:21 309:3 312:4 313:3 325:18

**screenshot** 277:16,21 278:1,12,16

**scroll** 309:23

**search** 259:20 260:5,8,12,24 261:5, 7,11

**searched** 233:14 261:8

**sears** 214:20

**season** 267:16

**Secretary** 244:5

**section** 314:20 322:14

**seeding** 240:11

**seized** 324:19 325:2

**sell** 268:2,7,19 278:22 293:23 332:22

**selling** 288:4

**send** 279:2,4,23

**sense** 315:16,21

**sentence** 253:25 254:5 304:7

**September** 214:5,10,19 248:23 261:17 274:21 276:11 279:14 319:4,5 321:9,12

**series** 205:21 227:4 264:14,21 299:16

**server** 259:24

**services** 218:6 220:13,20 221:25 222:6,13,18 223:3 225:20 241:25 253:24 261:22

**set** 292:12 300:11 302:19 304:14 305:14,17 306:10 318:12,15 322:6 331:18

**setting** 273:20

**seventh** 227:13

**shape** 284:3

**share** 322:15 323:9,13,18 325:20

**shared** 255:21 312:4

**shareholder** 286:9,11,15,21

**shareholders** 286:6,13

**shares** 286:9 288:23

**sheet** 207:3

**shelving** 239:1,3 250:17

**shingle** 220:5

**short** 207:22 217:11 281:7 327:10

**show** 204:10 205:10 208:16 229:24, 25 233:15 260:2 317:11

**shower** 252:24

**showers** 269:19

**showing** 205:20 209:8 227:19 323:7

**shown** 206:15

**showroom** 278:22

**shows** 206:19 208:7,12 256:1 265:3 267:3 274:22 276:12 310:19,22 312:7 313:10 314:15 319:3 321:9 323:8,9 324:7 325:19

**shut** 251:9 273:24

**shutting** 274:5

**sign** 310:2,15

**signature** 207:8,10 309:25 310:1,2,7

**signatures** 309:24 310:10 311:19

**signed** 233:12 255:4,8 297:2

**signer** 304:25 305:25

**significant** 274:13 316:9

**significantly** 247:25

**signing** 310:25

**silent** 246:25

**similar** 229:2

**single** 211:12 213:10 240:25

**sit** 289:1,6

**site** 213:4 216:7 240:13,21 278:21

**sitting** 297:8 299:23

**situation** 220:7 247:14 268:9

**sixth** 227:12

**slender** 278:3

**small** 291:15

**smaller** 247:25

**social** 280:17

**sooner** 335:18

**sound** 228:25

**source** 297:7

**South** 224:18 225:7

**Southington** 224:24 225:13

**span** 276:1

**speak** 239:6 243:12 309:6 331:24 332:4,7,9

**speaking** 261:4 310:8,9 325:6,10

**special** 220:5

**specific** 212:25 215:6 295:10 301:25

**specifically** 323:9

**spell** 232:4

**spelling** 328:12

**spend** 285:10

**spending** 275:20,25

**spent** 224:3 251:3 256:10 273:8 276:3

**SPIFS** 211:15

**spoke** 232:17 243:15

**spoken** 241:6 252:1,17

**sponsors** 280:15

**sporadic** 274:1

**sporadically** 214:14

**spring** 267:16

**square** 293:17

**stake** 331:1

**Stamford** 331:3,4,5

**start** 203:14 213:24 233:13 238:2 247:1 274:10 283:11 292:9

**started** 217:25 218:2 220:2 240:9,10 267:14 273:13 280:14 282:13 292:17 293:19 325:2

**starting** 223:13 294:14

**state** 202:9,10,23 244:5 247:24 308:16,24 321:24 322:5

**stated** 207:4 248:6,10

**statement** 206:19,25 208:3 264:25 265:2,3 267:1,3 274:20 276:10 313:10,12 319:2,16,22 321:8 324:3 325:18,21 326:6

**statements** 258:25 264:15,22 312:21 313:4,17 321:24 322:5,6 324:13 325:16

**States** 202:12 203:6 322:8

**stenographically** 202:5

**steps** 298:16

**stiffed** 230:5

**stipulate** 202:3,12

**stipulation** 202:10

**stock** 287:1,13,17,18,21,25 288:1,2,
6,7,20 289:7,12,21,23 290:1,5
294:19,23

**stockholder** 287:3,4

**stolen** 318:13

**stone** 216:15 272:1

**stop** 291:23

**stopped** 210:23 211:7,13,16

**store** 291:9,12,13,15,20 315:15

**stored** 270:7

**stores** 329:20

**story** 257:11

**strange** 310:23

**strap** 277:7,11,13

**strapped** 231:12

**street** 227:21 228:1 332:23

**strictly** 298:14 300:11

**stuck** 270:19

**stuff** 259:18 331:19

**Stump** 227:11 228:1,3 239:16

**subaccounts** 324:9

**subject** 294:4

**subjective** 284:4

**Submariner** 277:2 333:13

**subpoena** 313:1,3

**suggest** 280:24 327:5

**suggested** 335:20

**suicide** 252:16

**sum** 205:7 249:12

**summer** 241:23 286:19,22 287:13,
18,25 332:2

**sums** 266:21

**sun** 215:14

**supervised** 235:3

**supposed** 221:18

**sworn** 202:7

**synergistic** 234:7

**synonymous** 298:11

**systems** 308:2

---

**T**

**taking** 211:11 220:17 285:4

**talk** 204:19 222:10 239:15 243:16
247:5 251:13 271:20 281:9 292:16
293:15 331:18,19

**talked** 211:14 239:25 246:16 248:8
302:6 303:20 315:4

**talking** 247:22 273:7 303:13 314:23

**talks** 241:22 243:20

**tax** 207:17,19 208:23 333:7

**taxes** 209:1

**team** 217:16 268:14 297:12,13 298:8
299:5 305:15

**tearing** 240:21

**TECH** 205:15 226:16,20

**technically** 291:11

**telephone** 260:24

**teller** 305:24

**tellers** 312:16

**telling** 256:5

**Temple** 235:22

**term** 282:16,23 283:3 293:15,22
296:11

**terms** 242:4 319:10

**testified** 202:20 262:23 270:2 287:2
308:25 313:14,15 317:23 328:8
332:21 333:8

**testify** 335:23

**testifying** 202:6 203:15 211:2
284:14,19 315:25 316:19 317:14

**testimonies** 318:5

**testimony** 221:22 224:2 256:10
263:2 292:8 297:14 309:2,6,9,18
310:14 311:23 313:19,20,21 327:12
328:7

**Texas** 203:16,18,22,25 204:3,5
284:15 285:11,16 290:25 291:4

**text** 223:23 258:21 260:16,25 261:3,
6,9,11 331:16

**texts** 228:21

**thereabouts** 240:18

**thing** 214:20 251:8 268:11 307:13,20
308:4

**things** 229:2 270:4 273:18

**thinking** 275:13 305:12

**thought** 251:7 254:13 257:24 293:8
297:20 324:17,19 329:23

**three-page** 245:1

**tile** 252:21

**tiled** 253:2

**till** 336:5

**time** 210:21,23 211:16 213:22 217:11
231:12 232:13 234:22 235:15 236:1
237:1,5 238:21 240:1 241:4 243:8
248:20 250:10 252:2 255:14 257:24
265:21 269:7,12 276:21 278:25
281:20,24 285:10 298:17 307:17
308:4 309:1 313:17 319:14 321:18
331:9 335:13,21 336:24 337:9

**timeline** 214:18 292:12 299:16

**times** 289:11

**timing** 254:15

**title** 282:9 283:18,19 285:5,6,8
293:14

**titled** 322:9

**today** 202:3 203:7,15,25 204:20
211:2 284:14 292:8 316:20 317:24
327:12,13 330:24 333:14,17,21
336:22

**told** 246:7 288:9 297:20 299:24 302:6
327:21

**Tom** 333:1

**tongue** 331:13,14,23

**top** 217:23 241:11 245:8 272:10
274:4 314:19

**topsoil** 240:11

**tore** 218:1

**total** 220:24,25 236:15,18 241:23
248:12 271:14 314:19

**touch** 318:17

**touched** 315:23

**tough** 284:3

**town** 207:16 232:22 233:6 235:8

**Trades** 217:1,7,21 218:3 219:13 226:2 227:13 245:3 246:2,5,11,19,20, 22 247:17 248:17,21,24 249:4,8 250:8,11 251:2 256:8

**tradesmen** 212:14 256:17,20

**trail** 303:22

**tranche** 295:12

**transaction** 321:3

**transcript** 309:17 337:3

**transfer** 319:3,17,20,23 320:1,5,8, 10,14,16,20,22,25 321:2,4,6

**transfers** 319:7

**travel** 285:14

**traveling** 285:13 291:10

**treat** 246:20

**trees** 240:21

**trial** 203:5

**trim** 218:4 254:3

**true** 235:25

**trustee** 202:12,14 203:6 207:6 322:8 327:14 335:3 337:4,6

**Trustee's** 258:19 335:14

**Tube** 224:17,22

**turn** 293:7 309:6 325:24 327:16

**Turnberry** 210:18 212:6 213:1 219:9 220:14,21 221:23 222:6,14,19 225:20 229:21 230:15,25 234:23 235:9 236:17 237:1 241:22 243:17 244:11 246:18 247:23 248:3,21 249:6,20 252:8 254:4 257:13 259:4,23 260:10 261:1,23 279:12 332:22 333:5,6

**turned** 273:13

**typically** 250:21 285:13 310:2

---

**U**

**Uh-huh** 268:25 301:16

**Ultimate** 219:15 226:10 227:11,15, 17,21,25 228:3,8 239:15,22 240:2,7, 17,24 241:1,5 267:17 269:2

**ultimately** 288:3

**underneath** 322:14

**understand** 204:17 211:8 220:16 221:21 224:2 257:6 258:16 287:6,24 297:18 312:15 316:8 317:13,16 318:8

**understanding** 229:23 294:18 295:2 299:12

**understood** 297:20 317:17

**unemployed** 210:21

**unexpectedly** 214:25

**Union** 299:1,19 305:11,22 306:12 308:1,3,11,17,24 321:25 322:5

**United** 202:12 203:6 322:8

**unofficial** 281:25 285:6

**unofficially** 281:20

**unusable** 215:16

**upstanding** 257:23

**Urrutia** 310:21 313:13

**User** 312:8

---

**V**

**valued** 238:1

**Vargo** 233:1,12 241:13,19,21 242:2 244:19 245:10 247:10 248:11

**vendors** 219:8,12

**venetian** 223:9

**verbal** 221:15 222:8 230:3 231:16 294:18

**version** 262:22

**video** 224:22 251:5 310:4

**view** 204:11 335:14

**visibility** 280:16

**visit** 291:8

**voice** 328:3

**volume** 328:3

**vote** 289:5

**voted** 281:22 294:23

---

**W**

**walkway** 242:17,18 243:4

**walkways** 242:14 243:2

**Wallingford** 208:23 212:7 213:2 216:4 227:22 228:1 229:21 232:22 233:7 235:2,8 237:25 254:4 258:23 261:20 311:15

**walls** 213:13

**wanna** 214:2 294:13

**wanted** 221:19 279:1 318:10 332:15, 21

**warehouse** 228:5

**Washington** 227:21

**watch** 278:12,13,15,16,18 279:6,8,9, 20,23 280:11 333:13,16

**watches** 276:19,22,24,25 277:4 278:5 333:20

**watchmydiamonds.com** 278:20 279:10 280:3,8

**watchmydiamonds.com.** 278:10

**Wayne** 283:15,17 285:3 286:11 295:3

**wealthy** 332:14

**wear** 279:3

**wearing** 278:12,15

**weather** 220:7

**website** 244:5 295:20,25 333:23

**week** 211:12,22 212:13 214:3,5,6 215:2,24 246:4 249:22,24,25 250:12 279:21,22 284:12 306:24 336:8,11

**weekly** 265:22 273:5

**weeks** 214:24 238:24 243:10,13,16 279:3 331:11

**West** 239:5,7,10,13 250:15

**whatsoever** 319:10

**white** 277:12

**window** 204:11,15

**wired** 252:25 253:3

**withdrawal** 263:10 266:11,12 267:4, 5,10 268:22 269:15 271:5,20 275:15, 16 276:12 321:4,6

**withdrawals** 266:10,15 267:3,7 319:15

**withdrawn** 299:8

**withdrew** 266:21 273:10 275:18,23 315:23

**word** 203:21

**words** 203:20 277:8

**wore** 279:19

**work** 213:1,6 214:10,14 215:7,19 216:3,7,21,24 217:3,22 218:11 219:20 220:1 221:8,16,18,19 222:15,

20 223:24 224:12 225:20 226:2,5,10
229:19,20 230:1,13,15,20,25 233:15,
18 234:23 235:5,8,18,20,23 236:5,16
237:9 239:10,13,20 240:14,21
241:22,24 242:5,9 243:4 244:10,16
246:14,18,22 247:22 248:2,21,24
249:3,6,19,23 250:19 252:8,20,21
253:2 256:16,18 257:8 259:4,23
260:10 261:1 262:16 267:15 270:18
280:2,25 285:13,14 291:7 333:1

**worked**  213:7 221:23 224:8 237:1
252:13 268:11,17 269:6 332:24 333:2

**workers**  249:13,15

**working**  212:13 250:12

**works**  256:15 271:2 281:2 336:19

**world**  274:5

**worth**  216:23 224:25 230:13 235:22
243:4 333:16 334:4

**wrapped**  242:19

**write**  303:11

**writes**  304:2

**written**  208:20 209:21 210:6 221:14,
24 222:19 226:21 227:4 229:16
234:24 235:1 239:9 251:1 265:8,19
294:19 295:3 296:17,25 303:7

**wrong**  220:4

**wrote**  228:12 246:2,5 303:19

---

## Y

**yard**  218:7,12

**year**  211:18 214:7 234:2 236:8
240:15 244:10 252:17 260:17,20
262:10 268:20 282:2 283:20,21
284:2,3,8 286:3 289:5 294:16 316:18
317:19 321:20 328:22,23 329:3,20
332:3,12,17

**years**  210:24 213:20 236:14 268:12,
18 292:5 302:17 332:24

**York**  278:22

---

## Z

**Zoom**  202:20