000030
05122020    0000030440    >>211170282<<

|  |  |
|---|---|
| **GREENE LAW, PC.**<br>**CLIENTS FUND**<br>11 TALCOTT NOTCH RD<br>FARMINGTON, CT 06032<br>(860) 676-1336 | LIBERTY BANK<br>MIDDLETOWN, CONNECTICUT 06457<br><br>3761<br>51-7028/2111<br><br>05/12/2020 |

PAY TO THE ORDER OF   Liberty Bank                                               $ **485,000.00

Four Hundred Eighty-five Thousand and 00/100**************************************** DOLLARS

MEMO   Htfd Auto Group

Jerry Greene / AUTHORIZED SIGNATURE

⑆003761⑆ ⑈211170282⑈ 1917040⑆