THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**LIBERTY BANK**  
315 Main Street • Middletown, CT 06457  
(888) 570-0773 • www.liberty-bank.com

**Official Check**    426890

51-7028 / 2111

May 13, 2020

Pay to the Order of: John W. Mocadlo      $470,000.00

Four Hundred Seventy Thousand and 00/100***********************

Memo _____

*Kathy Panuzio*  
Authorized Signature

⑀426890⑀ ⑂211170282⑂ 6573400115⑀

5/13/2020, 18:08:07  
>211977362<  
BATCHID: 65234, USERID: JROMAN