

P.O. Box 666
Rocky Hill, CT 06067-0066

860.513.5000 (local)
800.526.6933 (toll-free)

nutmegstatefcu.org

| Member # | Statement Period | Page |
|---|---|---|
| *******852 | Thru 06/30/20 | 1 of 1 |

| Account Balance Summary | |
|---|---|
| 0001 Regular Share Account | $ 117,996.58 |

JOHN W MOCADLO
200 COLLEGE ST APT 548
NEW HAVEN CT 06510-2452

## REGULAR SHARE ACCOUNT  1

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 0.00 | $ 118,001.58 | $ 5.00 | $ 117,996.58 | $ 1.58 |

Joint Owner(s): Robert Urrutia

| Date | Deposit | Withdrawal | Balance | Transaction Description |
|---|---|---|---|---|
| MAY13 | | | $ 0.00 | **Beginning Balance** |
| MAY13 | 118,000.00 | | 118,000.00 | Check Deposit |
| MAY31 | 0.61 | | 118,000.61 | Dividend Deposit |
| | | | | Annual Percentage Yield Earned 0.010% for period from 05/13/20 thru 05/31/20 |
| | | | | Based on Average Daily Balance of: $118,000.00 |
| JUN30 | | -5.00 | 117,995.61 | Fee Withdrawal Consumer Account Paper Statement Fee |
| JUN30 | 0.97 | | 117,996.58 | Dividend Deposit |
| | | | | Annual Percentage Yield Earned 0.010% for period from 06/01/20 thru 06/30/20 |
| | | | | Based on Average Daily Balance of: $118,000.44 |
| JUN30 | | | $ 117,996.58 | **Ending Balance** |



**Date: 05/13/2020 1:40:01 pm**
**Branch: New Britain     Serial: 2183301254**

| | |
|---|---:|
| **Check Received:** | **470,000.00** |
| **Deposit to XXXXXXX852 S 0001 Regular Share Account** | |
| Previous Balance: | x.xx |
| Amount: | 118,000.00 |
| New Balance: | x.xx |
| Available Balance: | x.xx |
| **Check Hold XXXXXXX852 S 0001 Regular Share Account** | |
| Available on 05/13/2020 | 200.00 |
| Available on 05/20/2020 | 117,800.00 |
| **Deposit to XXXXXXX975 S 0009 Sub Share Account** | |
| Previous Balance: | x.xx |
| Amount: | 352,000.00 |
| New Balance: | x.xx |
| Available Balance: | x.xx |
| **Check Hold XXXXXXX975 S 0009 Sub Share Account** | |
| Available on 05/13/2020 | 750.00 |
| Available on 05/20/2020 | 351,250.00 |

**Mocadlo, John W**